IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

**JUDGMENT**

Having considered the Notices of Voluntary Dismissal filed in **Civil 97-2707** (**docket entries 1350 and 1816**), the Court hereby GRANTS judgment DISMISSING, without prejudice, **civil action 97-2707**.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on June 12, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)