IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**         March 7, 2000

BEFORE HONORABLE JUDGE CARMEN CONSUELO CEREZO

COURTROOM DEPUTY:              **CIVIL NO. 96-2443(CC)**

COURT INTERPRETER:             COURT REPORTER:

---

IN RE: RIO PIEDRAS EXPLOSION
LITIGATION

---

By order of the Court the **status conference set for March 7, 2000 is reset to March 27, 2000 at 3:30PM.**

_____
Courtroom Deputy Clerk

(1826)