IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

### ORDER REGARDING SELECTION OF REPRESENTATIVE CASES

As indicated during the status conference held on March 27, 2000, the court intends to schedule a number of representative cases for trial on a trailing docket beginning in February 2001. The cases to be selected shall include at least two cases in which the plaintiffs are suing as a result of a death, two cases in which the plaintiffs allege serious bodily injury, and two cases in which the plaintiffs solely allege an emotional injury. The cases shall not include property damage or business interruption claims.

The member of the PSC and IRPAs shall jointly prepare a list of twelve cases on behalf of the plaintiffs. In addition, the defendants shall prepare a list of twelve representative cases. Both plaintiffs' and defendants' counsel shall recommend four cases which are representative of each of the foregoing three categories of claims and have the broadest possible application to the other pending cases in each category. The parties shall exchange their lists and submit them to the Court on or before April 26, 2000.

In order to facilitate the final selection of the representative cases by the Court, **a Representative Case Conference shall be held on May 1, 2000 at 10:00 AM before the Honorable Robert J. Ward**, which shall be attended by all counsel who wish to participate. The parties shall be prepared at the conference to state a basis for accepting or rejecting each case

AO 72A
(Rev.8/82)

CIVIL 96-2443CCC                                              2

suggested by the other party and shall submit a specific suggested schedule for each case in accordance with the representative case schedule outlined in the Minutes of Proceedings issued April 11, 200 (docket entry 1869).

SO ORDERED.

At San Juan, Puerto Rico, on April 19, 2000.

                                         CARMEN CONSUELO CEREZO
                                         United States District Judge

j

AO 72A
(Rev.8/82)