COPY

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| IN RE: § § § § § | CIVIL 96-2443 (CCC) THIS DOCUMENT RELATES TO ALL CASES LISTED ON ATTACHMENT "1" |
| RIO PIEDRAS EXPLOSION LITIGATION | |

RECEIVED & FILED 6-6-00 OFFICE-CLERK U.S. DISTRICT COURT

### ORDER

By order dated September 30, 1999, this Court directed each and every plaintiff in this consolidated action to submit a completed Damage Questionnaire, along with supporting documentation on or before October 30, 1999. By Order to Show Cause dated December 13, 1999, this Court indicated that over 500 plaintiffs had failed to submit Damage Questionnaires as they were directed. These plaintiffs were ordered to submit a completed Damage Questionnaire, along with supporting documentation forthwith, or to show cause by January 20, 2000 why their cases should not be dismissed.

In a motion dated January 20, 2000, attorney Nelson Rochet-Santoro requested an extension until April 29, 2000, to submit completed Damage Questionnaires, along with supporting documentation, for the plaintiffs represented by him.

The original submission date and the extension date of April 29, 2000 have passed, and the plaintiffs who are listed on Attachment "1" have failed to submit a completed Damage Questionnaire. These plaintiffs are in violation of the Order dated September 30, 1999, have failed to diligently prosecute their cases, and are impeding the fair and efficient administration of

this consolidated proceeding; therefore, it is

ORDERED that the claims of the plaintiffs in the cases listed on Attachment "1" are dismissed for lack of prosecution.

DATED: San Juan, Puerto Rico
May 30, 2000

_____
U. S. D. J.

s/c: All Boxes at Intake Section  6-6-00

ATTACHMENT 1

| PLAINTIFF | CASE NO |
|---|---|
| BORRERO, BENIGNO | 97-2668 |
| CONYUGAL, 815 & 816 | 97-2668 |
| CONYUGAL, 817 & 808 | 97-2668 |
| RIVERA SANCHEZ, NEREIDA | 97-2668 |
| SERPE SANCHEZ "DE BORRERO", AIDA | 97-2668 |
| ACEVEDO SANCHEZ, MIRIAM | 97-2669 |
| ALMONTE CASTILLO, MANUEL | 97-2669 |
| ALVARADO LEON, MIGUEL A. | 97-2669 |
| ANDINO SANTANA, JENIFER | 97-2669 |
| ANGELES MELENDEZ, CONFESSOR A. | 97-2669 |
| APONTE MARTINEZ, MIGUEL | 97-2669 |
| APONTE PEREZ, LUZ M. | 97-2669 |
| ARROYO RAMOS, DANIEL ALBERTO | 97-2669 |
| AYALA QUILES, SONIA NOEMI | 97-2669 |
| BELEN GARCIA, ANGEL YASMIN | 97-2669 |
| BENITEZ RIVERA, JOSE ENRIQUE | 97-2669 |
| BETANCOURT DIAZ, ZOILO | 97-2669 |
| CABA DISLA, JOVANNY | 97-2669 |
| CABAN COLON, MARINES | 97-2669 |
| CABAN LOPEZ, GILBERTO | 97-2669 |
| CABAN LOPEZ, NELSON | 97-2669 |
| CABRERA MARTINEZ, HAYDEE ZAYMARA | 97-2669 |
| CANDELARIA, ROSA | 97-2669 |
| CANELO, LUZ MARIE | 97-2669 |
| CAPOIS, SANTIAGO | 97-2669 |
| CARRASQUILLO MEDINA, GEORGINO | 97-2669 |
| CARRION CORDERO, MIODALIA | 97-2669 |
| CASTRO, ZORAIDA | 97-2669 |
| CRUZ DIAZ, DIONICIO | 97-2669 |
| CRUZ ROSADO, JESSICA M. | 97-2669 |
| CRUZ SANCHEZ, GONZALO | 97-2669 |
| CRUZ SANCHEZ, ISRAEL | 97-2669 |
| CRUZ TORO, HILDA LUZ | 97-2669 |
| DE JESUS CASTILLO, ANTONIO | 97-2669 |
| DE JESUS MOREL, CARIDAD MERCEDES | 97-2669 |
| DE LA CRUZ, ISIDRA | 97-2669 |
| DE LA CRUZ, MANUEL | 97-2669 |
| DE SALA RIVERA, CLOTILDE | 97-2669 |
| DEL VALLE NUNEZ, ANGEL LUIS | 97-2669 |
| DIAZ COLON, MANUEL | 97-2669 |
| DIAZ LANTIGUA, FANNY | 97-2669 |
| DIAZ MORALES, RUTH | 97-2669 |
| DIAZ PERALTA, ROLANDO ALBERTO | 97-2669 |
| DIAZ REINOSO, VICENTE RENE | 97-2669 |
| EDUARDO SMITH, JULIO C. | 97-2669 |
| ENCARNACION GOMEZ, YARACHELLI | 97-2669 |
| FARGAS TORRES, GLORIMAR | 97-2669 |

Page 1

ATTACHMENT "1"

| PLAINTIFF | CASE NO |
|---|---|
| FELICIANO RAMOS, PRUDENCIO | 97-2669 |
| FERNANDEZ LOPEZ, PEDRO D. | 97-2669 |
| FIGUEROA BURGOS, ROBERTO | 97-2669 |
| FIGUEROA SANTIAGO, YAMANI | 97-2669 |
| FUENTES PEREZ, GLENDA | 97-2669 |
| GARCIA ARROYO, JAZMIN | 97-2669 |
| GARCIA COSME, MANUEL | 97-2669 |
| GARCIA FERNANDEZ, WODEN | 97-2669 |
| GARCIA GARCIA, ANGEL | 97-2669 |
| GARCIA GARCIA, RAFAELA | 97-2669 |
| GIL CARVAJAL, MARIA A. | 97-2669 |
| GOMEZ GARCIA, JAVELKI | 97-2669 |
| GONZALEZ MELENDEZ, JOSE LUIS | 97-2669 |
| GONZALEZ ORTIZ, LUIS A. | 97-2669 |
| GONZALEZ RIVERA, PLACIDO | 97-2669 |
| GONZALEZ ROBLES, ORLANDO | 97-2669 |
| GRANDE QUESADA, MANILA | 97-2669 |
| GUADALUPE HERNANDEZ, CONFESOR | 97-2669 |
| GUZMAN GARCIA, MARIA JOSEFA | 97-2669 |
| GUZMAN RODRIGUEZ, ELI SONIA | 97-2669 |
| GUZMAN, SONIA | 97-2669 |
| HERNANDEZ DEL VALLE, JESUS | 97-2669 |
| HERNANDEZ TEJADA, JOSE FRANCISCO | 97-2669 |
| HERNANDEZ TORRES, EUSEBIO | 97-2669 |
| HERNANDEZ VELASQUEZ, EDWIN | 97-2669 |
| HIRALDO PERALTA, CAROLYN L. | 97-2669 |
| JIMENEZ AROCHO, ARCADIO | 97-2669 |
| LABORDA HERNANDEZ, ENRIQUE | 97-2669 |
| LINANO, SANCHEZ MARCO | 97-2669 |
| LONGO MELENDEZ, EDWIN A. | 97-2669 |
| LOPEZ COLON, JOSE LUIS | 97-2669 |
| LOPEZ SOTO, GREGORIO | 97-2669 |
| LOPEZ VELEZ, OTILIO | 97-2669 |
| LORA ABREU, JOSE "FICO" FRANCISCO | 97-2669 |
| MALDONADO, VIVIAN | 97-2669 |
| MARRERO MARRERO, JUAN | 97-2669 |
| MARRONI LUENGO, LUIS ALBERTO | 97-2669 |
| MARTINEZ DUCLOS, CLARA M. | 97-2669 |
| MARTINEZ MARTINEZ, ATANACIO | 97-2669 |
| MARTINEZ, MARINO | 97-2669 |
| MELENDEZ QUIÑONES, PEDRO | 97-2669 |
| MONGORO MARTINEZ, CARMEN | 97-2669 |
| MORALES LABOY, ERIKA | 97-2669 |
| MORALES RIVERA, MARTA | 97-2669 |
| MORALES, JUAN | 97-2669 |
| MORENO VEGA, WALESKA | 97-2669 |
| NAVARRO FLORES, RAFAEL | 97-2669 |

Page 2

ATTACHMENT "1"

| PLAINTIFF | CASE NO |
|---|---|
| NAZARIO JIMINEZ, BLANCA IRIS | 97-2669 |
| NEGRON, CARMEN J. | 97-2669 |
| OCALLE MARTINEZ, ANTONIO | 97-2669 |
| OJEDA LOPEZ, MANUEL | 97-2669 |
| ORTIZ POLONIA, ANA | 97-2669 |
| PACHECO FIGUEROA, ANTONIO | 97-2669 |
| PAREDES DISLA, NELSON E. | 97-2669 |
| PAREDES FERNANDEZ, PABLO | 97-2669 |
| PARRA FELIPE, MIGUEL ANTONIO | 97-2669 |
| PEGUERO SANCHEZ, FAUSTINO | 97-2669 |
| PERALTA ALMONTE, CARMEN ROSA | 97-2669 |
| PERALTA MARTINEZ, AIDA | 97-2669 |
| PEREZ DELIZ, SONIA | 97-2669 |
| PEREZ JUMELLES, RAFAEL | 97-2669 |
| RAMIREZ VALDEZ, RAFAEL DE JESUS | 97-2669 |
| RAMIREZ VALDEZ, YANILSA A. | 97-2669 |
| RESTO TOLEDO, ESTEBAN | 97-2669 |
| REYES, GISELA | 97-2669 |
| RIVERA QUINONES, MARISOL | 97-2669 |
| RIZIK QUINONES, OSCAR | 97-2669 |
| RODRIGUEZ DE LA CRUZ, JOSE RADHAMES | 97-2669 |
| RODRIGUEZ MARTES, IRIS NEIDA | 97-2669 |
| RODRIGUEZ SANTOS, TRINIDAD | 97-2669 |
| RODRIGUEZ VELAZQUEZ, LUIS ANTONIO | 97-2669 |
| ROMAN RIVERA, LYDIA E. | 97-2669 |
| ROMERO SANTIAGO, ANGEL L. | 97-2669 |
| ROSA COLON, JUANA M. | 97-2669 |
| ROSARIO ALMONTE, ELIDA | 97-2669 |
| ROSARIO RAMIREZ, PEDRO | 97-2669 |
| ROSARIO TORRES, WILKINS | 97-2669 |
| SALAZAR, CLAUDIO | 97-2669 |
| SANCHEZ ALGARIN, MAGDALENA | 97-2669 |
| SANCHEZ MARTINEZ, VIRGILIO | 97-2669 |
| SANCHEZ, SONIA | 97-2669 |
| SANTANA LOZANO, MARGARITA | 97-2669 |
| SANTANA, VIDAL A. | 97-2669 |
| SANTIAGO ALEMAN, JESUS M. | 97-2669 |
| SHARON VAZQUEZ, ROBERTO M. | 97-2669 |
| SOLER SANCHEZ, MIKER | 97-2669 |
| SOTO GONZALEZ, ANIBAL | 97-2669 |
| VARGAS RODRIGUEZ, ANA MERCEDES | 97-2669 |
| VARGAS VAZQUEZ, JOSE MIGUEL | 97-2669 |
| VEGA PEREZ, LUZ M. | 97-2669 |
| VELAZQUEZ HIDALGO, INGRID | 97-2669 |
| VELEZ RIVERA, MARGARITA | 97-2669 |
| VICENTE BERMUDEZ, HECTOR LUIS | 97-2669 |
| VILLA DE JESUS, JUSTO | 97-2669 |

RECEIVED TIME   JUN. 7.   3:09PM          PRINT TIME   JUN. 7.   3:13PM