IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION LITIGATION　　　　CIVIL 96-2443CCC

## ORDER

The following Motions to Seal are GRANTED: **docket entries 1673, 1676, 1678, 1691, 1693, 1695, 1697, 1699, 1703, 1706, 1732, 1735, and 1763.**

The Urgent Motion filed by plaintiffs in Civil Nos. 97-2675 and 97-2319 (**docket entry 1773**) is MOOT.

SO ORDERED.

At San Juan, Puerto Rico, on August 18, 2000.

CARMEN CONSUELO CEREZO
United States District Judge