IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                  August 29, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

IN RE:

RIO PIEDRAS EXPLOSION LITIGATION        CIVIL 96-2443CCC

By order of the Court, in view of the dissolution of the Plaintiffs' Steering Committee, through which service of papers and documents to all plaintiffs were being made, and the settlement on the issue of liability, the following procedure for the service of papers will now be followed:

(1) Although the cases remain consolidated, when filing motions in the main case the moving party shall serve copies only to the parties involved in the specific case to which said filing refers.

(2) Service through the drop boxes kept by the Clerk of Court at the intake counter will no longer be available. As of today, all the drop boxes will be eliminated.

(3) The automatic extension of seven (7) days to any period of time prescribed by the Federal Rules of Civil Procedure or the Local Rules of this District which had been provided to allow for the duplication and distribution of the documents and papers is no longer in effect.

(4) The Court will notify any order it issues to the parties involved in the specific case to which it pertains. The notification of orders from now on will be made through the Clerk's fax noticing system which previously had been unavailable for this consolidated action.

2039

MINUTES OF PROCEEDINGS
Page 2
August 29, 2000
CIVIL 96-2443CCC

Accordingly, all attorneys of record are GRANTED a term of twenty (20) days after notice to register for this system if they still have not done so, or to update the information currently on file if there has been any changes, particularly to the fax number.  Parties to be notified.

*h—/* - Secretary

# Orders and Judgments By Fax

### How the Program Works:

1. Attorneys who participate authorize the Clerk of Court to fax copies of orders, judgments, and notices entered in civil and criminal cases directly to the firm's fax number in lieu of mailing a copy of the order.
2. The Clerk's Office maintains a report confirming receipt by parties of the electronic notice. If the Clerk is unable to confirm receipt of the electronic notice, notice by mail will be effected the following business day.

### Authorization to Send Orders and Judgments by Facsimile Transmission

The Clerk of Court for the District of Puerto Rico is authorized to transmit notice of entry of judgment or orders under Fed R. Civ. P. 77 and Fed R. Crim. P. 49 by facsimile transmission in any case in which this capability exists and the undersigned appears as attorney in charge. I understand that this electronic notice will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission:

| Attorney Name: | Signature: |
|---|---|
| FAX Phone Number: | Address: |
| Voice Phone Number: | |
| USDC-PR Number: | |

Mail to:
United States District Court
Frances Ríos de Morán, Clerk of Court
Room 150 Federal Bldg.
San Juan, PR 00918-1767