IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: )
)  CONSOLIDATED CIVIL
RIO PIEDRAS EXPLOSION LITIGATION ) ACTION NO. 96-2443 (CCC)
)
) THIS DOCUMENT PERTAINS TO
) ALL INDIVIDUAL CASES
)

### ORDER

On September 30, 1999, this Court ordered each and every plaintiff in these consolidated cases to complete and submit to the Court Damage Questionnaires and supporting documentation by sending said documents to Commerce Photo Print Corp. in New York, New York, for copying and distribution. The parties have informed the Court of their agreement: that the original Damage Questionnaires and supporting documentation presently at Commerce Photo should be sent to Enron Corp. in Houston, Texas, for storage during the pendency of this litigation; that an exact copy of the Damage Questionnaires and supporting documentation will be stored in San Juan, Puerto Rico; and, that the documents will be available for inspection by any party upon request.

SO ORDERED.

DONE in New York, New York, this 30TH day of August 2000.

_Robert L. Ward_
UNITED STATES DISTRICT JUDGE

2052