IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



IN RE RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

# ORDER

The Joint Motion for Voluntary Dismissal filed by the parties in Civil Action 97-2736 (**docket entry 1876**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Motion Requesting Voluntary Dismissal With Prejudice filed by plaintiff Ronald Pérez-Espinosa in Civil No. 97-1740 (**docket entry 1903**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Motion for Voluntary Dismissal of One Representative Case Without Prejudice filed in Civil No. 97-1172 (**docket entry 1932**) and the Motion for Voluntary Dismissal of Various Plaintiffs From One Representative Case Without Prejudice filed in Civil No. 97-1172 (**docket entry 1935**) are both GRANTED. Partial judgment shall be entered by the Clerk dismissing plaintiffs Francisca Casiano-Colón, Edna E. Trinidad, Gladys Trinidad, Aleivan Trinidad, Eli M. Trinidad, Héctor Rodríguez-Rosado, Gladyscelis Rodríguez-Rosado and Vanessa Rodríguez from said action, without prejudice.

The Motion Requesting Voluntary Dismissal filed by plaintiffs in Civil No. 97-2712 (**docket entry 1943**) is GRANTED. Partial judgment shall be entered by the Clerk dismissing plaintiff María Elena Ulloa from said action, without prejudice.



AO 72A
(Rev.8/82)

2437

CIVIL 96-2443CCC                                    2

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-2664 (**docket entry 2044**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal Without Prejudice filed in Civil No. 97-1172 (**docket entry 2055**) is GRANTED. Accordingly, partial judgment shall be entered by the Clerk dismissing the claims of the conjugal partnership constituted by Carmen Ana Vélez-Morales and Juan A. Feliciano-Morales, without prejudice.

The Joint Stipulation for Voluntary Dismissal Without Prejudice filed in Civil No. 97-1172 (**docket entry 2056**) is GRANTED. Accordingly, partial judgment shall be entered by the Clerk dismissing the claims of the conjugal partnership constituted by Dorca Pastrana-Nieves and Angel Luis Bruno-Díaz, without prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-2717 (**docket entry 2205**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-2732 (**docket entry 2240**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-2731 (**docket entry 2241**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-2724 (**docket entry 2242**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

CIVIL 96-2443CCC                         3

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 96-2466 (**docket entry 2243**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-1188 (**docket entry 2244**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 96-2454 (**docket entry 2245**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-2696 (**docket entry 2246**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 96-2455 (**docket entry 2247**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 96-2487 (**docket entry 2248**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-2678 (**docket entry 2249**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

CIVIL 96-2443CCC                                              4

The Joint Motion for Voluntary Dismissal filed in Civil No. 96-2514 (**docket entry 2250**) is GRANTED. Partial judgment shall be entered by the Clerk dismissing plaintiff Edwin Otero-Rivera from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-1207 (**docket entry 2251**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-1891 (**docket entry 2252**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 96-2567 (**docket entry 2253**) is GRANTED. Partial judgment shall be entered by the Clerk dismissing plaintiff Yahaira Francisco-Vázquez from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-1545 (**docket entry 2254**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 96-2550 (**docket entry 2255**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed in Civil No. 97-2752 (**docket entry 2256**) is GRANTED. Judgment shall be entered by the Clerk dismissing said action, with prejudice.

The Informative Motion In Re Co-plaintiff Andreína García-López filed in Civil No. 96-2622 (**docket entry 2273**), considered as a motion for voluntary dismissal of her claim, is

CIVIL 96-2443CCC                                       5

GRANTED. Accordingly, partial judgment shall be entered by the Clerk dismissing plaintiff Andreína García-López from said action, with prejudice.

SO ORDERED.

At San Juan, Puerto Rico, on January 12, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)