IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                              : CIVIL 96-2443 (CCC)
                                                    : THIS DOCUMENT
RIO PIEDRAS EXPLOSION LITIGATION                    : RELATES TO ALL CASES
                                                    : WHICH REMAIN PENDING

## SCHEDULING ORDER

TO ALL ATTORNEYS IN PENDING CASES:

Counsel are hereby directed to appear before the undersigned for a Status Conference on Friday, February 2, 2001 at 9:00 a.m. in the courtroom of Chief Judge Hector Laffitte. Following the Status Conference, counsel in all cases in which there are pending motions related to discovery should be prepared to present their positions to the Court.

SO ORDERED.

At San Juan, Puerto Rico, on January 29, 2001.

ROBERT J. WARD
Senior United States District Judge

AO 72A
(Rev.8/82)