# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**    **Rio Piedras Explosion Litigation** | **CIVIL CASE   96-2443 (CCC)** |
| **Joyeria Alejandro, et al.** | |
| **v.** | **CIVIL CASE   97-2736 (CCC)** |
| **Enron Corporation, et al.** | |

## JUDGMENT

Pursuant to the Order entered on January 18, 2000 (docket #2437), the claims of **all plaintiffs** are dismissed with prejudice. Judgment is hereby entered.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

2493