IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:     Rio Piedras Explosion Litigation        CIVIL CASE   96-2443 (CCC)

Yolanda Quinones Ortiz, et al.

v.                                                 CIVIL CASE   97-2731 (CCC)

Enron Corporation, et al.

## JUDGMENT

Pursuant to the Order entered on January 18, 2000 (docket #2437), the claims of **all plaintiffs** are dismissed with prejudice. Judgment is hereby entered.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk