# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**  **Rio Piedras Explosion Litigation** | **CIVIL CASE  96-2443 (CCC)** |
| **Olga Cintron Morales, et al.** | |
| **v.** | **CIVIL CASE  96-2455 (CCC)** |
| **Enron Corporation, et al.** | |

## JUDGMENT

Pursuant to the Order entered on January 18, 2000 (docket #2437),  the claims of **all plaintiffs** are dismissed with prejudice.  Judgment is hereby entered.


Frances Rios de Moran
Clerk of Court

Deputy Clerk