IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE  96-2443 (CCC) |
| Edwin Otero Rivera | |
| v. | CIVIL CASE  96-2514 (CCC) |
| Enron Corporation, et al. | |

## PARTIAL JUDGMENT

Pursuant to the Order entered on January 18, 2000 (docket #2437), the claims of **Edwin Otero Rivera** are dismissed with prejudice. Judgment is hereby entered.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk