IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:     Rio Piedras Explosion Litigation | CIVIL CASE  96-2443 (CCC) |
| Olga Aviles Diaz, et al. | |
| v. | CIVIL CASE  97-1891 (CCC) |
| Enron Corporation, et al. | |

JUDGMENT

Pursuant to the Order entered on January 18, 2000 (docket #2437), the claims of **all plaintiffs** are dismissed with prejudice. Judgment is hereby entered.

Frances Rios de Moran
Clerk of Court

Deputy Clerk