IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
|---|---|
| Yahaira Francisco Vazquez | |
| v. | CIVIL CASE 96-2567 (CCC) |
| Enron Corporation, et al. | |

## PARTIAL JUDGMENT

Pursuant to the Order entered on January 18, 2000 (docket #2437), the claims of **Yahaira Francisco Vazquez** are dismissed with prejudice. Judgment is hereby entered.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk