ENTERED ON DOCKET  1/30/1
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: **Rio Piedras Explosion Litigation** | CIVIL CASE  96-2443 (CCC) |
| | CIVIL CASE  97-2344 (CCC) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2000 (docket #2027), the claims of **Sheila Rivera and her conjugal partnership** are dismissed. Judgment is hereby entered.

In San Juan, Puerto Rico, this 30th day of January, 2001.

Frances Rios de Moran
Clerk of Court

*Carmen P. Jacoronte* (signature)
Deputy Clerk

2515