IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | § | MASTER FILE NO. 96-2443 (CCC) |
| | § | |
| RIO PIEDRAS EXPLOSION LITIGATION | § | |
| LITIGATION | § | THIS MOTION RELATES |
| | § | TO CASE 97-1172 (CC) |
| | § | |
| JOSE D. ACOSTA, HIS WIFE, MARIA M. CRUZ, | § | |
| ET AL. | § | |
| | § | |
| Plaintiffs | § | |
| vs. | § | |
| ENRON CORP., ET AL. | § | |
| | § | |

## PARTIAL JUDGMENT

Having considered the Notices of Voluntary Dismissal filed in this civil case (**docket entries 1932 and 1935**) and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court hereby GRANTS partial judgment DISMISSING, without prejudice, the following plaintiffs' claims in this action:

| Motion Docket No. | Plaintiff(s) |
|---|---|
| 1932 | Francisca Casiano-Colon |
| 1935 | Edna E. Trinidad, Gladys Trinidad, Aleivan Trinidad, Eli M. Trinidad, Hector Rodriguez Rosado, Gladyscelis Rodriguez Rosado, and Vanessa Rodriguez |

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on January _30_, 2001.

_____
ROBERT J. WARD
United States District Judge

1



2520