IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: § <br> § <br> RIO PIEDRAS EXPLOSION LITIGATION § <br> LITIGATION § <br> § <br> § <br> JOSE D. ACOSTA, HIS WIFE, MARIA M. CRUZ, § <br> ET AL. § <br> § <br> Plaintiffs § <br> vs. § <br> ENRON CORP., ET AL. § <br> § | MASTER FILE NO. 96-2443 (CCC) <br><br> THIS MOTION RELATES <br> TO CASE 97-1172 (CC) |

## PARTIAL JUDGMENT

Having considered the Motion for Voluntary Dismissal for Eighty-One (81) Plaintiffs Without Prejudice filed in this civil case on July 28, 2000 (**docket entry 2438**), and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court hereby GRANTS partial judgment DISMISSING, without prejudice, the following plaintiffs' claims in this action:

| NO. | Plaintiff Name | Relationship To Principal Plaintiff |
|---|---|---|
| 1. | Maria Calderon | Jose Acosta's mother |
| 2. | Carmen Hernandez del Valle | Roberto Almena's wife |
| 3. | Carlos Almena Hernandez | Roberto Almena's son |
| 4. | Susana Hernandez Cortes | Miguel Arocho's mother |
| 5. | Nancy Arocho Hernandez | Miguel Arocho's sister |
| 6. | Zaimara Sanchez Ayala | Elizabeth Ayala's daughter |
| 7. | Patricia Sanchez Ayala | Elizabeth Ayala's daughter |
| 8. | Ana Pinan Irizarry | Samuel Bermejo's mother in law |
| 9. | Carlos Ortiz Soto | Wanda Colon's husband |
| 10. | Mildred Rivera Cordero | Carmen Cordero's daughter |
| 11. | Rafael Cortes Sanchez | Rafael Cortes' son |
| 12. | Miguel Cortes Alvares | Rafael Cortes' son |
| 13. | Julio Dieppa Barreiro | Tomas Dieppa's brother |
| 14. | Tamara Dieppa Barreiro | Tomas Dieppa's sister |
| 15. | Jorge Rodriguez Bruno | Julie Figueroa's husband |
| 16. | Lourdes Santiago Curbelo | Willie Hernandez's wife |



2521

| 17. | Maria Claudio | Myriam Huertas' mother |
|---|---|---|
| 18. | Betty Claudio Huertas | Myriam Huerta's daughter |
| 19. | Jose Suarez Fuentes | Myriam Huertas' son in law |
| 20. | Anibal Martinez Marquez | Edgardo Martinez's son |
| 21. | Mary Ann Martinez Marquez | Edgardo Martinez's daughter |
| 22. | Luciano Flores Cortes | Lynell Miranda's husband |
| 23. | Luz M. Luciano Leon | Daniel Nieves' mother |
| 24. | Hazel Rivera Rosario | Daniel Nieves' wife |
| 25. | Jose Madera Guevara | Daniel Nieves' stepfather |
| 26. | Francisco L. Oquendo Felix | Individual Plaintiff |
| 27. | Angel Bruno Pastrana | Dorca Pastrana's son |
| 28. | Felix Pastrana Guzman | Dorca Pastrana's father |
| 29. | Ana Gloria Nieves Olmo | Dorca Pastrana's mother |
| 30. | Santiago Cortes Perez | Zoraida Perez's son |
| 31. | Zoraida Cortes Perez | Zoraida Perez's daughter |
| 32. | Johanna Perez Vargas | Zoraida Perez's sister |
| 33. | Linda Clemente de Pizarro | Carmen Rodriguez's daughter |
| 34. | Jose Pizarro Esteva | Carmen Rodriguez's son in law |
| 35. | Annette Colon Sarraga | Ana Sarraga's daughter |
| 36. | Gloria Cardona Veguet | Maria Veguet's daughter |
| 37. | Juan Feliciano Morales | Carmen Velez's husband |
| 38. | Liznery Feliciano Velez | Carmen Velez's daughter |
| 39. | Damaris Feliciano Velez | Carmen Velez's daughter |
| 40. | Rosa Feliciano Velez | Carmen Velez's daughter |
| 41. | Rosa Morales Hernandez | Carmen Velez's sister |
| 42. | Gladys Trinidad Franco | Hector Trinidad's sister |
| 43. | Eli Trinidad Franco | Hector Trinidad's brother |
| 44. | Aleivan Trinidad Franco | Hector Trinidad's brother |
| 45. | Hector Rodriguez Rosado | Hector Trinidad's step-brother |
| 46. | Gladycelis Rodriguez Rosado | Hector Trinidad's step-sister |
| 47. | Vanessa Rodriguez Rosado | Hector Trinidad's step-sister |
| 48. | Carmen Vazquez Alvarado | Tomas Santiago's wife |
| 49. | Karem Santiago Vazquez | Tomas Santiago's daughter |
| 50. | Luis Santiago Vazquez | Tomas Santiago's son |
| 51. | Francisca Casiano Colon | Victim |
| 52. | Frances Rivera Casiano | Francisca Casiano's daughter |
| 53. | Juan Melendez Valentin | Francisca Casiano's husband |
| 54. | Jan Carlos Melendez Casiano | Francisca Casiano's son |
| 55. | Jan Luis Melendez Casiano | Francisca Casiano's son |
| 56. | Noel Pabon Saldana | Victim |
| 57. | Belma Maestre Nadal | Noel Pabon's wife |
| 58. | Sheyla Rivera | Victim |
| 59. | Francisco Vicens Vega | Rosangeles Mattei's husband |
| 60. | Vanessa Puig Mattei | Rosangeles Mattei's daughter |
| 61. | Zandra Puig Mattei | Rosangeles Mattei's daughter |

| 62. | Wanda Sanchez Pastrana | Jose Sanchez's sister |
| --- | --- | --- |
| 63. | Julio Guzman Sanchez | Jose Sanchez's nephew |
| 64. | Isabelisse Guzman Sanchez | Jose Sanchez's niece |
| 65. | Wanda Guzman Sanchez | Jose Sanchez's niece |
| 66. | Samuel Hernandez Alonso | Jose Sanchez's brother in law |
| 67. | Michelle Mejias | Amarilis Perdomo's daughter |
| 68. | Teresa Rosario Pichardo | Dinorah Rosario's mother |
| 69. | Carmen Boneta Guerrero | Victim |
| 70. | Andrea A. Talaveras | Wanda Padilla's daughter and Victim |
| 71. | Maria E. Sanchez Ayala | Elizabeth Ayala Melendez's daughter |
| 72. | Joel Martinez | Wanda Colon's brother |
| 73. | Jonathan Dieppa Barreiro | Tomas Dieppa Barreiro's brother |
| 74. | Ana Marquez Lopez | Edgardo Martinez Santiago's wife |
| 75. | Carmen Millan Reyes | Irma Millan Reyes' sister |
| 76. | Yazil Jimenez Luciano | Daniel Nieves Luciano's brother |
| 77. | Aileen Colon Sarraga | Ana Maria Sarraga Maldonado's daughter |
| 78. | Edna E. Trinidad Franco | Hector Trinidad Franco's sister |
| 79. | Tomas Santiago Vazquez | Tomas Santiago Rodriguez's son |
| 80. | Antonio Garcia Espaillat | Dinorah Rosario Apolinar's husband |
| 81. | Francisco J. Rivera Serrata | Cynthia Rivera Serrata's brother |

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on January  30 , 2001.

*Robert J. Ward*
ROBERT J. WARD
United States District Judge

3