IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

# ORDER

The Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)((1)(ii) filed by the parties in Civil No. 97-1448 (**docket entry 2293**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claim of Judith Figueroa-Nieves from said action, without prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2503 (**docket entry 2298**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1204 (**docket entry 2299**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-1287 (**docket entry 2300**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claims of Ana C. Nieves-Pacheco, Ana Hilda Pacheco-Guzmán, Elizabeth Nieves and Nellie Cabrera-Rodríguez from said action, with prejudice.

AO 72A
(Rev.8/82)

2522

CIVIL 96-2443CCC                                               2

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-1545 (**docket entry 2301**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claims of Audilia Alvarez-Altreche, José Pérez-Alvarez and Jeanette Pérez-Alvarez from said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2679 (**docket entry 2302**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2691 (**docket entry 2303**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2693 (**docket entry 2304**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2716 (**docket entry 2305**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2725 (**docket entry 2306**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

CIVIL 96-2443CCC                    3

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2726 (**docket entry 2307**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2727 (**docket entry 2308**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2756 (**docket entry 2309**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-2763 (**docket entry 2310**) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claims of Ronny Vera-Pérez, José Vera-Villafañe and Ana Dilia Pérez-Santiago from said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1919 (**docket entry 2311**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2138 (**docket entry 2312**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

CIVIL 96-2443CCC                                     4

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2266 (**docket entry 2313**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2344 (**docket entry 2314**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulations for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1772 (**docket entries 2315 and 2334**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2674 (**docket entry 2316**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2595 (**docket entry 2317**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1199 (**docket entry 2318**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

CIVIL 96-2443CCC                                    5

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2719 (**docket entry 2319**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1364 (**docket entry 2320**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1373 (**docket entry 2321**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Motion for the Voluntary Dismissal of Varios Plaintiffs from the Representative Case of Luz Delia Ruiz-Sotomayor Without Prejudice filed in Civil No. 97-1172 (**docket entry 2322**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claims of Jaime Pagán-Ruiz, José Pagán-Ruiz, José A. Pagán-Andrade, Héctor Ruiz-Sotomayor and Edgardo Pérez-Castro from said action, without prejudice.

The Motion for Voluntary Dismissal Without Prejudice in Favor of Enron Americas Energy Services Inc. filed in Civil No. 97-1172 (**docket entry 2331**) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claims against Enron Americas Energy Services Inc. from said action, without prejudice.

AO 72A
(Rev.8/82)

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1206 (**docket entry 2335**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2722 (**docket entry 2336**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-2762 (**docket entry 2337**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claims of Sandra Jerez-Sánchez and David Jerez-Sánchez from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 96-2466 **(docket entry 2338**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claims of Glenda Lee Torres-Solís, Francisca Castro-Encarnación and Marcos Antonio Torres-Castro from said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2594 (**docket entry 2339**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

CIVIL 96-2443CCC                                                7

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2750 (**docket entry 2340**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2751 (**docket entry 2341**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2491 (**docket entry 2342**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-1207 (**docket entry 2343**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claim of Alexis Vizcaya-Marrero from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-2762 (**docket entry 2344**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claim of Ricarda Sánchez-González from said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2697 (**docket entry 2345**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

CIVIL 96-2443CCC					8

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2692 (**docket entry 2346**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2443 (**docket entry 2347**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2698 (**docket entry 2348**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2689 (**docket entry 2349**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2765 (**docket entry 2350**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2694 (**docket entry 2351**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

CIVIL 96-2443CCC                                                          9

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2733 (**docket entry 2352**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed in Civil No. 97-1287 (**docket entry 2353**) is GRANTED. Partial judgment shall be entered by the Clerk of Court dismissing the claims of Ana C. Nieves-Pacheco, Ana Hilda Pacheco-Guzmán, Elizabeth Nieves and Nellie Cabrera-Rodríguez from said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2609 (**docket entry 2354**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2267 (**docket entry 2355**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2695 (**docket entry 2356**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

CIVIL 96-2443CCC                                    10

      The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2708 (**docket entry 2357**) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

SO ORDERED.

At San Juan, Puerto Rico, on January 30th, 2001.

                                            CARMEN CONSUELO CEREZO
                                            United States District Judge