# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

---

## ORDER

The Motion for Clarification of Order filed by plaintiffs in Civil No. 97-1172 (**docket entry 1895**) is MOOT.

The Motion to Identify Specific Plaintiffs to be Tried in Each Representative Case filed by defendants (**docket entry 1949**) is MOOT.

The Motions for Sanctions filed by defendants in Civil No. 97-2594 (**docket entries 1972, 1973 & 1974**) are MOOT, in view of the Joint Stipulation for Voluntary Dismissal filed by the parties in said case (**docket entry 2339**).

The Motions to Dismiss Claims for Want of Prosecution filed by defendants in Civil No. 97-2678 (**docket entries 1999, 2000, 2001, 2002 and 2003**) are MOOT, in view of the Joint Stipulation for Voluntary Dismissal filed by the parties in said case (**docket entry 2249**).

The Motion for Sanctions filed by defendants in Civil No. 97-2344 (**docket entry 2020**) is MOOT, in view of the Joint Stipulation for Voluntary Dismissal filed by the parties in said case (**docket entry 2314**).

AO 72A
(Rev.8/82)

2523

CIVIL 96-2443CCC                                    2

The Motion for Order as to PSC Fees and Expenses filed by plaintiffs (**docket entry 2023**) is NOTED.  The Court will issue its final ruling on this matter as soon as it receives the Report and Recommendation from Magistrate Judge Delgado.

The Motion Requesting Lifting of Sanctions on Heath Consultants Incorporated filed by said co-defendant (**docket entry 2062**) is GRANTED.

The Motion in Request for Consolidation filed by plaintiffs in Civil No. 97-1740 (**docket entry 2063**) is GRANTED.

The Motion in Request for Consolidation filed by plaintiffs in Civil No. 97-1738 (**docket entry 2070**) is GRANTED.

Enron Corp.'s Urgent Motion to Preclude Expert Testimony filed in Civil Nos. 97-1206 & 97-2570 (**docket entry 2074**), two representative cases already settled, is MOOT.

The Motions for Sanctions filed by defendants in Civil No. 97-2708 (**docket entries 2115 and 2116**) are MOOT, in view of the Joint Stipulation for Voluntary Dismissal filed by the parties in said case (**docket entry 2357**).

The Motion for Sanctions filed by defendants in Civil No. 97-2719 (**docket entry 2117**) is MOOT, in view of the Joint Stipulation for Voluntary Dismissal filed by the parties in said case (**docket entry 2319**).

Enron Corp.'s Urgent Motion to Preclude Plaintiffs' Expert Witness filed in Civil No. 97-2729 (**docket entry 2142**), a representative case already settled, is MOOT.

CIVIL 96-2443CCC                                  3

Enron's Urgent Motion to Preclude Plaintiffs' Expert Witnesses for Failure to Provide Mandated Rule 26(a)(2)(B) Disclosures filed in Civil Nos. 96-2514, 96-2533, 96-2542, 97-1190 & 97-1384 (**docket entry 2146**), five representative cases already settled, is MOOT.

The Request for Leave to File Reply to Plaintiff's Opposition to Enron Corp.'s Urgent Motion to Preclude Expert Testimony filed by defendant Enron Corp. in Civil Nos. 97-1206 and 97-2570 (**docket entry 2158**) is MOOT.

Enron Corp.'s Urgent Motion to Preclude Plaintiff's Expert Witness filed in Civil No. 97-1190 (**docket entry 2159**), a representative case already settled, is MOOT.

Enron'S Urgent Motion to Preclude Plaintiffs' Expert Witnesses Victor Santiago Noa and Carlos Garrett for Failure to Timely Provide Mandated Rule 26(a)(2)(B) Disclosures filed in Civil No. 96-2542 (**docket entry 2161**), a representative case already settled, is MOOT.

The Emergency Motion as to the Celebration of the Meeting to Prepare the Pretrial Memorandum Pursuant to Local Rule 314(3) filed by plaintiffs in Civil Nos. 96-2537, 97-1190, 96-2514, 96-2542 & 97-1384 (**docket entry 2212**) is MOOT.

Defendants' Motion to Dismiss the Cases of Plaintiffs Luz Delia Ruiz-Sotomayor, Iris Delia Pagán-Ruiz, Iris Margarita Pagán-Ruiz, Edgardo Pérez-Castro, Jaime A. Pagán-Ruiz, José A. Pagán-Ruiz José A. Pagán-Andrade and Héctor Ruiz-Sotomayor for Lack of Subject Matter Jurisdiction filed in Civil 97-1172 (**docket entry 2215**), representative cases already settled, is MOOT.

CIVIL 96-2443CCC                                        4

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Judith L. Figueroa-Nieves for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1448 (**docket entry 2216**), a representative case already settled, is MOOT.

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Josephine Navarro-Hernández for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1172 (**docket entry 2217**), a representative case already settled, is MOOT.

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Héctor Trinidad-Franco for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1172 (**docket entry 2218**), a representative case already settled, is MOOT.

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Julia Hernández for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1172 (**docket entry 2219**), a representative case already settled, is MOOT.

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Héctor M. Rodríguez De Jesús for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1172 (**docket entry 2220**), a representative case already settled, is MOOT.

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Edna T. Franco-Cáceres for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1172 (**docket entry 2221**), a representative case already settled, is MOOT.

CIVIL 96-2443CCC                                5

Defendants' Motion to Dismiss the Case of Plaintiff Edwin Piñeiro-Navarro for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1172 (**docket entry 2222**), a representative case already settled, is MOOT.

Enron Corp.'s Motion for Partial Summary Judgment Concerning Loss of Future Economic Support filed in Civil No. 96-2533 (**docket entry 2231**), a representative case already settled, is MOOT.

Enron Corp.'s Motion for Partial Summary Judgment on Plaintiff's Loss of Future Income Claim filed in Civil No. 97-2729 (**docket entry 2232**), a representative case already settled, is MOOT.

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Jacqueline Rosario-López for Lack of Subject Matter Jurisdiction filed in Civil No. 96-2542 (**docket entry 2233**), a representative case already settled, is MOOT.

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Rafael Osvaldo Pagán for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1164 (**docket entry 2234**), a representative case already settled, is MOOT.

Defendants' Supplemental Motion to Dismiss the Case of Plaintiff Waleska Tossas-Carrasquillo for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1384 (**docket entry 2235**), a representative case already settled, is MOOT.

CIVIL 96-2443CCC                                6

Defendants' Motion to Dismiss the Case of Plaintiff Luis F. Hernández-Santana for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1164 (**docket entry 2236**), a representative case already settled, is MOOT.

Defendants' Motion to Dismiss the Case of Plaintiff Rosa María Hernández-Santana for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1164 (**docket entry 2237**), a representative case already settled, is MOOT.

Defendants' Motion to Dismiss the Case of Plaintiff Oscar Hernández-Santana for Lack of Subject Matter Jurisdiction filed in Civil No. 97-1164 (**docket entry 2238**), a representative case already settled, is MOOT.

Defendants' Motion to Dismiss the Case of Plaintiff José Vázquez-Arroyo for Lack of Subject Matter Jurisdiction filed in Civil No. 96-2514 (**docket entry 2281**), a representative case already settled, is MOOT.

The Motion for Extension of Time to Oppose Several Motions to Dismiss filed by plaintiffs in Civil No. 97-1172 (**docket entry 2287**) is MOOT.

The Motion Requesting an Extension of Time filed by plaintiff José Vázquez-Arroyo in Civil No. 96-2514 (**docket entry 2289**) is MOOT.

The Request for Leave to File Exhibits in Spanish filed by plaintiff in Civil No. 96-2542 (**docket entry 2290**) is GRANTED.

CIVIL 96-2443CCC                    7

The Motion Requesting Leave to File Second Amended Complaint filed by plaintiffs in Civil No. 97-2770 (**docket entry 2292**) is GRANTED. The tendered Second Amended Complaint is ORDERED FILED.

The Motion for Extension of Time to Answer Interrogatories and Request for Production of Documents filed by plaintiff in Civil No. 97-1200 (**docket entry 2294**) is MOOT.

The Motion for Extension of Time to Answer Interrogatories, Request for Admissions and Request for Production of Documents filed by plaintiffs in Civil No. 97-2598 (**docket entry 2295**) is MOOT.

The Motion for Further Extension of Time to Oppose Several Motions to Dismiss filed by plaintiffs in Civil No. 97-1172 (**docket entry 2296**) is MOOT.

Defendants' First Request for Extension of Time to Oppose Plaintiffs' Motion for Summary Judgment filed in Civil Nos. 97-2762 & 97-1207 (**docket entry 2323**) is MOOT.

Defendant's Request for Extension of Time to Reply to Plaintiffs' Opposition to Motion to Dismiss filed in Civil No. 96-2552 (**docket entry 2333-A**) is MOOT.

The Motion to Attach Exhibits Inadvertently Omitted from Pretrial Order filed by defendants in Civil No. 97-1296 (**docket entry 2333-B**) is NOTED.

The Motion to Attach Exhibits Inadvertently Omitted From Pretrial Order filed by defendants in Civil No. 97-1448 (**docket entry 2333-C**) is NOTED.

CIVIL 96-2443CCC                    8

The Motion to Insert Original Signature Page Inadvertently Omitted From Proposed Pretrial Order filed by defendants in Civil No. 97-1172 (**docket entry 2333-D**) is GRANTED.

The Motion Requesting Leave to File Fourth Amended Complaint filed by plaintiffs in Civil No. 97-1296 (**docket entry 2358**) is GRANTED. The tendered Fourth Amended Complaint is ORDERED FILED.

The Motion Requesting Leave to File Third Amended Complaint filed in Civil No. 97-1448 (**docket entry 2359**) is GRANTED. The tendered third amended complaint is ORDERED FILED.

The Informative Motion filed by defendants in Civil No. 97-1287 (**docket entry 2360**) is NOTED.

The Motion to Enter Ruling on Unopposed Motions to Dismiss, Renewed Motion to Dismiss and Motion to Dismiss as a Sanction for Violation of Court Orders filed by defendants in Civil No. 97-1172 (**docket entry 2361**) is DENIED.

The Motion in Limine to Limit Testimony of Plaintiff's Psychiatric Expert And Exclude Any Opinion as to Cost of Treatment filed by defendants in Civil No. 97-1172 (**docket entry 2362**), having been amended by a subsequent motion (see docket entry 2383), is MOOT.

The Motion in Limine to Exclude From Evidence Medical Texts and Other Literature filed by defendants in Civil No. 97-1172 (**docket entry 2363**), a representative case already settled, is MOOT.

CIVIL 96-2443CCC                    9

The Motion in Limine to Exclude Proposed Witnesses not Identified During Discovery filed by defendants in Civil No. 97-1172 (**docket entry 2364**), having been amended by a subsequent motion (<u>see</u> **docket entry 2393**), is MOOT.

The Motion for Leave to File Documents in Spanish filed by defendants in Civil No. 97-1172 (**docket entry 2365**) is GRANTED.

The Motion in Limine to Exclude Social Security Determination of Disability filed by defendants in Civil No. 97-1172 (**docket entry 2366**), having been amended by a subsequent motion (<u>see</u> **docket entry 2382**), is MOOT.

The Motion in Limine Regarding Expert Reports filed by defendants in Civil No. 97-1172 (**docket entry 2367**), a representative case already settled, is MOOT.

Defendants' Motion in Limine filed in Civil No. 97-2668 (**docket entry 2370**), a representative case already settled, is MOOT.

Defendants' Motion in Limine filed in Civil No. 96-2542 (**docket entry 2371**), a representative case already settled, is MOOT.

Defendants' Motion in Limine filed in Civil No. 96-2542 (**docket entry 2372**), a representative case already settled, is MOOT.

Defendants' Motion in Limine Regarding Videotapes of News Footage filed in Civil No. 96-2542 (**docket entry 2373**), a representative case already settled, is MOOT.

Defendants' Motion in Limine filed in Civil No. 96-2542 (**docket entry 2374**), a representative case already settled, is MOOT.

CIVIL 96-2443CCC                    10

Defendants' Motion in Limine filed in Civil No. 97-2668 (**docket entry 2375**), a representative case already settled, is MOOT.

The Motion in Limine to Exclude Determinations of Disability by the Social Security Administration and the State Insurance Fund filed by defendants in Civil No. 97-1296 (**docket entry 2380**), a representative case already settled, is MOOT.

The Motion in Limine to Exclude Reference or Evidence Regarding Defendants' Insurance Carriers filed by defendants in Civil 97-1296 (**docket entry 2381**), a representative case already settled, is MOOT.

The Amended Motion in Limine to Exclude Social Security Determination of Disability filed by defendants in Civil No. 97-1172 (**docket entry 2382**), a representative case already settled, is MOOT.

The Amended Motion in Limine to Limit Testimony of Plaintiffs' Psychiatric Expert filed in Civil No. 97-1172 (**docket entry 2383**), a representative case already settled, is MOOT.

The Motion in Limine filed by defendants in Civil No. 97-1172 (**docket entry 2386**), a representative case already settled, is MOOT.

The Motion in Limine to Exclude Reference or Evidence Regarding Defendants' Insurance Carriers filed in Civil No. 97-1172 (**docket entry 2388**), a representative case already settled, is MOOT.

The Motion in Limine to Exclude Photographs and Videos of the Explosions's Aftermath filed by defendants in Civil No. 97-1448 (**docket entry 2389**), a representative case already settled, is MOOT.

CIVIL 96-2443CCC                    11

Defendants' Request for Leave to File Exhibit in Spanish filed in Civil No. 96-2514 (**docket entry 2390**) is GRANTED.

The Motion in Limine to Exclude Reference or Evidence Regarding Defendants' Insurance Carriers filed by defendants in Civil No. 97-1448 (**docket entry 2391**), a representative case already settled, is MOOT.

The Motion in Limine Regarding Expert Reports filed by defendant in Civil No. 97-1448 (**docket entry 2392**), a representative case already settled, is MOOT.

The Amended Motion in Limine to Exclude Proposed Witnesses Not Idetified During Discovery filed by defendants in Civil No. 97-1172 (**docket entry 2393**), a representative case already settled, is MOOT.

The Motion in Limine to Exclude Photographs and Videos of the Explosion's Aftermath filed by defendants in Civil No. 97-1172 (**docket entry 2394**), a representative case already settled, is MOOT.

The Motion in Limine to Exclude Photographs and Videos of the Explosion's Aftermath filed by defendants in Civil No. 97-1296 (**docket entry 2397**), a representative case already settled, is MOOT.

The Motion in Limine Regarding Expert Reports filed by defendants in Civil No. 97-1296 (**docket entry 2398**), a representative case already settled, is MOOT.

The Motion in Limine Regarding Photographs of the Explosion's Aftermath and Videotapes of News Footages filed by defendants in Civil No. 96-2514 (**docket entry 2399**), a representative case already settled, is MOOT.

CIVIL 96-2443CCC                                    12

The Informative Motion Regarding Filings Related to Trial Cases filed by defendants in Civil Nos. 97-1172, 97-1287, 97-1296 & 97-1448 (**docket entry 2400**) is NOTED.

The Motion in Limine Regarding Expert Reports filed by defendants in Civil No. 97-1287 (**docket entry 2402**), a representative case already settled, is MOOT.

The Motion in Limine to Exclude Three Treating Physicians From Testifying as Experts filed in Civil No. 97-1287 (**docket entry 2404**), a representative case already settled, is MOOT.

The Motion in Limine to Exclude Determinations of Disability filed by defendants in Civil No. 97-1448 (**docket entry 2405**), a representative case already settled, is MOOT.

The Notice of Amended Complaints Regarding Representative Cases filed by plaintiffs in Civil No. 97-1172 (**docket entry 2408**), a representative case already settled, is MOOT.

The Motion for One Day Extension of Time filed by plaintiffs in Civil No. 97-1172 (**docket entry 2414**) is MOOT.

The Motion for Protective Order filed by plaintiffs in Civil No. 97-1172 (**docket entry 2421**), a representative case already settled, is MOOT.

Defendants' Motion in Limine Regarding Expert Witness Carlos R. Garrett filed in Civil No. 96-2514 (**docket entry 2423**), a representative case already settled, is MOOT.

Defendants' Request for Leave to File Exhibit in Spanish filed in Civil No. 96-2542 (**docket entry 2424**) is GRANTED.

CIVIL 96-2443CCC                          13

Defendants' Motion in Limine filed in Civil No. 96-2514 (**docket entry 2425**), a representative case already settled, is MOOT.

Defendants' Motion in Limine filed in Civil No. 96-2514 (**docket entry 2426**), a representative case already settled, is MOOT.

Defendants' Motion in Limine filed in Civil No. 96-2514 (**docket entry 2427**), a representative case already settled, is MOOT.

Defendants' Motion in Limine filed in Civil No. 97-2668 (**docket entry 2428**), a representative case already settled, is MOOT.

The Motion Requesting Final Extension to File Reply to Plaintiff's Opposition to Motion to Dismiss filed by defendants in Civil No. 96-2542 (**docket entry 2429**) is MOOT.

The Motion to Supplement Defendant's Exhibit List Included in Joint Proposed Pretrial Order filed by defendant Enron Corp. in Civil 96-2542 (**docket entry 2430**) is NOTED.

Defendants Motion in Limine to Exclude Proposed Expert Witness Dr. Ricardo Alegría filed in Civil No. 97-2668 (**docket entry 2431**), a representative case already settled, is MOOT.

The Motion to Supplement Defendant's Deposition List Included in Joint Proposed Pretrial Order filed by defendants in Civil No. 96-2542 (**docket entry 2432**) is NOTED.

Defendants' Motion in Limine Regarding Expert Witness Carlos R. Garrett filed in Civil No. 96-2542 (**docket entry 2435**), a representative case already settled, is MOOT.

CIVIL 96-2443CCC                    14

Defendants' Request for Extension of Time to Respond to Plaintiffs' Motion Requesting Designation of New Trial Cases filed in Civil No. 97-1038 (**docket entry 2453**) is MOOT.

The Motion in Limine Due to Spoliation of Evidence filed by plaintiff in Civil No. 96-2514 (**docket entry 2463**), a representative case already settled, is MOOT.

The Motion for Leave to File Time Sheet Summaries of Jorge Ortiz-Brunet Under Seal (**docket entry 2465**) is GRANTED.

The Motion to Withdraw as Attorney to Integrand Assurance Company and Extension of Time to Inform Another Legal Representative filed by attorney Héctor F. Molina-Román in Civil No. 98-1519 (**docket entry 2467**) is DENIED without prejudice, as attorney Molina-Román failed to provide the postal address of defendant Integrand Assurance Company.

SO ORDERED.

At San Juan, Puerto Rico, on January 29, 2001.

CARMEN CONSUELO CEREZO
United States District Judge