IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: § <br> § <br> RIO PIEDRAS EXPLOSION LITIGATION § <br> LITIGATION § <br> _____§ <br> § <br> FRANCISCO RODRIGUEZ ROBLES, ET AL., § <br>    Plaintiffs § <br> § <br>    vs. § <br> § <br> ENRON CORP., ET AL., § <br>    Defendants § <br> § <br> § <br> § <br> _____§ | MASTER FILE NO. 96-2443 (CCC) <br><br> THIS ORDER RELATES <br> TO CASE 97-1287 (CC) <br><br><br><br><br> TRIAL CASE OF: <br> FRANCISCO RODRIGUEZ ROBLES, <br> MARIA MILAGROS VERGE QUILES, <br> FRANCES RODRIGUEZ VERGE, <br> GRETCHEN RODRIGUEZ VERGE, AND <br> THE CONJUGAL PARTNERSHIP BETWEEN <br> MARIA MILAGROS VERGE QUILES AND <br> FRANCISCO RODRIGUEZ ROBLES |

### ORDER

On January 17, 2001, counsel for the parties jointly announced to the Court that a settlement in principle had been reached in the captioned action and that the parties had authorized their respective counsel to accept the settlement. Accordingly,

IT IS HEREBY ORDERED that this case is removed from the trial docket and that all pending motions filed therein on or before January 17, 2001, are moot.

At San Juan, Puerto Rico, on January 31, 2001.

_____
ROBERT J. WARD
Senior United States District Judge



96-2443 (CCC)

s/c issued to:

1. Grinstein
2. Robert Rivera
3. Manne
4. Besosa
5. Tulla
6. Bauza
7. Santori
8. Harrison
9. Cheek
10. Buxton
11. Usera
12. Ballard
13. Fornaris
14. Rexach
15. Lugo
16. Bimbela
17. Ricco
18. Sifre
19. Carlos Martinez
20. Jose Otero
21. Rafael Velazquez

Attorney for plaintiff(s): _R. Schell & G. Oronoco_

Date: 2/1/1

By: _[signature]_

2532