IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | § | MASTER FILE NO. 96-2443 (CCC) |
| RIO PIEDRAS EXPLOSION LITIGATION LITIGATION | § § § | THIS ORDER RELATES TO CASE 97-1448(CCC) |
| GEORGINA MERCED ZAYAS, ET AL., Plaintiffs | § § § | |
| vs. | § § § § | TRIAL CASE OF: GEORGINA MERCED ZAYAS, JUDITH I. FIGUEROA NIEVES, ANA HILDA MERCED ZAYAS, SATURNINA ZAYAS GARCIA (DECEASED), ELIZABETH MERCED ZAYAS, GLADYS MERCED ZAYAS, JAIME MERCED |
| ENRON CORP., ET AL. Defendants. | § § § § § § | ZAYAS, MARIA MERCEDES MERCED ZAYAS, NEREIDA MERCED ZAYAS, WANDA MERCED ZAYAS, RAFAEL MERCED MERCED, JOSE LUIS PIZARRO CRUZ, AND WANDA E. PIZARRO MERCED |

## ORDER

On January 29, 2001, counsel for the parties jointly announced to the Court that a settlement in principle had been reached in the captioned action and that the parties had authorized their respective counsel to accept the settlement. Accordingly,

IT IS HEREBY ORDERED that this case is removed from the trial docket and that all pending motions filed therein on or before January 29, 2001, are moot.

At San Juan, Puerto Rico, on January 31, 2001.

ROBERT J. WARD
Senior United States District Judge

1



96-2443 (CCC)

s/c issued to:

1. Grinstein
2. Robert Rivera
3. Manne
4. Besosa
5. Tulla
6. Bauza
7. Santori
8. Harrison
9. Cheek
10. Buxton
11. Usera
12. Ballard
13. Fornaris
14. Rexach
15. Lugo
16. Bimbela
17. Ricco
18. Sifre
19. Carlos Martinez
20. Jose Otero
21. Rafael Velazquez

Attorney for plaintiff(s): H. Diaz Gnzlz, C. Fernandez & R. Graffam

Date: 2/1/1

By: [signature]

2534