ENTERED ON DOCKET _____
PURSUANT TO FRCP 58 &79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:  Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   97-1207 (CCC)

## PARTIAL JUDGMENT

Pursuant to the Order entered on February 1st, 2001 (docket #2522), the claims of **Alexis Vizcaya Marrero** are dismissed with prejudice. Judgment is hereby entered.

In San Juan, Puerto Rico, this 1st day of February, 2001.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk

2543