ENTERED ON DOCKET _____
PURSUANT TO FRCP 58 &79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:  Rio Piedras Explosion Litigation

CIVIL CASE  96-2443 (CCC)

CIVIL CASE  96-2466 (CCC)

## PARTIAL JUDGMENT

Pursuant to the Order entered on February 1st, 2001 (docket #2522), the claims of **Glenda Lee Torres Solis, Francisca Castro Encarnacion** and **Marcos Antonio Torres Castro** are dismissed with prejudice.  Judgment is hereby entered.

In San Juan, Puerto Rico, this 1st day of February, 2001.

Frances Rios de Moran
Clerk of Court

*(signature)*
Deputy Clerk

2544

96-2443 (CCC)

s/c issued to:

1.  Grinstein
2.  Robert Rivera
3.  Manne
4.  Besosa
5.  Tulla
6.  Bauza
7.  Santori
8.  Harrison
9.  Cheek
10. Buxton
11. Usera
12. Ballard
13. Fornaris
14. Rexach
15. Lugo
16. Bimbela
17. Ricco
18. Sifre
19. Carlos Martinez
20. Jose Otero
21. Rafael Velazquez

Attorney for plaintiff(s): C. Silva, J. Ortiz Brunet

Date: 2/7/1

By: [signature]

2544