ENTERED ON DOCKET 2/13/01
PURSUANT TO FRCP 58 &79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re:  Rio Piedras Explosion Litigation | CIVIL CASE  96-2443 (CCC) |
|---|---|
| | CIVIL CASE  97-1287 (CCC) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on February 1st, 2001 (docket #2522), the claims of **Ana C. Nieves Pacheco, Ana Hilda Pacheco Guzman, Elizabeth Nieves and Nellie Cabrera Rodriguez** are dismissed with prejudice. Judgment is hereby entered.

In San Juan, Puerto Rico, this 1st day of February, 2001.

Frances Rios de Moran
Clerk of Court

*(signature)*
Deputy Clerk



2551

96-2443 (CCC)

s/c issued to:

1. Grinstein
2. Robert Rivera
3. Manne
4. Besosa
5. Tulla
6. Bauza
7. Santori
8. Harrison
9. Cheek
10. Buxton
11. Usera
12. Ballard
13. Fornaris
14. Rexach
15. Lugo
16. Bimbela
17. Ricco
18. Sifre
19. Carlos Martinez
20. Jose Otero
21. Rafael Velazquez

Attorney for plaintiff(s): _Schell & Troncoso_

Date: _2/13/01_

By: _____

2551