ENTERED ON DOCKET 2/13/01
PURSUANT TO FRCP 58 &79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| | CIVIL CASE 97-2763 (CCC) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on February 1st, 2001 (docket #2522), the claims of **Ronny Vera Perez, Jose Vera Villafañe** and **Ana Dilia Perez Santiago** are dismissed with prejudice. Judgment is hereby entered.

In San Juan, Puerto Rico, this 1st day of February, 2001.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk



2552

96-2443 (CCC)

s/c issued to:

1. Grinstein
2. Robert Rivera
3. Manne
4. Besosa
5. Tulla
6. Bauza
7. Santori
8. Harrison
9. Cheek
10. Buxton
11. Usera
12. Ballard
13. Fornaris
14. Rexach
15. Lugo
16. Bimbela
17. Ricco
18. Sifre
19. Carlos Martinez
20. Jose Otero
21. Rafael Velazquez

Attorney for plaintiff(s): W. Martinez & Jorge Ortiz

Date: 2/13/01

By: [signature]

2552