ENTERED ON DOCKET __2/13/01__
PURSUANT TO FRCP 58 &79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:   **Rio Piedras Explosion Litigation**

CIVIL CASE   **96-2443 (CCC)**

CIVIL CASE   **97-2762 (CCC)**

## PARTIAL JUDGMENT

Pursuant to the Order entered on February 1st, 2001 (docket #2522), the claims of **Sandra Jerez Sanchez** and **David Jerez Sanchez** are dismissed with prejudice. Judgment is hereby entered.

In San Juan, Puerto Rico, this 1st day of February, 2001.

Frances Rios de Moran
Clerk of Court

_Carmen M. Jacoroth_
Deputy Clerk

2553

96-2443 (CCC)

s/c issued to:

1.  Grinstein
2.  Robert Rivera
3.  Manne
4.  Besosa
5.  Tulla
6.  Bauza
7.  Santori
8.  Harrison
9.  Cheek
10. Buxton
11. Usera
12. Ballard
13. Fornaris
14. Rexach
15. Lugo
16. Bimbela
17. Ricco
18. Sifre
19. Carlos Martinez
20. Jose Otero
21. Rafael Velazquez

Attorney for plaintiff(s):  _J. Ortiz_

Date:  _2/13/01_

By:  _____