IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

### ORDER FOR METING OF ALL PLAINTIFF ATTORNEYS

After several months of individual settlement negotiations, still more than five hundred (500) individual plaintiffs remain in these consolidated actions. The Court believes that a global settlement of all plaintiffs is a feasible solution to this litigation and the time is ripe to explore th is possibility. Therefore, **ALL PLAINTIFF ATTORNEYS in these consolidated actions are ORDERED to meet in this Court's courtroom at 2:00 PM on March 12, 2001.** The purpose of this meeting will be to discuss the possibility of a global settlement and to elect five (5) attorneys to act as the plaintiffs' negotiating team with defendants to this effect. Any plaintiff attorney who does not attend this meeting will be sanctioned, unless good cause is shown.

SO ORDERED.

At San Juan, Puerto Rico, on February 13, 2001.

CARMEN CONSUELO CEREZO
United States District Judge


AO 72A
(Rev.8/82)

2557