IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    March 7, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

IN RE: RIO PIEDRAS EXPLOSION
LITIGATION                                CIVIL 96-2443CCC

By order of the Court, the following docket entries which are motions pertaining to discovery issues, are deemed WITHDRAWN AS MOOT, inasmuch as the parties informed to Judge Ward that the claims to which they correspond were settled: **1967, 1968, 1969, 1970, 1971, 2021, 2052, 2054, 2118, 2153 & 2197.**

— Secretary

s/cs:to (ill)
attys/pts
in ICMS

MAR 13 2001