IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

# ORDER

The Motion Requesting Exclusion from Motion Requesting Voluntary Dismissal Without Prejudice filed by plaintiff Rafael Arbelo in Civil No. 97-2712 (**docket entry 1944**) is MOOT. Partial Judgment was entered on June 14, 2000 (**docket entry 1912**), as requested in the Motion Requesting Voluntary Dismissal Without Prejudice filed by plaintiffs in Civil No. 97-2712 (**docket entry 1356**), dismissing, among others, the claim of movant Rafael Arbelo.

The Motion for Protective Order filed by plaintiffs in Civil No. 97-1172 (**docket entry 2182**) is MOOT.

The Motion Consigning Disability Insurance Division File filed by the Disability Insurance Division of the Department of Labor and Human Resources of the Commonwealth of Puerto Rico in Civil No. 97-1772 (**docket entry 2262**) is NOTED. However, inasmuch as Civil No. 97-1772 has been settled (see docket **entries 2315 & 2334**), the sealed file shall be returned by the Clerk to the Bureau of Legal Affairs of the Department of Labor and Human Resources forthwith.

Defendant's Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-2769 (**docket entry 2481**) is GRANTED. Plaintiff El Fénix de P.R. shall

AO 72A
(Rev.8/82)

Civil 96-2443CCC                                    2

serve its discovery responses within the next fifteen (15) calendar days after notice or sanctions will be imposed.

The Motion Requesting Leave to Reply to Defendant Enron Corp.'s Opposition to Plaintiffs' Motion for Summary Judgement filed in Civil Nos. 97-2762 & 97-1207 (**docket entry 2513**) is GRANTED. The reply tendered is ORDERED FILED.

The Motion for Leave to File Statements of Reimbursables and Accounts of the PSC Under Seal (**docket entry 2546**) is GRANTED.

The Motion for Leave to File Statements of Reimbursables and Accounts of Jorge Ortiz Brunet Under Seal (**docket entry 2548**) is GRANTED.

The Motion Requesting Dismissal Be Set Aside filed by plaintiff in Civil No. 97-2680 (**docket entry 2555**) is DENIED. The record does not reflect that an Order was entered dismissing that case.

The Motion for Leave to File Reimbursables & Accounts of Former Member of the Plaintiffs' Steering Committee Andrés Guillemard-Noble Under Seal (**docket entry 2558**) is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on March 7, 2001.

s/cs:to (III)
attys/pts
in ICMS

MAR 1 3 2001

CARMEN CONSUELO CEREZO
United States District Judge