IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

**ORDER**

Pursuant to the orders issued by Judge Ward in open Court during the status conference held on February 2, 2001, the following dispositions on motions should be docketed:

Defendant's Motion to Dismiss (**docket entry 1998**) and Renewed Motion to Dismiss (**docket entry 2210**) filed in Civil No. 97-2320 are deemed WITHDRAWN AS MOOT. Any objections to the particular discovery are deemed waived.

Enron's Motion for Sanctions Against Plaintiff Maria del Carmen Polanco for Failure to Answer Discovery Requests filed in Civil No. 97-1724 (**docket entry 2019**) is deemed WITHDRAWN AS MOOT, without prejudice.

Enron's Motion to Dismiss or, in the Alternative, for Sanctions for Failure to Answer Discovery Request filed in Civil No. 97-2721 (**docket entry 2059**) is DENIED. However, any objections to the particular interrogatories are deemed waived.

Enron's Motion to Dismiss or, in the Alternative, for Sanctions for Failure to Answer Discovery Requests filed in Civil No. 97-1578 (**docket entry 2060**) is deemed WITHDRAWN.

AO 72A
(Rev.8/82)

CIVIL 96-2443CCC                              2

Enron Corp.'s Motion for Sanctions Against Plaintiff José Angel Castro Román for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2091**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron Corp.'s Motion for Sanctions Against Plaintiff José Angel Castro Febres for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2092**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron Corp.'s Motion for Sanctions Against Plaintiff María Febres for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2093**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron Corp.'s Motion for Sanctions Against Plaintiff José Enrique Castro Febres for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2094**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron Corp.'s Motion for Sanctions Against Plaintiff Omar José Castro Febres for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2096**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

CIVIL 96-2443CCC                                           3

Enron Corp.'s Motion for Sanctions Against Plaintiff Awilda Castro Febres for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2097**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron Corp.'s Motion for Sanctions Against Plaintiff Carmen Luisa Castro Febres for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2098**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron Corp.'s Motion for Sanctions Against Plaintiff Angel Rafael Castro Febres for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2102**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron Corp.'s Motion for Sanctions Against Plaintiff Coralis Ivette Castro Febres for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2103**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron's Motion for Sanctions Against Plaintiff Elaine Alicea Torres for Failure to Answer Discovery Requests filed in Civil No. 97-2661 (**docket entry 2109**) is DENIED. All outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

CIVIL 96-2443CCC                           4

Enron's Motion for Sanctions Against Plaintiff Apolinar De Los Santos Matta for Failure to Answer Discovery Requests filed in Civil No. 97-2661 (**docket entry 2110**) is DENIED. All outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

Enron's Motion for Sanctions Against Plaintiff Miguelina Belkys Martinez-Toribio for Failure to Answer Discovery Requests filed in Civil No. 97-2677 (**docket entry 2111**) is DENIED AS MOOT.

Enron's Motion for Sanctions Against Plaintiff Prentis Radames Vélez Otero for Failure to Answer Discovery Requests filed in Civil No. 97-2677 (**docket entry 2112**) is DENIED AS MOOT.

Enron Corp.'s Motion For Sanctions Against Plaintiff Ana Delia Osorio Concepción for Failure to Answer Discovery Requests filed in Civil No. 97-2690 (**docket entry 2113**) is DENIED. Plaintiffs shall serve their discovery responses by February 16, 2001. All objections are deemed waived.

Enron Corp.'s Motion For Sanctions Against Plaintiff Porfirio Gutiérrez Pacheco for Failure to Answer Discovery Requests filed in Civil No. 97-2690 (**docket entry 2114**) is DENIED. Plaintiffs shall serve their discovery responses by February 16, 2001. All objections are deemed waived.

Enron's Motion for Sanctions Against Plaintiff Ana Victoria Cruz Vega for Failure to Answer Discovery Requests filed in Civil No. 97-2735 (**docket entry 2119**) is DENIED. All

CIVIL 96-2443CCC                                    5

outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

Enron Corp.'s Motion for Sanctions Against Plaintiff Eddie Alberto Diaz Yeinsix for Failure to Answer Discovery Requests filed in Civil No. 97-2738 (**docket entry 2120**) is deemed withdrawn.

Enron Corp.'s Motion for Sanctions Against Plaintiff Marilyn Diaz Yeinsix for Failure to Answer Discovery Requests filed in Civil No. 97-2738 (**docket entry 2121**) is deemed withdrawn.

Enron Corp.'s Motion for Sanctions Against Plaintiff Cecilio Diaz Figueroa for Failure to Answer Discovery Requests filed in Civil No. 97-2738 (**docket entry 2122**) is deemed withdrawn.

Enron Corp.'s Motion for Sanctions Against Plaintiff Esperanza Yeinsix Sierra for Failure to Answer Discovery Requests filed in Civil No. 97-2738 (**docket entry 2123**) is deemed withdrawn.

Enron Corp.'s Motion for Sanctions Against Plaintiff Joseph Velázquez Castro for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2124**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

Enron's Motion for Sanctions Against Plaintiff Blanca O. González Broche for Failure to Answer Discovery Requests filed in Civil No. 97-2655 (**docket entry 2130**) is DENIED. All

AO 72A
(Rev.8/82)

CIVIL 96-2443CCC                                              6

outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

Enron's Motion for Sanctions Against Plaintiff Valentín Eusebio González Granadillo for Failure to Answer Discovery Requests filed in Civil No. 97-2655 (**docket entry 2131**) is DENIED. All outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

Enron's Motion for Sanctions Against Plaintiff Lupercio Oller Javier for Failure to Answer Discovery Requests filed in Civil No. 97-2656 (**docket entry 2132**) is DENIED. All outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

Enron's Motion for Sanctions Against Plaintiff Miriam Hernández Batista for Failure to Answer Discovery Requests filed in Civil No. 97-2656 (**docket entry 2136**) is DENIED. All outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

Enron's Motion for Sanctions Against Plaintiff Héctor Adorno Silva for Failure to Answer Discovery Requests filed in Civil No. 97-2660 (**docket entry 2139**) is DENIED. All outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

Enron's Motion for Sanctions Against Plaintiff Lee Joanne Galíndez Fuentes for Failure to Answer Discovery Requests filed in Civil No. 97-2660 (**docket entry 2141**) is DENIED. All

CIVIL 96-2443CCC                                7

outstanding discovery is to be furnished on or before February 9, 2001. All future objections are deemed waived.

Enron Corp.'s Urgent Motion to Preclude Plaintiffs' Expert Witnesses filed in Civil No. 97-1257 (**docket entry 2145**) is deemed WITHDRAWN AS MOOT.

Enron's Motion for Sanctions Against Plaintiff Stephanie Lee Vélez for Failure to Answer Discovery Requests filed in Civil No. 00-1178 (**docket entry 2147**) is deemed WITHDRAWN AS MOOT, without prejudice.

Enron's Motion for Sanctions Against Plaintiff Gloria Vázquez Rosa for Failure to Answer Discovery Requests filed in Civil No. 97-1771 (**docket entry 2148**) is MOOT, as well as the Motion Requesting Leave to File Defendant's Reply (**docket entry 2183**), which also related to this motion for sanctions.

Enron's Motion for Sanctions Against Plaintiff Manuel de León Páez for Failure to Answer Discovery Requests filed in Civil No. 97-1770 (**docket entry 2149**) is MOOT.

Enron's Motion for Sanctions Against Plaintiff Antonia Alvarez Rosario for Failure to Answer Discovery Requests filed in Civil No. 97-1770 (**docket entry 2150**) is MOOT.

Enron's Motion for Sanctions Against Plaintiff Carmen Castro Canales for Failure to Answer Discovery Requests filed in Civil No. 97-1123 (**docket entry 2151**) is DENIED. All the requested discovery is to be furnished to the defendant on or before February 16, 2001. All objections to furnishing the requested discovery are waived.

CIVIL 96-2443CCC                           8

Defendants' Motion Under FRCP 37(a) and 37(c) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-1187 (**docket entry 2475**) is GRANTED. Plaintiffs shall serve their discovery responses by February 16, 2001. All objections are deemed waived.

Defendants' Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-1357 (**docket entry 2476**) is GRANTED. Plaintiffs shall serve and file their discovery responses on or before February 16, 2001.

Defendants' Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-2688 (**docket entry 2477**) is GRANTED. Plaintiffs shall serve their discovery responses by February 16, 2001. All objections are deemed waived.

Defendants' Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-2720 (**docket entry 2478**) is GRANTED. Plaintiffs shall serve their discovery responses by February 23, 2001. All objections are deemed waived. The application with regard to the requests for admissions is DENIED.

Defendants' Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-1200 (**docket entry 2479**) is GRANTED. Plaintiffs shall serve and file their discovery responses on or before February 16, 2001.

Defendants' Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-2718 (**docket entry 2480**) is GRANTED. Plaintiffs shall serve their discovery responses by February 23, 2001. All objections are deemed waived. The application with regard to the requests for admissions is DENIED.

CIVIL 96-2443CCC                                    9

Defendants' Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 98-1519 (**docket entry 2482**) is GRANTED. Plaintiffs shall serve their discovery responses by February 16, 2001. All objections are deemed waived.

Defendants' Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-1239 (**docket entry 2483**) is GRANTED. Plaintiffs shall serve their discovery responses by February 16, 2001. All objections are deemed waived.

Defendants' Motion Under FRCP 37(a) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-2586 (**docket entry 2484**) is GRANTED. Plaintiffs shall serve their discovery responses by February 23, 2001. All objections are deemed waived. The application with regard to the requests for admissions is DENIED.

Defendants' Motion Under FRCP 37(a) & 37(c) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-1578 (**docket entry 2485**) is GRANTED. Plaintiffs shall serve their discovery responses by February 23, 2001. All objections are deemed waived. The application with regard to the requests for admissions is DENIED.

Defendant Enron Corp. Motion Under FRCP 37(a) and 37(c) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-1507 (**docket entry 2486**) is GRANTED. All discovery shall be furnished by February 16, 2001. Objections to the production of that discovery are deemed waived.

AO 72A
(Rev.8/82)

CIVIL 96-2443CCC                                10

Defendants' Motion Under FRCP 37(a) & 37(c) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-2585 (**docket entry 2487**) is GRANTED. Plaintiffs shall serve their discovery responses by February 23, 2001. All objections are deemed waived. The application with regard to the requests for admissions is DENIED.

Defendants' Motion Under FRCP 37(a) and 37(c) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-1384 (**docket entry** 2488) is GRANTED. Plaintiffs shall serve their discovery responses by February 16, 2001. All objections are deemed waived.

Defendant Enron Corp. Motion Under FRCP 37(a) and 37(c) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-2561 (**docket entry 2489**) is GRANTED. Plaintiffs shall serve their discovery responses by February 16, 2001. All objections are deemed waived.

Defendants' Motion Under FRCP 37(a) & 37(c) to Compel Plaintiffs' Answer to Written Discovery filed in Civil No. 97-2598 (**docket entry 2490**) is GRANTED. Plaintiffs shall serve and file their discovery responses on or before February 16, 2001.

SO ORDERED.

At San Juan, Puerto Rico, on March 5, 2001.

s/cs:to ( )ll( )
attys/pts
in ICMS
MAR 1 3 2001

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)