IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

**ORDER**

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1920(CCC) on March 12, 2001 (**docket entry** 2583) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1157(CCC) on March 12, 2001 (**docket entry** 2584) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 97-1287(CCC) on March 12, 2001 (**docket entry** 2585) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claims of Carlos Malavé-Malavé, Marilyn García-Hernández, Karla Marie Malavé-García and Carlos Emanuel Malavé-García from said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1983(CCC) on March 12, 2001 (**docket entry** 2586) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.



AO 72A
(Rev.8/82)

Civil 96-2443CCC                                   2

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2749(CCC) on March 12, 2001 (**docket entry** 2620 ) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2486(CCC) on March 12, 2001 (**docket entry** 2587 ) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2502(CCC) on March 12, 2001 (**docket entry** 2588 ) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1374(CCC) on March 12, 2001 (**docket entry** 2589 ) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2551(CCC) on March 12, 2001 (**docket entry** 2590 ) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1236(CCC) on March 12, 2001 (**docket entry** 2591 ) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

Civil 96-2443CCC                              3

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2723(CCC) on March 12, 2001 (**docket entry** 2592) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2498(CCC) on March 12, 2001 (**docket entry** 2593) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 97-1448(CCC) on March 12, 2001 (**docket entry** 2594) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claims of plaintiffs Judith I. Figueroa-Nieves, Ana Hilda Merced-Zayas, Elizabeth Merced-Zayas, Georgina Merced-Zayas, Gladys Merced-Zayas, Jaime Merced-Zayas, Maria Mercedes Merced-Zayas, Nereida Merced-Zayas, Wnda Merced-Zayas, Rafael Merced-Merced, José Luis Pizarro-Cruz, Wanda E. Pizarro-Merced and Saturnina Zayas-García from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 97-1384(CCC) on March 12, 2001 (**docket entry** 2595) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claim of Waleska Tossas-Carrasquillo from said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2507(CCC) on March 12, 2001 (**docket entry** 2596) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

AO 72A
(Rev.8/82)

Civil 96-2443CCC                                        4

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1107(CCC) on March 12, 2001 (**docket entry** 2597) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2319(CCC) on March 12, 2001 (**docket entry** 2598) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1190(CCC) on March 12, 2001 (**docket entry** 2599) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 96-2542(CCC) on March 12, 2001 (**docket entry** 2600) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claims of Yokasta Reyes-Rodríguez and Dulce Rodríguez-Fernández from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 96-2514(CCC) on March 12, 2001 (**docket entry** 2601) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claim of Francisca Ortiz-Rodríguez from said action, with prejudice.

Civil 96-2443CCC                                      5

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 97-2595(CCC) on March 12, 2001 (**docket entry** 2602) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claims of plaintiffs Nelly Ivette Acevedo-Medina, Edwin R. Maldonado-Medina and Nelly Medina-Cortés from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 97-1257(CCC) on March 12, 2001 (**docket entry** 2603) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claim of Marta Iris Rosado-Benítez from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 97-1916(CCC) on March 12, 2001 (**docket entry** 2604) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claim of Celia Rosado-Aquino from said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the parties in Civil No. 97-2668(CCC) on March 12, 2001 (**docket entry** 2605) is GRANTED. Partial Judgment shall be entered by the Clerk of Court dismissing the claims of María Reyes-Cartagena and Herminia Reyes-Cartagena from said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2742(CCC) on March 12, 2001 (**docket entry** 2606) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

AO 72A
(Rev.8/82)

Civil 96-2443CCC                                6

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1506(CCC) on March 12, 2001 (**docket entry** 2607) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2730(CCC) on March 12, 2001 (**docket entry** 2608) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2714(CCC) on March 12, 2001 (**docket entry** 2609) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2051(CCC) on March 12, 2001 (**docket entry** 2582-A) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2013(CCC) on March 12, 2001 (**docket entry** 2610) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2617(CCC) on March 12, 2001 (**docket entry** 2611) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

Civil 96-2443CCC                              7

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2744(CCC) on March 12, 2001 (**docket entry** 2612) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1164(CCC) on March 12, 2001 (**docket entry** 2613) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2508(CCC) on March 12, 2001 (**docket entry** 2614) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 96-2453(CCC) on March 12, 2001 (**docket entry** 2615) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2575(CCC) on March 12, 2001 (**docket entry** 2616) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2461(CCC) on March 12, 2001 (**docket entry** 2617) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

AO 72A
(Rev.8/82)

Civil 96-2443CCC                    8

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1700(CCC) on March 12, 2001 (**docket entry** 2618) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-2745(CCC) on March 12, 2001 (**docket entry** 2619) is GRANTED. Judgment shall be entered by the Clerk of Court dismissing said action, with prejudice.

SO ORDERED.

At San Juan, Puerto Rico, on March 19th, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: all attys
in ICM) (III)

3-26-01
Rebecca