IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC



# ORDER

Having considered the Informative Motion filed by plaintiffs in Civil No. 97-2663 on March 19, 2001 (**docket entry 2662**), where they inform having sent to defendants the answers to their interrogatories and requests for production of documents specifically as to plaintiffs Angel T. Rivera-Ramos, Emerenciana Rosado-Muñiz, David Soto, Eneida Rivera-Rosado, Sandro Rivera-Rosado, Ruth Rivera-Rosado, Dialis Rivera-Rosado and Eduardo Soto-González, the same is NOTED. Accordingly, defendant Enron Corp.'s Motions for Sanctions pertaining to these plaintiffs (**docket entries 2007, 2008, 2012, 2013, 2014, 2015, 2016 & 2018**) are DENIED AS MOOT.

As to the Motions for Sanctions related to plaintiffs Marisol Rivera-Rosado (**docket entry 2005**), Jesús Infante (**docket entry 2006**), Hilda Rivera-Rosado (**docket entry 2009**), Stevens Santana (**docket entry 2010**), Orlando Menéndez (**docket entry 2011**) and Gladys Rivera-Rosado (**docket entry 2017**), all are DENIED. However, these plaintiffs are GRANTED AS A FINAL EXTENSION UNTIL APRIL 6, 2001 to provide defendants with any requested discovery still outstanding. Failure to do so will result in the imposition of sanctions, which may include dismissal of the claims of the non-complying plaintiffs.

SO ORDERED.

At San Juan, Puerto Rico, on March 21, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)