MAR 2 6 2001
ENTERED ON DOCKET _____
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN RE:** | **Rio Piedras Explosion Litigation** | **CIVIL CASE 96-2443 (CCC)** |

**Hector Rivera -Isaac**
**Hector Rivera-Lopez**

v.                                              **CIVIL CASE 96-2503 (CCC)**

**Enron Corporation, et al.**

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry #2298, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 13th day of March, 2001.

s/cs:to ( |||)
attys/pts
in ICMS

MAR 2 6 2001

Frances Rios de Moran
Clerk of Court

Deputy Clerk