ENTERED ON DOCKET ___ MAR 2 6 2001

PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:    Rio Piedras Explosion Litigation** | **CIVIL CASE   96-2443 (CCC)** |
| **Ramon De la Cruz Mejias** | |
| v. | **CIVIL CASE   97-1204 (CCC)** |
| **Enron Corporation, et al.** | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry #2299, judgment is hereby entered dismissing said action with prejudice.

In San Juan,  Puerto Rico,  this 14th  day of  March,   2001.

s/cs:to ( /(( )
attys/pts
in ICMS

MAR 2 6 2001

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk