IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:    Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| Noemi Agosto-Negron, et al | |
| v. | CIVIL CASE 97-1207 (CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on January 18, 2001 granting docket entry #2251, judgment is hereby entered dismissing said action with prejudice as to all plaintiffs and all defendants.

In San Juan, Puerto Rico, this 21st day of March, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

s/cs:to ( )
attys/pts
in ICMS

MAR 26 2001