MAR 2 6 2001

ENTERED ON DOCKET _____
PURSUANT TO FRCP 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:   Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   97-1287 (CCC)

## PARTIAL JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry 2353, the claims of **Ana C. Nieves-Pacheco, Ana Hilda Pacheco-Guzman, Elizabeth Nieves and Nellie Cabrera-Rodriguez** are dismissed from said action with prejudice.

In San Juan, Puerto Rico, this 22nd day of March, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

s/cs:to ( |||  )
attys/pts
in ICMS

MAR 2 6 2001