# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| Fernando Diaz-Torres | |
| v. | CIVIL CASE 97-1364(CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry #2320, judgment is hereby entered dismissing said action with prejudice as to plaintiff and all defendants.

In San Juan, Puerto Rico, this 21st day of March, 2001.

s/cs:to
attys/pts
in ICMS
MAR 26 2001

Frances Rios de Moran
Clerk of Court

Deputy Clerk