IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE   96-2443 (CCC) |
| Jose Luis Claudio | |
| v. | CIVIL CASE   97-1373(CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry #2321, judgment is hereby entered dismissing said action with prejudice as to plaintiff and all defendants.

In San Juan, Puerto Rico, this 21st day of March, 2001.

Frances Rios de Moran
Clerk of Court

s/cs:to ( )
attys/pts
in ICMS

_____
Deputy Clerk

MAR 2 6 2001