ENTERED ON DOCKET MAR 2 6 2001
PURSUANT TO FRCP 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
|---|---|---|
| | Ronald Perez-Espinosa | |
| | v. | CIVIL CASE 97-1740(CCC) |
| | Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on January 18, 2001 docket entry #2437, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21st day of March, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

s/cs:to ( )
attys/pts
in ICMS

MAR 2 6 2001