# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
|---|---|
| Carmen Hernandez-Vega | |
| v. | CIVIL CASE 97-1772 (CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry #2315 and #2334, judgment is hereby entered dismissing said action with prejudice as to plaintiff and all defendants.

In San Juan, Puerto Rico, this 21st day of March, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

s/cs:to (11/)
attys/pts
in ICMS

MAR 2 6 2001