MAR 26 2001
ENTERED ON DOCKET _____
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE   96-2443 (CCC) |
| Joaquina de los Santos Zorrilla | |
| v. | CIVIL CASE   97-1919 (CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry #2311, judgment is hereby entered dismissing said action with prejudice as to all plaintiff and all defendants.

In San Juan, Puerto Rico, this 21st day of March, 2001.

s/cs:to ( )
attys/pts
in ICMS

MAR 26 2001

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk