# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| Ana Flores Llanos, Sergio Soto and their conjugal partnership | |
| v. | CIVIL CASE 97-2693(CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 docket entry #2304, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 14th day of March, 2001.

s/cs:to (\\)
attys/pts
in ICMS

MAR 27 2001

Frances Rios de Moran
Clerk of Court

Deputy Clerk