ENTERED ON DOCKET MAR 2 7 2001
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
|---|---|---|
| | Marivet Albizu Avellanet | |
| | v. | CIVIL CASE 97-2698(CCC) |
| | Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry #2348, judgment is hereby entered dismissing said action with prejudice as to plaintiff and all defendants.

In San Juan, Puerto Rico, this 22nd of March, 2001.

s/cs:to ( )
attys/pts
in ICMS

MAR 2 7 2001

Frances Rios de Moran
Clerk of Court

Deputy Clerk