ENTERED ON DOCKET MAR 27 2001
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE  96-2443 (CCC) |
| Jorge Ibanez Sanchez, et al | |
| v. | CIVIL CASE  97-2719(CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 granting docket entry #2319, judgment is hereby entered dismissing said action with prejudice as to all plaintiffs and all defendants.

In San Juan, Puerto Rico, this 21st day of March, 2001.

s/cs:to (| ||)
attys/pts
in ICMS

MAR 27 2001

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk