# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| Jose Diaz Diaz, Belen Jimenez Diaz, their conjugal partnership, Jose Diaz Jimenez, Manuel Diaz Jimenez and Evelyn Diaz | |
| v. | CIVIL CASE 97-2725 (CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 docket entry # 2306, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 14th day of March, 2001.

s/cs:to ( /(( )
attys/pts
in ICMS

MAR 2 7 2001

Frances Rios de Moran
Clerk of Court

Deputy Clerk