IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| Salvador Hernandez Patron | |
| v. | CIVIL CASE 97-2727(CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 docket entry #2308, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 14th day of March, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

s/ca:to ( (('))
attys/pts
in ICMS

MAR 27 2001