ENTERED ON DOCKET _____ MAR 2 7 2001
PURSUANT TO FRCP 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| Hilda Millan Trujillo and Julio Esther Trujillo Sanchez | |
| v. | CIVIL CASE 97-2756 (CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on February 1, 2001 docket entry #2309, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 14th day of March, 2001.

s/cs:to ( )
attys/pts
in ICMS

MAR 2 7 2001

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk