MAR 27 2001
ENTERED ON DOCKET _____
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:  Rio Piedras Explosion Litigation | CIVIL CASE   96-2443 (CCC) |
| | CIVIL CASE   97-2762 (CCC) |

**PARTIAL JUDGMENT**

Pursuant to the Order entered on February 1, 2001 (docket #2522), the claims of **Ricarda Sanchez Gonzalez** are dismissed. Judgment is hereby entered.

In San Juan, Puerto Rico, this 13th day of March, 2001.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk

s/cs:to (   )
attys/pts
in ICMS

MAR 27 2001