IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**        April 18, 2001

**BEFORE HONORABLE JUDGE ROBERT J. WARD**

| | |
|---|---|
| IN RE: RIO PIEDRAS EXPLOSION LITIGATION | CIVIL CASE 96-2443(CCC) ✓ |
| MARIA TERESA OTERO-SOTO, ET AL<br><br>Plaintiffs<br><br>vs.<br><br>ENRON CORPORATION, ET AL<br><br>Defendants | CIVIL CASE 96-2526(CCC)<br>97-1153 (CCC)<br>97-1172 (CCC)<br>97-1770 (CCC)<br>97-1957 (CCC)<br>97-2596 (CCC)<br>97-2668 (CCC)<br>97-2712 (CCC)<br>97-2721 (CCC)<br>97-2735 (CCC)<br>99-1255 (CCC) |

By order of the Court, a **status conference** will be held before the **Honorable Robert J. Ward, U.S. District Judge** on **April 30, 2001 at 9:00AM.**

_____
Courtroom Deputy Clerk

96-2443 (CCC)

s/c issued to:

1.  Grinstein
2.  Robert Rivera
3.  Manne
4.  Besosa
5.  Tulla
6.  Bauza
7.  Santori
8.  Harrison
9.  Cheek
10. Buxton
11. Usera
12. Ballard
13. Fornaris
14. Rexach
15. Lugo
16. Bimbela
17. Ricco
18. Sifre
19. Carlos Martinez
20. Jose Otero
21. Rafael Velazquez

Attorney for plaintiff(s): _____

Date: 4/20/01

By: _____