IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | * | CONSOLIDATED CIVIL |
| | * | ACTIONS NO. 96-2443(CCC) |
| | * | |
| RIO PIEDRAS EXPLOSION | * | |
| LITIGATION | * | |
| | * | |

*******************************

RECEIVED AND FILED
'01 APR 23 PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

### ORDER

In the event the trial of the action entitled Maria Del Pilar Melendez-Castro, et al. v. Corporacion Del Fondo Del Seguro Del Estado, 97-1699(DRD) does not proceed on April 24, 25, 26 or 27, 2001, the attorneys representing the plaintiffs and defendants in the following actions are directed to appear before the Honorable Judge Robert J. Ward at the United States Courthouse located in Hato Rey, Puerto Rico, for settlement conferences on the dates and at the times indicated:

| Time | TUESDAY APRIL 24th | WEDNESDAY APRIL 25th | THURSDAY APRIL 26th | FRIDAY APRIL 27th |
|---|---|---|---|---|
| 9:00 | | Pedro Saade Llorens 00-1080 Marina Llanos Canales (D) 1 Derivative | Jorge Izquierdo 97-2753 Arturo O'Neill Torres (D) 5 Derivatives | Alvaro Calderon 96-2569 Yahaira Ivette Nazario Santiago (D) 3 Derivatives (& Bryan Alexis) |
| 11:00 | Ubaldo Lugo Cruz 97-1724 Norberto Velez Toledo (D) 1 Derivative | Pedro Saade Llorens 96-2638 Maritza Ramos Rivera (D) 4 Derivatives | Francisco Troncoso 97-1916 Guadalupe Serrano Santiago (D) 1 Derivative | |
| 2:00 | Freddie Perez Gonzalez 97-1172 Norberto Velez Toledo (D) 4 Derivatives | Pedro Saade Llorens 97-1038 Aracelis Cruz Andino (D) 2 Derivatives | Victor Thomas Santiago 97-1127 Lysandra Rodrigues Rolon (D) 3 Derivatives | Peter Satz Hanley 97-2712 Maria de Altagracia Guzman Garcia (SI) 13 Derivatives |
| 3:30 | | Pedro Saade Llorens 97-1806 Arturo O'Neill Torres (D) 6 Derivatives | Jorge Arroyo 97-1536 Lysandra Rodrigues Rolon (D) 1 Derivative | Nelson Rochet 97-2668 & 2669 |

SO ORDERED.

In San Juan, Puerto Rico, this _18TH_ day of _APRIL_ 2001.

Roberto J. Ward

United States District Judge