IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION
LITIGATION                          CIVIL 96-2443(CCC)

## SCHEDULING ORDER

TRIAL SCHEDULE AS TO REPRESENTATIVE "SHOCK" CASES:

**DISCOVERY:** All discovery to be completed by June 30, 2001.

**MOTIONS:** All motions to compel discovery to be filed on or before July 10, 2001; all oppositions to motions to compel discovery to be filed on or before July 24, 2001; all replies to oppositions to motions to compel discovery to be filed on or before July 31, 2001.

**DISPOSITIVE MOTIONS:** All dispositive motions to be filed on or before August 15, 2001; all oppositions to dispositive motions to be filed on or before August 29, 2001; all replies to oppositions to dispositive motions to be filed on or before September 5, 2001.

**JOINT PRETRIAL ORDERS:** To be filed on or before October 5, 2001.

**IN LIMINE MOTIONS:** All in limine motions to be filed on or before October 19, 2001; all oppositions to in limine motions to be filed on or before November 2, 2001; all replies to oppositions to in limine motions to be filed on or before November 9, 2001.

**VOIR DIRE REQUESTS AND REQUESTS TO CHARGE:** To be filed on or before December 7, 2001.

**TRIALS:** To commence on December 10, 2001 (2 trailing dockets).

SO ORDERED

In San Juan, Puerto Rico, this 30th day of April, 2001

_____
United States District Judge

3068

*April 30, 2001*

## List of Selected Representative "Shock" Cases

| Cause number and Plaintiff(s) Counsel | Lead Plaintiff | Number of Plaintiffs |
| --- | --- | --- |
| No.96-2526 Ortiz-Brunet | Maria T. Otero | (2 Plaintiffs) |
| No.97-1153 Lausell | Nilsa Cotto Vazquez | (2 plaintiffs) |
| No.97-1172 Perez-Gonzalez | Thomas Santiago | (1 plaintiff) |
| No.97-1770 Almodovar | Antonia Alvarez Rosario | (1 Plaintiff) |
| No.97-1957 Saade-Llorens | Edith Munoz Mejias | (1 Plaintiff) |
| 97-2596 Fernandez-Lugo *Bruno* | Rolando Sosa | (4 Plaintiffs) |
| 97-2668 Rochet | Ramona Acosta Mejias | (1 Plaintiff) |
| 97-2712 Satz | Victor Hugo Mussenden Perez | (1 Plaintiff) |
| 97-2721 Guillemard | Carmen Luisa Fermin Espinal | (4 Plaintiffs) |
| ~~[struck through]~~ | ~~[struck through]~~ | ~~[struck through]~~ |
| 99-1255 Calderon | Xavier Rodriguez-Tirado | (1 Plaintiff) |