IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: §
§  CIVIL NO. 96-2443 (CCC)
§
RIO PIEDRAS EXPLOSION LITIGATION §
§

**ORDER**

Having considered defendant Enron's Motion to Compel Discovery Regarding Expert Witnesses, Plaintiffs' Opposition thereto and Enron's Reply, and in light of the suggestion of plaintiffs' attorney as solution to the issue during the April 30, 2001 hearing, defendant's request is granted to the extent that it seeks production of the test raw data of any and all diagnostic tests relied upon by plaintiffs' retained expert witness.

Accordingly, Dr. Carol Romey will hand over to defendant's counsel all test raw data of any and all psychological tests administered by her to any and all claimants in these consolidated actions in all of those cases in which she has been retained as a testifying expert witness and has rendered a Rule 26(a)(2)(B) report. Once received, defendant's counsel will be at liberty of providing the test raw data to its retained psychiatric and/or psychological expert witnesses, with the understanding that aside from the latter, said information shall be kept confidential.

SO ORDERED.

At San Juan, Puerto Rico, on May 7, 2001.

ROBERT J. WARD
United States District Judge



3075