IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| IN RE RIO PIEDRAS EXPLOSION LITIGATION § § § § | CIVIL NO. 96-2443 (CCC) |

ORDER

Pursuant to the direction by the undersigned during a telephone conference on May 8, 2001, the following disposition should be docketed:

Enron's Motions for Sanctions Against Plaintiffs for Failure to Answer Discovery Requests and Appear for Depositions filed in Civil No. 97-2663 (docket entries 2923-2933, 2936-2939) are deemed WITHDRAWN AS MOOT without prejudice on condition that all written discovery shall be furnished with the plaintiffs' signatures affixed thereto by May 23, 2001. Any objections to the particular discovery are deemed waived.

SO ORDERED.

At San Juan, Puerto Rico, on May 17, 2001.

_____
ROBERT J. WARD
United States District Judge