IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION § CIVIL NO. 96-2443 (CCC)
§
§
§

---

ORDER

Pursuant to the orders issued by the undersigned in open court during the hearing of pending motions held on April 30, 2001, the following disposition should be docketed:

Defendants' Second Motion to Dismiss pursuant to Fed. R. Civ. P. 41(b) for Plaintiffs' Failure to Prosecute and/or Comply with the Court's Order filed in Civil No. 97-1172 (docket entry 2554) relates to 76 plaintiffs. Plaintiffs filed opposing papers (docket entry 2577) and the Motion was argued on April 30, 2001. At that time, the parties were directed to hold a Rule 311.11 conference and report back to the Court following the conference. The Motion was ADJOURNED sine die.

SO ORDERED.

At San Juan, Puerto Rico, on May 17, 2001.

_____
ROBERT J. WARD
United States District Judge