IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION § CIVIL NO. 96-2443 (CCC)
§
§
§

---

ORDER

*Received & Filed MAY 29 2001 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR*

The attorneys in the civil actions listed in the following schedule are directed to participate in telephone conferences with the undersigned on May 24, 2001, at the times shown below, to discuss outstanding discovery issues. The attorneys should dial 1-800-991-9019 (if dialing from within the United States) and 1-847-619-8039 (if dialing from Puerto Rico) to access the conference. The pass code for the conference calls is 6895190 and the confirmation number is 4115289.

| TIME (EDT/AST) | THURSDAY MAY 24, 2001 |
|---|---|
| 10:00 | Andres Guillemard-Nobles |
|  | 97-1578, 97-2585 & 97-2721 |
| 11:00 | Carlos Iguina-Oharriz |
|  | 98-1519 |
| 11:30 | Peter Satz-Hanley |
|  | 97-2711 & 97-2712 |
| 2:30 | Alvaro Calderon |
|  | 97-2243 |
| 3:00 | Maria Piñeiro |
|  | 97-2738 |

3102

SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of May, 2001.

_____
Robert J. Ward
United States District Judge

Guillemard (28)
Iguina    (108)
Satz,     (15)
Calderon  (20)
Piñeiro   (95)

2