IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------
                                   §
MILLIE SAAVEDRA-RODRIGUEZ,          §
GREGORIO SAAVEDRA-RODRIGUEZ, and    §
ANA L. RODRIGUEZ-HERNANDEZ,         §
                                   §
                Plaintiffs,         §   CONSOLIDATED CIVIL ACTION
                                   §   NO. 96-2443 (CCC)
        v.                          §
                                   §
ENRON CORPORATION,                  §
                                   §
                Defendant.          §
                                   §
-----------------------------------
                                   §
JOSE D. ACOSTA, et al.,             §
                                   §
                Plaintiffs,         §
                                   §   THIS ORDER PERTAINS TO
        v.                          §   CIVIL ACTION NO. 97-1172
                                   §
ENRON CORPORATION, et al.,          §
                                   §
                Defendants.         §
                                   §
                                   §
-----------------------------------
```

### ORDER

Plaintiffs' motion for leave to file a Sixth Amended Complaint is granted on the following conditions:

1. The claims of all plaintiffs in Civil Action No. 97-1172 other than the sixty-eight plaintiffs named in the proposed amended complaint are dismissed with prejudice and without costs;

2. Plaintiffs' claims against all defendants except defendant Enron Corporation are likewise dismissed with prejudice and without costs;

3. The sixty-eight plaintiffs named in the proposed amended complaint are directed to serve on or before June 30, 2001, full



and complete responses to each of the interrogatories and requests for production of documents previously served by all defendants, having waived their objections by failing to object in a timely fashion;

4. In the event any of the sixty-eight plaintiffs fail or refuse to serve responses to each of the aforesaid interrogatories or requests for the production of documents by June 30, 2001, that plaintiff shall be precluded from offering proof at trial concerning causation and damages with respect to any discovery not provided;

5. The date for the completion of all remaining discovery is extended sine die, and a new discovery completion date shall be set after the service of the written discovery.

SO ORDERED.

At San Juan, Puerto Rico, on June 4, 2001.

_____
ROBERT J. WARD
United States District Judge