IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | § | CONSOLIDATED CIVIL ACTION NO. 96-2443 (CCC) |
| RIO PIEDRAS EXPLOSION LITIGATION | § § § § | THIS MOTION REFERS TO CAUSE NO. 97-1172 (CC) |

### ORDER

Upon consideration of the parties' Joint Motion for Voluntary Dismissal (Docket No. 2759), the claims of the following plaintiffs are hereby **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii):

- Cristian Rafael Llopiz
- Ruiz Rafael Llopiz
- Omaira Osorio
- Nereida Ruíz
- Jose Angel Sánchez Ayala

SO ORDERED.

In San Juan, Puerto Rico, this 20TH day of JULY 2001.

_____
United States District Judge