# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: § | CONSOLIDATED CIVIL ACTION NO. 96-2443 (CCC) |
| RIO PIEDRAS EXPLOSION LITIGATION § § | THIS MOTION REFERS TO CAUSE NO. 97-1172 (CC) |

## ORDER

Upon consideration of the parties' Joint Motion for Voluntary Dismissal (Docket No. 2758), the claims of the following plaintiffs are hereby DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii):

- Aida Rivera Limbeth
- María de los Angeles Orduña
- Wanda Enid Llopiz
- Zoilo Figueroa del Valle
- Diana Jiménez Luciano

SO ORDERED.

In San Juan, Puerto Rico, this 20TH day of July, 2001.

_____
Roberto J. Ward
United States District Judge

