IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: § | CONSOLIDATED CIVIL |
| § | ACTION NO. 96-2443 (CCC) |
| RIO PIEDRAS EXPLOSION LITIGATION § | |
| § | THIS ORDER PERTAINS TO |
| § | PLAINTIFF MARIA ELENA |
| § | ULLOA IN CAUSE NO. |
| § | 97-2712 (CC) |

### ORDER

Upon consideration of the parties' Joint Motion for Voluntary Dismissal (Docket No. 3097 ), the claims of Plaintiff Maria Elena Ulloa are hereby **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

SO ORDERED.

In San Juan, Puerto Rico, this 20th day of JULY 2001.

_____
Robert J. Ward
United States District Judge

