IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    August 15, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

IN RE:

RIO PIEDRAS EXPLOSION LITIGATION          CIVIL 96-2443CCC

---

By order of the Court, inasmuch as the Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 98-1150 (docket entry 3116) is missing its Exhibit A, a certified copy of the Resolution entered by the Commonwealth court approving the settlement regarding the minor plaintiff, the same is DENIED, without prejudice of being resubmitted with the Exhibit.

The Joint Stipulation for Voluntary Dismissal With Prejudice filed by the parties in Civil No. 97-1167 (**docket entry 3149**) is DENIED, as the stipulation identifies nine plaintiffs as being minors while the Resolution of the Commonwealth court approving the settlement of the minors only applies to seven of them. Minors Miguel Antonio Tavarez and Inés Jeanette Cabrera-Tavarez are not mentioned in the Resolution. Parties to be notified.

Artemio Rivera
Satz
21 dfts¡ attys.
8/20/01

_ - Secretary

3211