IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | § | CIVIL 96-2443 (CCC) |
| | § | |
| RIO PIEDRAS EXPLOSION LITIGATION | § | THIS DOCUMENT RELATES |
| | § | TO CASE NO. 97-2596 |

### ORDER

As to Case No. 97-2596, scheduled for trial on December 10, 2001 (Docket No. 3068), having reviewed the parties' joint motion, the deadline for dispositive motions is extended as follows:

**DISPOSITIVE MOTIONS:** All dispositive motions to be filed on or before September 7, 2001; all oppositions to dispositive motions to be filed on or before September 21, 2001; all replies to oppositions to dispositive motions to be filed on or before September 28, 2001.

**SO ORDERED.**

At San Juan, Puerto Rico, on August **24**, 2001.

Robert J. Ward
United States District Judge