IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:
RIO PIEDRAS EXPLOSION LITIGATION     MASTER FILE NO. 96-2443 (CCC)

JOSE D. ACOSTA, ET AL.,

    Plaintiffs,

    -against-

ENRON CORP.,

    Defendant.

**ORDER**
97-1172 (CCC)

On August 22, 2001, the Court received copies of Plaintiffs' motion for an extension of twenty-five days from July 30, 2001 to serve answers to Defendant's interrogatories and requests for the production of documents, and Defendant's opposition. Inasmuch as twenty-four days had already elapsed by the time the Court received the motion papers, the Court has determined to exercise its discretion and grant the motion. Plaintiffs are directed to serve their responses no later than 5:00 P.M. on August 27, 2001. In the event that the responses are not served by 5:00 P.M. on August 27, 2001, Plaintiffs shall be precluded from offering proof at trial concerning the matters on which they fail to furnish the requested discovery.

3240

It is so ordered.

Dated:   San Juan, Puerto Rico
         August 24, 2001

                                            _____
                                                     U. S. D. J.