# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>RÍO PIEDRAS EXPLOSION LITIGATION | CONSOLIDATED CIVIL ACTION<br>NO. 96-2443 (CCC) |
| MARÍA DE ALTAGRACIA GUZMÁN GARCÍA, RAMÓN DE JESÚS VIERA, and the Conjugal Partnership composed between them, MARÍA DE MAGDALENA GUZMÁN GARCÍA; CELESTE ALICIA UREÑA BRITO, ERNESTINA GUZMÁN PORTILLO, MARÍA JOSEFA GUZMÁN, on her own behalf and in representation of KISARY MISTARELIY COSME GUZMÁN GARCÍA; MARÍA GUZMÁN GARCÍA; HUMBERTO SÁNCHEZ, WALLY NOEL PÉREZ; LUIS ALBERTO SÁNCHEZ GUZMÁN; EULOJIA GARCÍA BURGOS; MARÍA CLOTILDE GUZMÁN; RAMONA DEL CARMEN GUZMAN; JOSÉ ALEXIS HERNÁNDEZ GUZMÁN; ALEJANDRO HERNÁNDEZ GUZMÁN; FRANCISCO GUZMÁN; NORBERTO MONTALBÁN, MIGDALIA TROCHE, REGINA H. BRITO, GASPAR RONDÓN MORENO, VALENTINA CORREA, CATALINO DÍAZ, ANA R. ORTIZ, CARMELO MOJICA O'FARRIL, on her behalf and in representation of her daughter, IRIS MELANIA MOJICA, SARAH COTTO, OTILIA COTTO, VÍCTOR F. COLÓN, ZAIDA MONTES TIRADO, ULISES QUEZADA, VÍCTOR FONTÁNEZ, EDWIN RESTO, **VÍCTOR HUGO MUSSENDEN PÉREZ**, CRUCITA DE LA ROSA, RUPERTO GUZMÁN ESCRIBANO, JULIO ESCRIBANO TRINIDAD, JENNIFER GONZÁLEZ MONGE, ANA B. ALMONTE, ELIDO GÓMEZ, FELICITA OSCANA MARTÍNEZ, MARTA SANTIAGO, MYRIAM BURGOS, RIGOBERTO RODRÍGUEZ REYES, CRISTINA MARTÍNEZ, RAFAEL ARBELO, | THIS PLEADING IS RELATED TO CIVIL ACTION NO. 97-2712 (CCC) (PLAINTIFF VÍCTOR HUGO MUSSENDEN)<br><br>RECEIVED & FILED<br>01 SEP 19 PM 5:19<br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>SAN JUAN, P.R. |



Satz
9/20/01

327

ELÍAS RUIZ VELÁZQUEZ, MANUEL
SÁNCHEZ, MIGUEL ANDUJAR, LUIS
ORTIZ SEPÚLVEDA, JOSÉ R. SANTANA,
RAÚL SOSA, RAFAEL A. RIVERA
HIRALDO, OSCAR MEDERO, JAIME
MASSOINET, JOSÉ ORTIZ SEPÚLVEDA,
JOSÉ MANUEL DÍAZ, WILLIAM ORTIZ,
ÁNGEL LUIS CARLO, MINESIO PAGÁN,
ÁNGEL LUIS MALDONADO, MANUEL DE
LA CRUZ, LUIS A. GONZÁLEZ, DANILO
PIMENTEL, FÉLIX MALDONADO, RAMÓN
JIMÉNEZ, FÉLIX GONZÁLEZ, PEDRO
ACEVEDO LUGO, LUIS A. GONZÁLEZ
ORTIZ, CARMELO DÍAZ MERCADO,
ADRIAN GUADALUPE BETANCOURT,
ALICE REYES SOTO; GILBERTO COLON;
SANTOS LÓPEZ; CÁNDIDO BETANCOURT;
FRANCISCO CORTES; RAÚL RODRÍGUEZ;
ENRIQUE REYNA; JOSÉ RIVERA;
ROBERTO RODRÍGUEZ; WILFREDO T.
TEJERA; ANTONIO VARGAS; RAÚL
RAMIREZ ROSADO; JORGE RIVERA;
LUCIANO SILVESTRE,

    Plaintiffs,

           v.

ENRON CORP.; GILLESPIE VENTURES,
INC ; HEALTH CONSULTANTS
INCORPORATED; ENRON LIQUID
SERVICES CORP.; ENRON ENGINEERING
& CONSTRUCTION COMPANY; ENRON
AMERICAS, INC.; ENRON OPERATIONS
CORP. and/or ENRON OPERATING
COMPANY and/or ENRON OPERATING;
CORPORATIONS A, B and C; JOHN DOE and
RICHARD ROE,

    Defendants.

2

## ORDER

Upon the motion filed by plaintiff Victor Hugo Mussenden and the response filed by the Enron Defendants it is hereby ORDERED:

1. That plaintiff Victor Hugo Mussenden has until September 7, 2001 to file any opposition to the Enron Defendants' motion for summary judgment; and

2. That the Enron Defendants have until September 14, 2001 to file any reply to any opposition so filed.

SO ORDERED.

San Juan, Puerto Rico, on this 30TH day of ~~September~~ August, 2001.

Robert J. Ward
Senior United States District Judge

3