IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  § CIVIL 96-2443 (CCC)
  §
RIO PIEDRAS EXPLOSION LITIGATION § THIS DOCUMENT RELATES
  § TO CASE NO. 97-2596

## ORDER

As to the claims of plaintiffs Rolando Sosa and Nieves Carreras in Case No. 97-2596, scheduled for trial on December 10, 2001 (Docket No. 3068), the deadline for dispositive motions is extended as follows:

**DISPOSITIVE MOTIONS:** Dispositive motions as to the claims of Rolando Sosa and Nieves Carreras to be filed no later than ten (10) days after the deposition transcript of plaintiffs' expert is received by defendants; oppositions to dispositive motions to be filed no later than fourteen (14) days after dispositive motions are filed; replies to oppositions to dispositive motions to be filed no later than seven (7) days after oppositions to dispositive motions are filed.

**SO ORDERED.**

At San Juan, Puerto Rico, on September 25, 2001.

Robert J. Ward
United States District Judge