IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION § CIVIL NO. 96-2443 (CCC)
§
§
§

---

### ORDER

Enron's Motion to Dismiss the Loss of Income Claim of Plaintiff Antonia Alvarez dated August 15, 2001 and filed in Civil No. 97-1770 is granted without opposition;

Enron's Motion for Leave to File Document in Spanish dated August 15, 2001 and filed in Civil No. 97-2717 is granted without opposition;

Plaintiff Ramona Acosta's Motion Requesting Extension of Time to Oppose Defendant's Petition for Summary Judgment against Ramona Acosta's Claim dated August 31, 2001 and filed in 97-2668 is extended nunc pro tunc up to and including September 10, 2001 and Enron's time to reply is extended nunc pro tunc up to and including September 24, 2001; Enron's Motion Requesting Judgment as Requested in Enron's Unopposed Motion for Summary Judgment dated August 30, 2001 is denied as moot;

Enron's Motion to Strike Opposition to Defendant's Motion for Summary Judgment Due to Untimely Filing or in Alternative Request for Extension of Time to Reply to Opposition dated September 5, 2001 and filed in 97-1957 is granted in the alternative; plaintiff's opposition filed on September 4, 2001 is accepted and

3316

Enron's time to reply is extended <u>nunc</u> <u>pro</u> <u>tunc</u> up to and including September 14, 2001;

Enron's Motion Requesting Temporary Waiver dated September 5, 2001 and filed in Civil No. 98-1572 is denied as moot since a certified English translation has now been provided;

Enron's Motion for Leave to File Document in Spanish (deposition of El Mundo de las Telas, Inc.) dated September 7, 2001 and filed in 97-2596 is granted without opposition.

SO ORDERED.

At San Juan, Puerto Rico on October 2, 2001.

*[signature]*
ROBERT J. WARD
United States District Judge