ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** Rio Piedras Explosion Litigation | **CIVIL CASE 96-2443 (CCC)** |

**HECTOR SOTO SANTOS**
**MARIA GUZMAN CABRERA**

v.

**Enron Corporation, et al.**

**CIVIL CASE 96-2546 (CCC)**

RECEIVED & FILED
01 OCT 18 PM 5: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3124, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

3337