ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** Rio Piedras Explosion Litigation | **CIVIL CASE 96-2443 (CCC)** |
| OLGA MELANIA PEREZ, RUBEN RIVERA TIRADO and their Conjugal Partnership and ROSA PEREZ | |
| v. | **CIVIL CASE 97-1173 (CCC)** |
| Enron Corporation, et al. | |

RECEIVED & FILED
01 OCT 18 PM 5:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3087, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk

3340