ENTERED ON DOCKET 10/18/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| BRENDA RIVERA DE LA PAZ FOR HERSELF AND ON BEHALF OF HER CHILDREN PEDRO FRANCISCO RAMOS RIVERA, GEISHA ANIN RAMOS RIVERA, AND IMARY NAHOMI RAMOS RIVERA | |
| SANTOS DE LA PAZ DE LEÓN JUAN DE LA PAZ DE LEÓN FRANCISCA DE LA PAZ DE LEÓN, AGRIPINO DE LA PAZ DE LEÓN FAVIANA DE LA PAZ DE LEON, AND ESTHER DE LA PAZ DE LEÓN | |
| v. | CIVIL CASE 97-1477 (CCC) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #2624, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk