ENTERED ON DOCKET 10/25/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:    Rio Piedras Explosion Litigation | CIVIL CASE   96-2443 (CCC) |
| HUMBERTO DAVID RIVERA AND HIS WIFE, LINDA E. MENDEZ PONCE; INDIVIDUALLY AND IN THE NAME OF THE MARRIAGE COMMUNITY PROPERTY PARTNERSHIP EXITING BETWEEN THEM, AND MARIA MIGDALIA DAVID RIVERA; OSCAR L. RAMOS MELENDEZ, MANAGER OF THE STATE INSURANCE FUND CORPORATION |  |
| v. | CIVIL CASE   97-2488(CCC) |
| ENRON CORPORATION, ET AL. | |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3144, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

3401