ENTERED ON DOCKET _10/25/01_
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**   **Rio Piedras Explosion Litigation**        **CIVIL CASE  96-2443 (CCC)**

**NELIDA MORALES ROSARIO**

**v.**                                           **CIVIL CASE  99-2293 (CCC)**

**Enron Corporation, et al.**

RECEIVED & FILED
01 OCT 25 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3106, judgment is hereby entered dismissing said action with prejudice.

In San Juan,  Puerto Rico,  this 21th  day of  September,   2001.


Frances Rios de Moran
Clerk of Court

Deputy Clerk



3402ᵇ