ENTERED ON DOCKET 10/25/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:     Rio Piedras Explosion Litigation | CIVIL CASE   96-2443 (CCC) |
| CARMEN QUIÑONES COLON, EFRAIN MORALES RIVERA, IRMARIE MORALES QUIÑONES, IVONNE VANESSA MORALES QUIÑONES, ZAIDA COLON GARCIA, SANTIAGO QUIÑONES MALDONADO<br><br>v.<br><br>ENRON CORPORATION, ET AL. | CIVIL CASE   97-2754(CCC) |

RECEIVED & FILED
01 OCT 5 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3145, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk



3404