ENTERED ON DOCKET 10/25/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**    Rio Piedras Explosion Litigation | **CIVIL CASE   96-2443 (CCC)** |
| **ANA VICTORIA CRUZ VEGA** | |
| **v.** | **CIVIL CASE   97-2735(CCC)** |
| **ENRON CORPORATION, ET AL.** | |

## JUDGMENT

RECEIVED & FILED
01 OCT 25 PM 4:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. PR.

Pursuant to the Order entered on August 28, 2001 granting docket entry #3 36, judgment is hereby entered dismissing said action with prejudice.

In San Juan,  Puerto Rico,  this 21th  day of  September,   2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

3405