IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:  Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| GLADYS MEDINA GONZALEZ AND JACKELINE CALDERON MEDINA | |
| v. | CIVIL CASE 97-2667(CCC) |
| ENRON CORPORATION, ET AL. | |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3132, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*(signed)*
Deputy Clerk