ENTERED ON DOCKET 10/25/01
PURSUANT TO FRCP 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| JUAN RAMON LOPEZ THEN AND JUANA RAMONA LOPEZ THEN REPRESENTED HERE BY THEIR NEXT FRIEND JOSELYN LOPEZ THEN; KATY ESMERALDA LOPEZ THEN AND CLARIBEL LOPEZ THEN | |
| v. | CIVIL CASE 97-2666(CCC) |
| ENRON CORPORATION, ET AL. | |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3133, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*(signature)*
Deputy Clerk