ENTERED ON DOCKET 10/29/01
PURSUANT TO FRCP 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:   Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   96-2524 (CCC)

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry # 3114, the claims of **Agustina Fernandez-Torres and Gerardo Ortiz-Sanchez** are dismissed from said action with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk

3416