ENTERED ON DOCKET **10/29/01**
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In Re:  Rio Piedras Explosion Litigation** | **CIVIL CASE   96-2443 (CCC)** |
| | **CIVIL CASE   96-2514 (CCC)** |

## PARTIAL JUDGMENT

RECEIVED & FILED
01 OCT 29 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

        Pursuant to the Order entered on August 28, 2001 granting docket entry #
3117, the claim of **Jose Vazquez-Arroyo**  is dismissed from said action, with
prejudice.

    In San Juan,  Puerto Rico,  this 21th  day of  September,   2001.


                        Frances Rios de Moran
                        Clerk of Court

                        Deputy Clerk

3417