ENTERED ON DOCKET 10/29/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:  Rio Piedras Explosion Litigation | CIVIL CASE  96-2443 (CCC) |
| | CIVIL CASE  96-2542 (CCC) |

## PARTIAL JUDGMENT

RECEIVED & FILED
01 OCT 29 PM 4:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Pursuant to the Order entered on August 28, 2001 granting docket entry #3139, the claims of **Ramon Rivera-Robles, Francisco Rodriguez-Cordero and Jackeline Rosario-Lopez** are dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk

3418