ENTERED ON DOCKET 10/30/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re:  Rio Piedras Explosion Litigation | CIVIL CASE  96-2443 (CCC) |
|---|---|
|  | CIVIL CASE  96-2571 (CCC) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3121, the claim of **Altagracia San San Martin** is dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk



3422