ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---

**In Re:  Rio Piedras Explosion Litigation**

---

**CIVIL CASE   96-2443 (CCC)**

**CIVIL CASE   97-1287 (CCC)**

RECEIVED & FILED
OCT 31 2001
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #
3115, the claims of **Zaida E. Arce-Marrero and George Lopez-Sierra** are
dismissed from said action, with prejudice.

In San Juan,  Puerto Rico,  this 21th  day of  September,   2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk



3423