ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:   Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   97-1287 (CCC)

## PARTIAL JUDGMENT

RECEIVED & FILED
OCT 31 2001
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

Pursuant to the Order entered on August 28, 2001 granting docket entry #3120, the claim of **Hilda Gonzalez-Mendez** is dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

3424