ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In Re: Rio Piedras Explosion Litigation

CIVIL CASE 96-2443 (CCC)

CIVIL CASE 97-1287 (CCC)

## PARTIAL JUDGMENT

RECEIVED & FILED
OCT 31 2001
OFFICE-CLERK U.S. DIST. CT.
SAN JUAN, PR

Pursuant to the Order entered on August 28, 2001 granting docket entry #3138, the claims of **Maria Milagros Verge Quiles, Francisco Rodriguez-Robles, Frances Rodriguez-Verge and Gretchen Rodriguez-Verge** are dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk