ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



| In Re: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
|---|---|
| | CIVIL CASE 97-1184 (CCC) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3183, the claim of **Marta Diaz** is dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*signature*
Deputy Clerk

3426