ENTERED ON DOCKET 1L/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| In Re:  Rio Piedras Explosion Litigation | CIVIL CASE   96-2443 (CCC) |
| | CIVIL CASE   97-1172 (CCC) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry # 3080, the claim of **Maria M. Cruz** is dismissed without prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

3427