ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:  Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   97-1384 (CCC)

**PARTIAL JUDGMENT**

Pursuant to the Order entered on August 28, 2001 granting docket entry #3140, the claims of **Ernesta Ernestina Felix Diaz-Torres, Joaquin Duran-Martinez and Marisol Roman-Rosario** are dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk