ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:  Rio Piedras Explosion Litigation

CIVIL CASE  96-2443 (CCC)

CIVIL CASE  97-1384 (CCC)

## PARTIAL JUDGMENT

RECEIVED & FILED
OCT 31 2001
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

Pursuant to the Order entered on August 28, 2001 granting docket entry # 3103, the claim of **Joyeria La Escalera, Inc.** is dismissed without prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

3429