ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
|---|---|
| | CIVIL CASE 97-2721 (CCC) |

RECEIVED & FILED OCT 31 2001 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry # 3081, the claims of **Francia Rosado Monción, Luis Espinal, Luisa Espinal and Jaime Espinal** are dismissed without prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk



3430