ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC)<br><br>CIVIL CASE 97-2319 (CCC) |

*RECEIVED & FILED OCT 31 2001 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR*

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3146, the claims of **Juan Carlos Angeles-Fernandez, Jesus Alberto Carrasco-Fernandez, Sol Estela Ayala, Ana Virginia Fernandez-Carrera, Ciano Antonio Fernandez Carrera, Daniel Fernandez-Carrera, Elizabeth Fernandez-Carrera, Elpidio Fernandez-Carrera, Jorge Alberto Fernandez-Carrera, Jorge Luis Fernandez-Carrera, Maria Mercedes Fernandez-Carrera, Santa Celestina Fernandez-Carrera, Maria Florinda Carrera, Juan Ramon Fernandez and Luis Antonio Santana-Fernandez** are dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk



3431