ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:  Rio Piedras Explosion Litigation

CIVIL CASE  96-2443 (CCC)

CIVIL CASE  97-2721 (CCC)

*RECEIVED & FILED OCT 31 2001 OFFICE-CLERK U.S. DIST. CT. SAN JUAN, PR*

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry # 3082, the claim of **Yesenia Feliciano De Jesus** is dismissed without prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk

3432