# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    October 31, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

IN RE:

RIO PIEDRAS EXPLOSION LITIGATION        CIVIL 96-2443CCC

_____

By order of the Court, it appearing that the partial judgments issued by the Clerk of Court on September 21, 2001 and entered on docket on October 29, 2001 in Civil Nos. 96-2527 (**docket entry 3415**), 96-2524 (**docket entry 3416**), 96-2514 (**docket entry 3417**) and 96-2542 (**docket entry 3418**) disposed of all the plaintiffs remaining in each of said cases, the four cases shall be deemed closed for statistical purposes. Parties to be notified.

                                                                    /s/ - Secretary

Ortiz Brunet
Ortiz San Miguel
11/1/01

3435