IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION  §  CIVIL NO. 96-2443 (CCC)
§
§
§

---

**MEMORANDUM DECISION**

Enron's Motion for Contempt of Court Directed Against Third Party Treating Physician Victor Sanfeliz, MD dated July 19, 2001 and filed in Civil No. 97-1172 is granted without opposition.

Settle Order on Notice.

At San Juan, Puerto Rico on October 10, 2001.

_____
ROBERT J. WARD
United States District Judge



Freddie Pérez
11/1/01