IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION § CIVIL NO. 96-2443 (CCC)
§
§
§

---

## MEMORANDUM DECISION

Enron's Motion to Compel Payment of Professional Fee for Deposition Appearance dated July 10, 2001 and filed in Civil No. 97-1770 is granted without opposition;

Enron's Motion Requesting Partial Judgment as Requested in Enron's Unopposed Motion for Partial Summary Judgment dated August 31, 2001 and Plaintiffs' Request for Voluntary Dismissal of Loss of Income Claim dated September 25, 2001 filed in Civil No. 97-1770 are denied as moot. No costs.

Settle Order on Notice.

At San Juan, Puerto Rico on October 10, 2001.

_____
ROBERT J. WARD
United States District Judge

Almodóvar
11/1/01

3437