IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION § CIVIL NO. 96-2443 (CCC)

---

### ORDER

Paragraph two of the Order dated October 2, 2001 is amended as follows:

Enron's Motion for Leave to File Document in Spanish dated August 15, 2001 and filed in Civil No. 97-2712 is granted without opposition.

SO ORDERED.

At San Juan, Puerto Rico on October 4, 2001.

ROBERT J. WARD
United States District Judge

Satz
11/1/01



3438