IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION LITIGATION    CIVIL 96-2443CCC

**ORDER**

It appearing that the Joint Stipulation for Voluntary Dismissal With Prejudice (**docket entry 3144**) granted by the Court on August 28, 2001 (see docket entry 3234) and on which the judgment issued by the Clerk of Court on September 21, 2001 was based (see docket entry 3401), was incorrectly identified by the parties as pertaining to Civil No. 97-2488 when in fact it corresponded to Civil No. 96-2488(CCC), the judgment entered on Civil No. 97-2488 is VACATED. Judgment shall be entered by the Clerk in Civil No. 96-2488 dismissing said action with prejudice.

SO ORDERED.

At San Juan, Puerto Rico, on November 2, 2001.

CARMEN CONSUELO CEREZO
United States District Judge