IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

————————————————x

IN RE:
<u>RIO PIEDRAS EXPLOSION LITIGATION</u>    MASTER FILE NO. 96-2443(CCC)

MARIA LOPEZ SANTIAGO
        Plaintiff    Civil Number
            97-1957(CCC)

-against-
ENRON CORPORATION, et al.
        Defendants
————————————————x

HECTOR VAZQUEZ OLIVERO
        Plaintiff,    Civil Number

-against-
ENRON CORPORATION, et al.,
        Defendants.
————————————————x

ORDER GRANTING PRESENTATION
OF INTEGRATED PRE-TRIAL ORDER

Plaintiffs' and Defendant Enron Corporation's joint motion requesting presentation of Integrated Pre-trial Order filed on October 5, 2001 in Civil Numbers 97-1957 and 98-1572 is granted and the Court approves the Joint Pre-Trial Order filed on October 10, 2001.

SO ORDERED.

At San Juan, Puerto Rico on October 24, 2001.

                                            ROBERT J. WARD
                                            United States District Judge