Re: 96-2443 (CC)

## DESIGNATION AND ASSIGNMENT
## OF A SENIOR UNITED STATES DISTRICT JUDGE
## TO PERFORM JUDICIAL DUTIES IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the First Circuit having certified that there is a necessity for the designation and assignment of a judge from another circuit to perform judicial duties in the United States District Court for the District of Puerto Rico, and the

### HONORABLE ROBERT J. WARD

a Senior United States District Judge for the Southern District of New York, in the Second Circuit, having consented to perform judicial duties in the United States District Court for the District of Puerto Rico, in the First Circuit, during the period of February 10, 2002 - December 30, 2002 *In Re: Rio Piedras Explosion Litigation*, Civil No. 96-2443 (CCC) and also on criminal cases that may be ready for trial;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Robert J. Ward to perform judicial duties in the United States District Court for the District of Puerto Rico for the period stated and for such time as needed in advance thereof to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

Washington, D.C. 02/01/02

CHIEF JUSTICE OF THE UNITED STATES

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy

3531