ENTERED ON DOCKET 2/28/02
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (CCC) |
| CARMELO CRUZ-QUINTANA | |
| v. | CIVIL CASE 97-1916 |
| ENRON CORPORATION, ET AL. | |

## JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3119, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 14th day of February, 2002.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk

Jnoucoo
2/28/02

3532