IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: RIO PIEDRAS EXPLOSION
LITIGATION

CIVIL 96-2443CCC

**ORDER**

The Informative Motion and Motion Requesting Protective Order filed by plaintiffs in Civil No. 97-2712(CCC) (**docket entry 2763-B**) is NOTED. Attorney Nelson Rochet-Santoro shall respond to paragraph 3 of the motion within the term of ten (10) days after notice.

The Informative Motion filed by plaintiffs in Civil No. 97-2712(CCC) (**docket entry 2763-C**) is NOTED.

The Requests for Judicial Authorization for Settlement of Minor Plaintiffs' Claims filed by plaintiffs in Civil No. 96-2561(CCC) (**docket entries 2962 & 3198**) are NOTED. The request, however, shall be presented to the Superior Court of the Commonwealth as has been done in all settled cases involving claims by minors.

The Motion Informing Substitution of One Party Coplaintiff in Case 97-2668 (**docket entry 3086**) is DENIED without prejudice of being resubmitted properly supported with evidence showing that the substituting party is a successor of the deceased party.

The Request for Settlement Hearing filed by the Puerto Rico Telephone Company (**docket entry 3092**) is NOTED. As the record does not reflect that the settlement hearing has been conducted, the undersigned will advise Judge Ward of movant's request.

The Motion for Leave to Amend the Complaint filed by plaintiffs in Civil No. 99-2414(CCC) (**docket entry 3099-A**) is GRANTED. The tendered amended complaint is ORDERED FILED.

The Motion for Leave to File Reimbursables and Accounts of Former Member of the Plaintiffs' Steering Committee Andrés Guillemard-Noble Under Seal (**docket entry 3106-A**) is GRANTED.

3538

CIVIL 96-2443CCC                                2

The Joint Motion for Voluntary Dismissal filed by the State Insurance Fund (SIF) and defendants in Civil No. 98-1572(CCC) (**docket entry 3213**) is GRANTED. Partial judgment shall be entered by the Clerk DISMISSING all claims asserted by the SIF in said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the State Insurance Fund (SIF) and defendants in Civil No. 97-1739(CCC) (**docket entry 3214**) is GRANTED. Judgment shall be entered by the Clerk DISMISSING said action, with prejudice.

The Motion for Substitution of Counsel filed by the State Insurance Fund in Civil No. 99-2414(CCC) (**docket entry 3215**) is GRANTED . The Clerk and the parties shall take notice that Mr. Henry Cesse is the new attorney of record for the SIF in said action.

The Joint Motion for Voluntary Dismissal filed by the State Insurance Fund (SIF) and defendants in Civil No. 97-2488(CCC) (**docket entry 3216**) is GRANTED. Partial judgment shall be entered by the Clerk DISMISSING all claims asserted by the SIF in said action on behalf of plaintiffs María Migdalia David-Rivera and Linda Elena Méndez-Ponce, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the State Insurance Fund (SIF) and defendants in Civil No. 97-1448(CCC) (**docket entry 3217**) is GRANTED. Partial judgment shall be entered by the Clerk DISMISSING all claims asserted by the SIF in said action on behalf of plaintiff Georgina Merced-Zayas, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the State Insurance Fund (SIF) and defendants in Civil No. 97-1738(CCC) (**docket entry 3218**) is GRANTED. Judgment shall be entered by the Clerk DISMISSING said action, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the State Insurance Fund (SIF) and defendants in Civil No. 97-2770(CCC) (**docket entry 3219**) is GRANTED. Partial judgment shall be entered by the Clerk DISMISSING all claims asserted by the SIF in said action on behalf of plaintiffs Audilia Alvarez-Atreche, Jenny Ayala-Pinto, Jackeline Calderón-Medina, Héctor Papías De Marchena-Isambert, Rubén González-Hernández, Carmen Irlanda Ortíz, Maricela

CIVIL 96-2443CCC                              3

Laureano-Rodríguez, Iris Méndez-Pagán, Richard Padilla-Franco, Ana Dilia Pérez-Santiago, Weida Ruiz-Rivera, Ricarda Sánchez-González, Emma Iris Vélez-Díaz, Alexis Vizcaya-Marrero and Carmen Luisa Pastrana-Lebrón, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the State Insurance Fund (SIF) and defendants in Civil No. 97-2770(CCC) (**docket entry 3220**) is GRANTED. Partial judgment shall be entered by the Clerk DISMISSING all claims asserted by the SIF in said action on behalf of plaintiffs José Santiago-Rojas, Orlando O'Neill-Torres, Carmen María Ríos-Alberio, and José Antonio Umpierre-Camilo, with prejudice.

The Joint Motion for Voluntary Dismissal filed by the State Insurance Fund (SIF) and defendants in Civil No. 97-1957(CCC) (**docket entry 3221**) is NOTED. Partial judgment was already entered dismissing the claims of plaintiffs Edgar Encarnación-Rivera, Edith Muñoz-Mejías and Aleida Rodríguez-Elba (**docket entry 4**).

The Motion for Substitution of Counsel filed by the State Insurance Fund in Civil No. 97-1957(CCC) (**docket entry 3223**) is GRANTED . The Clerk and the parties shall take notice that Mr. Henry Cesse is the new attorney of record for the SIF in said action.

The Motion for Leave to File Time Sheet Summaries of Andrés Guillemard-Noble Under Seal (**docket entry 3225**) is GRANTED.

The following docket entries are MOOT: **3104, 3105, 3151, 3162, 3166, 3199, 3208, 3210, 3232, 3238 & 3258.**

The proceedings against defendant Enron Corp. having been stayed pending the final outcome of its bankruptcy case (**docket entry 3521**), the following pending motions affected by the stay (**docket entries 2901, 2965, 2974, 2975, 2976, 2977, 2978, 2979, 2980, 2981, 2982, 2983, 2984, 2985, 2986, 2987, 2988, 2989, 2990, 3044,**

CIVIL 96-2443CCC                                4

**3045, 3046, 3057, 3061, 3062, 3063, 3158, 3159, 3164, 3165, 3172, 3201, 3204, 3205, 3206, 3207, 3209, 3243 & 3251**) are DISMISSED without prejudice of being reinstated once the stay is lifted.

SO ORDERED.

At San Juan, Puerto Rico, on March /8/, 2002.

                                                CARMEN CONSUELO CEREZO
                                                United States District Judge

s/c to: 108 attys
3/22/02