ENTERED ON DOCKET 9/4/02
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: Rio Piedras Explosion Litigation | CIVIL CASE  96-2443(RJW) |
|---|---|
| | CIVIL CASE  97-2488(RJW) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on March 21, 2002 granting docket entry # 3216, all claims asserted by the SIF in said action on behalf of plaintiffs Maria Migdalia David-Rivera and Linda Elena Mendez-Ponce are dismissed with prejudice.

In San Juan, Puerto Rico, this 27th day of June, 2002.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk

3609