ENTERED ON DOCKET 9/16/2
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (RJW) |
| OSCAR L. RAMOS MELENDEZ, Manager the State Insurance Fund Corporation; JULIA MILLAN O'NIELL | |
| v. | CIVIL CASE 97-1738(RJW) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on March 21, 2002 granting docket entry #3218, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 27th day of June, 2002.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

3611