ENTERED ON DOCKET 9/16/2
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:   Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (RJW) |
| OSCAR L. RAMOS MELENDEZ, Manager the State Insurance Fund Corporation; ALICIA PACHECONARVAEZ, individually, MIRIAM VAZQUEZ LEON, in representation of minor daughters JAY CHIARRIE O'NIELL VAZQUEZ; GRETCHEN DARIES O'NEILL VAZQUEZ | |
| v. | CIVIL CASE 97-1739 (RJW) |
| Enron Corporation, et al. | |

## JUDGMENT

Pursuant to the Order entered on March 21, 2002 granting docket entry #3214, judgment is hereby entered dismissing said action with prejudice.

In San Juan, Puerto Rico, this 27th day of June, 2002.

Frances Rios de Moran
Clerk of Court

Deputy Clerk