ENTERED ON DOCKET 9/16/2
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re: Rio Piedras Explosion Litigation

CIVIL CASE 96-2443 (RJW)

CIVIL CASE 97-2770 (RJW)

## PARTIAL JUDGMENT

Pursuant to the Order entered on March 21, 2002 granting docket entry # 3220, all claims asserted by the SIF in said action on behalf of plaintiffs Jose Santiago-Rojas, Orlando O'Neill-Torres, Carmen Maria Rios Alberio, and Jose Antonio Umpierre-Camilo are dismissed with prejudice.

In San Juan, Puerto Rico, this 27th day of June, 2002.

Frances Rios de Moran
Clerk of Court

*(signature)*
Deputy Clerk