ENTERED ON DOCKET 9/16/02
PURSUANT TO FRCP 58 & 79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Rio Piedras Explosion Litigation | CIVIL CASE 96-2443 (RJW) |
| | CIVIL CASE 97-2770 (RJW) |

## PARTIAL JUDGMENT

Pursuant to the Order entered on March 21, 2002 granting docket entry # 3219, all claims asserted by the SIF in said action on behalf of plaintiffs Audilia Alvarez-Atreche, Jenny Ayala-Pinto, Jackeline Calderon-Medina, Hector Papias De Marchena-Isambert, Ruben Gonzalez-Hernandez, Carmen Irlanda Ortiz, Maricela Laureano-Rodriguez, Iris Mendez-Pagan, Richard Padilla-Franco, Ana Dilia Perez-Santiago, Weida Ruiz-Rivera, Ricarda Sanchez-Gonzalez, Emma Iris Velez-Diaz, Alexis Vizcaya-Marrero and Carmen Luisa Pastrana-Lebron are dismissed with prejudice.

In San Juan, Puerto Rico, this 27th day of June, 2002.

Frances Rios de Moran
Clerk of Court

Deputy Clerk