# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION     CIVIL NO. 96-2443 (CCC)

## ORDER

A global settlement having been reached in principle which will result in the dismissal, with prejudice, of all pending claims consolidated in the Río Piedras Explosion Litigation before either the Federal District Court or the Court of First Instance of Puerto Rico (San Juan Superior Court), the Court hereby orders the attorneys representing the following minors to obtain authorization from the San Juan Superior Court, Hon. Héctor R. López García, for the settlement as to said minors:

| MINOR'S NAME | SUPERIOR COURT NO. | FEDERAL COURT NO. | ATTORNEY NAME | SETTLEMENT AMOUNT |
|---|---|---|---|---|
| Javier Alicea Millán | KDP 97-2339 | 97-1172 | Freddie Pérez González | $12,000.00 |
| Juan Javier Alicea Millán | KDP 97-2339 | N/A | Freddie Pérez González | $16,000.00 |
| Angel Bruno Pastrana | KDP 97-2339 | N/A | Freddie Pérez González | $8,000.00 |
| Jonathan Dieppa Barreiro | KDP 97-2339 | N/A | Freddie Pérez González | $4,000.00 |
| Tamara Dieppa Barreiro | KDP 97-2339 | N/A | Freddie Pérez González | $4,000.00 |
| Liz Nery Feliciano Vélez | KDP 97-2339 | N/A | Freddie Pérez González | $1,600.00 |
| Isabelisse Guzmán Sánchez | KDP 97-2339 | N/A | Freddie Pérez González | $1,600.00 |
| Yazil Jiménez Luciano | KDP 97-2339 | N/A | Freddie Pérez González | $2,000.00 |
| Anibal Martínez Márquez | KDP 97-2339 | N/A | Freddie Pérez González | $4,000.00 |
| Joel Martínez Navarro | KDP 97-2339 | N/A | Freddie Pérez González | $2,400.00 |
| Mary Ann Martínez Márquez | KDP 97-2339 | N/A | Freddie Pérez González | $4,000.00 |
| Patricia Sánchez Ayala | KDP 97-2339 | N/A | Freddie Pérez González | $3,350.00 |
| Rosangeris Garcia Rosario | KDP 97-2339 | 97-1172 | Freddie Pérez González | $40,000.00 |
| Amarilis F. Mejías Perdomo | KDP 97-2339 | 97-1172 | Freddie Pérez González | $24,000.00 |
| Michelle Mejías Perdomo | KDP 97-2339 | N/A | Freddie Pérez González | $4,000.00 |
| Luis Santiago Vázquez | KDP 97-2339 | N/A | Freddie Pérez González | $8,000.00 |
| Andrea Alexandra Talavera | KDP 97-2339 | N/A | Freddie Pérez González | $20,000.00 |
| Marcos A. Tejera Paredes | KDP 97-2339 | 97-1172 | Freddie Pérez González | $60,000.00 |
| Cynthia del P. Rivera Serrata | KDP 97-2339 | 97-1172 | Freddie Pérez González | $200,000.00 |
| Francisco J. Rivera Serrata | KDP 97-2339 | N/A | Freddie Pérez González | $50,000.00 |
| Jan C. Meléndez Casiano | KDP 97-2339 | N/A | Freddie Pérez González | $1,600.00 |
| Jan Luis Meléndez Casiano | KDP 97-2339 | N/A | Freddie Pérez González | $1,600.00 |



106 attys in ICMS
10/10/02

(3639)

Order
Civil No. 96-2443
Page 2

| MINOR'S NAME | SUPERIOR COURT NO. | FEDERAL COURT NO. | ATTORNEY NAME | SETTLEMENT AMOUNT |
|---|---|---|---|---|
| Jean Khris Picorelli Cruz | KDP 97-2137 | 97-1036 | Pedro J. Saadé Lloréns | $364,205.00 |
| Eliza Marian Ayala Ramos | KDP 97-2269 | 96-2638 | Pedro J. Saadé Lloréns | $30,350.00 |
| Rolando Rivera Rodríguez | KDP 97-2198 | N/A | Miguel A. López Birriel | $254,672.23 |
| Brenmarie García Rivera | KDP 97-2247 | 97-2686 | Steven C. Lausell | $4,046.72 |

Subsequent to approval of the settlement amounts awarded to minors, this Court will enter an order regarding the dismissal of the pending claims, ordering deposit of the settlement funds in an escrow account for the benefit of the plaintiffs, and outlining the procedure for execution of the stipulated release documentation required to obtain payment of settlements from the escrow account.

If any attorney is representing or knows of plaintiffs who are minors or incompetents but do not appear listed above, they shall file an informative motion notifying this Court within five (5) days indicating the civil case number in federal and/or state court and the name of the plaintiff.

IT IS SO ORDERED.

At San Juan, Puerto Rico on October 10, 2002.

ROBERT J. WARD
United States District Judge