IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>RIO PIEDRAS EXPLOSION LITIGATION | CONSOLIDATED CIVIL ACTION<br>NO. 96-2443 (RJW) |
| OLGA MELANIA PEREZ, ET AL.,<br><br>Plaintiffs,<br><br>-against-<br><br>ENRON CORP., ET AL.,<br><br>Defendants. | THIS MOTION RELATES TO<br>CASE NO. 97-1173 (RJW) |



RECEIVED & FILED
DEC / 2 2002
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

**ORDER AND JUDGMENT**

Plaintiffs' motion to amend the Judgment dated September 21, 2001 and entered on the docket on October 18, 2001 is granted without opposition. It is hereby

Ordered that the Judgment dated September 21, 2001 dismissing this action with prejudice is vacated; and it is further

Ordered that Judgment be entered dismissing this action without prejudice.

In San Juan, Puerto Rico, this 27th day of November, 2002.

_____
ROBERT J. WARD
United States District Judge