IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION § CIVIL NO. 96-2443 (RJW)
§
§ INDIV CASES: 97-2669,
§ 97-2668

---

## ORDER

Plaintiffs' motion for reconsideration of the order dated May 30, 2000 and entered on the docket on June 7, 2000 (Docket No. 1906) is granted. It is hereby

**ORDERED** that the order dated May 30, 2000 dismissing the claims of the plaintiffs in the cases listed on Attachment "1" for lack of prosecution is vacated; and it is further

**ORDERED** that all of these claims shall be deemed included in the Order and Judgment to be entered dismissing with prejudice and without costs all of the claims in the captioned consolidated action.

At San Juan, Puerto Rico, this 2nd day of December 2002.

_____
ROBERT J. WARD
United States District Judge

Rochet
Besosa
Bauzá
Santori
12/5/2

3653

ATTACHMENT "1"

| PLAINTIFF | CASE NO |
|---|---|
| BORRERO, BENIGNO | 97-2668 |
| CONJUGAL; 815 & 816 | 97-2668 |
| CONJUGAL; 817 & 808 | 97-2668 |
| RIVERA SANCHEZ, NEREIDA | 97-2668 |
| SERPE SANCHEZ "DE BORRERO", AIDA | 97-2668 |
| ACEVEDO SANCHEZ, MIRIAM | 97-2669 |
| ALMONTE CASTILLO, MANUEL | 97-2669 |
| ALVARADO LEON, MIGUEL A. | 97-2669 |
| ANDINO SANTANA, JENIFER | 97-2669 |
| ANGELES MELENDEZ, CONFESSOR A. | 97-2669 |
| APONTE MARTINEZ, MIGUEL | 97-2669 |
| APONTE PEREZ, LUZ M. | 97-2669 |
| ARROYO RAMOS, DANIEL ALBERTO | 97-2669 |
| AYALA QUILES, SONIA NOEMI | 97-2669 |
| BELEN GARCIA, ANGEL YASMIN | 97-2669 |
| BENITEZ RIVERA, JOSE ENRIQUE | 97-2669 |
| BETANCOURT DIAZ, ZOILO | 97-2669 |
| CABA DISLA, JOVANNY | 97-2669 |
| CABAN COLON, MARINES | 97-2669 |
| CABAN LOPEZ, GILBERTO | 97-2669 |
| CABAN LOPEZ, NELSON | 97-2669 |
| CABRERA MARTINEZ, HAYDEE ZAYMARA | 97-2669 |
| CANDELARIA, ROSA | 97-2669 |
| CANELO, LUZ MARIE | 97-2669 |
| CAPOIS, SANTIAGO | 97-2669 |
| CARRASQUILLO MEDINA, GEORGINO | 97-2669 |
| CARRION CORDERO, MIGDALIA | 97-2669 |
| CASTRO, ZORAIDA | 97-2669 |
| CRUZ DIAZ, DIONICIO | 97-2669 |
| CRUZ ROSADO, JESSICA M. | 97-2669 |
| CRUZ SANCHEZ, GONZALO | 97-2669 |
| CRUZ SANCHEZ, ISRAEL | 97-2669 |
| CRUZ TORO, HILDA LUZ | 97-2669 |
| DE JESUS CASTILLO, ANTONIO | 97-2669 |
| DE JESUS MOREL, CARIDAD MERCEDES | 97-2669 |
| DE LA CRUZ, ISIDRA | 97-2669 |
| DE LA CRUZ, MANUEL | 97-2669 |
| DE SALA RIVERA, CLOTILDE | 97-2669 |
| DEL VALLE NUNEZ, ANGEL LUIS | 97-2669 |
| DIAZ COLON, MANUEL | 97-2669 |
| DIAZ LANTIGUA, FANNY | 97-2669 |
| DIAZ MORALES, RUTH | 97-2669 |
| DIAZ PERALTA, ROLANDO ALBERTO | 97-2669 |
| DIAZ REINOSO, VICENTE RENE | 97-2669 |
| EDUARDO SMITH, JULIO C. | 97-2669 |
| ENCARNACION GOMEZ, YARACHELLI | 97-2669 |
| FARGAS TORRES, GLORIMAR | 97-2669 |

## ATTACHMENT "1"

| PLAINTIFF | CASE NO |
|---|---|
| FELICIANO RAMOS, PRUDENCIO | 97-2669 |
| FERNANDEZ LOPEZ, PEDRO D. | 97-2669 |
| FIGUEROA BURGOS, ROBERTO | 97-2669 |
| FIGUEROA SANTIAGO, YAMANI | 97-2669 |
| FUENTES PEREZ, GLENDA | 97-2669 |
| GARCIA ARROYO, JAZMIN | 97-2669 |
| GARCIA COSME, MANUEL | 97-2669 |
| GARCIA FERNANDEZ, WODEN | 97-2669 |
| GARCIA GARCIA, ANGEL | 97-2669 |
| GARCIA GARCIA, RAFAELA | 97-2669 |
| GIL CARVAJAL, MARIA A. | 97-2669 |
| GOMEZ GARCIA, JAVELKI | 97-2669 |
| GONZALEZ MELENDEZ, JOSE LUIS | 97-2669 |
| GONZALEZ ORTIZ, LUIS A. | 97-2669 |
| GONZALEZ RIVERA, PLACIDO | 97-2669 |
| GONZALEZ ROBLES, ORLANDO | 97-2669 |
| GRANDE QUESADA, MANILA | 97-2669 |
| GUADALUPE HERNANDEZ, CONFESOR | 97-2669 |
| GUZMAN GARCIA, MARIA JOSEFA | 97-2669 |
| GUZMAN RODRIGUEZ, ELI SONIA | 97-2669 |
| GUZMAN, SONIA | 97-2669 |
| HERNANDEZ DEL VALLE, JESUS | 97-2669 |
| HERNANDEZ TEJADA, JOSE FRANCISCO | 97-2669 |
| HERNANDEZ TORRES, EUSEBIO | 97-2669 |
| HERNANDEZ VELASQUEZ, EDWIN | 97-2669 |
| HIRALDO PERALTA, CAROLYN L. | 97-2669 |
| JIMENEZ AROCHO, ARCADIO | 97-2669 |
| LABORDA HERNANDEZ, ENRIQUE | 97-2669 |
| LIRIANO, SANCHEZ MARCO | 97-2669 |
| LONGO MELENDEZ, EDWIN A. | 97-2669 |
| LOPEZ COLON, JOSE LUIS | 97-2669 |
| LOPEZ SOTO, GREGORIO | 97-2669 |
| LOPEZ VELEZ, OTILIO | 97-2669 |
| LORA ABREU, JOSE "FICO" FRANCISCO | 97-2669 |
| MALDONADO, VIVIAN | 97-2669 |
| MARRERO MARRERO, JUAN | 97-2669 |
| MARRONI LUENGO, LUIS ALBERTO | 97-2669 |
| MARTINEZ DUCLOS, CLARA M. | 97-2669 |
| MARTINEZ MARTINEZ, ATANACIO | 97-2669 |
| MARTINEZ, MARINO | 97-2669 |
| MELENDEZ QUINONES, PEDRO | 97-2669 |
| MONEGRO MARTINEZ, CARMEN | 97-2669 |
| MORALES LABOY, ERIKA | 97-2669 |
| MORALES RIVERA, MARTA | 97-2669 |
| MORALES, JUAN | 97-2669 |
| MORENO VEGA, WALESKA | 97-2669 |
| NAVARRO FLORES, RAFAEL | 97-2669 |

ATTACHMENT "1"

| PLAINTIFF | CASE NO |
|---|---|
| NAZARIO JIMINEZ, BLANCA IRIS | 97-2669 |
| NEGRON, CARMEN J. | 97-2669 |
| OCALLE MARTINEZ, ANTONIO | 97-2669 |
| OJEDA LOPEZ, MANUEL | 97-2669 |
| ORTIZ POLONIA, ANA | 97-2669 |
| PACHECO FIGUEROA, ANTONIO | 97-2669 |
| PAREDES DISLA, NELSON E. | 97-2669 |
| PAREDES FERNANDEZ, PABLO | 97-2669 |
| PARRA FELIPE, MIGUEL ANTONIO | 97-2669 |
| PEGUERO SANCHEZ, FAUSTINO | 97-2669 |
| PERALTA ALMONTE, CARMEN ROSA | 97-2669 |
| PERALTA MARTINEZ, AIDA | 97-2669 |
| PEREZ DELIZ, SONIA | 97-2669 |
| PEREZ JUMELLES, RAFAEL | 97-2669 |
| RAMIREZ VALDEZ, RAFAEL DE JESUS | 97-2669 |
| RAMIREZ VALDEZ, YANILSA A. | 97-2669 |
| RESTO TOLEDO, ESTEBAN | 97-2669 |
| REYES, GISELA | 97-2669 |
| RIVERA QUINONES, MARISOL | 97-2669 |
| RIZIK QUINONES, OSCAR | 97-2669 |
| RODRIGUEZ DE LA CRUZ, JOSE RADHAMES | 97-2669 |
| RODRIGUEZ MARTES, IRIS NEIDA | 97-2669 |
| RODRIGUEZ SANTOS, TRINIDAD | 97-2669 |
| RODRIGUEZ VELAZQUEZ, LUIS ANTONIO | 97-2669 |
| ROMAN RIVERA, LYDIA E. | 97-2669 |
| ROMERO SANTIAGO, ANGEL L. | 97-2669 |
| ROSA COLON, JUANA M. | 97-2669 |
| ROSARIO ALMONTE, ELIDA | 97-2669 |
| ROSARIO RAMIREZ, PEDRO | 97-2669 |
| ROSARIO TORRES, WILKINS | 97-2669 |
| SALAZAR, CLAUDIO | 97-2669 |
| SANCHEZ ALGARIN, MAGDALENA | 97-2669 |
| SANCHEZ MARTINEZ, VIRGILIO | 97-2669 |
| SANCHEZ, SONIA | 97-2669 |
| SANTANA LOZANO, MARGARITA | 97-2669 |
| SANTANA, VIDAL A. | 97-2669 |
| SANTIAGO ALEMAN, JESUS M. | 97-2669 |
| SHARON VAZQUEZ, ROBERTO M. | 97-2669 |
| SOLER SANCHEZ, MIKER | 97-2669 |
| SOTO GONZALEZ, ANIBAL | 97-2669 |
| VARGAS RODRIGUEZ, ANA MERCEDES | 97-2669 |
| VARGAS VAZQUEZ, JOSE MIGUEL | 97-2669 |
| VEGA PEREZ, LUZ M. | 97-2669 |
| VELAZQUEZ HIDALGO, INGRID | 97-2669 |
| VELEZ RIVERA, MARGARITA | 97-2669 |
| VICENTE BERMUDEZ, HECTOR LUIS | 97-2669 |
| VILLA DE JESUS, JUSTO | 97-2669 |