**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| IN RE RIO PIEDRAS EXPLOSION LITIGATION | CONSOLIDATED<br>CIVIL NO. 96-2443 (RJW)<br>***<br>Civil Nos.:<br><br>Applies to All<br>Individual Case<br>Numbers and<br>Plaintiffs Listed<br>on Attachments B-1,<br>C-1, and D-1 |

RECEIVED & FILED
DEC 0 3 2002
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

## ORDER AND JUDGMENT

Pursuant to the authorization set forth in the orders of the United States Bankruptcy Court for the Southern District of New York dated April 11, 2002, and October 10, 2002, annexed hereto as Attachment "A", settlements having been negotiated and accepted through November 11, 2002 on behalf of all plaintiffs listed on Attachments "B-1" and "C-1", and it being the intention and understanding of the Court that this Order and Judgment resolves all claims pending before the Court in the captioned consolidated action, it is

**ORDERED AND ADJUDGED** that, unless previously submitted to defendants, counsel for each plaintiff listed on Attachment "B-1" shall, within five (5) business days hereof, complete and submit to defendants a copy of the Private Settlement Release

3654

Order and Judgment
Civil No. 96-2443 (RJW)
Page 2

Information Form, annexed hereto as Attachment "E-1", and
defendants shall, in turn, furnish to plaintiff's counsel, no
later than five (5) business days after receipt of the completed
form, the stipulated release and certificate of counsel, which
shall be executed and returned to defendants on or before
December 20, 2002, and the defendants shall forthwith deposit the
settlement payments in the Banco Santander escrow account
previously opened by plaintiffs for the receipt and subsequent
distribution of private settlement payments; and it is further

ORDERED AND ADJUDGED that, upon deposit of the agreed
settlements in the Banco Santander escrow account, the claims in
the cases listed on Attachment "B-1", settled privately between
plaintiffs and defendants, including the claims of infants and
incompetents, which the Court and defendants are advised have
been judicially approved by the Court of First Instance of the
Commonwealth of Puerto Rico, San Juan Superior Division (Master
File No. KDP 96-1808) (hereinafter "Commonwealth Court"), are
dismissed with prejudice and without costs; and it is further

ORDERED AND ADJUDGED that if any plaintiffs listed by name
on Attachment "B-1" have claims pending before this Court arising
from the Río Piedras explosion other than as shown on the
Attachment, it is the intention of the parties that such claims

Order and Judgment
Civil No. 96-2443 (RJW)
Page 3

are included in the private settlements and are hereby dismissed with prejudice and without costs; and it is further

**ORDERED AND ADJUDGED** that all of the claims in the cases pending in this Court, listed on Attachment "C-1", and in the cases covered by the parallel judgment of the Commonwealth Court, including the claims of infants and incompetents, which the Court and defendants are advised have been judicially approved by the Commonwealth Court, are settled between plaintiffs and defendants in the aggregate amount of Twenty-Eight Million U.S. Dollars ($28,000,000.00) (hereinafter "the Global Settlement"); and it is further

**ORDERED AND ADJUDGED** that, within ten (10) days of the date of this Order and Judgment or the parallel judgment of the Commonwealth Court, whichever is later, defendants shall cause the settlement payment of Twenty-Eight Million U.S. Dollars ($28,000,000.00) to be deposited in a separate interest-bearing account at Banco Santander Puerto Rico which plaintiffs' counsel are hereby directed to open as the "Global Settlement Account"; and upon deposit of the aforesaid sum in Banco Santander Puerto Rico, all cases listed on Attachment "C-1" are dismissed with prejudice and without costs; and it is further

**ORDERED AND ADJUDGED** that, unless previously submitted to defendants, counsel for each plaintiff listed on Attachment "C-1"

Order and Judgment
Civil No. 96-2443 (RJW)
Page 4

shall, within twenty (20) days of the date of this Order and
Judgment, complete and submit to defendants a copy of the Global
Settlement Release Information Form, annexed hereto as Attachment
"E-2", and defendants shall, in turn, furnish to plaintiffs'
counsel, no later than twenty (20) days after receipt of the
completed form, the stipulated release and certificate of
counsel, which shall be executed and returned to defendants on or
before January 15, 2003, and the defendants shall then forthwith
submit all necessary information to the Banco Santander Escrow
Agent for an immediate distribution from the Global Settlement
Account; and it is further

    **ORDERED AND ADJUDGED** that if any plaintiffs listed by name
on Attachment "C-1" have claims pending before this Court arising
from the Río Piedras explosion other than as shown on the
Attachment, such claims are deemed to be included in the Global
Settlement and are hereby dismissed with prejudice and without
costs; and it is further

    **ORDERED AND ADJUDGED** that any plaintiff listed on Attachment
"B-1," who fails or refuses to submit to defendants an executed
release and certificate of counsel, along with copies of judicial
authorizations and heirship, if applicable, on or before December
20, 2002, shall be deemed to be in contempt of this Order and
Judgment and shall forfeit the agreed settlement amount; and any

Order and Judgment
Civil No. 96-2443 (RJW)
Page 5

plaintiff listed on Attachment "C-1," who fails or refuses to submit to defendants an executed release and certificate of counsel, along with copies of judicial authorizations and heirship, if applicable, on or before January 15, 2003, shall be deemed to be in contempt of this Order and Judgment and shall forfeit the agreed settlement amount, and the Court may reallocate any forfeited Global Settlement amounts in such portions to compliant plaintiffs listed on Attachment "C-1" as it deems appropriate; and it is further

**ORDERED AND ADJUDGED** that the claims of all plaintiffs in the referenced actions listed on Attachment "D-1" or any other plaintiff with a claim pending before this Court in the captioned consolidated action are dismissed with prejudice on the grounds that such plaintiffs have either settled their claims or such claims have been dismissed with prejudice by a court of competent jurisdiction prior to the date of this Order and Judgment, or have failed to prosecute their claims diligently, or have died and their heirs have not prosecuted the claims, or have otherwise abandoned their claims before this Court; and it is further

**ORDERED AND ADJUDGED** that any attorney representing a plaintiff in the captioned consolidated action, who has cause to believe that such plaintiff's claim should not be dismissed with prejudice, shall move by order to show cause why the claim of

Order and Judgment
Civil No. 96-2443 (RJW)
Page 6

such plaintiff should not be dismissed with prejudice. Any such
motion shall be filed at the Clemente Ruiz Nazario Courthouse,
150 Carlos Chardon Street, Hato Rey, Puerto Rico, and a courtesy
copy sent by fax to Honorable Robert J. Ward, fax (212)805-6151,
within five (5) business days of the date of this Order and
Judgment after having been served by fax upon Attorney Steven C.
Lausell, fax (787)751-4068, and Attorney Charles E. Cheek, fax
(713)853-6576. Unless a temporary restraining order is granted,
all of the provisions of this Order and Judgment shall remain in
full force and effect; and it is further

**ORDERED AND ADJUDGED** that this Order and Judgment is
intended and shall be interpreted as dismissing with prejudice
and without costs each and every claim pending before the Court
in the captioned consolidated action, whether or not specifically
identified herein; and the Clerk is directed to make the
following docket entry in each of the Civil Actions listed on
Attachments "B-1", "C-1", and "D-1": "All claims pending in this
action were dismissed with prejudice and without costs by the
Order and Judgment dated December 3, 2002"; and it is further

**ORDERED AND ADJUDGED** that this Court shall retain
jurisdiction, up to and including December 20, 2002, to determine
any issue relating to this Order and Judgment concerning
defendants, and up to and including February 14, 2003, solely to

Order and Judgment
Civil No. 96-2443 (RJW)
Page 7

determine the disposition of any undistributed balance in the

Global Settlement Account.


At San Juan, Puerto Rico, this 3rd day of December, 2002.


_____
ROBERT J. WARD
United States District Judge

# Attachment "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| In re | : | Chapter 11 Case No. |
| | : | |
| ENRON CORP., et al., | : | 01-16034(AJG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | x | |

### STIPULATION AND ORDER (A) AMENDING AGREED ORDER OF APRIL 11, 2002, EXTENDING PARTIAL RELIEF FROM STAY RELATED TO THE RIO PIEDRAS EXPLOSION LITIGATION AND (B) EXTENDING TIME FOR RIO PIEDRAS EXPLOSION LITIGATION PLAINTIFFS TO FILE PROOFS OF CLAIM

A.  AMENDING AGREED ORDER EXTENDING OF PARTIAL RELIEF FROM STAY

WHEREAS by Motion for Relief from Stay filed December 27, 2001, (the "Motion"),

Movants sought a partial lifting of the automatic stay in the Rio Piedras Explosion Litigation

("Litigation"), which Litigation refers to over 500 individual cases filed on behalf of over

1,500 separate plaintiffs in the United States District Court for the District of Puerto Rico

(Master File No. 96-2443) and the Court of First Instance of the Commonwealth of Puerto

Rico, San Juan Superior Division (Master File No. KDP96-1808)) (hereinafter jointly "Trial

Courts"), generally alleging personal injuries (directly and derivatively), business

interruption, or property damage as a result of a November 21, 1996 explosion at the

Humberto Vidal Building in the Rio Piedras District of San Juan, Puerto Rico.  Enron Corp.,

Enron Engineering & Construction Company, and San Juan Gas Company, Inc., debtors and

debtors in possession herein (hereinafter jointly "Debtor Defendants"); Enron Operations

Corp., Enron Americas, Inc., and Enron Liquid Services Corp. (hereinafter collectively "Non-

Debtor Defendants"), wholly owned affiliates of the Debtor Defendants; and, Puerto Rico

Aqueduct and Sewer Authority, Puerto Rico Telephone Company, Humberto Vidal, Inc., and

A:\RIO PIEDRAS.DOC

Heath Consultants Incorporated (hereinafter collectively "Third Party Defendants") are defendants in the Litigation. All defendants and plaintiffs in the Litigation reached confidential arrangements, subsequently approved by the Trial Courts, by which the issues of cause and responsibility for the explosion would not be litigated; instead, all defendants, without any admission of liability and with reservation of defenses, agreed to proceed to the damages phase. The applicable insurance carriers for the Debtor Defendants and the Non-Debtor Defendants, who share the same insurance coverage, as well as insurance carriers for the Third Party Defendants, approved these arrangements. Since then and as of April 11, 2002, over 725 separate plaintiffs' claims had been settled, satisfied, and dismissed, with prejudice, with insurance carriers for the Debtor Defendants and the Non-Debtor Defendants and the Third Party Defendants reimbursing the Debtor Defendants and the Non-Debtor Defendants for settlement payments and related fees, costs, and expenses incurred by the Debtor Defendants and the Non-Debtor Defendants in settling these claims. Other plaintiffs' claims had then been dismissed voluntarily or by court order. As of April 11, 2002, nearly 750 separate plaintiffs' claims, however, remained unliquidated and pending before the Trial Courts (hereinafter "Pending Actions").

WHEREAS, on April 11, 2002, the Court entered an Agreed Order authorizing the Non-Debtor Defendants through September 30, 2002, to proceed with settling Pending Actions on behalf of all defendants, subject to an overall cap of $50 million (the "Overall Cap") inclusive of costs and fees, among other limitations, and otherwise denied the Motion ("April 11 Order"). Following entry of the April 11 Order, the claims of 321 plaintiffs (exclusive of conjugal plaintiffs) have been privately settled for nearly $7.8 million. When added to the settlements reached before the Enron Bankruptcy, the claims of 1066 plaintiffs

(exclusive of conjugal plaintiffs) are now settled. Of those plaintiffs, all have entered the agreed releases, moved for the dismissal with prejudice of their claims, and the settlement amounts have been paid to their escrow agent EXCEPT for 171 plaintiffs for whom the submission of release information or the return of executed releases is pending. On July 16, 2002 a global settlement of $28 million to resolve all remaining plaintiffs' claims, federal and local, was reached among representative counsel for the plaintiffs, Non-Debtor Defendants' carriers' counsel, and Non-Debtor Defendants' counsel under the auspices of Hon. Robert J. Ward, Senior District Judge for the Southern District New York, but sitting by designation as the presiding judge for the federal Rio Piedras Litigation, with the Commonwealth Court Judge having authorized Judge Ward to mediate a global settlement for the local court claims. Both Trial Court judges have endorsed the settlement. Should this global settlement be consummated, the claims of over 400 plaintiffs, including individuals and business entities, will be fully and finally settled and the Litigation will be fully and finally resolved. The Debtor Defendants, Non-Debtors Defendants, and plaintiffs hereby stipulate that additional time is needed to consummate this global settlement and the pending individual settlements. It is in the best interest of the Debtor Defendants' estates if these settlements can be consummated and the Rio Piedras Explosion Litigation fully and finally resolved.

WHEREAS it appearing that the Court has jurisdiction to consider the Motion, that due notice of the Motion has been given, that no further notice need be given, and upon the proceedings before the Court and good and sufficient cause appearing;

IT IS HEREBY ORDERED THAT:

1.     The April 11 Order is amended to authorize the Non-Debtor Defendants, the Third Party Defendants, and the plaintiffs in the Pending Actions, through November 11,

2002, and without need of further authorization from the Court pursuant to Bankruptcy Rule 9019 or otherwise, to negotiate and accept settlements of Pending Actions.

2.     The April 11 Order authorized the Trial Courts to take all action in their discretion and consistent with this Order to promote, expedite, and confirm the settlement of Pending Actions, including, without limitation, judicial authorization of settlements, as necessary; the entry of orders of dismissal, with prejudice, of settle claims, as appropriate; and, the use of expedited discovery tools, court annexed mediation, independent mediators, and court appointed experts, as found appropriate by either or both Trial Courts. The April 11 Order is further amended to extend this authority of the Trial Courts through December 20, 2002, to cause (a) the submission of executed releases and related settlement documents to the Non-Debtor Defendants; (b) the payment of settlement amounts thereunder, and (c) entry of dismissals, with prejudice, of all plaintiffs' claims settled in principle on or before November 11, 2002.

## B. EXTENSION OF BAR DATE

WHEREAS, commencing on December 2, 2001, Enron Corp. and its affiliated debtor entities, as debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court"); and

WHEREAS, on August 1, 2002, the Court in the above-referenced Chapter 11 cases entered an order (the "Bar Date Order") establishing October 15, 2002 as the deadline within which certain creditors of the Debtors must file proofs of claim; and

WHEREAS, pursuant to the Bar Date Order, any Debtor may extend its bar date for any particular creditor upon filing with the Court a stipulation setting forth such extension, subject to notice and a hearing;

WHEREAS, the Rio Piedras Explosion Litigation Plaintiffs and certain of the Non-Debtors are negotiating settlements that would, among other things, settle and resolve all claims relating to such litigation; and

WHEREAS, the aforementioned settlements were consummated, none of the Rio Piedras Explosion Litigation Plaintiffs would need to file a proof of claim with respect to claims settled and resolved under such settlement; and

WHEREAS, the aforementioned settlement may not be effected, if at all, prior to the bar date; and

WHEREAS, in light of the foregoing, the Debtors desire to extend the deadline within which the Rio Piedras Explosion Litigation Plaintiffs may file proofs of claim against the Debtors to and including November 11, 2002; and

WHEREAS, there will be no prejudice to the Debtors' estates if the deadline for the Rio Piedras Explosion Litigation Plaintiffs to file proofs of claim is extended to and including November 11, 2002.

NOW, THEREFORE, it is hereby stipulated and agreed among the Debtors and the Rio Piedras Explosion Litigation Plaintiffs as follows:

1.      The time for the Rio Piedras Explosion Litigation Plaintiffs to file proofs of claim against any and all estates of the Debtors is hereby extended to and including November 11, 2002.

2.    Except as provided herein, the parties reserve all of their respective rights, claims and defenses.

3.    To facilitate execution, this Stipulation and Order may be executed in as many counterparts as may be convenient or required. It shall not be necessary that the signature and acknowledgement of, or on behalf of, each party, or that the signature and acknowledgment of all persons required to bind any party, appear on each counterpart. All counterparts shall collectively constitute a single instrument. It shall not be necessary in making proof of this Stipulation and Order to produce or account for more than a single counterpart containing the respective signatures and acknowledgement of, or on behalf of, each of the parties hereto. Facsimile signatures shall be binding to the same effect as originals.

Dated: New York, New York
       October 9, 2002

                /s/ Brian Rosen
               Martin J. Bienenstock (MB 3001)
               Brian S. Rosen (BR 0571)
               Melanie Gray
               Martin Sosland
               WEIL, GOTSHAL & MANGES LLP
               767 Fifth Avenue
               New York, New York 10153
               Telephone: (212) 310-8000
               Fax: (212) 310-8007

               Attorneys for Debtors and Debtors in Possession

                        - and –

               Golub & Golub, LLP
               Attorneys for Rio Piedras
               Explosion Litigation Plaintiffs

               By:     /s/ Steven M. Golub
                     Steven M. Golub (sg-3592)
                     A Member of the Firm
                     225 Broadway, 15th Floor
                     New York, New York 10007
                     Telephone: (212) 693-1000

SO ORDERED:

New York, New York
October 10, 2002

               s/Arthur J. Gonzalez
               UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————x
                           :

In re                       :        Chapter 11

ENRON CORP., et al.,    :        Case No. 01-16034 (AJG)
                       :        Jointly Administered
                 Debtors.   :
——————————————————x

## AGREED ORDER WITH RESPECT TO MOTION
## FOR PARTIAL RELIEF FROM STAY RELATED
## TO THE RIO PIEDRAS EXPLOSION LITIGATION

By Motion for Relief from Stay filed December 27, 2001, (the "Motion"), Movants sought a partial lifting of the automatic stay in the Rio Piedras Explosion Litigation ("Litigation"), which Litigation refers to over 500 individual cases filed on behalf of over 1,500 separate plaintiffs in the United States District Court for the District of Puerto Rico (Master File No. 96-2443) and the Court of First Instance of the Commonwealth of Puerto Rico, San Juan Superior Division (Master File No. KDP96-1808 (801)) (hereinafter jointly "Trial Courts"), generally alleging personal injuries (directly and derivatively), business interruption, or property damage as a result of a November 21, 1996 explosion at the Humberto Vidal Building in the Rio Piedras District of San Juan, Puerto Rico. Enron Corp. and Enron Engineering & Construction Company, debtors and debtors in possession herein (hereinafter jointly "Debtors"); San Juan Gas Company, Inc., Enron Operations Corp., and Enron Liquid Services Corp. (hereinafter collectively "San Juan Gas Defendants"), wholly owned affiliates of the Debtors; and, Puerto Rico Aqueduct and Sewer Authority, Puerto Rico Telephone Company, Humberto Vidal, Inc., and Heath Consultants Incorporated (hereinafter collectively "Third Party Defendants") are

defendants in the Litigation. All defendants and plaintiffs in the Litigation reached confidential arrangements, subsequently approved by the Trial Courts, by which the issues of cause and responsibility for the explosion would not be litigated; instead, all defendants, without any admission of liability and with reservation of defenses, agreed to proceed to the damages phase. The applicable insurance carriers for the Debtors and the San Juan Gas Defendants, who share the same insurance coverage, as well as insurance carriers for the Third Party Defendants, approved these arrangements. Since then, over 725 separate plaintiffs' claims have been settled, satisfied, and dismissed, with prejudice, with insurance carriers for the Debtors and the San Juan Gas Defendants and the Third Party Defendants reimbursing the Debtors and the San Juan Gas Defendants for settlement payments and related fees, costs, and expenses incurred by the Debtors and the San Juan Gas Defendants in settling these claims. Other plaintiffs' claims have been dismissed voluntarily or by court order. Nearly 750 separate plaintiffs' claims, however, remain unliquidated and pending before the Trial Courts (hereinafter "Pending Actions").

It appearing that the Court has jurisdiction to consider the Motion, that due notice of the Motion has been given, that no further notice need be given, and upon the proceedings before the Court and good and sufficient cause appearing;

IT IS HEREBY ORDERED THAT:

1.     The San Juan Gas Defendants, the Third Party Defendants, and the plaintiffs in the Pending Actions are hereby authorized, through September 30, 2002, and without need of further authorization from the Court pursuant to Bankruptcy Rule 9019 or otherwise, to negotiate, accept, document, and satisfy settlements of Pending Actions in line with the practices and values already established in the Litigation, but subject to a total cap of $50 million covering all settlement amounts and related fees, costs, and expenses incurred and paid by the San Juan

Gas Defendants in settling Pending Actions; provided, however, the Debtors are dismissed, with prejudice, and fully released from each such settled Pending Action.

2.     The San Juan Gas Defendants shall promptly request reimbursement of settlement payments and related fees, costs, and expenses from their insurance carriers.

3.     The Trial Courts are hereby authorized to take all action in their discretion and consistent with this Order to promote, expedite, and confirm the settlement of Pending Actions, including, without limitation, judicial authorization of settlements, as necessary; the entry of orders of dismissal, with prejudice, of settled claims, as appropriate; and, the use of expedited discovery tools, court annexed mediation, independent mediators, and court appointed experts, as found appropriate by either or both Trial Courts.

4.     The Motion is denied, without prejudice. If any Pending Actions have not been settled and dismissed, with prejudice, on October 1, 2002, plaintiffs in such remaining Pending Actions may seek further relief from the Court. Pending such further relief being granted, the automatic stay remains in effect for all purposes and the trial of any Pending Actions, as against the Debtors or the San Juan Gas Defendants, or any proceeding to enforce any obligation of the Debtors or the San Juan Gas Defendants incident to or arising out of the Litigation remains stayed until further order of the Court.

Dated: New York, New York
       April 11, 2002


                              s/Arthur J. Gonzalez
                              HONORABLE ARTHUR J. GONZALEZ
                              UNITED STATES BANKRUPTCY JUDGE

**Attachment B-1**

# RIO PIEDRAS EXPLOSION LITIGATION
## PRIVATE SETTLEMENTS WITH PLAINTIFFS IN FEDERAL COURT

**Civil No.      97-2721**
Attorney:  Guillemard Noble, Andrés
Plaintiff:  Cuevas Fermín, Jennifer
Cuevas Fermín, Kelvia A.
Cuevas Fermín Guzmán, Ruth Ester
Fermín Espinal, Carmen Luisa

**Civil No.      97-1123**
Attorney:  Agosto, Benny
Plaintiff:  Castro Febres, Omar José
Castro Canales, Carmen a/k/a/ Febres
Canales, Carmen
Castro Febres, Angel Rafael
Castro Febres, Awilda
Castro Febres, Carmen Luisa
Castro Febres, Coralis Ivette
Castro Román, José Angel
Castro Febres, José Enrique
Castro Febres, José Angel
Febres, María
Valentín Castro, Jonathan
Velázquez Castro, Joseph

**Civil No.      96-2561**
Attorney:  Quetglas Jordan, Eric M.
Plaintiff:  Santiago Hernández, Yolanda
Santiago Martínez, Justino
Hernández Pagán, Virginia
Cruz Santiago, Juan Antonio
Cruz Santiago, Christian Joel

**Civil No.      97-1187**
Attorney:  Ortiz San Miguel, María del Mar
Plaintiff:  Rivera Rivera, José M.
Rivera Torres, Teresa

**Civil No.      97-1207**
Attorney:  Ortiz San Miguel, María del Mar
Plaintiff:  Vázquez Nieves, Eddie
Del Valle Ramos, Emily

**Civil No.      97-2669**
Attorney:  Rochet Santoro, Nelson
Plaintiff:  Aponte Martínez, Miguel
Cabrera Martínez, Haydeé Zaymara
González Meléndez, José Luis
González Rivera, Plácido
Jiménez Arocho, Arcadio
Morales, Juan
Reyes, Gisela
Díaz Peralta, Rolando Alberto

**Civil No.      97-1109**
Attorney:  Satz-Hanley, Peter
Plaintiff:  de la Cruz García, Zenia A.
Hilario Mojica, Luis Guillermo

**Civil No.      97-2710**
Attorney:  Satz-Hanley, Peter
Plaintiff:  Padilla Brenes, Francisco
Vázquez Vega, María de los
Angeles
Vega, Judith

Attachment B-1
Page 2

| | |
|---|---|
| **Civil No.   97-2711** | González, Félix |
| Attorney: Satz-Hanley, Peter | Guadalupe Betancourt, Adrián |
| Plaintiff: Jaime Gómez, Lidia a/k/a Rosario | Guzmán Escribano, Ruperto |
| Gómez, Lidia | Jiménez, Ramón |
| Gómez, Luz | Carlo, Angel Luis |
| Jaime Dyke, Amaro Eduardo | Maldonado, Félix |
| Jaime Gómez, Amaro Eduardo | Montalbán Alemán, Norberto |
| Rosario Pomales, Juan | Díaz, José Manuel |
| Maldonado, Wanda | Martínez, Cristina |
| | Massoinet, Jaime |
| **Civil No.   97-2712** | Medero, Oscar |
| Attorney: Satz-Hanley, Peter | Mojica O'Farrill, Carmelo |
| Plaintiff: Guzmán Portillo, Ernestina | Mojica Rosario, Iris Melania |
| Ureña Brito, Celeste Alicia | Montes Tirado, Zaida |
| Reyes Soto, Alice | Ortiz Sepúlveda, José |
| López, Santos | Ortiz Sepúlveda, Luis |
| Betancourt, Cándido | Ortiz, William |
| Rodríguez, Raúl | Oscana Martínez, Felícita |
| Reyna, Enrique | Pagán, Minesio |
| Rodriguez, Roberto | Pimentel, Danilo |
| Tejera, Wilfredo T. | Quezada, Ulises |
| Vargas, Antonio | Resto Mulero, Edwin |
| Silvestre, Luciano | Rivera Hiraldo, Rafael A. |
| Rivera, Jorge | Rodríguez Reyes, Rigoberto |
| Díaz, Luz | Rondón Moreno, Gaspar |
| Rodríguez del Valle, Emilio | Ruiz Velázquez, Elias |
| Ortiz Polonia, Ana | Sánchez, Manuel |
| Acevedo Lugo, Pedro | Santana, José R. |
| Andújar, Miguel | Santiago, Marta |
| Arbelo Medina, Rafael | Sosa, Raúl |
| Germán Brito, Regina | Troche, Carmen Migdalia |
| Burgos, Myriam | Ulloa, María Elena |
| Colón Mercedes, Víctor F. | Cortés, Francisco |
| Correa Castro, Valentina | García Burgos, Eulojia |
| Cotto Casellas, Otilia | Guzmán, María Clotilde |
| Cotto Casellas, Sarah | Guzmán, Ramona del Carmen |
| de la Rosa de León, Crucita | Hernández Guzmán, José Alexis |
| Díaz Mercado, Carmelo | Hernández Guzmán, Alejandro |
| Díaz Díaz, Catalino | Guzmán García, Francisco |
| Fontanez, Víctor | |
| Gómez, Elido | |
| González Monte, Jennifer | |

Attachment B-1
Page 3

**Civil No.    97-1167**
Attorney:  Satz-Hanley, Peter
Plaintiff:  Hernández Acosta, Ramón
            Hernández Acosta, Teodoro

**Civil No.    97-2713**
Attorney:  Satz-Hanley, Peter
Plaintiff:  Aponte Delgado, Gladys
            Rivera Aponte, Ivonne

**Civil No.    97-2687**
Attorney:  Lausell, Steven C.
Plaintiff:  Noel High, James D.
            Pou Morales, Josefina Fátima

**Civil No.    02-1839**
Attorney:  Satz-Hanley, Peter
Plaintiff:  Ramos Santiago, María Theresa

**Attachment C-1**

# RIO PIEDRAS EXPLOSION LITIGATION
## GLOBAL SETTLEMENT WITH PLAINTIFFS IN FEDERAL COURT

**Civil No.    97-2320**
Attorney: Barrios, Renato
Plaintiff: Ríos Salgado, Luis

**Civil No.    97-2680**
Attorney: Barrios, Renato
Plaintiff: Sánchez Marte, Manuel de Jesús

**Civil No.    97-2616**
Attorney: Bruno, Francisco
Plaintiff: del Moral Dolagaray, José Damián
del Moral Dolagaray, Roberto
Iguina Dolagaray, Carmen Luisa
Iguina Dolagaray, Diana
Iguina Dolagaray, Gabriel
Iguina Dolagaray, Julio

**Civil No.    97-1200**
Attorney: Bruno, Francisco
Plaintiff: Joyería Super Precio

**Civil No.    97-2598**
Attorney: Bruno, Francisco
Plaintiff: Rodríguez Reynoso, Josefina
Altagracia
Rodríguez Rodríguez, Diana
Santana Castro, Rafael

**Civil No.    97-1357**
Attorney: Bruno, Francisco
Plaintiff: Tiendas Madison

**Civil No.    97-1297**
Attorney: Bruno, Francisco
Plaintiff: Rivera Nieves, William
Dávila Román, Concepción
González Irizarry, José R.
González Rivera, Ana Cristina
González Rivera, Elena Sofía

Rivera Dávila, Maribel
Rivera Dávila, William
Yagnich Figueroa, Vanessa María

**Civil No.    97-2734**
Attorney: Bruno, Francisco
Plaintiff: Cosme Pérez, Carlos Miguel
Pérez Mojica, Aida Luz

**Civil No.    97-2597**
Attorney: Bruno, Francisco
Plaintiff: Hurtado Gómez, Gloria
Castillo Hurtado, Ana Gloria

**Civil No.    97-1449**
Attorney: Bruno, Francisco
Plaintiff: Marroni Luengo, Luis Alberto
Ortiz Pérez, Evelyn

**Civil No.    97-2663**
Attorney: Escanellas Rivera, Aníbal
Plaintiff: Rivera Rosado, Sandro
Infante, Jesús
Menéndez, Orlando
Rivera Ramos, Angel Tomás
Rivera Rosado, Angel Tomás
Rivera Rosado, Dialis
Rivera Rosado, Eneida
Rivera Rosado, Gladys
Rivera Rosado, Hilda
Rivera Rosado, Marisol
Rivera Rosado, Ruth
Rosado Muñiz, Emerenciana
Santana, Steven
Soto, David
Soto, Eduardo

Attachment C-1
Page 2

**Civil No.    97-2718**
Attorney:  Guillemard, Andrés
Plaintiff:  Antilles Insurance Company

**Civil No.    97-2586**
Attorney:  Guillemard, Andrés
Plaintiff:  Dollar Stores, Inc. a/k/a Dollar
            Express
            Pi-Fors de Soberón, Graciela
            Soberón Quintana, Rolando

**Civil No.    97-1578**
Attorney:  Guillemard, Andrés
Plaintiff:  González Suárez, José Luis
            Mier Romeo, Nicole M.
            P.G. Enterprises, Inc. d/b/a Pepe
            Ganga

**Civil No.    97-2585**
Attorney:  Guillemard, Andrés
Plaintiff:  Hita Guzmán, Janet
            Mesa Arcoba, Juan A.
            Mesa Villar, Alfredo
            Jenny de Río Piedras, Inc.
            La Feria de Río Piedras, Inc.

**Civil No.    97-2721**
Attorney:  Guillemard, Andrés
Plaintiff:  Reyes Ramírez, Manuel
            Santos Sierra, Grisselle
            Reyes Santos, Katiria
            Arroyo Torres, Dayaneris
            Feliciano Martínez, David
            de Jesús, Dorca E.
            Figueroa Figueroa, Alba Iris
            Lozada Morales, Marcela
            Mesa Colón, Mayra Idalys
            Rullán Feliciano, Ana Mercedes
            Santiago Rullán, Angel M.
            Vizcarrondo, Torres Isidoro
            Tapia Colón, Gloria E.
            Velázquez Vázquez, Marta
            Morales Rivera, Wilfredo

            Morales Velázquez, Arelis
            Morales Velázquez, Gisela
            Morales Velázquez, Wilfredo
            López Ponce, Ivonne Waleska
            López Rodríguez, Delfín

**Civil No.    97-2688**
Attorney:  Hernández, Juan A.
Plaintiff:  Caribbean Beauty & Technical
            Institute
            Medina Rodríguez, Julia
            Medina Serrano, Feliciano

**Civil No.    97-2690**
Attorney:  Hernández, Juan A.
Plaintiff:  Osorio Concepción, Ana Delia
            Gutiérrez Pacheco, Porfirio

**Civil No.    97-2682**
Attorney:  Lausell, Steven
Plaintiff:  Humberto Vidal, Inc.

**Civil No.    97-2328**
Attorney:  Lausell, Steven
Plaintiff:  Vidal Nadal, Juan Ramón
            Humberto
            Pagán Garcés de Vidal, Annie

**Civil No.    97-2433**
Attorney:  Lausell, Steven
Plaintiff:  Vidal Pagán, Pedro Enrique
            Torres Ortiz, Evelyn Awilda

**Civil No.    97-2540**
Attorney:  Lausell, Steven
Plaintiff:  Vidal Pagán, Juan Ramón
            Humberto
            Delfillo Nasar, Heidi delCarmen

Attachment C-1
Page 3

**Civil No.** 97-2683
Attorney: Lausell, Steven
Plaintiff: Vidal Pagán, Luis
          Liceaga Rodríguez, Sofía de
          Lourdes

**Civil No.** 97-2016
Attorney: Lausell, Steven
Plaintiff: Díaz Rosado, Víctor Javier
          Lozada Torres, Eneida

**Civil No.** 97-2020
Attorney: Lausell, Steven
Plaintiff: Alemán Santos, Eurípides

**Civil No.** 97-2240
Attorney: Lausell, Steven
Plaintiff: Alonso Vasallo, Francisco Emilio
          Galbis Rodríguez, Magali del
          Rosario

**Civil No.** 97-2146
Attorney: Lausell, Steven
Plaintiff: Ramos Ortiz, Juan Manuel
          Valentín Serrano, Wilma

**Civil No.** 97-2257
Attorney: Lausell, Steven
Plaintiff: Alejandro Hernández, José Ramón

**Civil No.** 97-1853
Attorney: Lausell, Steven
Plaintiff: Burgos Rodríguez, Samuel
          Marrero Torres, Gloria Esther

**Civil No.** 97-2015
Attorney: Lausell, Steven
Plaintiff: Cátala Benítez, Ernesto

**Civil No.** 97-1502
Attorney: Lausell, Steven
Plaintiff: de Jesús Rodríguez, Gilberto

**Civil No.** 97-1850
Attorney: Lausell, Steven
Plaintiff: Dobles Nieves, María
          Hernández Pueriet, Félix Jacinto

**Civil No.** 97-1151
Attorney: Lausell, Steven
Plaintiff: Félix Rivera, Juanita

**Civil No.** 97-2685
Attorney: Lausell, Steven
Plaintiff: Meléndez Rodríguez, Ana Judith

**Civil No.** 97-2684
Attorney: Lausell, Steven
Plaintiff: Fernández Soler, Juan Manuel

**Civil No.** 97-1851
Attorney: Lausell, Steven
Plaintiff: Maurás García, Nazario

**Civil No.** 97-1503
Attorney: Lausell, Steven
Plaintiff: Merheb Pagan, Naim Miguel
          Emanuelli Fernández, María Ely

**Civil No.** 97-1150
Attorney: Lausell, Steven
Plaintiff: Mundo de León, Gladys de
          Lourdes

**Civil No.** 97-1677
Attorney: Lausell, Steven
Plaintiff: Navarro Hernández, Tomás

**Civil No.** 97-1504
Attorney: Lausell, Steven
Plaintiff: Pagán Garcés, Rosa María

**Civil No.** 97-1852
Attorney: Lausell, Steven
Plaintiff: Pérez Negrón, Lourdes Enid

Attachment C-1
Page 4

Civil No.    97-2241
Attorney:  Lausell, Steven
Plaintiff:  Rabelo Millán, Víctor Manuel

Civil No.    97-1956
Attorney:  Lausell, Steven
Plaintiff:  Rivera Franco, José Alberto

Civil No.    97-1501
Attorney:  Lausell, Steven
Plaintiff:  Rivera Montañez, Maria de los
            Angeles
            Rodríguez Padilla, Pedro Efraín

Civil No.    97-2014
Attorney:  Lausell, Steven
Plaintiff:  Rohena Correa, Pedro

Civil No.    97-1678
Attorney:  Lausell, Steven
Plaintiff:  Rosario Ayala, Héctor Manuel
            Texidor Díaz, Sonia

Civil No.    97-1918
Attorney:  Lausell, Steven
Plaintiff:  Salcedo Burton, Frank Joseph

Civil No.    97-1849
Attorney:  Lausell, Steven
Plaintiff:  Sánchez Vélez, Santos Manuel

Civil No.    97-1499
Attorney:  Lausell, Steven
Plaintiff:  Santos Llanos, Gloria Margarita

Civil No.    97-1193
Attorney:  Lausell, Steven
Plaintiff:  Torres González, Juan R.

Civil No.    97-1500
Attorney:  Lausell, Steven
Plaintiff:  Vázquez Bermúdez, José Antonio

Civil No.    97-1676
Attorney:  Lausell, Steven
Plaintiff:  Vázquez Cruz, Carlos Hiram

Civil No.    97-2686
Attorney:  Lausell, Steven
Plaintiff:  García Castro, Tirso
            Rivera Rivera, Mayra
            García Rivera, Brenmarie

Civil No.    97-1854
Attorney:  Lausell, Steven
Plaintiff:  O'Farrill Quiñones, Carmen María
            Torres Ortiz, Félix Antonio
            Torres O'Farrill, Glenda M.

Civil No.    97-2145
Attorney:  Lausell, Steven
Plaintiff:  Ríos Alberio, Carmen Maria

Civil No.    97-1152
Attorney:  Lausell, Steven
Plaintiff:  Rosa Merced, Mery Lynne

Civil No.    97-2770
Attorney:  Mudd, John/Esther Leyra Benítez
Plaintiff:  Castro Toro, Ramón
            Cortés Rivera, Carlos A.
            Agosto Calderón,  Augusto

Civil No.    97-1507
Attorney:  Ortiz Belaval, Benjamín
Plaintiff:  Servicios Ligeros Parking, Inc.
            Velázquez Cruz, Carlos

Civil No.    97-1239
Attorney:  Ortiz San Miguel, María del Mar
Plaintiff:  Inmobiliaria J. P. Cordera, Inc.
            Almacenes Riviera, Inc.

Civil No.    97-1187
Attorney:  Ortiz San Miguel, María del Mar
Plaintiff:  La California, Inc.

Attachment C-1
Page 5

**Civil No.        97-2488**
Attorney:  Pagán, Víctor J.
Plaintiff:  Méndez Ponce, Linda Elena
David Rivera, María Migdalia
David Rivera, Humberto

**Civil No.        97-1172**
Attorney:  Pérez González, Freddie
Plaintiff:  Acosta Calderón, José D.
Ubiñas Burgos, Jeanne (Dr.)
Dieppa Barreiro, Tomás
Barreiro Pérez, María L.
Martínez Santiago, Edgardo
Pastrana Nieves, Dorca
Bruno Díaz, Angel Luis
Almenas Díaz, Roberto
Arocho Hernández, Miguel
Cabán Pérez, Stepahie a/k/a Cabán
    Perez, Estebania
Arocho González, José
Ayala Meléndez, Elizabeth
Sánchez Marrero, José Angel
Bermejo Ubiñas, Samuel
Ballester Pinan, Vanesa
Colón Navarro, Wanda
Navarro Rivera, Wanda I.
Cordero Pérez, Carmen
Rivera Villalobos, Angel
Rivera Cordero, Angel R.
Cortez Ortiz, Rafael Angel
de Jesús Feliciano, Grizzly L.
de Jesus Feliciano, Grysoida a/k/a
    de Jesus Feliciano, Grisoida
    Liz
Feliciano Vázquez, Leonarda
Díaz Ocasio, Carla Sussette
Ocasio Matos, Susan
Figueroa Adorno, Julie E.
Adorno Díaz, Carmen L.
Gómez Galán, Altagracia
Perdomo Gómez, Alexis Rafael
Perdomo Gómez, Belkys

Perdomo Gómez, Héctor Rafael
Hernández Rivera, Willie
Huertas Claudio, Myriam
Ledes Bruzón, Viviana
Mattei Padilla, Rosangeles
Perdomo Gómez, Amarilis
Mejías Perdomo, Amarilis
    Francesca
Mejías González, Francisco
Millán Reyes, Irma
Alicea Sanabria, Javier
Alicea Millán, Javier
Alicea Millán, Juan Javier
Miranda Miranda, Lynell
Nieves Luciano, Daniel
Padilla Robles, Wanda
Ramos, Arnaldo
Robles Hernández, Carmen M.
Rivera Serrata, Cynthia del Pilar
Rivera Rosario, Aníbal
Serrata Espinal, Alba
Rodríguez Galarza, Carmen  Laura
Clemente Rodríguez, José R.
Clemente Rodríguez, Rafael
Vargas Goicoechea, Sonia
Rosario Apolinar, Dinorah
Garcia Rosario, Rosangeris
Sánchez Pastrana, José
Pastrana Olmo, Isabel
Santiago Rodríguez, Tomás
Sárraga Maldonado, Ana María
Tejera Paredes, Evangelina
Tejera Paredes, Marcos A.
Veguet, María G.
Vélez Morales, Carmen Ana
Villenueva Ubiñas, José

**Civil No.        99-2414**
Attorney:  Pérez González, Freddie
Plaintiff:  Pérez Pérez, Olga Melania
Rivera Tirado, Rubén
Pérez, Rosa

Attachment C-1
Page 6

**Civil No.      97-2668**
Attorney: Rochet Santoro, Nelson
Plaintiff: Figuerora Galarza, Evelyn
            Morales Morales, Genoveva
            Paulino Gómez, Héctor
            Ramírez Mojica, Milagros
            Rosa Chávez, José Miguel
            Vargas Vázquez, José Miguel
            Ramírez Valdez, Rafael de Jesús
            Borrero, Benigno
            Acosta Mejías, Ramona

**Civil No.      97-2669**
Attorney: Rochet Santoro, Nelson
Plaintiff: Vargas Vázquez, José Miguel
            Ramírez Valdez, Rafael de Jesús

**Civil No.      97-2770**
Attorney: Rochet Santoro, Nelson
Plaintiff: Marrero Negrón, Angel

**Civil No.      97-2561**
Attorney: Román Carrasquillo, Félix /
            Rafael Santos del Valle /
            Ojeda Diez, Rafael
Plaintiff: Colón Patrón, Ramón Abilio
            Roldán Flores, Margarita
            Bertrán Jiménez, Sonia
            Colón Patrón, Sergio Federico

**Civil No.      97-2769**
Attorney: Rosario, Edgardo
            Moldes, Juan
Plaintiff: El Fénix de Puerto Rico
            (Insurance Company)

**Civil No.      96-2638**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: Ayala Ramos, Elisa Mariam
            Ramos Rivera, Janet
            Ramos Rivera, Jorge Rafael
            Rivera del Moral, Justina

**Civil No.      00-1080**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: Heredia Rodríguez, Carmen B.

**Civil No.      97-2741**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: Ramos Bosque, Carlos

**Civil No.      97-2761**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: Resto Toledo, Esteban a/k/a
            Toledo, Esteban

**Civil No.      99-1196**
Attorney: Saadé Lloréns, Pedro  J.
Plaintiff: Encarnación Rivera, Edgar
            Rodríguez Elba, Aleida

**Civil No.      97-1957**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: Muñoz Mejías, Edith
            Carreras Pérez,  Lorenzo
            Vázquez Olivero, Héctor

**Civil No.      97-1806**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: Pacheco Rosado, Juan
            Romero Pacheco, Iris Angélica
            Romero Pacheco, Elizabeth
            Romero Pacheco, Israel Moisés
            Narváez Delgado, Alicia

**Civil No.      97-1038**
Attorney: Saadé Loréns, Pedro J .
Plaintiff: Picorelli Cruz, Jean Khris
            Picorelli Osorio, Blas

**Civil No.      99-1337**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: del Valle Pérez, Rubén

Attachment C-1
Page 7

**Civil No.     97-2372**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: Rosario Díaz, Hilda

**Civil No.     98-1572**
Attorney: Saadé Lloréns, Pedro J.
Plaintiff: López Santiago, María M.

**Civil No.     97-2677**
Attorney: Thomas Santiago, Víctor C.
Plaintiff: Martínez Toribio, Miguelina
            Belkys
            Vélez Otero, Prentis Radamés

**Attachment D-1**

## RIO PIEDRAS EXPLOSION LITIGATION
## PENDING CLAIMS BEFORE
## FEDERAL COURT

**Civil No. 97-2595**
Attorney: Bruno, Francisco
Plaintiff: Villalongo, Genoveva

**Civil No. 97-2598**
Attorney: Bruno, Francisco
Plaintiff: S & R Joyeros, Inc.

**Civil No. 97-2770**
Attorney: Cesse, Henry
Plaintiff: Rivera Nieves, Jesús
       Quiñónez Colón, Carmen D.

**Civil No. 97-2669**
Attorney: Rochet Santoro, Nelson
Plaintiff: Fernández López, Pedro D.
       García García, Angel
       Guzmán, Sonia
       Negrón, Carmen J.
       Ortiz Polonia, Ana
       Resto Toledo, Esteban a/k/a
        Toledo, Esteban
       Guzmán García, María Josefa
       Marroni Luengo, Luis Alberto

**Civil No. 97-1364**
Attorney: Saadé Llorens, Pedro J.
Plaintiff: Díaz Torres, Fernando

**Civil No. 97-2712**
Attorney: Satz-Hanley, Peter J.
Plaintiff: Almonte Rosario, Ana Beatriz
       Colón, Gilberto
       De La Cruz, Manuel
       Escribano Trinidad, Julio
       Maldonado, Angel Luis
       Ramírez Rosado, Raul

**Civil No. 97-1545**
Attorney: Ortiz San Miguel, María del Mar
Plaintiff: Negrón Falcón, Benigno

Attachment E-1

# GLOBAL SETTLEMENT RELEASE INFORMATION FORM

**Part A: Plaintiff's Information; Federal Case #: _____ and/or Local Case #: _____**

1. Full Name: _____ Social Security #: _____

2. Street Address: _____

3. City: _____ State: _____ Zip Code: _____

4. Telephone Number: _____

5. Country of Residence: _____ Country of Citizenship: _____

6. Is Plaintiff today under the age of twenty-one (21) years: Yes or No (Circle One)
   6a. If yes, is Resolution for Judicial Authorization in Commonwealth Court Attached?
   Yes or No (Circle One)
   6b. If Resolution is not attached, when was Motion for Judicial Authorization filed? _____

7. Are there any Claimants in the same family group as Plaintiff who is today under the age of twenty-one (21) years? Yes or No (Circle One)
   7a. If yes, Please name: _____
   _____
   _____

8. Is Plaintiff deceased? Yes or No (Circle One)
   8a. If yes, Is Declaration of Heirship attached? Yes or No (Circle One)
   8b. Please list all heirs: _____
   _____
   _____

9. Settlement amount for compensation of bodily injuries, mental anguish, pain and suffering and similar claims
   $_____

10. Settlement amount for compensation of:

   a. Loss of income:    $_____    b. Business interruption:  $_____
   c. Property damage:   $_____    d. Economic Support:       $_____
   a. Other Similar Claims: $_____  explain: _____

## Part B: Attorney's Information

1. Federal Case Number: _____  2. State Case Number: _____

1a. Fed Attorney Name: _____  2a. St Attorney Name: _____

1b. Federal Bar Number: _____  2b. State Bar Number _____

Submit completed form to: **Ann Hicks by express mail at The Enron Building, 1400 Smith Street, Room 2106A, Houston, Texas 77002 or by facsimile at 713-853-6576.**

Attachment E-2

## PRIVATE SETTLEMENT RELEASE INFORMATION FORM

**Part A: Plaintiff's Information; Federal Case #: _____ and/or Local Case #: _____**

1. Full Name: _____ Social Security #: _____

2. Street Address: _____

3. City: _____ State: _____ Zip Code: _____

4. Telephone Number: _____

5. Country of Residence: _____ Country of Citizenship: _____

6. Is Plaintiff today under the age of twenty-one (21) years: Yes or No (Circle One)
   6a. If yes, is Resolution for Judicial Authorization in Commonwealth Court Attached?
       Yes or No (Circle One)
   6b. If Resolution is not attached, when was Motion for Judicial Authorization filed? _____

7. Are there any Claimants in the same settlement group as Plaintiff who is today under the age of
   twenty-one (21) years? Yes or No (Circle One)
   7a. If yes, Please name: _____
                           _____
                           _____

8. Is Plaintiff deceased? Yes or No (Circle One)
   8a. If yes, Is Declaration of Heirship attached? Yes or No (Circle One)
   8b. Please list all heirs: _____
                            _____
                            _____

9. Settlement amount for compensation of bodily injuries, mental anguish, pain and suffering and similar
   claims: $_____

10. Settlement amount for compensation of:

    a. Loss of income:      $_____   b. Business interruption:  $_____
    c. Property damage:     $_____   d. Economic Support:       $_____
    a. Other Similar Claims: $_____   explain: _____

### Part B: Attorney's Information

1. Federal Case Number: _____   2. State Case Number: _____

1a. Fed Attorney Name: _____   2a. St Attorney Name: _____

1b. Federal Bar Number: _____   2b. State Bar Number _____

Submit completed form to: **Ann Hicks by express mail at The Enron Building, 1400 Smith Street,
Room 2106A, Houston, Texas 77002 or by facsimile at 713-853-6576.**