IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|   |   |
|---|---|
| IN RE RIO PIEDRAS EXPLOSION LITIGATION | CIVIL NO. 96-2443 (RJW)<br><br>THIS ORDER RELATES TO<br>CIVIL NO. 97-2770 (RJW)<br>AND PERTAINS TO<br>PLAINTIFF JESUS RIVERA<br>NIEVES |

## ORDER

The attached Memorandum of Understanding dated December 18, 2002, having been received and approved by the Court, the stay issued on December 12, 2002 is hereby vacated and the claim of Jesus Rivera Nieves in Civil No. 97-2770 is hereby dismissed with prejudice on the ground that the claim has been settled as set forth in the Memorandum of Understanding.

It is so ordered.

At San Juan, Puerto Rico on December 19, 2002.

_____
ROBERT J. WARD
United States District Judge

Besosa
Lausell
Font
Cesse
12/19/02

3659