IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION

CIVIL NO. 96-2443 (RJW)

THIS ORDER RELATES TO
CIVIL NOS. 97-2668
AND 97-2669 (RJW)

---

### ORDER

The Court having received objections from plaintiffs represented by Nelson Rochet Santoro in Civil Nos. 97-2668 and 97-2669 (RJW) concerning the proposed distribution of funds to be paid in settlement of their claims in the above-captioned litigation, it is

**ORDERED** that Banco Santander, the escrow agent for Escrow Account Number 80-0072-00, is hereby restrained and enjoined pending further order of this Court from distributing the proceeds of any settlements deposited in said account and payable to Nelson Rochet Santoro and plaintiffs Haydee Zaymara Cabrera Martinez, Placido Gonzalez Rivera, Arcadio Jimenez Arocho, Juan Morales, Gisela Reyes, Rolando Alberto Diaz Peralta, Pedro D. Fernandez Lopez, Carmen J. Negron a/k/a Carmen J. Negron Karma, and Eli S. Rodriguez a/k/a Eli S. Rodriguez Nieves, in Civil Number 97-2669 (RJW); and it is further

**ORDERED** that Banco Santander, the escrow agent for Escrow Account Number 80-0072-06, is hereby restrained and enjoined

pending further order of this Court from distributing the proceeds of any settlements deposited in said account and payable to Nelson Rochet Santoro and plaintiffs Evelyn Figueroa Galarza, Genoveva Morales Morales, Hector Paulino Gomez, Milagros Ramirez Mojica, Jose Miguel Rosa Chavez, Jose Miguel Vargas Vazquez, Rafael de Jesus Ramirez Valdez, Benigno Borrero, Polonia Acosta, Rafael Camilo Acosta, Valerio Acosta, Agustina Acosta, Ada Antigua Acosta, Johanna Acosta, and Sonya Acosta, in Civil Number 97-2668 (RJW); and it is further

**ORDERED** that the agreed settlements of the claims of the plaintiffs named in the first decretal paragraph of this Order shall not be forfeited, and defendants shall forthwith deposit the amounts of the agreed settlements in Escrow Account Number 80-0072-00 without awaiting receipt of executed releases from said plaintiffs and the claims of said plaintiffs are hereby dismissed with prejudice; in the event executed releases are not furnished on or before January 15, 2003, the Court shall retain jurisdiction to order the return to defendants of any undistributed settlement proceeds from said Escrow Account; and it is further

**ORDERED** that to the extent any provision of this Order is inconsistent with the Order and Judgment dated December 3, 2002, this Order shall be deemed to supercede the Order and Judgment dated December 3, 2002.

At San Juan, Puerto Rico on December 20, 2002.

Rochet by fax

López García by mail

_____
ROBERT J. WARD
United States District Judge

- 2 -