IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                       § CIVIL NO. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                       §
                                       § THIS ORDER RELATES TO
                                       § CIVIL NOS. 97-2668
                                       § AND 97-2669 (RJW)
                                       §
                                       §
---------------------------------------§

ORDER

By order dated December 20, 2002, this Court restrained and enjoined Banco Santander, the escrow agent for Escrow Account Numbers 80-0072-00 and 80-0072-06, pending further order of the Court, from distributing the proceeds of any settlements in said accounts to Nelson Rochet Santoro and the following eight plaintiffs in Civil No. 97-2669 (RJW): Haydee Zaymara Cabrera Martinez, Placido Gonzalez Rivera, Arcadio Jimenez Arocho, Juan Morales, Gisela Reyes, Rolando Alberto Diaz Peralta, Pedro D. Fernandez Lopez, Carmen J. Negron a/k/a Carmen J. Negron Karma, and Eli S. Rodriguez a/k/a Eli S. Rodriguez Nieves; and the following fifteen plaintiffs in Civil No. 97-2668 (RJW): Evelyn Figueroa Galarza, Genoveva Morales Morales, Hector Paulino Gomez, Milagros Ramirez Mojica, Jose Miguel Rosa Chavez, Jose Miguel Vargas Vazquez, Rafael de Jesus Ramirez Valdez, Benigno Borrero, Polonia Acosta, Rafael Camilo Acosta, Valerio Acosta, Agustina Acosta, Ada

3664

Antigua Acosta, Johanna Acosta, and Sonya Acosta; it is hereby

ORDERED that Nelson Rochet Santoro shall file with this Court on or before January 15, 2003 a written statement under oath with respect to each of the aforesaid twenty-three plaintiffs, which (1) sets forth the amount of each settlement; (2) specifies each deduction; and (3) provides written documentation in the form of invoices, cancelled checks, or other evidence of payment to support each deduction.

At San Juan, Puerto Rico on January 7, 2003.

_____
ROBERT J. WARD
United States District Judge