IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION

CIVIL NO. 96-2443 (RJW)

---

**ORDER**

By Order dated December 20, 2002, this Court restrained and enjoined Banco Santander, the escrow agent for Escrow Account Numbers 80-0072-00 and 80-0072-06, from distributing the proceeds of certain specified settlements deposited in said accounts, in Civil Numbers 97-2669 (RJW) and 97-2668 (RJW), pending further order of this Court; it is hereby

**ORDERED** that the restraint and injunction contained in the first and second decretal paragraphs of the Order dated December 20, 2002 is continued, and the third decretal paragraph of said Order and the sixth and eighth decretal paragraphs of the Order and Judgment dated December 3, 2002 are amended to extend the time of plaintiffs for furnishing executed releases and related supporting documents to defendants from January 15, 2003 up to and including February 6, 2003; in the event executed releases and related supporting documents are not furnished on or before February 6, 2003, the Court shall order the disposition of any undistributed

3665

proceeds from said Escrow Accounts as it deems appropriate; and it is further

**ORDERED** that to the extent any provision of this Order is inconsistent with the Order and Judgment dated December 3, 2002 and the Order dated December 20, 2002, this Order shall be deemed to supercede those prior Orders.

At San Juan, Puerto Rico on January 14, 2003.

_____
ROBERT J. WARD
United States District Judge

s/c to 107 attys
in ICMS
1/14/3
&