# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------§
                                     § Civil No. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                     §
                                     § THIS ORDER RELATES TO
                                     § CIVIL NO. 97-2669 (RJW)
                                     §
                                     §
                                     §
-------------------------------------§
```

**ORDER**

The Urgent Informative Motion and Petition For Immediate Remedy filed by plaintiff Gisela Reyes ("Reyes"), pro se (Docket No. 3551), seeking to have attorney Nelson Rochet Santoro ("Rochet") relieved as her legal representative in the above captioned action and authorizing Reyes to sign a release for $10,000.00 is disposed of as follows; it is hereby

**ORDERED** that Rochet is relieved as Reyes' attorney, and Reyes may proceed pro se; in lieu of the Certificate of Counsel, the General Release and Assignment of Rights executed by Reyes on December 4, 2002 is approved, and the Court directs the deposit in the escrow account of this Court of Rochet's attorney's fees in the amount of $3,333.00, the Administrative Expenses Share in the amount of $625.85 and the "Steering Committee" Costs (5%) in the amount of $500.00 pending further order of the Court.



At San Juan, Puerto Rico on February 5, 2003.

*Robert J. Ward*
ROBERT J. WARD
United States District Judge

*Hausell*
*Cheell*
*Santori*
*Rochet*
*Liza Ramirez*
2/5/03