IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                       § Civil No. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                       §
                                       § THIS ORDER RELATES TO
                                       § CIVIL NO. 97-2669 (RJW)
                                       §
                                       §
                                       §
---------------------------------------§

**ORDER**

The Urgent Informative Motion and Petition For Immediate Remedy filed by plaintiff Haydee Cabrera Martinez ("Cabrera"), pro se (Docket No. 3547), seeking to have attorney Nelson Rochet Santoro ("Rochet") relieved as her legal representative in the above captioned action and authorizing Cabrera to sign a release for $11,200.00 is disposed of as follows; it is hereby

**ORDERED** that Rochet is relieved as Cabrera's attorney, and Cabrera may proceed pro se; in lieu of the Certificate of Counsel, the General Release and Assignment of Rights executed by Cabrera in the presence of the Court on February 5, 2003 is approved, and the Court directs the deposit in the escrow account of this Court of Rochet's attorney's fees in the amount of $3,969.00, the Medical Report Cost in the amount of $1,500.00, the Administrative Expenses Share in the amount of $625.85 and



3672

the "Steering Committee" Costs (5%) in the amount of $560.00 pending further order of the Court.

At San Juan, Puerto Rico on February 5, 2003.

*[signature: Robert J. Ward]*
ROBERT J. WARD
United States District Judge

*[handwritten names:]*
H. Cabrera
Lausell
Cheek
Santori
Rochet
Aiza Ramírez