IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------§
                                          §
                                          §
IN RE RIO PIEDRAS EXPLOSION LITIGATION    §   Civil No. 96-2443 (RJW)
                                          §
                                          §
                                          §
                                          §
                                          §
------------------------------------------§

### ORDER

By Orders dated December 20, 2002 and January 14, 2003, this Court restrained and enjoined Banco Santander, the escrow agent for Escrow Account Numbers 80-0072-00 and 80-0072-06 from distributing the proceeds of certain specified settlements deposited in said accounts, in Civil Numbers 97-2669 (RJW) and 97-2668 (RJW), pending further order of the Court, and by Order dated January 7, 2003, ordered that Nelson Rochet Santoro file with this Court on or before January 15, 2003 a written statement under oath with respect to each of twenty-three plaintiffs named in said Order, which (1) sets forth the amount of each settlement; (2) specifies each deduction; and (3) provides written documentation in the form of invoices, cancelled checks or other evidence of payment to support each deduction, and Nelson Rochet Santoro having failed to provide written documentation in the form of invoices, cancelled checks or other evidence of payment to support the deductions, and to avoid the forfeiture of the settlement funds presently deposited in said accounts and afford all parties due process; it is hereby



**ORDERED** that the restraint and injunction is vacated and Banco Santander is directed to distribute forthwith the net settlement amount directly to each plaintiff in Civil Numbers 97-2668 (RJW) and 97-2669 (RJW) who has furnished the required executed releases and related supporting documents in accordance with the Puerto Rico Treasury Department's July 11, 2000 ruling; and it is further

**ORDERED** that on or before February 14, 2003 Banco Santander shall deposit the balance remaining in Escrow Account Numbers 80-0072-00 and 80-0072-06, including all sums payable to Nelson Rochet Santoro, in the escrow account of this Court; and it is further

**ORDERED** that this Court shall retain jurisdiction solely to determine the disposition of any undistributed balance in the escrow account of this Court; and it is further

**ORDERED** that this matter is assigned to Magistrate Judge Aida Delgado Colon to hear and report concerning the propriety of the deductions made by Nelson Rochet Santoro from the settlements in Civil Numbers 97-2668 (RJW) and 97-2669 (RJW), and make a recommendation with respect to the disposition of the funds deposited in the escrow account of the Court.

At San Juan, Puerto Rico on February 6, 2003.

*[Handwritten notations:]*
Finance
Raussell
Cheek
Banco Santander
Rochet
Chief Deputy
2/6/03

_____
ROBERT J. WARD
United States District Judge