IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                       § Civil No. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                       §
                                       § THIS ORDER RELATES TO
                                       § CIVIL NO. 97-1239 (RJW)
                                       §
                                       §
                                       §
---------------------------------------§

### ORDER

By Order dated January 14, 2003, this Court extended the time of plaintiffs for furnishing executed releases and related supporting documents to defendants from January 15, 2003 up to and including February 6, 2003. Upon application of plaintiffs Almacenes La Riviera, Inc. and Inmobiliaria J.P. Cordera, in Civil Number 97-1239 (RJW), it is hereby

**ORDERED** that the time of said plaintiffs for furnishing executed releases and related supporting documents to defendants is further extended up to and including February 25, 2003.

At San Juan, Puerto Rico on February 6, 2003.

_____
ROBERT J. WARD
United States District Judge