IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| IN RE RIO PIEDRAS EXPLOSION LITIGATION | § Civil No. 96-2443 (RJW) §<br>§<br>§ THIS ORDER RELATES TO<br>§ CIVIL NO. 97-2668 (RJW) |

**ORDER**

The Urgent Motion filed by plaintiffs Milagros Ramirez, Genoveva Morales, Jose Vargas Vazques, and Hector Paulino, pro se (Docket No. 3553), seeking to have attorney Nelson Rochet Santoro ("Rochet") relieved as their legal representative in the above captioned action is disposed of as follows; it is hereby

**ORDERED** that Rochet is relieved as attorney for Milagros Ramirez, Genoveva Morales, Jose Vargas Vazques, and Hector Paulino, and they may proceed pro se, and the Court directs the deposit in the escrow account of this Court of Rochet's attorney's fees in the amount of $53,768.00, the Medical Report Costs in the amount of $6,000.00, the Administrative Expenses Shares in the amount of $6,041.00 and the "Steering Committee" Costs (5%) in the amount of $8,146.00 pending further order of the Court.

At San Juan, Puerto Rico on February 10, 2003.

*[signatures]*

ROBERT J. WARD
United States District Judge