IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE RIO PIEDRAS EXPLOSION LITIGATION

CIVIL NO. 96-2443 (RJW)

THIS ORDER RELATES TO
CIVIL NO. 97-2669 (RJW)
AND PERTAINS TO
PLAINTIFF JUAN MORALES
VILLEGAS

---

## ORDER

Nelson Rochet Santoro is relieved as attorney for Juan Morales Villegas ("Morales"), and Morales may proceed pro se; the forfeiture of the private settlement amount deposited by the Enron defendants for Morales ($10,000.00), as set forth in the first decretal paragraph of the Order dated February 13, 2003 ("the February 13, 2003 Order") is vacated; the General Release and Assignment of Right executed by Morales on December 3, 2002 is approved; and the Court directs, pursuant to the fourth decretal paragraph of the February 13, 2003 Order, the distribution to Morales of the net settlement amount, and the deposit of the balance pending further order of the Court.

It is So Ordered.

At San Juan, Puerto Rico on February 24, 2003.

_____
ROBERT J. WARD
United States District Judge