# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------§
                                    §   CIVIL NO. 96-2443 (RJW)
                                    §
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                    §   This Order relates to
                                    §   Civil Nos. 97-2668,
                                    §   97-2669, and
                                    §   97-2712 (RJW)
------------------------------------§
```

### ORDER

The second and third decretal paragraphs of this Court's Order dated February 13, 2003 ("the February 13, 2003 Order") directed that properly executed original releases and supporting documents (such as judicial authorizations, declarations of heirship, and powers of attorney) for fourteen Global Settlement plaintiffs and five Private Settlement plaintiffs be delivered to counsel for the Enron defendants on or before February 25, 2003; and, in the event of non-compliance, the settlement allocations for these plaintiffs shall be deemed forfeited; and it appearing that the heirs of Global Settlement plaintiff Ramona Acosta Mejias, deceased, are awaiting declarations of heirship; and that the heirs of Private Settlement plaintiffs Arcadio Jimenez Arocho, deceased, and Enrique Reyna, deceased, are awaiting declarations of heirship, and that plaintiff Rolando Alberto Diaz Peralta, a minor, is awaiting judicial authorization approving the settlement with respect to the minor plaintiff, and are presently unable to provide the required declarations of heirship and judicial authorization, it is hereby

3679

**ORDERED** that the forfeiture of the settlement allocations to the heirs of the deceased plaintiffs and to the minor plaintiff is vacated; and it is further

**ORDERED** that the fourth decretal paragraph of the February 13, 2003 Order is modified to authorize distribution of the net settlement amounts to said deceased plaintiffs by check payable to the Estate of each deceased plaintiff, delivered to the Administrator of the Estate for distribution by the Administrator to the heirs; and it is further

**ORDERED** that following receipt of the required judicial authorization, the settlement amount with respect to the minor plaintiff Rolando Alberto Diaz Peralta shall be distributed pursuant to the fourth decretal paragraph of the February 13, 2003 Order.

At San Juan, Puerto Rico on February 25, 2003.

_____
ROBERT J. WARD
United States District Judge

Cheek
Hausell
Ramírez de Arellano
Rochet
Satz
Sánchez - CPA
2/25/03