IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------§
                                        § CIVIL NO. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION  §
                                        §
                                        § THIS ORDER RELATES TO
                                        § CIVIL NO. 97-2669 (RJW)
                                        § AND PERTAINS TO PLAINTIFF
                                        § PEDRO D. FERNANDEZ LOPEZ
                                        §
----------------------------------------§

### ORDER

By Order dated February 13, 2003, the Court determined that Pedro D. Fernandez Lopez ("Fernandez") had abandoned his claim and forfeited his settlement amount and directed that the private settlement amount deposited by the Enron defendants for Fernandez ($2,000.00) be returned by Banco Santander to the Enron defendants. Upon the motion of Nelson Rochet Santoro, attorney for Fernandez, dated February 25, 2003, requesting an extension of time of twenty days for Fernandez to be served with the appropriate papers, it is

ORDERED that the forfeiture of the private settlement amount deposited by the Enron defendants for Fernandez is vacated; and it is further

ORDERED that the $2,000.00 settlement amount shall remain on deposit at Banco Santander pending further order of the Court.

At San Juan, Puerto Rico on March 7, 2003.

Cheek
Hansell
Rochet
Sanchez, CPA
3/10/03

_____
ROBERT J. WARD
United States District Judge

3683