IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                       § CIVIL NO. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                       §
                                       § THIS ORDER RELATES TO
                                       § CIVIL NO. 97-2712 (RJW)
                                       § AND PERTAINS TO
                                       § PLAINTIFF ENRIQUE REYNA
                                       §
---------------------------------------§

## ORDER

By motion dated March 25, 2003, the heirs of plaintiff Enrique Reyna, deceased, seek an extension of time up to May 15, 2003, to produce a Resolution of Heirship to enable his minor heirs to receive their part of the settlement in this action; the motion is unopposed; and it is hereby

**ORDERED** that the motion is granted and the time to produce a Resolution of Heirship is extended up to and including May 15, 2003 to enable the minor heirs of Enrique Reyna, deceased, to receive their part of the settlement.

At San Juan, Puerto Rico on April 10, 2003.

_____
ROBERT J. WARD
United States District Judge