IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                       § CIVIL NO. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                       §
                                       §
                                       §
                                       §
                                       §
---------------------------------------§

ORDER



The Court has been informed that Banco Santander has ceased disbursing funds from Escrow Account Numbers 80-0072-00 and 80-0072-06, apparently in the belief that it was not authorized to make disbursements after April 1, 2003. To clarify the matter and avoid further delay in the disbursement of settlement funds; it is hereby

**ORDERED** that Banco Santander forthwith resume the disbursement of funds from Escrow Account Numbers 80-0072-00 and 80-0072-06 in accordance with the disbursement statements ("Computo Para La Distribucion de Pagos") prepared by Hector Sanchez-Moll, the Certified Public Accountant, designated by the Court; and it is further

**ORDERED** that on or before May 14, 2003, Banco Santander shall submit to the Court an accounting of all funds then remaining in Escrow Account Numbers 80-0072-00 and 80-0072-06, the PSC fee account, PSC cost account, and the Court Account; and this Court

3691a

shall retain jurisdiction to determine the disposition of any undistributed balances in the five (5) aforementioned Escrow Accounts; and it is further

**ORDERED** that to the extent any provision of this Order is inconsistent with the Order and Judgment dated December 3, 2002 and the Orders dated December 20, 2002, January 14, 2003, February 5, 2003, February 6, 2003, February 10, 2003, February 13, 2003, February 24, 2003, February 25, 2003, March 7, 2003, and April 10, 2003, this Order shall be deemed to supersede those prior Orders.

At San Juan, Puerto Rico on April 21, 2003.

*[signature]*
ROBERT J. WARD
United States District Judge

B. Santander

s/cs:to (109)
attys/pts
in ICMS

4/22/03