### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

|   |   |
|---|---|
| IN RE RIO PIEDRAS EXPLOSION LITIGATION | Civil No. 96-2443 (RJW)<br><br>THIS ORDER RELATES TO ALL CASES |

### ORDER

On April 25, 2003, the Court met with a majority of the ex-Plaintiffs' Steering Committee ("PSC") members and with attorney Jose A. Hernandez-Mayoral ("Hernandez-Mayoral"), who stopped participating as a member of the PSC in mid-1999, concerning his compensation for services rendered as a member of the PSC. Hernandez-Mayoral estimated that he had expended approximately 300 hours in performing work for the PSC including conducting depositions; participating in the review and classification of discovery documents produced by Enron; participating in the drafting of motions; reviewing deposition summaries and technical reports; attending Court conferences; and participating in PSC deliberations. The PSC members acknowledged that Hernandez-Mayoral had participated in the work of the committee. However, it was the position of the members of the PSC in their Motion Regarding Distribution of Plaintiffs' Steering Committee's Fees that by not producing contemporaneous time records, although requested to do so, Hernandez-Mayoral had waived his right to compensation. On April 28, 2003, Hernandez-

3695

Mayoral produced time sheets which the Court has reviewed and which cover the period from December 17, 1997 to July 12, 1999. The time sheets indicate 324.25 hours expended by Hernandez-Mayoral in connection with the work of the PSC. Hernandez-Mayoral seeks fair compensation for his time and suggests one half of the amount given to the lowest compensated member of the committee. The committee has responded by offering the sum of $60,000.00, which has been rejected by Hernandez-Mayoral. At the conclusion of the meeting, the parties agreed to have the Court determine attorney Hernandez-Mayoral's fee. After reviewing Hernandez-Mayoral's time sheets and considering the contentions of the parties, the Court fixes Hernandez-Mayoral's fee at $150,000.00; and it is hereby

**ORDERED** that Banco Santander disburse the sum of $150,000.00 from the PSC fee account by check payable to Jose A. Hernandez-Mayoral, Banco Popular Building, Suite 703, San Juan, Puerto Rico 00902, in full satisfaction of his claim for compensation as a member of the PSC.

At San Juan, Puerto Rico on May 1, 2003.

A. Calderón
R. Barrios
J. Izquierdo
M. del Mar Ortiz
F. Bruno
A. Guillemard
B. Santander

S. Lausell
B. Ortiz Belaval
F. Pérez
F. Troncoso
P. Saadé
J. Hrdz. Mayoral
5/2/3

_____
ROBERT J. WARD
United States District Judge