IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                       § Civil No. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                       §
---------------------------------------§
                                       § THIS ORDER RELATES TO
SUPER PRECIOS JEWERLY [SIC], INC.      § CIV. ACTION NO. 97-1200
            Plaintiff,                 §
                                       §
       v.                              §
                                       §
ENRON CORP., et al.,                   §
            Defendants.                §
                                       §
---------------------------------------§

ORDER

On March 12, 2003, McConnell Valdes filed a Motion Requesting Order for Release of Funds (Docket No. 3684) and on April 15, 2003 filed a Renewed Motion Requesting Order for Release of Funds (Docket No. 3688) ("the Renewed Motion"). The Renewed Motion was unopposed. After reviewing the Bankruptcy Court Order dated January 23, 2003 in Case No. 02-11239 (SEK) approving the settlement arrived at in federal court in Civil Action No. 97-1200 (CCC) and the related action in state court, Civil No. KDP 97-2372, in the gross amount of $242,803.34, which authorized the Trustee to collect the net amount of $150,888.20, and directed "that the gross settlement funds be distributed as provided in the 'Distribution of Funds,' which document is hereby incorporated by reference," this Court finds that the Bankruptcy Court has determined the manner of distribution; and it is hereby

**ORDERED** that the Renewed Motion is granted and Banco Santander, as Escrow Agent, is directed to distribute the following amounts from Escrow Account No. 80-0072-06:

(a) $12,140,17.00 to the PSC cost account at Banco Santander;

(b) $24,785.00 to the PSC fee account at Banco Santander;

(c) $150,888.20, without any deduction for taxes, to the Court Account at Banco Santander, established by Order dated February 13, 2003, which shall be administered pursuant to further order of the Court; and

(d) $54,914.97 by check payable to McConnell Valdes in full satisfaction of its claim for fees in the amount of $49,570.00 and expenses in the amount of $5,344.97; and it is further

**ORDERED** that the Motion Requesting Order for Release of Funds (Docket No. 3684) is denied as moot.

At San Juan, Puerto Rico on May 5, 2003.

F. Bruno
C. Cheek
H. Sánchez
Finance
Bco. Santander
Enrique N. Vela - Trustee
5/5/3

_____
ROBERT J. WARD
United States District Judge