IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                        §
IN RE:                                  §   Civil No. 96-2443 (RJW)
                                        §
RIO PIEDRAS EXPLOSION LITIGATION        §
                                        §
                                        §
                                        §
---------------------------------------§

**ORDER**

The second decretal paragraph of the Order dated April 21, 2003 is amended; and it is hereby

Ordered that on or before June 20, 2003 Banco Santander shall submit to the Court an accounting of all funds then remaining in Escrow Account Numbers 80-0072-00 and 80-0072-06, the PSC fee account, the PSC cost account, and the Court Account; and this Court shall retain jurisdiction to determine the disposition of any undistributed balances in the five (5) aforementioned accounts.

At San Juan, Puerto Rico on May 6, 2003.

_____
ROBERT J. WARD
United States District Judge

F. Bruno
Sanchez - - CPA
Bco. Santander
C. Cheek
5/6/03

3697