IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------§
                                          §
IN RE:                                    §   Civil No. 96-2443 (RJW)
                                          §
RIO PIEDRAS EXPLOSION LITIGATION          §   Applies to PSC Issues
                                          §
                                          §
                                          §
------------------------------------------§
```

**AMENDED ORDER**

By order dated May 1, 2003, the Court directed that Banco Santander disburse the sum of $150,000.00 from the PSC fee account by check payable to Jose A. Hernandez-Mayoral, in full satisfaction of his claim for compensation as a member of the PSC. That order is amended; and it is hereby

Ordered that Banco Santander disburse the sum of $150,000.00, from which it shall deduct the applicable withholding tax under the Puerto Rico Internal Revenue Code, by check drawn on the PSC fee account, and payable to Jose A. Hernandez-Mayoral, Banco Popular Building, Suite 703, San Juan, Puerto Rico, 00902, in full satisfaction of his claim for compensation as a member of the PSC.

At San Juan, Puerto Rico on May 6, 2003.

_____
ROBERT J. WARD
United States District Judge

A. Calderón
R. Barrios
J. Izquierdo
M. del Mar Ortiz
F. Bruno
A. Guillemard
Bco. Santander
S. Lausell
B. Ortiz Belaval

F. Pérez
F. Troncoso
P. Saadé
H. Sánchez
J. Hndz. Mayoral
5/6/03

3698