IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------§
                                          §  Civil No. 96-2443 (RJW)
IN RE:                                    §
                                          §
RIO PIEDRAS EXPLOSION LITIGATION          §  Applies to PSC Issues
                                          §
                                          §
                                          §
------------------------------------------§
```

**ORDER**

The Jimenez, Graffam & Lausell law firm ("the law firm") petitions for a fee award from PSC funds for services rendered by the law firm from August 6, 2002 to complete the Global Settlement in this case. Petitioner has submitted contemporaneous time sheets in support of its application. The time sheets show that Steven C. Lausell and his partner Jose Juan Torres Escalera expended a total of 583.25 hours and two paralegals expended 46 hours to finalize the Global Settlement. Although the services were rendered after the PSC was dissolved, they directly benefitted the 368 claimants included in the Global Settlement. Petitioner seeks attorney's fees totaling $375,000.00. The Court accepts the accuracy of the time sheets, noting that many of the hours involved the Court directly. After reviewing the time sheets and considering the contentions of the parties, the Court awards petitioner a legal fee of $225,000.00 together with costs in the amount of $2,082.69; and it is hereby

ORDERED that the petition is granted and Banco Santander, as Escrow Agent, is directed to distribute the following amounts by



check payable to Jimenez Graffam & Lausell in full satisfaction of the claim for fees and costs:

    (a) $225,000.00 from the PSC fee account at Banco Santander; and

    (b) $2,082.69 from the PSC cost account at Banco Santander.

At San Juan, Puerto Rico on May 9, 2003.

                                */s/ Robert J. Ward*
                                ROBERT J. WARD
                                United States District Judge

*[Handwritten distribution list:]*
R. Barrios
F. Bruno
A. Calderon
A. Guillemard
J. Izquierdo
S. Lausell
B. Ortiz
Ortiz-Brunet
F. Pérez
P. Saadé
F. Troncoso
H. Sánchez-CPA
Bco. Santander
5/9/03