IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE:

RIO PIEDRAS EXPLOSION LITIGATION

Civil No. 96-2443 (RJW)

Applies to PSC Issues

---

## ORDER

The Court, having fixed the fees of Jose A. Hernandez-Mayoral and the Jimenez, Graffam & Lausell law firm, and having directed the distribution of said fees from the PSC fee account by orders dated May 1, May 6, and May 9, 2003, and there being no additional PSC fee applications; it is

Ordered that Banco Santander distribute the balance remaining in the PSC fee account to the members of the former PSC in the following percentages:

| | |
|---|---|
| Alvaro R. Calderon | 18.50% |
| Francisco G. Bruno | 14.75% |
| Maria del Mar Ortiz | 13.25% |
| Francisco M. Troncoso | 10.00% |
| Andres Guillemard | 6.50% |
| Jorge Izquierdo | 6.50% |
| Pedro Saade Llorens | 6.50% |
| Renato Barrios | 6.00% |
| Benjamin Ortiz Belaval | 6.00% |
| Freddy Perez Gonzalez | 6.00% |
| Steven C. Lausell | 6.00% |

At San Juan, Puerto Rico on May 13, 2003.

ROBERT J. WARD
United States District Judge

s/cs:to (113)
attys/pts
in ICMS

3700