IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------§
                                       § Civil No. 96-2443 (RJW)
IN RE RIO PIEDRAS EXPLOSION LITIGATION §
                                       §
                                       §
---------------------------------------§

### ORDER

The Court has been informed that Banco Santander has ceased disbursing funds from Escrow Account Numbers 80-0072-00 and 80-0072-06, apparently in the belief that it was not authorized to make disbursements after June 30, 2003. To clarify the matter and avoid further delay in the disbursement of funds from these escrow accounts; it is hereby

**ORDERED** that Banco Santander forthwith resume the disbursement of funds from Escrow Account Numbers 80-0072-00 and 80-0072-06 in accordance with the disbursement statements ("Computo Para La Distribucion de Pagos") prepared by Hector Sanchez-Moll, the Certified Public Accountant, designated by the Court; and it is further

**ORDERED** that to the extent any provision of this Order is inconsistent with any prior Order of this Court, this Order shall be deemed to supersede said prior Order.

At San Juan, Puerto Rico on July 9, 2003.

Cheek
Bruno
B. Santander
H. Sánchez
Santori
7/9/3

_____
ROBERT J. WARD
United States District Judge

3706