IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(HL)

## ORDER

In an attempt to bring this case to final closure, the parties to this litigation are instructed as follows:

**A.     Pending Motions**

| | |
|---|---|
| **Docket No. 3655**<br>Pro se motions filed by all plaintiffs<br><br>**Docket No. 3703**<br>Motion filed by Cardona & Associates, CPA | These two motions have been referred for disposition. Evidentiary hearings have been held and the matter stands submitted. |
| **Docket No. 3701**<br>Motion by all plaintiffs re: Catalino Díaz's and Enrique Reyna's heirs | **NOTED** and **MOOT**. It is understood that plaintiff Enrique Reyna (or heirs) has submitted properly executed releases enabling payment from the Private Settlement Escrow Account.<br><br>The record shows that plaintiff Reyna is represented by Attorney Peter Satz.<br><br>In regards to plaintiff Catalino Díaz-Díaz, who is also represented by Attorney Peter Satz, it appears that all requirements for his heirs to receive their allocated funds have been fulfilled except that the declaration of heirship is needed.<br><br>Accordingly, Attorney Peter Satz is instructed to file and submit the declaration of heirs as to Catalino Díaz-Díaz. |

Civil No. 96-2443(CCC)  
Civil No. 97-2712(CCC)

Page No. 2

| | |
|---|---|
| **Docket No. 3701 (continued)** | Plaintiffs are to take notice of the fact that the Declaration of Heirship in the case of Enrique Reyna appears at **Docket No. 3709** (filed on July 21, 2003). |
| **Docket No. 3707**<br><br>Pro se letter filed by heirs of Catalino Díaz-Díaz | The petitioners are requesting the Court's assistance in obtaining a copy of any written contract or agreement between Attorney Peter Satz and their now deceased father, Mr. Catalino Díaz-Díaz.<br><br>Attorney Satz is instructed to meet and discuss petitioners' request and report accordingly. |

The Clerk of Court is instructed to serve copy of this Order to Mr. Luis S. Díaz, 720 SW 93rd Terrace, Pembroke Pines, Florida 33025. The Clerk of Court is to take notice of the fact that at **Docket No. 3707** the telephone numbers of three of Mr. Díaz's heirs are provided.

**SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of January, 2004.

*Aida M. Delgado-Colón* (signature)

**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**