IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



IN RE:

RIO PIEDRAS EXPLOSION LITIGATION

Civil No. 96-2443(HL)

MARIA DE ALTAGRACIA GUZMAN-GARCIA ET AL

v.

ENRON CORPORATION ET AL

Civil No. 97-2912(CCC)

## ORDER

On July 21, 2003, Attorney Peter Satz filed a "Motion for Relief From Order Under FRCP 60(b)(2) and/or FRCP 60 (b)(3) and/or 60(b)(6)" (**Docket No. 3708**).

Specifically, counsel on behalf of the heirs of plaintiff "Víctor Colón-Mercedes aka Víctor F. Colón-Lebrón" alludes to an Order issued by late Judge Robert Ward on February 13, 2003, setting forth that plaintiff had abandoned his claim and forfeited his settlement amount. In his motion counsel reports he has been able to locate his client and that Mr. Colón stands willing and available to sign any necessary releases. More so, counsel proffers the circumstances that led to the confusion in having Mr. Colón properly identified.

Having considered the facts proffered by counsel, the motion is **GRANTED**. Therefore, it is **ORDERED** and **ADJUDGED** that Judge Ward's Order dated February 13, 2003, is modified in order to allow plaintiff Víctor Colón and his counsel, Attorney Peter Satz, **a final term of twenty (20) days** in which to submit the necessary documents (releases) in

Civil No. 96-2443(CCC)  
Civil No. 97-2712(CCC)                                                                 Page No. 2

---

order to enable the disbursement of the $4,500.00 that were allotted to him in Civil No. 97-2712(CCC).

**SO ORDERED.**

At San Juan, Puerto Rico, this 22nd day of January, 2004.

HECTOR M. LAFFITTE  
Chief, U.S. District Judge

Cheek       713-853-6576  
Satz   (mail)  
Sánchez Moll   250-1642  
F. Bruno       250-5185