IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CIVIL ACTION NO. 96-2443(CCC) |
| RIO PIEDRAS EXPLOSION LITIGATION | THIS DOCUMENT RELATES TO ALL CONSOLIDATED CASES HEREIN |

**MOTION WITHDRAWING LEGAL REPRESENTATION**

**TO THE HONORABLE COURT**

**COMES NOW**, the undersigned counsel, and to this Honorable Court respectfully states, alleges and prays:

1. Due to reasons of a personal and professional nature, the undersigned hereby requests leave from this Honorable Court to withdraw as counsel for third party defendant Bermúdez & Longo, S.E. Notwithstanding the foregoing, the law firm of Cobián & Valls will remain as counsel for said third party defendant.

2. It is also respectfully requested that a reasonable term be given to the law firm of Cobián & Valls to appoint counsel for third party defendant Bermúdez & Longo, S.E. and to appear in this proceeding.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant this motion.

**I HEREBY CERTIFY**: that on May 17, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system which will second notification of such filing to the following: Ramón Bauzá Higuera, Esq., Bauzá & Dávila, Fortaleza 63, Viejo San Juan, Puerto Rico 00901; Francisco A. Besosa, Esq., Axtmayer Adsuar

Muñiz & Goyco, Hato Rey Tower, Suite 1400 Avenida Muñoz Rivera 268, Hato Rey, Puerto Rico  00918; Vicente Santori Coll, Esq., PO Box 363073, San Juan, Puerto Rico 00936-3073; Jorge Ortiz Brunet, Esq., PO Box 192064, San Juan, Puerto Rico  00919-2064; Fernando Fornaris, Esq., Cancio, Nadal, Rivera, Díaz & Berríos, PO Box 364966, San Juan, Puerto Rico  00936-4966; Charles Bimbela, Esq., Fiddler González & Rodríguez, PO Box 363507, San Juan, Puerto Rico  00936-3507; Jaime Sifre Rodríguez, Esq., Sánchez Betances & Sifre, PO Box 195055, San Juan, Puerto Rico 00919-5055; José A. Rivera Cordero, Esq., PO Box 192376, San Juan, Puerto Rico 00919-2376; Guillermo Ramos Luiña, Esq. and Eric A. Tulla, Esq., Calle Quisquella 50, Piso 3, San Juan, Puerto Rico  00917;  Gregory T. Usera, Esq., PO Box 363128, San Juan Puerto Rico  00936-3128;  Francisco E. Colón Pagán, Esq., PO Box 9023355, San Juan Puerto Rico  00902-3355;  Ms. Myrna Ivy Figueroa Colón, PO Box 41146, Minillas Station, San Juan Puerto Rico  00940-1146;  Francisco Bruno, Esq., PO Box 364225, San Juan, Puerto Rico  00936-4225; Alvaro Calderón, Esq., PO Box 192259, San Juan Puerto Rico  00919-2259; and Francisco J. Cobián, Esq., PO Box 9066522, San Juan, PR 00906-6522.

At Caguas, Puerto Rico, this 17th of May, 2004.

s/ RAFAEL J. VELÁZQUEZ VILLARES
USDC 214302
Attorney for third party defendant
Bermúdez & Longo, S.E.
VELÁZQUEZ & VELÁZQUEZ
LAW OFFICES, P.S.C.
PO Box 734
Caguas, PR 00726-0734
Tel. 787-744-7272
Fax 787-744-7277
Email:  rvv@vvlo.com

C937