IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RIO PIEDRAS EXPLOSION LITIGATION | CONSOLIDATED CASE:<br><br>CIVIL NO. 96-2443 (RJW) |

## MOTION IN COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

COMES NOW attorney María del Mar Ortiz San Miguel, and very respectfully informs:

1. On May 18th 2004, the undersigned attorney received an Order issued by Hon. Aida Delgado Colón instructing to report the status of the case of José Rivera (deceased), plaintiff in Civil No. 97-1187 in relation to distribution of the settlement amount of $9,000.00.

2. In compliance with said order, it is hereby informed that on March 10, 2003, the settlement amount of $9,000.00 was disbursed in favor of Sucesión José M. Rivera Rivera. After deducting expenses and attorney's fees, a net amount of $4,705.00 was paid to Sucesión José M. Rivera Rivera, as can be seen from copy of

the check included with this motion. Also included is the detailed computation of the deductions.

WHEREFORE, plaintiffs respectfully request from this Honorable Court to take notice of the above.

Respectfully submitted.

In San Juan, Puerto Rico, this 24th day of May, 2004.

I hereby certify: that on May 24th, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Raúl Dávila, Esq., Bauzá & Dávila, Fortaleza 63, Viejo San Juan, Puerto Rico 00901; Charles Cheek, Esq., Enron Litigation Group, 1400 Smith St., Suite 4821, Houston, Texas. 77002.

S/: **MARIA DEL MAR ORTIZ SAN MIGUEL**
**U.S.D.C. 211311**
**ORTIZ TORO & ORTIZ BRUNET**
Attorneys for Plaintiff
P.O. Box 192064
San Juan, Puerto Rico 00919-2064
Tel. (787) 754-7698 -Fax: (787) 766-1596
Email: carmentc@caribe.net; ortizsan@caribe.net