

Santander

80-0072-06

No. 034131
3/10/03
DATE

PAY TO THE ORDER OF

FOUR THOUSAND, SEVEN HUNDRED FIVE DOLLARS AND NO CENTS    $********4,705.00
AMOUNT

SUCESION JOSE M. RIVERA RIVERA
S.S. 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

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE
COUNTER SIGNATURE

⑆034131⑆ ⑈021502341⑈ 900⑉990206⑉

FDIC

GLOBAL SETTLEMENT ACCOUNT    MDJ    Banco Santander Puerto Rico
DETACH AND RETAIN FOR YOUR RECORDS

NAME
80-0072-06

A/C NO.

No. 034131
3/10/03
DATE

570

| REMITTANCE AMOUNT | |
|---|---|
| INCOME | PRINCIPAL |
|  | 4,705.00 |

FOR

REMITTANCE TO
SUCESION JOSE M. RIVERA RIVERA
S.S. 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
PLAINTIFF #0392, CASE #97-1187,
KDP97-2364

B1000153

# COMITE TIMON DE DEMANDANTES DEL FORO ESTATAL / FEDERAL
## EXPLOSION EN EDIFICIO HUMBERTO VIDAL - RIO PIEDRAS
## Computo para la Distribución de Pagos

| NOMBRE DEL DEMANDANTE | NUMERO DE SEGURO SOCIAL | FECHA | NUMERO DEL CASO Estatal | Federal | NUMERO CONTROL |
|---|---|---|---|---|---|
| Sucesion Jose M. Rivera Rivera | 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 | 02/28/03 | KDP97-2364 | 97 1187 | 0392 |

### PARTE A - COMPUTO PARA LA DISTRIBUCION OTORGADA / ACORDADA

| | |
|---|---|
| 1 Cantidad otorgada / acordada en transacción / sentencia por concepto de: | $ 9,000 |
| a. Daños corporales, angustias mentales, dolor, sufrimiento y reclamaciones similares. | $ 0 |
| b. Pérdida de ingresos, Interrupción de negocio, daños a la propiedad y reclamaciones similares. | $ 9,000 |
| c. Sub-total | |
| 2 Cantidad otorgada por sentencia para costas y honorarios de abogados por temeridad, si alguno | $ 0 |
| 3 Cantidad total recibida por sentencia (Linea 1c más linea 2) | $ 9,000 |
| 4 Porciento de honorarios correspondientes al Comité Timón Multiplique linea 1c por porciento fijado por el Tribunal - 10% (Trasladece al encasillado C) | $ 990 |
| 5 Aportación del 5% de la cantidad otorgada / acordada en transacción / sentencia para reserva de otros gastos del Comité Timón Multiplique linea 1c por .05 (Trasladece al encasillado D) | $ 450 |
| 6 Honorarios pactados de abogados, menos la partida número 4 de honorarios de abogados del Comité Timón % pactado multiplicado por linea 1c menos linea 4 o cero (Trasladece a la linea 1 del Anejo B) | $ 1,980 |
| 7 Gastos a ser pagados por el demandante a sus abogados (Trasladece a la linea 2 del Anejo B) | $ 800 |
| 8 Otros gastos / deducciones (Especifique_____) (Trasladece al encasillado E) | $ 0 |
| 9 Total de deducciones (Sume Lineas 4,5,6,7 y 8) | $ 4,220 |
| 10 Cantidad neta antes de la retención en el origen de la contribución sobre ingresos (si alguno) y gastos administrativos. (Linea 3 menos Linea 9 y Trasladece a la linea 1 del Anejo A) | $ 4,780 |

### PARTE B - CHEQUES A EMITIRSE

| Encasillado | | Pagadero A: | Número de Cheque | Fecha | Cantidad Neta |
|---|---|---|---|---|---|
| A | Demandante: | Sucesion Jose M. Rivera Rivera (Viene del Anejo A linea 15) | _/_/_ | | $ 4,705 |
| B | Abogados: | Ver Anejo C (Viene del Anejo C linea 1) | _/_/_ | | $ 2,572 |
| C | Comité Timón: | COMITE TIMON - HONORARIOS (Viene de la linea 4) | _/_/_ | | $ 990 |
| D | Comité Timón: | COMITE TIMON - RESERVA DE GASTOS (Viene de la linea 5) | _/_/_ | | $ 450 |
| E | Otros: | SECRETARIO DE HACIENDA (Viene de la suma de las lineas 3,4,5,6, y 7 del Anejo A mas lineas 5,6,7, y 8 del Anejo B) | _/_/_ | | $ 138 |
| | | BANCO SANTANDER - DEPTO. DE FIDEICOMISO (Viene de la suma de las lineas 10,12 y 13 del Anejo A mas lineas 10,12 y 13 del Anejo B) | _/_/_ | | $ 45 |
| | | HECTOR M. SANCHEZ MOLL, PSC (Viene del Anejo A linea 9) | _/_/_ | | $ 100 |
| | | (Viene de la linea 8) | _/_/_ | | $ 0 |
| | Total (Suma de las cantidades de los encasillados A, B, C, D y E) | | | | $ 9,000 |

PREPARADO POR

Hector M. Sanchez Moll, PSC
Contadores Públicos Autorizados

FECHA _/_/_

REVISADO POR

Abogado del demandante

FECHA _/_/_

POR LA REEXPLOSION Multiple R-44404 11/02

COMITE TIMON DE DEMANDANTES DEL FORO ESTATAL / FEDERAL
EXPLOSION EN EDIFICIO HUMBERTO VIDAL - RIO PIEDRAS
COMPUTO DETALLADO DE CHEQUES
ANEJO A

### Cheque a Emitirse al Demandante

| Nombre del Demandante | Número de Seguro Social | Número Control del Caso |
|---|---|---|
| Sucesion Jose M. Rivera Rivera | 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 | 0392 |

| # | Descripción | | |
|---|---|---|---|
| 1 | Cantidad neta antes de la retención en el origen de la contribución sobre ingresos (si alguno) y gastos administrativos. *(Viene de la Página 1 línea 10)* | $ | 4,780 |
| 2 | **Retención en el origen de contribución sobre ingresos según:** | | |
| 3 | ☐ Sección 1142 Retencion en el origen respecto a pagos por indemnización recibidas en procedimientos judiciales o en reclamaciones extrajudiciales | $ | - |
| 4 | ☐ Sección 1147 Retencion en el origen de la contribución en el caso de individuos no residentes | | |
| 5 | ☐ Ciudadano de E.U. | $ | - |
| 6 | ☐ Otros | $ | - |
| 7 | ☐ Sección 1150 Retención en el origen en el caso de corporaciones y sociedades extranjeras no dedicadas a industria o negocio en Puerto Rico | $ | - |
| 8 | **Cargos por servicios:** | | |
| 9 | ☒ Servicios por el computo de la distribución de pagos y las retenciones | $ | (60) |
| 10 | ☐ Servicios por realizar la retención, depositos con el Secretario de Hacienda y preparación de informes y planillas requeridas por ley | $ | - |
| 11 | ☒ Realización de pago al demandante | | |
| 12 | ☒ Cheque | $ | (15) |
| 13 | ☐ Transferencia bancaria | $ | - |
| 14 | Total de retenciones y deducciones *(Suma de las lineas 3 a la 13)* | | -75 |
| 15 | Cantidad neta a recibir el demandante *(Linea 1 menos la linea 14)* | $ | 4,705 |

### Instrucciones Para Transferencia Bancaria

| | |
|---|---|
| Persona / Institución designada | |
| Número de Cuenta | |
| Número de ABA | |
| Dirección | |

FORMA RJ-EXPL-TION Multiple Revisión 11/00