## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|                              |   |                        |
|------------------------------|---|------------------------|
|                              | ) |                        |
|                              | ) |                        |
| IN RE RIO PIEDRAS EXPLOSION  | ) | Case No.96-2443        |
|                              | ) |                        |
| v.                           | ) | INDIV CASE97-2668      |
|                              | ) | 97-2669                |
|                              | ) |                        |
|                              | ) |                        |
|                              | ) |                        |

## DECLARATION THAT PARTY WAS UNABLE TO FILE IN A TIMELY MANNER DUE TO TECHNICAL DIFFICULTIES

Please take notice that Come  now Plaintiffs, Ramona Acosta heirs, Arcadio Jimenez only heiress, Elvin Acosta, and Rolando Diaz Peralta as represented by his mother, Aida Peralta and most  respectfully appear to report that we were unable to file the attached Motion to Reply to a U.S. Magistrate Order  in a timely manner due to technical difficulties. The deadline for filing the above mentioned motion  was [June 15th 2004].

The reason(s) that I was unable to file said motion  in a timely manner were my IBM laptop computer malfunction and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set
forth below.

Given the fact that said malfunction occurred beyond regular duty hours I was unable to request and receive technical support to properly reinitiate normal functioning before12 midnight of June 14th.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, at San Juan, Puerto Rico, June 15th,2004

s/_____
      NELSON ROCHET-SANTORO
Attorney for Plaintiff
NELSON ROCHET LAW FIRM
P.O.BOX23159, U.P.R. STATION
SAN JUAN,PR 00931-3159
TEL. 787 630-0810; FAX. 787 748-3791
nrochet@centennialpr.net