IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(HL)

### ORDER

Re: Docket No. 3719 - Two reports submitted by Banco Santander

Notice is to be taken by all former members of the PSC, CPA Sánchez-Moll and counsel for Enron of the fact that Banco Santander has filed updated information regarding transactions and balances of each account under its custody. The report reflects the following:

| Account No. 80-0072-00 | R.P. Plaintiff's Escrow Account | $ 22,621.10 |
| Account No. 80-0072-03 | Retention 5% | 3,167,582.03 |
| Account No. 80-0072-04 | Retention 10% | 226,214.92 |
| Account No. 80-0072-06 | Global Settlement | 172,290.03 |

Information available within the Trial Court Systems reflect that under Civil No. 96-2243 the sum of $280,197.83 is deposited under Account No. 4006987880. It is considered that from this amount payments are to be made to some of Attorney Nelson Rochet's clients and includes attorneys fees.

There is an urgent need to have these statements of accounts duly reviewed by CPA Sánchez-Moll. Due to the large volume of pages, CPA Sánchez-Moll is requested to coordinate with Docket Clerk Carmen Tacoronte for him to either receive copies of these documents or identify a mechanism that will enable its review by CPA Sánchez-Moll.

    CPA Sánchez-Moll is to have a preliminary report identifying pending transactions or payments, mechanisms for the distribution of said funds, inconsistencies that might have been identified *vis a vis* the PSC's records and any other relevant data.

    **A Status Conference is set for July 27, 2004, at 10:00 AM**. Attorneys Steve Lausell, Alvaro Calderón, lead and/or local counsel for Enron (Attorneys Charles Cheek and Raúl Dávila) and CPA Sánchez-Moll are expected to attend.

    **SO ORDERED.**

    At San Juan, Puerto Rico, this 2nd day of July, 2004.

                                                      **S/AIDA M. DELGADO-COLON**
                                                      **U.S. Magistrate-Judge**