IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(HL) JAF

### ORDER

Re: Docket No. 3720 -   Motion in Reply to Magistrate-Judge's Order
(filed by Attorney Nelson Rochet-Santoro)

Notice is to be taken that on May 27, 2004, Docket Clerk Carmen Tacoronte identified copy of the Declaratory of Heirs as it relates to deceased plaintiff Arcadio Jiménez. Information has also been provided to the effect that $6,000.00 have already been paid to and received by Jiménez's heirs.

Mr. Sanchez-Moll, CPA, is instructed to verify if any other amounts are yet to be disbursed to the only heir of Mr. Arcadio Jiménez identified as Elvinley Jiménez-Pérez. CPA Sánchez-Moll is **GRANTED ten (10) days** in which to inform the Court as to any pending disbursement or need for Court action.

**Within the next ten (10) days** Attorney Nelson Rochet-Santoro will provide this Court with copy of any Resolution issued by the Puerto Rico Supreme Court in relation to Rolando Díaz-Peralta, minor claimant.

SO ORDERED.

At San Juan, Puerto Rico, this 2nd day of July, 2004.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge