IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(HL) JAF

### ORDER

Re: Docket No. 3717 -   Motion in Compliance with Order
(filed by Attorney María Ortiz-San Miguel)

Information is provided to the effect that heirs of José Rivera (Civil No. 97-1187) have already received payment of the settlement amounts awarded to deceased plaintiff José Rivera.

The motion is **NOTED**. Defendant Enron Corporation and CPA Sánchez-Moll are to be provided copy of **Docket No. 3717** and this Order. Notice to be taken.

**SO ORDERED.**

At San Juan, Puerto Rico, this 2nd day of July, 2004.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge