IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | Consolidated Case |
| | * | Civil No. 96-2443 (JAF) |
| Rio Piedras Explosion | * | |
| Litigation | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

MOTION IN COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

Comes now Hector M. Sanchez Moll, CPA, and very respectfully informs:

- On July 6, 2004, the undersigned CPA received an order issued by Hon. Aida M. Delgado-Colon instructing him to verify any amount that are yet to be disbursed to the only heir of Mr. Arcadio Jimenez identified as Elvinly Jimenez-Perez.

- In compliance with said order, it is hereby informed that on July 10, 2003, the net settlement amount in our "Cómputo para la Distribución de Pago" (Payment Distribution Computation) was disbursed by Banco Santander-Puerto Rico to Elvinly Jimenez-Perez (SSN ■■-■7501) FBO Arcadio Jimenez-Arocho. The settlement amount of this case was $14,500. After deducting expenses and attorney's fees, the net amount of $6,789 was paid to Elvinly Jimenez-Perez, as per copy of check no. 035868 and in accordance with the "Computo para la Distribucion de Pago" included with this motion.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above.

Respectfully submitted
In San Juan, Puerto Rico, this 15th day of July, 2004.

Héctor M. Sánchez Moll, CPA
652 Muñoz Rivera Avenue
Suite 3100
San Juan, Puerto Rico 00918-4261
Tel. (787)765-6191
Fax (787)250-1642
E-mail: sanchez@sanchezmoll.com