# COMITE TIMON DE DEMANDANTES DEL FORO ESTATAL/FEDERAL
EXP___ ___ION EN EDIFICIO HUMBERTO VIDAL ___ O PIEDRAS

## Computo para la Distribución de Pagos

| NOMBRE DEL DEMANDANTE | NUMERO DE SEGURO SOCIAL | FECHA | NUMERO DEL CASO Estatal | NUMERO DEL CASO Federal | NUMERO CONTROL |
|---|---|---|---|---|---|
| Arcadio Jimenez Arocho | ███-██-5937 | 02/19/03 | KDP97-2237 | 97-2669 | 0882 |

### PARTE A - COMPUTO PARA LA DISTRIBUCION OTORGADA / ACORDADA

| # | Concepto | | Monto |
|---|---|---|---|
| 1 | Cantidad otorgada / acordada en transacción / sentencia por concepto de: | | |
| | a. Daños corporales, angustias mentales, dolor, sufrimiento y reclamaciones similares. | | $ 14,500 |
| | b. Perdida de ingresos, interrupción de negocio, daños a la propiedad y reclamaciones similares. | | $ 0 |
| | c. Sub-total | | $ 14,500 |
| 2 | Cantidad otorgada por sentencia para costas y honorarios de abogados por temeridad, si alguno | | $ 0 |
| 3 | Cantidad total recibida por sentencia (Linea 1c más linea 2) | | $ 14,500 |
| 4 | Porciento de honorarios correspondientes al Comité Timón  Multiplique linea 1c por porciento fijado por el Tribunal - 10% (Trasladece al encasillado C) | $ 1,595 | |
| 5 | Aportación del 5% de la cantidad otorgada / acordada en transacción / sentencia para reserva de otros gastos del Comité Timón  Multiplique linea 1c por .05 (Trasladece al encasillado D) | $ 725 | |
| 6 | Honorarios pactados de abogados, menos la partida número 4 de honorarios de abogados del Comité Timón  % pactado multiplicado por linea 1c menos linea 4 o cero (Trasladece a la linea 1 del Anejo B) | 33% $ 3,190 | |
| 7 | Gastos a ser pagados por el demandante a sus abogados (Trasladece a la linea 2 del Anejo B) | $ 2,126 | |
| 8 | Otros gastos / deducciones (Especifique_____) (Trasladece al encasillado E) | $ 0 | |
| 9 | Total de deducciones (Sume Lineas 4, 5, 6, 7 y 8) | | $ 7,636 |
| 10 | Cantidad neta antes de la retención en el origen de la contribución sobre ingresos (si alguno) y gastos administrativos. (Linea 3 menos Linea 9 y Trasladece a la linea 1 del Anejo A) | | $ 6,864 |

### PARTE B - CHEQUES A EMITIRSE

| Encasillado | Pagadero A: | | Número de Cheque | Fecha | Cantidad Neta |
|---|---|---|---|---|---|
| A | Demandante: | Arcadio Jimenez Arocho (Viene del Anejo A linea 15) | | __/__/__ | $ 6,789 |
| B | Abogados: | Ver Anejo C (Viene del Anejo C linea 1) | | __/__/__ | $ 0 |
| C | Comité Timón: | COMITE TIMON - HONORARIOS (Viene de la linea 4) | | __/__/__ | $ 1,595 |
| D | Comité Timón: | COMITE TIMON - RESERVA DE GASTOS (Viene de la linea 5) | | __/__/__ | $ 725 |
| E | Otros: | SECRETARIO DE HACIENDA (Viene de la suma de las lineas 3,4,5,6, y 7 del Anejo A mas lineas 5,6,7, y 8 del Anejo B) | | __/__/__ | $ 0 |
| | | BANCO SANTANDER - DEPTO. DE FIDEICOMISO (Viene de la suma de las lineas 10,12 y 13 del Anejo A mas lineas 10,12 y 13 del Anejo B) | | __/__/__ | $ 15 |
| | | HECTOR M. SANCHEZ MOLL, PSC (Viene del Anejo A linea 9) | | __/__/__ | $ 60 |
| | | SPECIAL ESCROW COURT ACCOUNT (Viene de la linea 8) | | __/__/__ | $ 5,316 |
| | Total (Suma de las cantidades de los encasillados A, B, C, D y E) | | | | $ 14,500 |

| PREPARADO POR | REVISADO POR |
|---|---|
| Hector M. Sanchez Moll, PSC  Contadores Públicos Autorizados | _____  Abogado del demandante |
| FECHA __/__/__ | FECHA __/__/__ |

FORMA RPEXPLOTION Multiple Revisión 11/00