COMITE T.  ON DE DEMANDANTES DEL FORO EST  .AL / FEDERAL
EXPLOSION EN EDIFICIO HUMBERTO VIDAL - RIO PIEDRAS
COMPUTO DETALLADO DE CHEQUES
## ANEJO A
### Cheque a Emitirse al Demandante

| Nombre del Demandante | Número de Seguro Social | Número Control del Caso |
|---|---|---|
| Arcadio Jimenez Arocho | ●─●─5937 | 0882 |

| | | | |
|---|---|---|---|
| 1 | Cantidad neta antes de la retención en el origen de la contribución sobre ingresos (si alguno) y gastos administrativos. *(Viene de la Página 1 linea 10)* | | $ 6,864 |
| 2 | **Retención en el origen de contribución sobre ingresos según:** | | |
| 3 | ☐ Sección 1142 Retencion en el origen respecto a pagos por indemnización recibidas en procedimientos judiciales o en reclamaciones extrajudiciales | $ - | |
| 4 | ☐ Sección 1147 Retencion en el origen de la contribución en el caso de individuos no residentes | | |
| 5 | ☐ Ciudadano de E.U. | $ - | |
| 6 | ☐ Otros | $ - | |
| 7 | ☐ Sección 1150 Retención en el origen en el caso de corporaciones y sociedades extranjeras no dedicadas a industria o negocio en Puerto Rico | $ - | |
| 8 | **Cargos por servicios:** | | |
| 9 | ☒ Servicios por el computo de la distribución de pagos y las retenciones | $ (60) | |
| 10 | ☐ Servicios por realizar la retención, depositos con el Secretario de Hacienda y preparación de informes y planillas requeridas por ley | $ - | |
| 11 | ☒ Realización de pago al demandante | | |
| 12 | ☒ Cheque | $ (15) | |
| 13 | ☐ Transferencia bancaria | $ - | |
| 14 | Total de retenciones y deducciones *(Suma de las lineas 3 a la 13)* | | -75 |
| 15 | Cantidad neta a recibir el demandante *(Linea 1 menos la linea 14)* | | $ 6,789 |

### Instrucciones Para Transferencia Bancaria

| | |
|---|---|
| Persona / Institución designada | |
| Número de Cuenta | |
| Número de ABA | |
| Dirección | |

FORMA RPEXPLOTION Multiple Revisión 11/00