**COMITE TIMON DE DEMANDANTES DEL FORO ESTATAL / FEDERAL**
**EXPLOSION EN EDIFICIO HUMBERTO VIDAL - RIO PIEDRAS**
**RESUMEN DEL PAGO NETO A LOS ABOGADOS**
**ANEJO C**

| | Nombre del Abogado | Número de Seguro Social | Cantidad Neta |
|---|---|---|---|
| 1 | Lic. Nelson Rochet Santoro | ■■-■-7499 | $ - |
| 2 | (Viene de la línea 19 del Anejo B-I) | | $ - |
| 3 | (Viene de la línea 19 del Anejo B-II) | | $ - |
| 4 | (Viene de la línea 19 del Anejo B-III) | | $ - |
| 5 | (Viene de la línea 19 del Anejo B-IV) | | $ - |
| 6 | (Viene de la línea 19 del Anejo B-V) | | $ - |
| 7 | (Viene de la línea 19 del Anejo B-VI) | | $ - |
| 8 | (Viene de la línea 19 del Anejo B-VII) | | $ - |
| 9 | (Viene de la línea 19 del Anejo B-VIII) | | $ - |
| 10 | (Viene de la línea 19 del Anejo B-IX) | | $ - |
| 11 | Total de Pagos (Viene de la línea 19 del Anejo B-X) (Suma de las líneas 1 a la 10, trasládece al encasillado B de la página 1) | | $ - |

FORMA RPEXPLOTION Multiple Revision 11/00