COMITÉ TIMÓN DE DEMANDANTES DEL FORO ESTATAL / FEDERAL
EXPLOSION EN EDIFICIO HUMBERTO VIDAL - RIO PIEDRAS
COMPUTO DETALLADO DE CHEQUES

## ANEJO B - I

### Cheque a Emitirse al Abogado

| Nombre del Abogado | Número de Seguro Social | Número Control del Caso |
|---|---|---|
| Lic. Nelson Rochet Santoro | ■■-■■-7499 | 0882 |

| # | Descripción | | |
|---|---|---|---|
| 1 | Cantidad por concepto de honorarios pactados, neto de la partidas de honorarios de abogado del Comite Timón *(Viene de la Página I linea 6)* | $ | 3,190 |
| 2 | Porciento de honorarios correspondientes a este profesional | | 100% |
| 3 | Cantidad por concepto de honorarios pactados entre abogados ( Linea 1 por linea 2) | $ | 3,190 |
| 4 | Cantidad adicional a ser pagadas por el demandante a este abogado | $ | 2,126 |
| 5 | Cantidad Bruta (Linea 3 más linea 4) | $ | 5,316 |
| 6 | **Retención en el origen de contribución sobre ingresos según:** | | |
| 7 | [X] Sección 1143 Retencion en el origen respecto a pagos por servicios prestados: | | |
|   | [X] Certificado de Relevo Total | $ | - |
|   | [ ] Certificado de Relevo Parcial | $ | - |
|   | [ ] Certificado de Relevo NO Disponible | $ | - |
| 8 | [ ] Sección 1147 Retencion en el origen de la contribución en el caso de individuos no residentes: | | |
| 9 | [ ] Ciudadano de E.U. | $ | - |
| 10 | [ ] Otros | $ | - |
| 11 | **Cargos por servicios:** | | |
| 12 | [ ] Servicios por el computo multiple de honorarios y las retenciones | | |
| 13 | [ ] Servicios por realizar la retención, depositos con el Secretario de Hacienda y preparación de informes y planillas requeridas por ley | $ | - |
| 14 | [X] Otros cargos    CANTIDAD A DEPOSITARSE EN CUENTA ESPECIAL PLICA | $ | (5,316) |
| 15 | [ ] Realización de pago al abogado | | |
| 16 | [ ] Cheque | $ | - |
| 17 | [ ] Transferencia bancaria | $ | - |
| 18 | Total de retenciones y deducciones *(Suma de las lineas 7 a la 17)* | | (5,316) |
| 19 | Cantidad neta a recibir el abogado *(Linea 5 menos la linea 18 y Trasladece a la linea 1 del Anejo C)* | $ | - |

### Instrucciones Para Transferencia Bancaria

| Persona / Institución designada | |
| Número de Cuenta | |
| Número de ABA | |
| Dirección | |

FORMA RPEXPLOTION Multiple Revisión 11/00