**Banco Santander**                                          TRUST DEPARTMENT

No. 035868

ACCT. NO. 80-0072-00                                        DATE 7/10/03

PAY  SIX THOUSAND, SEVEN HUNDRED EIGHTY-NINE DOLLARS        AMOUNT $*******6,789.00
     AND NO CENTS

TO THE ORDER OF   ELVINLEY JIMENEZ PEREZ
                  SSN: 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

TWO SIGNATURES REQUIRED

_____ AUTHORIZED SIGNATURE           GROUP PAGE N
_____ COUNTER SIGNATURE              GROUP PAGE N

"035868"  :021502341:  900"990206"

FDIC

DETACH AND RETAIN FOR YOUR RECORDS    Banco Santander Puerto Rico

A/C NAME  RIO PIEDRAS EXPLOTION ESCROW ACCT.   HHA     No. 035868

A/C NO. 80-0072-00                                     DATE 7/10/03

                                    REMITTANCE AMOUNT
                                    INCOME  |  PRINCIPAL
                      570                   |  $6,789.00

FOR

REMITTANCE TO ELVINLEY JIMENEZ PER
RE: PLAINTIFF #0882, KOP97-2237,
97-2669 FBO ARCADIO JIMENEZ AROCH