IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * * * * | Consolidated Case |
| | * | Civil No. 96-2443 (JAF) |
| Rio Piedras Explosion Litigation | * * * | |

## INFORMATIVE MOTION IN COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

Comes now Hector M. Sanchez Moll, CPA, and very respectfully informs:

- On May 17, 2004, the undersigned CPA received an order issued by Hon. Aida M. Delgado-Colon instructing him to provide a listing of all pending matters which are subject to either court action, identification of parties or compliance by counsel with legal requirements.

- In compliance with said order, it is hereby informed that a detailed "Schedule of Pending Issues and Procedures Before Final Distribution" was prepared and is included with this motion.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above.

Respectfully submitted
In San Juan, Puerto Rico, this 16th day of July, 2004.

Héctor M. Sánchez Moll, CPA
652 Muñoz Rivera Avenue
Suite 3100
San Juan, Puerto Rico 00918-4261
Tel. (787)765-6191
Fax (787)250-1642
E-mail: sanchez@sanchezmoll.com