PLAINTIFF STEERING COMMITTEE
SCHEDULE OF PENDING ISSUES AND PROCEDURES
BEFORE FINAL DISTRIBUTION

Reconciliation of different bank accounts:
- 5% account
- 10% account
- Global Settlement Account
- Private Settlement Account
- Special Escrow Account – Rochet Santori

Procedures to be performed/in process:

1. **<u>5% Account</u>**
   - Reconciliation of:
     - Bank transfers to this account.
     - Payments/ disbursements made:
       - Refund of capital contributions to members of steering committee
       - Administrative expenses:
         - Accountants
         - Others
       - Refund to legal counsels of assessments contribution ($500/$1000)
         - Reconciliation of assessments deposited vs. assessments reimbursed.
         - Still pending reimbursements
           - Follow-up procedures performed
             - An order from the Court could be required to provide a deadline to submit evidence for reimbursement of assessments
       - Interest earned and bank charges
       - Final distribution:
         - Assessments to legal counsels
         - Administrative expenses:
           - Bank charges
           - Accountants fees
     - Distribution procedures of balance in this account to plaintiffs
       - Define formula to be used for the distribution
         - on a pro-rata basis based on amount contributed
         - any minimum amount entitled to participate in distribution
         - other formula

- Procedures to be followed:
    - Computation of amount to be reimbursed
    - Check preparation
    - Check's distribution procedure:
        - Regular mail
        - Legal counsels
        - Personal pick-up
    - Unclaimed checks

2. **<u>10% Account</u>**
   - Reconciliation of:
     - Bank transfers to this account
     - Payments made:
        - Distributions to members of the Steering Committee
        - Withholding taxes – 7%
     - Interest earned and bank charges
     - Final distribution to members of the Steering Committee
     - Procedures to be followed:
        - Computation of final distribution
        - Withholding of:
            - 7% taxes
            - administrative costs

3. **<u>Global Settlement Account</u>**
   - Reconciliation of:
     - Amount deposited:
        - $28 M
        - Interest earned
     - Disbursements:
        - Net payments to plaintiffs
        - Professional fees and expenses reimbursement
            - Legal counsels
            - Accountants
        - Withholding taxes
            - Plaintiffs
            - Legal counsels
        - Administrative charges-bank
        - Other disbursements
        - Bank's handling fees
     - Forfeited or unclaimed funds in this account
     - Distribution of balance in this account
        - Unclaimed settlement
        - Interest earned (in excess of $40,000 paid)
        - outstanding checks

4. **<u>Private Settlement Account</u>**
    - Reconciliation of:
      - Amount deposited:
        - Cases processed by accountants
        - Information from a third party (e.g. Enron)
        - Interest earned
      - Disbursements:
        - Net payments to plaintiffs
        - Professional fees and expenses reimbursement
          - Legal counsels
          - Accountants
        - Withholding taxes
          - Plaintiffs
          - Legal counsels
        - Administrative charges:
          - Bank:
            - Check issuance
            - Informative tax returns
            - Handling fees

        - Forfeited or unclaimed funds in this account
        - Distribution of balance in this account
          - Unclaimed settlements
          - Interest earned
          - outstanding checks

5. **<u>Special Escrow Account – Rochet Santori</u>**

    - Reconciliation of:
      - Bank transfers to this account
        - Cases processed by accountants
      - Any interest earned on this account?
      - Reconciliation of disbursements:
        - Amount transferred to Federal Court