IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**RIO PIEDRAS EXPLOSION LITIGATION** | **Consolidated Case**<br>**Civil No. 96-2443(HL)** |

### ORDER

On July 15, 2004, CPA Héctor Sánchez-Moll reported that pursuant to the Order issued on July 2, 2004 (**Docket No. 3722**), he has met with Mr. Héctor Hernández, Banco Santander representative, in charge of the five accounts mentioned in said order. Although several meetings have taken place, still further work needs to be carried out by the accountants before they are able to report to the Court.

CPA Sánchez-Moll has requested that the conference set for July 27, 2004, at 10:00 AM be re-scheduled, so as to assure the continued participation of Mr. Hernández, who will be out of the jurisdiction on said date.

**Accordingly, the Status Conference is RESET for August 4, 2004, at 10:00 AM.** Mr. Héctor Hernández and any other representative designated by Banco Santander are to attend the conference.

**SO ORDERED.**

At San Juan, Puerto Rico, this 19th day of July, 2004.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**