IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(JAF)

## ORDER

Upon filing individual cases all counsel for plaintiff were required to pay and deposit an INITIAL ASSESSMENT FEE of $500.00 in cases involving damages claim and $1,000.00 in cases involving claims where death of an individual had occurred.

This initial fee was to be paid by counsel and, while not subject of being charged to or recovered from the individual plaintiffs, was subject to reimbursement upon conclusion of the litigation and disbursement of the settlement amounts and attorneys fees.

Accordingly, **all plaintiffs' attorneys are GRANTED until August 16, 2004, in order to claim reimbursement of the initial assessment(s) paid**. In order to do so, counsel shall contact Mr. Héctor Sánchez-Moll,CPA, at Fax No. 787-250-1642, telephone No. 787-765-6191, office at 652 Muñoz Rivera Avenue, Suite 3100, San Juan, Puerto Rico 00918-4261. No claim will be considered unless supporting evidence is provided (i.e., deposit slips, cancelled checks, etc.). All claims shall be submitted to CPA Sánchez-Moll **by August 16, 2004**. Amounts not claimed by such date will be transferred and deposited within the accounts which balances are to be distributed among the individual plaintiffs.

SO ORDERED.

At San Juan, Puerto Rico, this 5th day of August, 2004.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**