**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | **Consolidated Case** |
| **RIO PIEDRAS EXPLOSION LITIGATION** | **Civil No. 96-2443(JAF)** |

## ORDER

On February 13, 2004, Honorable Robert J. Ward entered an Order commanding that the private settlement amounts originally awarded to claimant Pedro D. López-Fernández be forfeited and returned to defendants (**Docket No. 3677**, first decretal paragraph).

The record reflects that thereafter plaintiff López-Fernández was contacted and submitted a properly executed General Release and Assignment of Rights as required by defendants (**Docket No. 3715**, third numbered paragraph).

Accordingly, it is now **ORDERED** that the Order dated February 12, 2003 (**Docket No. 3677**) be modified. It is also **ORDERED** that plaintiff Pedro D. López-Fernández's claim be reinstated and plaintiff be awarded the settlement amounts to which he is entitled.

**SO ORDERED.**

At San Juan, Puerto Rico, this 5th day of August, 2004.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U.S. District Judge