**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:**<br><br>**RIO PIEDRAS EXPLOSION LITIGATION** | **Consolidated Case<br>Civil No. 96-2443(JAF)**<br><br>[Related to Civil No. 97-2669,<br>Rolando A. Díaz-Peralta, Minor] |

## ORDER

Inquiries conducted by Courtroom Deputy Sarah Ramon revealed that in Civil Case KDP-97-2237, filed before the San Juan Court of First Instance, on May 25, 2004, Judge Héctor López-García issued a Resolution granting the request for judicial authorization in the case of Rolando Díaz-Peralta, a minor.

It appears that the petition was wrongly filed under the caption or name of "Migdalia Carrión-Cordero."

The Resolution signed by Judge Héctor López-García has not been formally issued and notified to the parties, inasmuch as counsel has not complied with procedural requirements demanding the submission of "a sworn petition for judicial authorization with notice given to the Solicitor on Family Affairs" and payment of fees ($20.00 for the petition; $12.00 for being served with copies/notice; and $1.50 per certified copy requested).

The record further reflects that Attorney Nelson Rochet-Santoro is the attorney of record. Attorney Rochet-Santoro is **GRANTED a FINAL TERM** to comply with state court requirements and provide this Court with copies of the Resolution on Judicial Authorization. Failure to due so may cause forfeiture of the settlement amounts awarded, event for which counsel may be personally liable to plaintiff while subjecting himself to disciplinary procedures.

Civil No. 96-2443(JAF)                                                                                      Page No. 2

This Magistrate-Judge is cognizant that prior instructions to this effect were given to counsel (see **Docket No. 3715**, issued May 17, 2004). Counsel filed on June 15, 2004, a motion entitled "Motion Responding to U.S. Magistrate Order," reporting on the case status. At the time counsel indicated he was "attempting to contact said local Court Judge in order to receive the corresponding judicial authorization resolution" (**Docket No. 3720**). Counsel is provided with notice that the Resolution will be not be issued unless he complies with substantive and procedural requirements relative to the judicial authorization process.

Counsel should expedite all pending matters before state and federal courts and provide this Court **NO LATER THAN AUGUST 16, 2004**, with the necessary documents, so as to enable disbursement of the settlement awards to Rolando Díaz-Peralta, minor.

**SO ORDERED**.

At San Juan, Puerto Rico, this 5th day of August, 2004.

                                                   **S/AIDA M. DELGADO-COLON**
                                                  **U.S. Magistrate-Judge**