**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(JAF)

## ORDER

Mr. Héctor Sánchez-Moll, CPA for the Plaintiffs' Steering Committee ("PSC"), has apprised the Court on the fact that Banco Santander is in control of two operational accounts that were available and utilized by the PSC in support of its litigation efforts.

These accounts and their balances as of July 15, 2004, are identified as follows:

| Account No. | 3003336386 | Balance: $2,243.21 |
| Account No. | 4004177296 | Balance: $2,272.55 |

Disbursements from these accounts have been made to pay expenses related to the safekeeping and custody of documents utilized by the PSC while litigating the liability stage of this case. Upon information received from Attorneys Steven Lausell, María Del Mar Ortiz-San Miguel and Andrés Guillemard, all being members of the PSC, such records will be preserved until December 2004. Thereafter, such records may be destroyed.

Accordingly, CPA Sánchez-Moll and/or Banco Santander is authorized to disburse from Account Nos. 3003336386 and 4004177296 the amounts required for payment of all expenses regarding safekeeping (until December 2004) and destruction of records.

CPA Sánchez-Moll is authorized to transfer any outstanding balance to Account No. 80-0072-03 ( the 5% Account) for subsequent and future disbursement to plaintiffs.

**SO ORDERED.**

At San Juan, Puerto Rico, this 5th day of August, 2004.

                                        **S/AIDA M. DELGADO-COLON**
                                        **U.S. Magistrate-Judge**