IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**RIO PIEDRAS EXPLOSION LITIGATION** | **Consolidated Case**<br>**Civil No. 96-2443(JAF)** |

### ORDER

Banco Santander has submitted a Summary of Account Activity as of June 30, 2003, as to each of the accounts under its control and custody.

All of these reports are to be filed and made part of the record.

**SO ORDERED.**

At San Juan, Puerto Rico, this 5th day of August, 2004.

S/AIDA M. DELGADO-COLON
**U.S. Magistrate-Judge**