IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAAVEDRA-RODRIGUEZ, ET ALS    *
                          *

       Plaintiffs,            *
          V.                *
                          *   Civil No. 96-cv-2443

       Plaintiffs            *
                          *

ERON CORPORATION, et al       *
                          *

       Defendant           *
*************************************

**MOTION FOR REIMBURSEMENT OF ASSESMENTS**

TO THE HONORABLE COURT:

COME NOW  the undersigned attorney, and respetfully state, pray

and allege:

1.  On August 5, 2004 this Honorable Cour issued and order granting plaintiffs attorneys

until August 16, 2004 to seek claims reinbursement of the initial assessment.

2.  The undersigned paid an initial assesment of $2,000.00 paid thru check number

0833, Citibank, Hato Rey, P.R.

Respectfully submitted, in San Juan, Puerto Rico, this 16 day of August, 2004.

MARIA SOLEDAD PIÑEIRO SOLER
USDC-pr 201705
Banco Popular Center
Suite 1818, 18th Floor
209 Muñoz Rivera Ave.
Hato Rey, P. R.  00918
Tel. 787-250-8304 / 8314
Fax  787-758-4236

.