ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

RECEIVED & FILED
04 AUG 17 PM 4:42
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| CAMILO ACOSTA* CIVIL NUM.<br>PETICIONARIO<br><br>EX-PARTE | CIVIL NO. KJV2002-2658<br>(604)<br><br>SOBRE:<br><br>DECLARATORIA DE HEREDEROS |

## RESOLUCION

**POR CUANTO:** El Peticionario en el caso de epígrafe, ha radicado una solicitud para que este Tribunal declare los herederos de la Causante, RAMONA ACOSTA MEJIAS, a tenor con la **LEY y LA JURISPRUDENCIA;**

**POR CUANTO:** Al momento de su fallecimiento, La Causante había procreado 6 hijos: Ada A. Acosta, Agustina Acosta, Valerio Acosta, Polonia Acosta, Rafael Camilo Acosta, Yovanni Acosta. Por cuanto Yovanni Acosta falleció hace apenas 1 año y medio, le sobreviven dos hijas, una de las cuales es Sonya Acosta, y Johanna Acosta, quienes ascienden por línea hereditaria para heredar la 1/6 parte de las cuantía heredadas por los hijos de la causante Ramona Acosta Mejías.

**POR CUANTO:** Se ofreció prueba documental en apoyo de su solicitud, que establece que La Causante, Sra. RAMONA ACOSTA MEJIAS, falleció el día 16 de mayo de 1999 según certificado del Registro Demográfico Civil del 18 de mayo de 1999 (Anejo "A") según certificación del Depto. de Estado con fecha del 19 de mayo de 1999. (Anejo "B") NOTA: Estos anejos y otros mencionados ya fueron sometidos y obran en el expediente de este caso.

**POR CUANTO:** La Causante, RAMONA ACOSTA MEJIAS, falleció sin otorgar testamento alguno, según surge de Certificación Negativa

del Registro de Poderes y Testamentos del Tribunal Supremo de Puerto Rico, que ya obra en los autos de este Hon. Foro.

**POR TANTO:** Se declara **CON LUGAR** la petición radicada y decreta como únicos y universales herederos de RAMONA ACOSTA MEJIAS a sus hijos Ada A. Acosta, Agustina Acosta, Valerio Acosta, Polonia Acosta, Rafael Camilo Acosta, Yovanni Acosta. Por cuanto Yovanni Acosta falleció hace apenas 1 año y medio, le sobreviven dos hijas, una de las cuales es Sonya Acosta, y Johanna Acosta, quienes ascienden por línea hereditaria para heredar la 1/6 parte de las cuantía heredadas por los hijos de la causante Ramona Acosta Mejías.

**DADA** en San Juan, Puerto Rico a 10 de junio de 2004.

(Fdo.) **JUEZ**



CERTIFICO:
Lic. Rebecca Rivera Torres
Secretaria Regional

Por: _____
Secretaria Auxiliar

25 JUN 2004
A06092302

25 JUN 2004
A06071246

**CERTIFICACION**

Certifico que la presente es copia fiel y exacta del original que obra en autos y expido la misma a petición de: parte interesada

☒ Previo el pago de derechos
☐ Para uso oficial libre de derechos

LCDA. REBECCA RIVERA TORRES
SECRETARIA REGIONAL
SECRETARIO

Por: ____________________
SECRETARIO AUXILIAR

A06092302
A06071246