ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

RECEIVED & FILED
04 AUG 17 PM 4:43

| | | |
|---|---|---|
| RAFAEL PLACENCIA ACEVEDO Y OTROS | * | CIVIL NUM. KDP 1996-1808 (LA 1003) |
| DEMANDANTES | * | CASO INDIVIDUAL CIVIL NUM. KDP 97-2237 |
| VS. | * | SOBRE: |
| SAN JUAN GAS CO. | * | |
| DEMANDADO | * | DAÑOS Y PERJUICIOS |
| | * | |

| | | |
|---|---|---|
| AIDA PERALTA, MADRE DEL MENOR ROLANDO DIAZ PERALTA | * | CIVIL NUM. KDP 1996-1808 (SALA 1003) |
| PETICIONARIA | * | CIVIL NUM. KDP 97-2237 SOBRE: |
| | * | |
| | * | AUTORIZACIÓN JUDICIAL TRANSACCIÓN DE BIENES DE MENORES, CASO DE LA EXPLOSION DE RIO PIEDRAS |

# RESOLUCION

POR CUANTO: La Peticionaria en el caso de epígrafe, Doña Aida Peralta, ha radicado una solicitud para que este Tribunal acceda a otorgar autorización judicial a cierta oferta transaccional que para el menor Rolando Díaz Peralta ha presentado la parte demandada, Enron Corp y San Juan Gas Co en el caso federal de la Explosión de Rio Piedras, (In Re Rio Piedras Explosion, 96-2443 y que dicha Peticionaria entiende va en los mejores intereses del referido menor, por el motivo de que si no aceptase la misma, su hijo perdería toda oportunidad de reclamar posteriormente, sino también, la cuantía de alrededor de $10,000 ya ofrecida y depositada en el Banco de Santander de esta ciudad de San Juan, para serle desembolsada a dicho menor.

POR CUANTO: Este Tribunal de Instancia en San Juan ha tomado conocimiento judicial de la Sentencia Federal del caso 96-2443 y de la Sentencia Estatal en este caso de epígrafe, en los que se ha dispuesto que toda parte (incluidos los menores) que no otorgue consentimiento final a las ofertas ya ofrecidas y aceptadas en principio, antes de la oferta global final y después de esta, por los demandantes en el pleito de epígrafe estatal y en el caso federal 96-2443 con sus respectivos casos individuales bajo dicho núm. de epígrafe, se expondría a la desestimación con perjuicio de sus oportunidades de reclamar y recibir las compensaciones ya ofrecidas y aceptadas en principio por los demandantes.

POR CUANTO: Este Tribunal entiende que de no consentir a las ofertas tendidas a los menores reclamantes en estos casos sobre la explosión de Rio Piedras, expone a los mismos a perder sus reclamaciones y las cuantías que ya se han ofrecido y se hallan depositadas en el Banco de Santander de esta ciudad capital.

POR CUANTO: Este Tribunal entiende que el criterio establecido por las leyes de Puerto Rico para que un Tribunal otorgue consentimiento judicial a alguna oferta de transacción sobre bienes y/o derechos en los que se halla envuelto un menor, es el máximo beneficio de y para el menor.

POR CUANTO: Este Tribunal entiende que el máximo beneficio para los menores reclamantes en este pleito de la explosión de Rio Piedras se satisface plenamente otorgando consentimiento o autorización judicial a las cuantías transaccionales ofrecidas a los menores en dicho litigio y ya depositadas en el Banco de Santander de esta ciudad.

POR TANTO: Se declara CON LUGAR la petición radicada por la Peticionaria de epígrafe, Doña Aida Peralta, madre del menor Rolando Díaz Peralta y se decreta en su consecuencia la autorización de este Tribunal a que la Peticionaria acepte en y para beneficio de dicho menor, las cuantías que la parte demandada, Enron Corp. y/o San Juan Gas han ofrecido mediante y por conducto de sus abogados para beneficio del menor Rolando Díaz Peralta.

DADA en San Juan, Puerto Rico a 25 de mayo de 2004.

_____
HECTOR R. LOPEZ GARCIA
JUEZ

CERTIFICO:
Lic. Rebecca Rivera Torres
Secretaria Regional

Por: _____
Secretaria Auxiliar