EXHIBIT A

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| RAFAEL PLACENCIA ACEVEDO, ETC. | CIVIL NO. KDP 96-1808 (801) |
| **Demandante** | SOBRE: |
| v. | DAÑOS Y PERJUICIOS |
| SAN JUAN GAS COMPANY, INC., et al. | (Explosión Río Piedras) |
| **Demandados** | (Casos Consolidados) |

ORDEN

Vista la moción radicada por el Comité Timón de Demandantes relacionado con honorarios y gastos, el Tribunal dispone lo siguiente:

1. Reconoce que el Comité Timón de Demandantes tendrá que ser resarcido por su trabajo.

2. Ordena a que cada miembro del Comité Timón de Demandantes lleve una tabulación detallada de su tiempo invertido en el caso y que se le someta cada sesenta (60) días a la Administradora del Comité Timón de Demandantes, Sra. Myrna Figueroa.

3. Aplicará un por ciento a determinarse más adelante en el caso, dependiendo del trabajo realizado por el Comité Timón de Demandantes, para que se deduzca del total de la transacción o sentencia otorgada en este caso, a pagarse de los honorarios de cada abogado.

4. Se ordena a los demandados que previo al pago de cualquier transacción o sentencia de cualquier caso, retengan el por ciento que el tribunal determine en su día, del pago de la sentencia o transacción antes de emitir el cheque correspondiente.

5. Se ordena, además, que se retenga un por ciento que podría ser de cinco por ciento (5%) para gastos del caso, el cual se deducirá de la cantidad a corresponderle a cada demandante.

DADA en San Juan, Puerto Rico, a 4 de febrero de 1999.

JOSE RODRIGUEZ VIEJO
JUEZ SUPERIOR

Nota. Esta orden será notificada inmediatamente a todos los abogados de los altos.