**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(JAF)

## ORDER

**A Final Conference is set for September 30, 2004, at 9:00 AM**. At the conference Banco Santander and CPA Héctor Sánchez-Moll will be expected to provide a report regarding compliance with the September 21, 2004 Order issued by Chief District Judge José A. Fusté.

Attorney Francisco Bruno is expected to provide the final version (English/Spanish) of the letter that is to be addressed and provided to each plaintiff with their final payment.

The Clerk of Court will summon to the conference the following parties:

Sigfredo Vélez, Vice President and Sub-Director, Trust Division, Banco Santander

Héctor Sánchez-Moll, Accountant for PSC

Attorney Francisco Bruno, PSC member

Attorney Steve Laussell, PSC member

Attorney Raúl Dávila, Enron local counsel

Edith Ríos, Financial Administrator/Supervisor, U.S. District Court

At San Juan, Puerto Rico, this 27th day of September, 2004.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge