IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> RIO PIEDRAS EXPLOSION LITIGATION | CONSOLIDATED CASE <br><br> CIVIL NO. 96-2443 (JAF) |

### REQUEST FOR RELIEF FROM ATTENDANCE AT CONFERENCE

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and respectfully requests that he be excused from attendance at the conference noticed for September 30, 2004 at 9:00 a.m. Besides being previously engaged in a hearing before the Court of First Instance of P.R., Bayamón Part in the case styled Hernández Febres et al. v. Sears Roebuck et al., DDP2002-0311 (504), there appears from the notice that nothing which would require my presence is to be discussed.

Pending before the court is my motion docket number 3740 concerning moneys the property of plaintiff Carmen Pastrana who never was subject to the jurisdiction of this court and that, somehow, her belongings have been sought to be disposed of in the instant litigation.

RESPECTFULLY SUBMITTED.

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In San Juan, P.R., this 27th day of September, 2004.


s/ Gabriel I. Peñagarícano
GABRIEL I. PEÑAGARICANO
USDCPR 120608
P.O. Box 9023520
San Juan, P.R. 00902-3520
Tel: (787) 725-2526
Fax: (787) 722-1528
email: guigo34@hotmail.com