IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(JAF)

### ORDER

**Docket No. 3745** is **NOTED**. The claims of plaintiff Carmen Pastrana will be disposed of by the Honorable Superior Judge Héctor López-García. Meanwhile, the $10,000 will remain within an escrow account under the custody of Banco Santander.

**SO ORDERED**.

At San Juan, Puerto Rico, this 5th day of October, 2004.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge