# Rio Piedras Explosion - Humberto Vidal Building
## Account Balances & Future Transactions (Bank & HSM)

| Description | Private | Global | Accounts 5% | 10% | Escrow | Court |
|---|---|---|---|---|---|---|
| **HSM Balances** | $ (0) | $ (0) | $ 3,151,069 | $ 219,602 | $ 10,000 | $ 215,464 |
| Bank Balances at 9/28/04 | 16,327 | 10,843 | 3,123,516 | 220,425 | 26,998 | 280,198 |
| Differences | (16,327) | (10,843) | 27,553 | (823) | (16,998) | (64,734) |
| **Transfers:** | | | | | | |
| Transfers to Establish Correct Balances | - | - | - | - | - | (64,734) |
| After Transfers - Bank & Court Balances | 16,327 | 10,843 | 3,123,516 | 220,425 | 26,998 | 215,464 |
| **Payments - Private Account:** | | | | | | |
| Transfer to 5% Account | (15,887) | | 15,887 | | | |
| **Payments - Global Account:** | | | | | | |
| Transfer to 5% Account | | (10,843) | 10,843 | | | |
| **Payments - Escrow Account:** | | | | | | |
| Taxes on Super Precio Case | | | | | (16,998) | |
| **Other:** | | | | | | |
| Pedro Fernandez Case | (440) | | | | | 440 |
| Transfer Balance to 5% Account | | | 823 | (823) | | |
| **Account Balances to Distributed** | $ - | $ - | $ 3,151,069 | $ 219,602 | $ 10,000 | $ 215,904 |

9/29/2004