

## EXPLOSION EN EDIFICION HUMBERTO VIDAL-RIO PIEDRAS
## HONORARIOS DEL LIC. NELSON ROCHET CONSIGNADOS EN LA CORTE

| NUMERO CONTROL | NOMBRE DEL DEMANDANTE | FECHA | Honorarios del abogado | Gastos pagados por el Demandante | Cantidad Consignada | |
|---|---|---|---|---|---|---|
| 825 | Miguel Aponte Martinez | 2/19/2003 | $ 3,190 | $ 2,126 | $ 5,316 | |
| 837 | Haydee Cabrera Martinez | 5/6/2003 | 2,464 | 2,126 | 4,590 | |
| 861 | Pedro D. Fernandez Lopez | 9/3/2004 | 440 | - | 440 | check |
| 858 | Yarachelli Encarnicion Gome | 2/19/2003 | 2,464 | 2,126 | 4,590 | brought |
| 872 | Jose L.Gonzalez Melendez | 2/19/2003 | 1,481 | - | 1,481 | to Ct. |
| 875-A | Herminia Alamo Rivera | 9/3/2004 | 1,595 | 1,063 | 2,658 | |
| 875-B | Miguelina Gonzalez Alamo | 9/3/2004 | 145 | 96 | 241 | |
| 875-C | Gregoria Gonzalez Alamo | 9/3/2004 | 145 | 96 | 241 | |
| 875-D | Carlos Gonzalez Alamo | 9/3/2004 | 145 | 96 | 241 | |
| 875-E | Pedro Juan Gonzalez | 9/3/2004 | 145 | 96 | 241 | |
| 875-F | Zandra I. Gonzalez Alamo | 9/3/2004 | 145 | 96 | 241 | |
| 875-G | Inocencio Gonzalez Alamo | 9/3/2004 | 145 | 97 | 242 | |
| 875-H | Milagros Gonzalez Alamo | 9/3/2004 | 145 | 97 | 242 | |
| 875-I | Margarita Gonzalez Alamo | 9/3/2004 | 145 | 97 | 242 | |
| 875-J | Sylvia Gonzalez Alamo | 9/3/2004 | 145 | 97 | 242 | |
| 875-K | Minerva Gonzalez Alamo | 9/3/2004 | 145 | 97 | 242 | |
| 875-L | Placido Gonzalez Alamo | 9/3/2004 | 145 | 98 | 243 | |
| 882 | Arcadio Jimenez Arocho | 2/19/2003 | 3,190 | 2,126 | 5,316 | |
| 897 | Juan Morales Villegas | 5/6/2003 | 2,200 | 626 | 2,826 | |
| 915 | Gisela Reyes | 5/6/2003 | 2,200 | 626 | 2,826 | |
| 920 | Eli Rodrtiguez Nieves | 2/21/2003 | 2,464 | 2,126 | 4,590 | |
| 1617 | Rolando Diaz Peralta | 2/19/2003 | 2,464 | 2,126 | 4,590 | |
| 1160-GS | Angel Marrero Negron | 2/19/2003 | 16,155 | 12,643 | 28,798 | |
| 807-A-GS | Polonia Acosta | 8/27/2004 | 1,466 | 430 | 1,896 | |
| 807-B-GS | Rafael Camilio Acosta | 8/27/2004 | 1,467 | 430 | 1,897 | |
| 807-C-GS | Valerio Acosta | 8/27/2004 | 1,467 | 430 | 1,897 | |
| 807-D-GS | Agustina Acosta | 8/27/2004 | 1,467 | 430 | 1,897 | |
| 807-E-GS | Ada Antigua Acosta | 8/27/2004 | 1,467 | 430 | 1,897 | |
| 807-F-GS | Johanna Acosta | 8/27/2004 | 733 | - | 733 | |
| 807-G-GS | Sonya Acosta | 8/27/2004 | 733 | - | 733 | |
| 808-GS | Benigno Borrero | 2/192003 | 13,354 | 6,370 | 19,724 | |
| 809-GS | Evelyn Figueroa Galarza | 2/19/2003 | 8,903 | 5,596 | 14,499 | |
| 810-GS | Genova Morales Morales | 2/19/2003 | 8,903 | 3,046 | 11,949 | |
| 811-GS | Hector Paulino Gomez | 2/19/2003 | 6,600 | 2,745 | 9,345 | |
| 812-Gs | Milagros Ramirez Mojica | 2/19/2003 | 8,903 | 3,046 | 11,949 | |
| 813-GS | Rafael De Jesus Ramirez Vald | 2/19/2003 | 17,805 | 7,293 | 25,098 | |
| 815-GS | Nereida Rivera Sanchez | 2/19/2003 | 2,671 | 4,425 | 7,096 | |
| 816-GS | Jose M. rosa CHAVEZ | 2/20/2003 | 7,751 | 2,946 | 10,697 | |
| 817-GS | Aida Serpe Sanchez | 2/19/2003 | 4,451 | 4,823 | 9,274 | |
| 818-GS | Jose Miguel Vargas Vazquez | 2/19/2003 | 11,440 | 3,204 | 14,644 | |
| Total | | | $ 141,483 | $ 74,421 | $ 215,904 | |

NOTAS:

Caso #807 Sucesion Ramona Acosta, la cantidad total de este caso se distribulle entre los herederos.

Caso#875 Sucesion Placido Gonzales, la cantidad total de este caso se distribulle entre los herederos.

9/29/2004