IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(JAF)

RECEIVED & FILED
'4 OCT 15 PM 4: 05

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

The actions being undertaken by the parties, as described and endorsed by Magistrate-Judge Aida M. Delgado-Colón's Final Conference Report, dated October 14, 2004, are **NOTED** and **APPROVED**.

Banco Santander is **ORDERED** to proceed with the disbursement of the amounts deposited and under its custody within the "5%" and "10%" Accounts. All amounts payable to minor claimants are to be consigned with the Commonwealth Court of First Instance, San Juan Part.

The amount deducted from the settlement award of plaintiff Carmen Pastrana ($10,000) will remain within the custody of Banco Santander, deposited in an escrow account, until a final determination in this regard is issued by Superior Judge Héctor López-García.

All individual attorneys will immediately proceed to provide notice to each plaintiff they represented of the procedures adopted for disbursement, claim and issuance of last payment of "surplus cash in the 5% Account."

Banco Santander is **ORDERED** to provide notice to the Court of the consignation of monies before the Commonwealth Court, closing of accounts under its custody and any other matter making Court action warranted.

The Clerk of Court is instructed to proceed in accordance with the parameters and guidance provided within the Final Conference Report.

**SO ORDERED.**

At San Juan, Puerto Rico, this 15th day of October, 2004.

S/ José Antonio Fusté
José Antonio Fusté
Chief District Judge