IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Consolidated Case
Civil No. 96-2443(JAF)

(This document relates to all civil actions listed on "Exhibit A" attached hereto)

## JUDGMENT

At the Final Conference held on September 30, 2004, before Magistrate-Judge Aida M. Delgado-Colón, the Court was advised that all matters in controversy between plaintiffs and defendants have been and are fully and finally resolved; that all settlement funds to be paid on behalf of the defendants have been received by Banco Santander, as escrow agent for the plaintiffs and their counsel; and that all such funds in the Private Settlement Account (80-0072-00) and the Global Settlement Account (80-0072-06) have been distributed.

**IT IS THEREFORE ORDERED** that the captioned consolidated and individual actions be and are hereby **DISMISSED**, with prejudice and without cost, and closed.

**IT IS FURTHER ORDERED** that all relief requested in these actions and not heretofore granted is **DENIED**.

**IT IS FURTHER ORDERED** that this Judgment fully and finally disposes of all parties and claims.

**SO ORDERED.**

At San Juan, Puerto Rico, this 18th day of October, 2004.

S/ José Antonio Fusté
José Antonio Fusté
Chief U.S. District Judge