## EXHIBIT A

### Individual Civil Action Nos.

| | | | | | |
|---|---|---|---|---|---|
| 96-2443 | 97-1150 | 97-1536 | 97-2372 | 97-2687 | 97-2754 |
| 96-2449 | 97-1151 | 97-1545 | 97-2395 | 97-2688 | 97-2755 |
| 96-2450 | 97-1152 | 97-1578 | 97-2433 | 97-2689 | 97-2756 |
| 96-2453 | 97-1153 | 97-1598 | 97-2443 | 97-2690 | 97-2757 |
| 96-2454 | 97-1157 | 97-1676 | 97-2461 | 97-2691 | 97-2758 |
| 96-2455 | 97-1164 | 97-1677 | 97-2462 | 97-2692 | 97-2759 |
| 96-2466 | 97-1167 | 97-1678 | 97-2483 | 97-2693 | 97-2760 |
| 96-2486 | 97-1172 | 97-1700 | 97-2484 | 97-2694 | 97-2761 |
| 96-2487 | 97-1173 | 97-1724 | 97-2485 | 97-2695 | 97-2762 |
| 96-2488 | 97-1184 | 97-1738 | 97-2486 | 97-2696 | 97-2763 |
| 96-2491 | 97-1185 | 97-1739 | 97-2488 | 97-2697 | 97-2765 |
| 96-2498 | 97-1186 | 97-1740 | 97-2540 | 97-2698 | 97-2769 |
| 96-2502 | 97-1187 | 97-1770 | 97-2561 | 97-2707 | 97-2770 |
| 96-2503 | 97-1188 | 97-1771 | 97-2575 | 97-2708 | 98-1150 |
| 96-2504 | 97-1190 | 97-1772 | 97-2585 | 97-2709 | 98-1519 |
| 96-2507 | 97-1193 | 97-1779 | 97-2586 | 97-2710 | 98-1572 |
| 96-2508 | 97-1199 | 97-1788 | 97-2594 | 97-2711 | 99-1196 |
| 96-2514 | 97-1200 | 97-1806 | 97-2595 | 97-2712 | 99-1255 |
| 96-2524 | 97-1204 | 97-1849 | 97-2596 | 97-2713 | 99-1337 |
| 96-2525 | 97-1205 | 97-1850 | 97-2597 | 97-2714 | 99-1746 |
| 96-2526 | 97-1206 | 97-1851 | 97-2598 | 97-2716 | 99-2293 |
| 96-2527 | 97-1207 | 97-1852 | 97-2616 | 97-2717 | 99-2414 |
| 96-2531 | 97-1236 | 97-1853 | 97-2621 | 97-2718 | 00-1080 |
| 96-2533 | 97-1239 | 97-1854 | 97-2622 | 97-2719 | 00-1178 |
| 96-2542 | 97-1257 | 97-1891 | 97-2655 | 97-2720 | 02-1839 |
| 96-2543 | 97-1271 | 97-1916 | 97-2656 | 97-2721 | |
| 96-2544 | 97-1273 | 97-1918 | 97-2657 | 97-2722 | |
| 96-2545 | 97-1287 | 97-1919 | 97-2658 | 97-2723 | |
| 96-2546 | 97-1296 | 97-1920 | 97-2659 | 97-2724 | |
| 96-2550 | 97-1297 | 97-1956 | 97-2660 | 97-2725 | |
| 96-2551 | 97-1299 | 97-1957 | 97-2661 | 97-2726 | |
| 96-2561 | 97-1341 | 97-1983 | 97-2663 | 97-2727 | |
| 96-2566 | 97-1342 | 97-2013 | 97-2664 | 97-2728 | |
| 96-2567 | 97-1357 | 97-2014 | 97-2665 | 97-2729 | |
| 96-2569 | 97-1364 | 97-2015 | 97-2666 | 97-2730 | |
| 96-2570 | 97-1373 | 97-2016 | 97-2667 | 97-2731 | |
| 96-2571 | 97-1374 | 97-2020 | 97-2668 | 97-2732 | |
| 96-2572 | 97-1384 | 97-2051 | 97-2669 | 97-2733 | |
| 96-2599 | 97-1448 | 97-2138 | 97-2671 | 97-2734 | |
| 96-2609 | 97-1449 | 97-2145 | 97-2674 | 97-2735 | |
| 96-2617 | 97-1477 | 97-2146 | 97-2675 | 97-2736 | |
| 96-2622 | 97-1478 | 97-2240 | 97-2677 | 97-2738 | |
| 96-2623 | 97-1499 | 97-2241 | 97-2678 | 97-2741 | |
| 96-2638 | 97-1500 | 97-2243 | 97-2679 | 97-2742 | |
| 97-1038 | 97-1501 | 97-2257 | 97-2680 | 97-2744 | |
| 97-1107 | 97-1502 | 97-2266 | 97-2681 | 97-2745 | |
| 97-1109 | 97-1503 | 97-2267 | 97-2682 | 97-2749 | |
| 97-1116 | 97-1504 | 97-2319 | 97-2683 | 97-2750 | |
| 97-1123 | 97-1506 | 97-2320 | 97-2684 | 97-2751 | |
| 97-1127 | 97-1507 | 97-2328 | 97-2685 | 97-2752 | |
| 97-1146 | 97-1529 | 97-2344 | 97-2686 | 97-2753 | |