IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RIO PIEDRAS EXPLOSION<br>LITIGATION | Case No.: 96-2443 (JAF)<br><br>Consolidated Case |

### MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT:**

COMES NOW Banco Santander de Puerto Rico (hereinafter referred to as "Banco Santander"), by and through the undersigned attorneys, and very respectfully states and prays as follows:

On October 14th, 2004, Honorable Magistrate Judge Aida M. Delgado issued a Final Conference Report were the appearing party was ordered to deposit the payment distribution to minors amount on or before October 31st, 2004. See Docket No. 3748. Pursuant to that Order, on October 29th, 2004, Banco Santander deposited $313,302.00 with the Commonwealth of Puerto Rico Court of First Instance, San Juan Part, Case No. KJV04-2377 (604). See **Exhibit #1**.

Pursuant to Local Civil Rule 10(b), the appearing party respectfully requests that this Honorable Court grants leave to file the attached Exhibit #1 in Spanish.  In addition, Banco

Informative Motion
Civil No. 96-2443 (JAF)

Santander requests that this Honorable Court grants a fifteen (15) day extension of time to file an English translation of such document, certified by a Court translator. Such period of time expires on November 20th, 2004.

**WHEREFORE,** Banco Santander de Puerto Rico respectfully requests from this Honorable Court to take notice of the above for all pertinent legal effects, to grant leave to file Exhibit #1 in Spanish, and to grant a fifteen (15) day extension of time to file a certified English translation of Exhibit #1, up to and including November 20th, 2004.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on 11/5/2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 5th day of November, 2004.

s/ *Luis N. Saldaña*
Luis N. Saldaña Bar Number: 208001
s/ *Francisco J. Vizcarrondo*
Francisco Vizcarrondo Bar Number: 221714
Attorneys for Banco Santander de P.R.
**SALDAÑA & CARVAJAL, P.S.C.**
VIG Tower – Suite 702
1225 Ponce de León Ave.
San Juan, P.R. 00907
Tel: (787) 289-9250
Fax: (787) 289-9253
E-mail: saldanaroman1@microjuris.com
       fvizcarrondo@microjuris.com

2