ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

BANCO SANTANDER PUERTO RICO

Parte Peticionaria Consignador

SALA 604

CIVIL NÚM.: KJV04-2377

PARTES INTERESADAS INRE RÍO PIEDRAS EXPLOSION LITIGATION CIVIL NO. 96-2443 (JAF) UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

Consignatario

EXPARTE

2004 OCT 29 PM 4:2...

## PETICIÓN DE CONSIGNACIÓN

AL HONORABLE TRIBUNAL:

COMPARECE Banco Santander Puerto Rico (en adelante "BSPR") por conducto de la representación legal que suscribe y muy respetuosamente expone y solicita:

1. El pasado 15 de octubre de 2004, el Tribunal de Distrito Federal para Puerto Rico, a través del Honorable Juez José Antonio Fusté, ordenó a Banco Santander Puerto Rico consignar en el Tribunal de Primera Instancia, Distrito de San Juan del Estado Libre Asociado de Puerto Rico, las cantidades de dineros depositados bajo la custodia BSPR, en el caso federal INRE Río Piedras Explosion Litigation, Civil Núm. 96-2443 (JAF) con el propósito de distribuirse a favor de los siguientes ciento dieciséis (116) menores de edad, por las cantidades aquí dispuestas:

| MENOR | SEGURO SOCIAL | CANTIDAD CONSIGNADA | NUMERO DE CHEQUE |
|---|---|---|---|
| Karla M. Fontanez Arroyo | 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 | 8,614.00 | 040254 |
| Xavier Rodríguez Tirado | 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 | 2,153.00 | 040463 |
| Bryan Alexis Medina | 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 | 28,712.00 | 040457 |
| Jonathan Cruz Tavárez | 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 | 8,614.00 | 040459 |
| María E Quintero Padilla | 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 | 287.00 | 040461 |
| Jorge A. Colon Montijo | 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 | 14.00 | 040460 |
| Jeannette Sanchez Gonzalez | 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 | 1,436.00 | 040458 |
| Yaritza Sanchez Gonzalez | 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 | 1,436.00 | 040456 |
| Sthephanie Lee Vélez Diaz | 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 | 7,465.00 | 040462 |
| Yosimar Lebrón Rodríguez | 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 | 144.00 | 040483 |
| Agustín Nieves Oyola | 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 | 144.00 | 040484 |
| Yalimar Nieves Oyola | 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 | 144.00 | 040488 |
| Joshua Nieves Pagán | 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 | 144.00 | 040486 |
| Jomarie Mirabal Rodríguez | 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 | 144.00 | 040485 |

2

| Name | SSN | Amount | Number |
|---|---|---|---|
| Rafael Mirabal Rodriguez | 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 | 144.00 | 040487 |
| Rafael Feliciano Del Valle | 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 | 86.00 | 040492 |
| Hector L. Clemente Allende | 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 | 431.00 | 040497 |
| Keishla Lee Clemente | 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 | 144.00 | 040498 |
| Juan A. Cruz Santiago | 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 | 2,871.00 | 040504 |
| Christian Joel Cruz Santiago | 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 | 2,871.00 | 040503 |
| Gaysha Naim Ramos | 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 | 718.00 | 040515 |
| Imalay Nahomi Ramos | 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 | 718.00 | 040516 |
| Pedro F. Ramos Rivera | 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 | 718.00 | 040521 |
| Jerardine F. Romero | 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 | 4,307.00 | 040520 |
| Gretchen Rodriguez | 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 | 718.00 | 040560 |
| Norman Vega Rodríguez | 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 | 1,005.00 | 040561 |
| Javier Alicea Millan | 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 | 345.00 | 040692 |
| Juan Javier Alicea Millan | 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 | 459.00 | 040683 |
| Santiago J. Cortes Pérez | 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 | 14.00 | 040823 |
| Zoraida Cortes Pérez | 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 | 14.00 | 041737 |
| Rosageris García Rosario | 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 | 1,148.00 | 040822 |
| Amarilis Francesca Mejias Perdomo | 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 | 689.00 | 040686 |
| Michelle Mejías Perdomo | 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 | 115.00 | 040820 |
| Jan Luis Meléndez Casiano | 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 | 46.00 | 040691 |
| Vanessa Rodríguez Rosado | 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 | 23.00 | 040824 |
| Luis Santiago Vázquez | 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 | 230.00 | 040818 |
| Andrea A. Talavera | 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 | 574.00 | 040687 |
| Marcos A. Tejera Paredes | 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 | 1,723.00 | 040684 |
| Aleivan Trinidad Fanco | 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 | 43.00 | 040879 |
| Francisco Rivera Sarrata | 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 | 1,436.00 | 040689 |
| Angel Bruno Pastrana | 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 | 230.00 | 040681 |
| Jonathan Dieppa Barreiro | 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 | 115.00 | 040815 |
| Tamara Dieppa Barreiro | 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 | 115.00 | 040685 |
| Liznery Feliciano Vélez | 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 | 46.00 | 040817 |
| Isabelisse Guzmán Sánchez | 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 | 46.00 | 040844 |
| Yamil Jiménez Luciano | 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 | 57.00 | 040825 |
| Anibal Martínez Marquez | 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 | 115.00 | 040682 |
| Joel Martínez Navarro | 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 | 69.00 | 041749 |
| Mary Ann Martinez Marquez | 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 | 115.00 | 040819 |
| Jose A. Pagan Andrade | 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 | 144.00 | 040816 |
| Patricia Sánchez Ayala | 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 | 96.00 | 040821 |
| Xavier J. Jiménez González | 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 | 287.00 | 040970 |
| Brenmarie García Rivera | 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 | 230.00 | 041133 |
| Joselyn Rodríguez Ramos | 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 | 10,049.00 | 041196 |
| Kassandra Rodríguez Ramos | 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 | 10,049.00 | 041738 |
| Amy Rodríguez Ramos | 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 | 10,049.00 | 041187 |
| Kiomary Suarez Ocasio | 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 | 8,614.00 | 041196 |
| Ninoshka Vélez Pérez | 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 | 7,293.00 | 041199 |
| Shirley M. Vélez Pérez | 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 | 7,264.00 | 041200 |
| Nathaniel Sanchez De Leon | 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 | 9,245.00 | 041198 |
| Ernesto Rivera Pagán | 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 | 8,614.00 | 041188 |
| Francy J. Román López | 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 | 11,198.00 | 041189 |
| Abraham N. Betancourt | 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 | 9,762.00 | 041186 |
| Jose E. Cruz Colon | 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 | 287.00 | 041192 |
| Irmarie Aymee Morales Quiñones | 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 | 144.00 | 041190 |
| Ivonne V. Morales Quiñones | 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 | 144.00 | 041191 |
| Marco E. Santiago Calderon | 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 | 1,436.00 | 041197 |
| Milagros Hernández Pizarro | 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 | 1,683.00 | 041029 |
| Michael Ocasio Prado | 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 | 2,153.00 | 041739 |
| Lourdes I. Pagan Perez | 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 | 3,302.000 | 041740 |

2

| Name | SSN | Amount | Check # |
|---|---|---|---|
| Cariangelis Albelo Carraquillo | 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 | 1,005.00 | 041741 |
| Luis F Albelo Carraquillo | 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 | 1,005.00 | 041742 |
| Yarilis Rodríguez Pagán | 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 | 1,436.00 | 041032 |
| Sandy Payano Piñero | 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 | 1,292.00 | 040813 |
| Katia De León Mojica | 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 | 1,436.00 | 041744 |
| Christian Payano Piñero | 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 | 1,292.00 | 040811 |
| Jose Payano Piñero | 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 | 1,292.00 | 040812 |
| Yaritza Rivera De Jesús | 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 | 1,436.00 | 041033 |
| Víctor Sola Agosto | 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 | 1,436.00 | 041030 |
| Weyda Liz Torres Ruiz | 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 | 1,436.00 | 041031 |
| Deborah Janeury Pérez | 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 | 5,742.00 | 041084 |
| Maria Esther Perez | 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 | 5,742.00 | 041085 |
| Carla De Marchena Díaz | 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 | 287.00 | 041093 |
| Gabriela Garcia | 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 | 287.00 | 041114 |
| Miguel García Dologaray | 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 | 287.00 | 041115 |
| Roxanna Rivera Díaz | 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 | 310.00 | 041480 |
| Rolando Rivera Rodríguez | 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 | 7,312.00 | 041477 |
| Kymisha Reyes Otero | 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 | 18,887.00 | 041461 |
| Yanira Reyes Otero | 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 | 13,530.00 | 041462 |
| Jennifer Cuevas Fermin | 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 | 144.00 | 041476 |
| Kelvia A. Cuevas Fermin | 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 | 144.00 | 041475 |
| Katiria Reyes Santos | 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 | 144.00 | 041460 |
| Rolando Díaz Peralta | 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 | 322.00 | 041743 |
| Elisa Marim Ayala | 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 | 871.00 | 041491 |
| Jean Khris Picorelli Cruz | 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 | 10,457.00 | 041492 |
| Stephanie A. Torres | 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 | 574.00 | 041486 |
| Myrna Marie Méndez | 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 | 574.00 | 041487 |
| Gabriel Hernandez Tavarez | 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 | 11,485.00 | 041635 |
| Javier Hernandez Tavarez | 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 | 11,485.00 | 041636 |
| Linda Mirelis Fernandez | 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 | 8,614.00 | 041633 |
| Iris Melania Mojica Rosa | 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 | 445.00 | 041634 |
| Yajaira M. Tavarez Rodríguez | 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 | 144.00 | 041641 |
| Kenia M. Tavarez Tavarez | 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 | 574.00 | 041638 |
| Laura Enit Cabrera Tavarez | 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 | 287.00 | 041640 |
| Jorge Tavarez Tavarez | 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 | 431.00 | 041637 |
| Astrid A. Soto Tavarez | 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 | $ 144.00 | 041681 |
| Kisari M. Cosme Guzmán | 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 | 129.00 | 041639 |
| Yelitza Liz González Delgado | 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 | 1,005.00 | 041499 |
| Jay Chiarries O'Neill | 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 | 10,408.00 | 041501 |
| Gretchen D. O'Neil | 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 | 8,972.00 | 041500 |
| Raislibeth Alicano | 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 | 296.00 | 041528 |
| Raymond Alicano | 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 | 296.00 | 041529 |
| Raymond E. Alicano | 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 | 296.00 | 041530 |
| Dalines Correa Morales | 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 | 287.00 | 041526 |
| Felix Alejandro Correa | 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 | 287.00 | 041527 |
| Johnatan Valentín Castro | 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 | 57.00 | 040224 |

2. El total de los fondos consignados en esta moción ascienden a un total de $313,302.00.

3. Además, para que el pago a los menores antes señalados les sea efectivo, éste debe serles de utilidad, según lo dispuesto en el

3

Artículo 1117 del Código Civil de Puerto Rico, 31 L.P.R.A. Sec. 3167.

4. Estando los menores incapacitados para administrar sus bienes, BSPR desea consignar conforme a lo ordenado por el Tribunal Federal, la totalidad de los fondos custodiados. Una vez se considere la intervención del Honorable Procurador de Menores, se solicita de este Honorable Tribunal que decrete bien hecha esta consignación y declare y resuelva que BSPR ha pagado bien y, por lo tanto, queda relevada de cualquier obligación de pago.

5. Con esta moción se acompañan ciento veintiséis (126) cheques certificados, descritos en el inciso (1), a nombre del Secretario del Tribunal de Primera Instancia Sala de San Juan, que constituye el total de los fondos depositados en BSPR.

POR TODO LO CUAL, muy respetuosamente BANCO SANTANDER PUERTO RICO le solicita a este Honorable Tribunal que acepte la consignación aquí hecha y, luego de los tramites de rigor, distribuya los fondos consignados, declare y resuelva que BANCO SANTANDER PUERTO RICO ha pagado bien y, por lo tanto, queda relevada de cualquier obligación de pago.

CERTIFICO haber enviado en el día de hoy copia fiel y exacta del presente escrito a la Honorable Procuradora de Menores de San Juan, P.O. 190887 San Juan, P.R. 00911-0887; Abraham, Waltkins, Sorrels, Mathews & Friend 800 Commerce St. Houston, TX 77002; Bufete Alvaro Calderón Box 192259, San Juan P. R. 00919-2259; Lcdo. Benjamín Ortiz, P.O. Box 191953, San Juan, P.R. 00919-1953; Bufete Lausell & Carlo, PCS American Bulding PH 1509 López Landrón San Juan, P.R. 00911; Lcdo. Carlos Padín Pérez, Urb. El Vedado Calle Bonafoux, San Juan, PR. 00918; Lcdo. Eric M. Quetglas Jordan, P.O. BO 16606 San Juan, P. R. 00908-6606; Lcdo. Flavio E. Alvarez Cobian, 338 Ave. San Claudio Urb. Sagrado Corazón Río Piedras, P.R. 00926; Lcdo. Francisco Troncoso, P.O. Box 9023352 San Juan, P.R. 00902-3353; Freddie Pérez González & Associates, PSC P.O. Box 193729 San Juan, P.R. 00919-3729; Gervits & Barrios PSC, Cond. El Centro I Oficina 220 Ave. Muñoz Rivera Hato Rey, P.R. 00918; Jiménez Graffam & Lausell, P.O. Box 366104 San Juan, P.R. 00936-6104; Lcdo. Jorge M. Izquierdo San Miguel, PMB 180202-A Calle

San Justo San Juan, P.R. 00901-1711; Lcdo. Jorge Ortiz Brunet P.O. Box 192064 San Juan, P.R. 00901-1711; Lcdo. José A. Cuebas Segarra, P.O. Box 191735 San Juan, P.R. 00919-1735; McConnell Valdés, 270 Ave. Muñoz Rivera, Hato Rey P.R. 00918; Lcdo Miguel López Birriel, 48 S.E.1189 Urb. Reparto Metropolitano San Juan, P.R. 00921; Lcdo. Pedro J. Saade Llorens, Ofic. 402 Edif. Esquired Calle Vela #2 San Juan, P.R. 00918; Pérez Rojas PSC Calle Ferrocarril 1056 Río Piedras, P.R. 00925; Lcdo. Peter J. Satz Hanley, Aptdo. 9020856 Old San Juan, P.R. 00902-0856; Lcdo. Rafael Román Jiménez, Capital Center I Suite 401 Arterial Hostos 239, San Juan, P.R. 00918; Lcdo. Thomas Doran Gelabert Calle Calaf, 400 Suite 60 San Juan, P.R. 00918-1323.

RESPETUOSAMENTE SOMETIDO

En San Juan, Puerto Rico hoy 29 de octubre de 2004.

BANCO SANTANDER PUERTO RICO
P.O. BOX 362589
SAN JUAN, P.R. 00936-2589
TEL.: (787)777-4571
FAX: (787)753-3285
E-MAIL: cgl@bspr.com

CRISTINA E. GONZÁLEZ LINEROS
COLEGIADO NUMERO 13803

5