IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RIO PIEDRAS EXPLOSION<br>LITIGATION | Case No.: 96-2443 (JAF)<br><br>Consolidated Case |

## MOTION SUBMITTING CERTIFIED TRANSLATION

**TO THE HONORABLE COURT:**

COMES NOW Banco Santander de Puerto Rico (hereinafter referred to as "Banco Santander"), by and through the undersigned attorney, and very respectfully states and prays as follows:

On November 5, 2004, Banco Santander filed a *Motion in Compliance With Order* including as Exhibit #1 a copy, in Spanish, of the *Motion for Consignment* filed by the appearing party with the Commonwealth of Puerto Rico Court of First Instance, San Juan Part, Case No. KJV04-2377 (604). See Docket No. 3753. In said Motion, leave to file a certified translation of Exhibit #1 was requested. Id. This Honorable Court granted leave to file the certified translation of the Motion for Consignment on November 8, 2004. See Docket No. 3754.

Motion Submitting Certified Translation
Civil No. 96-2443 (JAF)

Pursuant to this Honorable Court's Order, Banco Santander files the present Motion including as **Exhibit #1** the certified translation of the aforementioned Motion for Consignment.

**WHEREFORE,** Banco Santander de Puerto Rico respectfully requests from this Honorable Court to take notice of the above for all pertinent legal effects.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on 11/15/2004 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 15th day of November, 2004.

s/ *Francisco J. Vizcarrondo*
Francisco Vizcarrondo Bar Number: 221714
Attorney for Banco Santander de P.R.
**SALDAÑA & CARVAJAL, P.S.C.**
VIG Tower – Suite 702
1225 Ponce de León Ave.
San Juan, P.R. 00907
Tel: (787) 289-9250
Fax: (787) 289-9253
E-mail: fvizcarrondo@microjuris.com