Certified Translation
Janis Palma, USCCI

[sticker: EXHIBIT - 1 -]

```
COMMONWEALTH OF PUERTO RICO
   COURT OF FIRST INSTANCE
   SAN JUAN SUPERIOR COURT
```

| | |
|---|---|
| BANCO SANTANDER PUERTO RICO<br><br>Petitioner Consigner<br><br>INTERESTED PARTIES IN RE RIO PIEDRAS EXPLOSION LITIGATION CIVIL NO. 96-2442 (JAF) UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO<br><br>Consignee<br><br>EX PARTE | COURTROOM 604<br><br>CIVIL NO. KJV04-2377<br><br>[date stamp] |

MOTION FOR CONSIGNMENT

TO THE HONORABLE COURT:

COMES NOW Banco Santander Puerto Rico (hereinafter "BSPR") through the undersigned legal representative and very respectfully states and petitions:

1.  Last October 15, 2004 the U.S. District Court for Puerto Rico, through the Honorable Judge José Antonio Fusté, ordered Banco Santander Puerto Rico to deposit with the Court of First Instance, San Juan District, for the Commonwealth of Puerto Rico, the amounts of money under BSPR custody in federal case IN RE Río Piedras Explosion Litigation, Civil

No. 96-2443 (JAF) for the purpose of distributing it among the following one hundred sixteen (116) minors, in the amounts herein provided:

| MINOR | SOCIAL SECURITY | AMOUNT CONSIGNED | CHECK NUMBER |
|---|---|---|---|
| Karla M. Fontanez Arroyo | 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 | 8,614.00 | 040254 |
| Xavier Rodriguez Tirado | 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 | 2,153.00 | 040453 |
| Bryan Alexis Medina | 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 | 25,712.00 | 040457 |
| Jonathan Cruz Tavárez | 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 | 8,614.00 | 040459 |
| Maria E Quintero Padilla | 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 | 287.00 | 040461 |
| Jorge A. Colón Montijo | 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 | 14.00 | 040460 |
| Jeannette Sanchez Gonzalez | 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 | 1,436.00 | 040455 |
| Maritza Sanchez Gonzalez | 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 | 1,436.00 | 040456 |
| Sthephanie Lee Vélez Díaz | 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 | 7,465.00 | 040452 |
| Yosimar Lebrón Rodriguez | 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 | 144.00 | 040483 |
| Agustín Nieves Oyola | 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 | 144.00 | 040484 |
| Yalimar Nieves Oyola | 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 | 144.00 | 040485 |
| Joshua Nieves Pagán | 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 | 144.00 | 040486 |
| Jomarie Mirabal Rodriguez | 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 | 144.00 | 040485 |
| Rafael Mirabal Rodriguez | 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 | 144.00 | 040487 |
| Rafael Feliciano Del Valle | 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 | 85.00 | 040492 |
| Hector L. Clemente Allende | 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 | 431.00 | 040497 |
| Keishla Lee Clemente | 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 | 144.00 | 040498 |
| Juan A. Cruz Santiago | 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 | 2,871.00 | 040504 |
| Christian Joel Cruz Santiago | 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 | 2,871.00 | 040503 |
| Gaysha Naim Ramos | 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 | 718.00 | 040515 |
| Imalay Nahomi Ramos | 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 | 718.00 | 040516 |
| Pedro F. Ramos Rivera | 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 | 718.00 | 040521 |
| Jarardine F. Romero | 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 | 8,307.00 | 040520 |
| Gretchen Rodriguez | 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 | 718.00 | 040560 |
| Norman Vega Rodriguez | 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 | 1,005.00 | 040561 |
| Javier Alicea Millan | 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 | 345.00 | 040692 |
| Juan Javier Alicea Millan | 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 | 459.00 | 040693 |
| Santiago J. Cortes Pérez | 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 | 14.00 | 040823 |
| Zoraida Cortes Pérez | 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 | 14.00 | 041737 |
| Rosagaris Garcia Rosario | 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 | 1,148.00 | 040822 |
| Amarilis Francesca Mejias Perdomo | 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 | 685.00 | 040686 |
| Michelle Mejias Perdomo | 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 | 115.00 | 040820 |
| Jan Luis Meléndez Casiano | 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 | 46.00 | 040691 |
| Vanessa Rodriguez Rosado | 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 | 23.00 | 040824 |
| Luis Santiago Vázquez | 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 | 230.00 | 040818 |

Certified Translation
Janis Palma, USCCI

Page 3 of 7

| Name | SSN | Amount | Number |
|---|---|---|---|
| Andrea A. Talavera | 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 | 974.00 | 040687 |
| Marcos A. Tejera Paredes | 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 | 1,723.00 | 040684 |
| Aleivan Trinidad Panco | 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 | 43.00 | 040879 |
| Francisco Rivera Zarrata | 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 | 1,436.00 | 040689 |
| Angel Bruno Pastrana | 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 | 230.00 | 040681 |
| Jonathan Dieppa Barreiro | 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 | 115.00 | 040815 |
| Tamara Dieppa Barreiro | 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 | 115.00 | 040505 |
| Linnery Feliciano Vélez | 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 | 46.00 | 040817 |
| Isabellisse Guzmán Sánchez | 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 | 46.00 | 040844 |
| Yenil Jiménez Luciano | 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 | 57.00 | 040825 |
| Anibal Martínez Marquez | 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 | 115.00 | 040682 |
| Joal Martínez Navarro | 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 | 69.00 | 041749 |
| Mary Ann Martínez Marquez | 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 | 115.00 | 040819 |
| Jose A. Pagán Andrade | 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 | 144.00 | 040816 |
| Patricia Sánchez Ayala | 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 | 96.00 | 040821 |
| Xavier J. Jiménez González | 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 | 287.00 | 040970 |
| Brenmarie García Rivera | 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 | 230.00 | 041133 |
| Josslyn Rodríguez Ramos | 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 | 10,049.00 | 041196 |
| Kassandra Rodríguez Ramos | 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 | 10,049.00 | 041738 |
| Amy Rodríguez Ramos | 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 | 10,049.00 | 041187 |
| Xiomary Suárez Ocasio | 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 | 8,614.00 | 041196 |
| Ninoshka Vélez Pérez | 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 | 7,293.00 | 041199 |
| Shirley M. Vélez Pérez | 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 | 7,264.00 | 041200 |
| Nathaniel Sánchez De León | 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 | 9,245.00 | 041198 |
| Ernesto Rivera Pagán | 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 | 8,614.00 | 041188 |
| Francy J. Román López | 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 | 11,198.00 | 041189 |
| Abraham N. Betancourt | 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 | 9,762.00 | 041186 |
| Jose E. Cruz Colón | 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 | 287.00 | 041192 |
| Irmarie Aymee Morales Quiñones | 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 | 144.00 | 041190 |
| Ivonne V. Morales Quiñones | 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 | 144.00 | 041191 |
| Marco E. Santiago Calderón | 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 | 1,436.00 | 041197 |
| Milagros Hernández Pizarro | 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 | 1,683.00 | 041029 |
| Michael Ocasio Prado | 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 | 2,153.00 | 041739 |
| Lourdes I. Pagán Pérez | 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 | 3,302.000 | 041740 |
| Carlangelis Albelo Carrasquillo | 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 | 1,005.00 | 041741 |
| Luis F Albelo Carrasquillo | 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 | 1,005.00 | 041742 |
| Yarilis Rodríguez Payán | 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 | 1,436.00 | 041032 |
| Sandy Payano Piñero | 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 | 1,292.00 | 040813 |
| Katia De León Mojica | 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 | 1,436.00 | 041744 |
| Christian Payano Piñero | 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 | 1,292.00 | 040811 |
| Jose Payano Piñero | 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 | 1,292.00 | 040812 |
| Maritza Rivera De Jesús | 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 | 1,436.00 | 041033 |
| Victor Sola Acosta | 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 | 1,436.00 | 041030 |
| Neyda Lis Torres Ruiz | 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 | 1,436.00 | 041031 |
| Deborah January Pérez | 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 | 5,742.00 | 041084 |
| Maria Esther Pérez | 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 | 5,742.00 | 041085 |

Certified Translation                                                      Page 4 of 7
Janis Palma, USCCI

| Name | SSN | Amount | Number |
|---|---|---|---|
| Carla De Marchena Díaz | 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 | 287.00 | 041093 |
| Gabriela García | 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 | 287.00 | 041114 |
| Miguel García Dologaray | 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 | 287.00 | 041115 |
| Roxanna Rivera Díaz | 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 | 310.00 | 041480 |
| Rolando Rivera Rodríguez | 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 | 7,312.00 | 041477 |
| Rymisha Reyes Otero | 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 | 16,807.00 | 041461 |
| Yanira Reyes Otero | 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 | 15,530.00 | 041462 |
| Jennifer Cuevas Fermín | 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 | 144.00 | 041475 |
| Kelvia A. Cuevas Fermín | 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 | 144.00 | 041476 |
| Katiria Reyes Santos | 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 | 144.00 | 041480 |
| Rolando Díaz Peralta | 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 | 322.00 | 041743 |
| Elías María Ayala | 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 | 871.00 | 041491 |
| Jean Khris Picorelli Cruz | 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 | 10,157.00 | 041492 |
| Stephanie A. Torres | 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 | 574.00 | 041486 |
| Myrna María Méndez | 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 | 574.00 | 041487 |
| Gabriel Hernández Tavárez | 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 | 11,485.00 | 041635 |
| Javier Hernández Tavárez | 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 | 11,485.00 | 041636 |
| Linda Miralis Fernández | 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 | 8,614.00 | 041633 |
| Iris Melania Mojica Rosa | 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 | 645.00 | 041634 |
| Yajaira M. Tavárez Rodríguez | 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 | 144.00 | 041641 |
| Kenia M. Tavárez Tavárez | 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 | 574.00 | 041638 |
| Laura Emit Cabrera Tavárez | 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 | 287.00 | 041640 |
| Jorge Tavárez Tavárez | 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 | 431.00 | 041637 |
| Astrid A. Soto Tavárez | 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 | 144.00 | 041631 |
| Ricari M. Cosma Guzmán | 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 | 129.00 | 041639 |
| Yelitza Liz González Delgado | 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 | 1,005.00 | 041499 |
| Jay Chiarries O'Neill | 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 | 10,409.00 | 041501 |
| Gretchen D. O'Neill | 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 | 5,972.00 | 041500 |
| Raisilbeth Alicano | 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 | 296.00 | 041528 |
| Raymond Alicano | 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 | 296.00 | 041529 |
| Raymond B. Alicano | 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 | 296.00 | 041530 |
| Dalinés Correa Morales | 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 | 287.00 | 041526 |
| Félix Alejandro Correa | 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 | 287.00 | 041527 |
| Johnatan Valentín Castro | 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 | 57.00 | 040224 |

2. The total funds consigned with this motion are $313,302.00.

3. Furthermore, in order to make payment to the minors listed above, it must be useful to them as provided for in Article 1117 of the Puerto Rico Civil Code, 31 L.P.R.A. Sec. 3167.

4. Should the minors be unfit to manage their assets, BSPR wishes to deposit in accordance to the federal court's orders, the total amount of funds in custody. Once the intervention of the Honorable Minors Advocate is considered, this Honorable Court is asked to rule that the deposit has been duly consigned and to declare and find that BSPR has paid well and, therefore, is released from any payment obligation.

5. One hundred twenty six (126) certified checks are enclosed with this motion, described in paragraph (1), made out to the Clerk of Court for the Court of First Instance in San Juan, for the total amount of the funds deposited with BSPR.

FOR ALL OF WHICH, BANCO SANTANDER PUERTO RICO very respectfully asks of this Honorable Court to accept the consignation made herein, and after the required procedures, distributes the funds so consigned, declaring and finding that BANCO SANTANDER PUERTO RICO has paid well and, therefore, is released from any payment obligation.

I CERTIFY having sent a true and accurate copy on this date of the foregoing motion to the Honorable Minors Advocate for San Juan, P.O. Box 190887, San Juan, P.R.

Certified Translation
Janis Palma, USCCI

Page 6 of 7

00911-0887; Abraham, Waltkins, Sorrels, Mathews & Friend, 800 Commerce St., Houston, TX 77002; Alvaro Calderón Law Office, Box 192259, San Juan, P.R. 00919-2259; Benjamín Ortíz, Esq., P.O. Box 191953, San Juan, P.R. 00919-1953; Lausell & Carlo Law Office, PCS American Building, PH 1509 López Landrón, San Juan, P.R. 00911; Carlos Padín Pérez, Esq., El Vedado Urb., Bonafoux Street, San Juan, P.R. 00918; Eric M. Quetglas-Jordán, Esq., P.O. Box 16606, San Juan, P.R. 00908-6606; Flavio E. Alvarez-Cobián, Esq., 338 San Claudio Ave., Sagrado Corazón Urb., Río Piedras, P.R. 00926; Francisco Troncoso, Esq., P.O. Box 9023352, San Juan, P.R. 00902-3353; Freddie Pérez-González & Associates, PSC, P.O. Box 193729, San Juan, P.R. 00919-3729; Gervits & Barrios, PSC, El Centro I Cond., Suite 220, Muñoz Rivera Ave., Hato Rey, P.R. 00918; Jiménez, Graffam & Lausell, P.O. Box 966104, San Juan, P.R. 00936-6104; Jorge M. Izquierdo-San Miguel, Esq., PMB 180202-A San Justo Street, San Juan, P.R. 00901-1711; Jorge Ortíz Brunet, Esq., P.O. Box 192064 San Juan, P.R. 00901-1711; José A. Cuebas-Segarra, Esq., P.O. Box 191735, San Juan, P.R. 00919-1735; McConnell Valdés, 270 Muñoz Rivera Ave., Hato Rey, P.R. 00918; Miguel López-Birriel, Esq., 48 S.E. 1189 Reparto Metropolitano Urb., San Juan, P.R. 00921; Pedro J. Saade-Llorens, Esq.,

Suite 402, Esquired Bldg., #2 Vela Street, San Juan, P.R. 00918; Pérez Rojas, PSC, 1056 Ferrocarril Street, Río Piedras, P.R. 00925; Peter J. Satz-Hanley, Esq., Box 9020856, San Juan, P.R. 00902-0856; Rafael Román-Jiménez, Esq., Capital Center I, Suite 401, 239 Arterial Hostos, San Juan, P.R. 00918; Thomas Doran-Gelabert, Esq., 400 Calaf Street, Suite 60, San Juan, P.R. 00918-1323.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, today October 29, 2004.

```
                              BANCO SANTANDER PUERTO RICO
                              P.O. BOX 362589
                              SAN JUAN, P.R. 00936-2589
                              TEL.: (787) 777-4571
                              FAX: (787) 753-3285
                              E-MAIL: cgl@bspr.com

                              [signature]
                              CRISTINA P. GONZALEZ-LINEROS
                              COLLEGIATE NUMBER 13803
```

---

**CERTIFICATION BY TRANSLATOR**

I, JANIS PALMA, an English-Spanish interpreter and translator certified to that effect by the Administrative Office of the United States Courts, and the National Association of Judiciary Interpreters and Translators (NAJIT), do hereby certify that I have translated the foregoing document and it is a true and accurate translation to the best of my knowledge and abilities.

_____          11/12/04
Janis Palma, USCCI, NCJIT-S                Date