IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| RIO PIEDRAS EXPLOSION | * | Consolidated Case |
| LITIGATION | * | Civil No. 96-2443(JAF) |
| | * | |

*******************************

## MOTION REGARDING CHECKS IN CLERK'S OFFICE
## BELONGING TO MINORS AND OTHERS

*TO THE HONORABLE CHIEF JUDGE JOSE A. FUSTE:*

**NOW COMES** Francisco M. Troncoso, an ex-member of the Plaintiffs' Steering Committee and very respectfully states, alleges and prays as follow:

The undersigned attorney has reviewed the list of his clients that sets forth the amounts to be received by each of them for the five percent (5%) reimbursement distribution. In the list prepared by the offices of CPA Héctor Sánchez Moll, there appears to be two (2) minors, who are Gretchen Rodríguez and Norman Vega Rodríguez, identified as numbers 0468 and 0469.

The undersigned attorney has verified that the funds belonging to these two (2) minor plaintiffs have been consigned in the Superior Court.

However, the undersigned attorney also represents three (3) other plaintiffs who are minors and whose funds should be consigned in the Superior Court. It appears that checks have been issued for them and are awaiting pick-up in the Clerk's Office. The three (3) minors are: a) 0502, Adela Marie Carrillo Claudio,

who should receive a reimbursement of $11,485.00; b) 0459, Carlos E. Malavé García, who should receive a reimbursement of $1,005.00 and c) 0460, Karla Marie Malavé García, who should receive a reimbursement of $2,010.00.

In addition to that, 0048, Yolanda Ibern Hernández is mentally incapacitated and is unable to act on her own. She is to receive $12,920.00.

Further, two (2) plaintiffs have passed away and these funds must also be consigned in the Superior Court to be retrieved by the heirs of these plaintiffs. These are 0046, Carmen J. González Martínez, who will be receiving a reimbursement of $861.00 and 0047, Hipólita Hernández Resto, who will be receiving the sum of $861.00.

Through this motion, the undersigned attorney informs this court of these discrepancies and very respectfully request that the checks for numbers 0502, 0459, 0460, 0048, 0046 and 0047 be consigned in Civil Number KGV04-2377(604), in the Superior Court of San Juan. The undersigned attorney would be glad to prepare a motion for consignation if the court so desires.

**WHEREFORE**, it is very respectfully requested that this Honorable Court take notice of the aforementioned information on these six (6) plaintiffs and issue the orders that it deems appropriate.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th of November, 2004.

**I HEREBY CERTIFY** that on November 29, 2004, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

> **s/Francisco M. Troncoso**
> Francisco M. Troncoso-Bar No. 120007
> Attorney for Plaintiff
> Troncoso & Schell
> P.O. Box 9023352
> San Juan, PR 00902-3352
> Tel: (787) 722-0741
> Fax: (787) 724-2563
> e-mail: ftroncoso@troncosolaw.com