```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF PUERTO RICO


IN RE:                         *
                               *
    RIO PIEDRAS EXPLOSION      *    Consolidated Case
    LITIGATION                 *    Civil No. 96-2443(JAF)
                               *
*******************************
```

## INFORMATIVE MOTION

***TO THE HONORABLE U.S. MAGISTRATE-JUDGE AIDA DELGADO:***

**NOW COME** plaintiffs through the undersigned attorneys and very respectfully state, allege and pray as follows:

The civil case number of the case of minor plaintiff Adela Marie Carrillo Claudio, number 0502, in this Honorable Court is 97-1374. Her civil case number in the Superior Court is KDP97-2297(1003) and the account number in the Superior Court, where her funds are consigned, is 281007096 in Doral Bank.

The civil case number of the case of minor plaintiff Carlos E. Malavé García, number 0459, in this Honorable Court is 97-1287. His civil case number in the Superior Court is KDP97-2295 (1003) and the account number in the Superior Court, where his funds are consigned, is 281007286 in Doral Bank.

In the Motion Regarding Checks in Clerk's Office Belonging to Minors and Others, we informed that Karla Marie Malavé García, number 0460, was a minor plaintiff. However, upon searching for the information regarding her account numbers we have discovered that she is now an adult, having been born on April 4, 1982.

Therefore, she may pick up her check at the Clerk's Office and her funds need not be consigned in the Superior Court.

Further, plaintiff Yolanda Ibern Hernández, whose civil case number in this Honorable Court is 96-2498, number 0048, is mentally incapacitated with alzheimers disease and is unable to act on her own. Her civil case number in the Superior Court is KDP97-2296 (1003) and the account number in the Superior Court where her funds are consigned, is 0281007294 in Doral Bank.

Regarding the two (2) plaintiffs that passed away, number 0046, Carmen J. González Martínez and number 0047, Hipólita Hernández Resto, the heirs of these deceased plaintiffs are in the process of obtaining Declaration of Heirs ("Declaratoria de Herederos") and will pick up the checks at the Clerk's Office once they have obtained these.

**WHEREFORE**, it is very respectfully requested that this Honorable Court take notice of the aforementioned information regarding the checks for reimbursement of the five percent (5%) of expenses withheld.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of December, 2004.

**I HEREBY CERTIFY** that on December 1, 2004 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

**s/Francisco M. Troncoso**
Francisco M. Troncoso-Bar No. 120007
Attorney for Plaintiff
Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Tel: (787) 722-0741
Fax: (787) 724-2563
e-mail: ftroncoso@troncosolaw.com