IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                    CIVIL NO. 96-2443(JAF)

RIO PIEDRAS EXPLOSION LITIGATION

_____

 INFORMATIVE MOTION IN COMPLIANCE WITH ORDER

TO THE HONORABLE COURT:

COMES NOW, the undersigned attorney, and respectfully informs this Honorable Court as follows:

1. On October 14, 2004, this Honorable Court issued a Final Conference Report in relation to the distribution to plaintiffs of the final amounts of the surplus cash in the "5% account".

2. All individual plaintiffs' attorneys were ordered, among other things, to provide notice to each client, at their last known address, of the allocated percentage to be distributed.

3. All attorneys were ordered to submit to the Clerk of the Court within sixty (60) days upon receipt of the Order, an Informative Motion attesting to the fact that notice was issued to all their clients and to provide a listing of all those to whom he/she was unable to contact.

4. That in compliance with said Order, the undersigned attorney is hereby informing that during the month of October, 2004 all clients were informed of the distribution via regular mail to their last known addresses.  The undersigned attorney is hereby submitting, as Exhibit A, a list of the  clients

that she has been unable to contact or have not claimed from the court the amount assigned to them, as of this date.

Respectfully submitted, in San Juan, Puerto Rico, this 14th day of December, 2004.

I hereby certify that on December 14, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

**S/: MARIA DEL MAR ORTIZ SAN MIGUEL**
U.S.D.C 211311
**ORTIZ TORO & ORTIZ BRUNET**
Attorneys for Plaintiffs
PO Box 192064
San Juan, PR 00919-2064
Tel: (787) 754-7698 / Fax: (787) 753-2207
E-mail: ortizsan@coqui.net; carmentc@caribe.net