# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RIO PIEDRAS EXPLOSION LITIGATION | CONSOLIDATED CASE<br>CIVIL NO. 96-2443 (JAF)<br><br>(This document relates to all civil actions listed on "Exhibit A" attached hereto). |

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

Come now plaintiffs in civil actions listed on "Exhibit A" attached hereto through their undersigned attorneys and respectuflly inform as follows:

1. On 14 October 2004, this Honorable Court ordered all attorneys to submit to the Clerk of the Court within sixty (60) days an Informative Motion attesting to the fact that notice was issued to all their clients and to provide a listing of all those to whom he/she was unable to contact.

2. On 27 October 2004 the undersigned sent a letter to all its clients (civil actions listed on "Exhibit A") advising about the distribution process of the 5% account balance. No letters were returned to our office. We have no reason to believe that any of our clients have not been notified.

Respectfully submitted.

In San Juan, Puerto Rico, this 15 day of December, 2004.

Civil No. 96-2443 (JAF)
Page 2

      I hereby certify that on December 15 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

                s/José Juan Torres Escalera
                USDC #124802
                JIMENEZ, GRAFFAM & LAUSELL
                PO Box 366104
                San Juan, PR  00936-6104
                Tel. 767-1030/ Fax 751-4068