EXHIBIT A

Individual Civil Action Nos.

97-2433
97-1150
97-1151
97-1152
97-1153
97-1502
97-1503
97-2540
97-1193
97-1504
97-1499
97-1500
97-1501
97-1849
97-1851
97-1676
97-1677
97-1852
97-1918
97-1850
97-1678
97-1853
97-2014
97-2016
97-2146
97-2020
97-1854
97-1956
97-2015
97-2145
97-2241
97-2257
97-2238
97-2687
97-2240
97-2685
97-2684
97-2686
97-2683
97-2682