IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> RIO PIEDRAS EXPLOSION LITIGATION | MASTER FILE NO. 96-2443 (CCC) <br><br> THIS DOCUMENT RELATES TO ALL CASES |

**INFORMATIVE MOTION IN COMPLIANCE WITH ORDER**

TO THE HONORABLE COURT:

    Now come the undersigned attorneys, and respectfully inform this Honorable Court as follows:

    1.  On October 14, 2004, this Honorable Court issued a Final Conference Report in relation to the distribution to plaintiffs of the final amounts of the surplus cash in the five per cent account.

    2.  All individual plaintiffs' attorneys were ordered to provide notice to each client, at their last know address, of the allocated percentage to be distributed.

    3.  All attorneys were ordered to submit to the Clerk of the Court, within sixty days upon receipt of the Order an informative motion attesting to the fact that notice was issued to all their clients and to provide a listing of all those to whom he/she was unable to contact.

-2-

4. In compliance with said Order, the undersigned attorney is hereby informing that during the month of October all of our clients were notified at their last address of record. Most of the clients called our office to request guidance which was given to them. None of the notices have been returned except those of José López Batista and Juana D. Almonte Batista. However, other plaintiffs of the same group did receive the notices and informed us that they had communicated with those plaintiffs and had informed them accordingly.

WHEREFORE, it is respectfully requested that this Honorable Court take note of the information submitted herein.

Respectfully submitted.

In San Juan, Puerto Rico, this ____ day of December, 2004.

                          **McCONNELL VALDÉS**
                         Attorneys for Plaintiffs
                            P.O. Box 364225
                        San Juan, PR 00936-4225
                       Telephone: (787) 250-5608
                          Fax: (787) 759-2776
                             www.mcvpr.com

                        s/ Francisco G. Bruno
                          USDC-PR No. 117011
                            fgb@mcvpr.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in the Rio Piedras Explosion Litigation.

-3-

At San Juan, Puerto Rico (December 16, 2004).

                                                            **s/Francisco G. Bruno**