```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO


IN RE:                        *
                              *
    RIO PIEDRAS EXPLOSION     *    Consolidated Case
    LITIGATION                *    Civil No. 96-2443(JAF)
                              *
*******************************
```

### INFORMATIVE MOTION

*TO THE HONORABLE COURT:*

**NOW COMES** the Law Firm of Troncoso & Schell and very respectfully states, alleges and prays as follows:

The undersigned attorneys have complied with the order issued during the Final Conference held on October 14, 2004.

In compliance with this Honorable Court's Order, the undersigned attorneys notified all of their clients, at their last unknow address of record, of the order and gave them detailed instructions of how to pick up the checks in the Clerk's Office.

Further, a motion was filed regarding several minors, an incapacitated person and two (2) decedents.

**WHEREFORE**, it is very respectfully requested that this Honorable Court take notice of the information submitted herein.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 28th of December, 2004.

**I HEREBY CERTIFY** that on December 28th, 2004, I electronically filed the foregoing document with the Clerk of the

Court using the CM/ECF system.

                                                  **s/Richard Schell-Asad**
Richard Schell-Asad
Bar No. 203207
Attorney for Plaintiff
Troncoso & Schell
P.O. Box 9023352
San Juan, PR 00902-3352
Tel: (787) 722-0741
Fax: (787) 724-2563
e-mail: rschell@troncosolaw.com