IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

IN RE RIO PIEDRAS EXPLOSION

\* CIVIL NO. 96-2443(JAF)

\* INDIV CASES: 97-2669
                97-2668

# URGENT MOTION REQUESTING TO SEAL ACCOMPANYING MOTION ADDRESSED TO HON. JUDGE JOSE A. FUSTE

TO THE HONORABLE COURT:

Comes now the undersigned attorney pro se in in the above captioned case and very respectfully states, alleges and prays:

1. That this appearing attorney filed a motion yesterday under the title "Motion Under Seal; **Urgent Motion to the Honorable Judge José A. Fusté..**"

2. The reason for this undersigned to file said motion under a request that it be sealed is the following:

   a. That it contains a subject matter dealing and centering over very personal and intimate circumstances of economic and emotional harships which are of no concern to any body else.

3. For this very special motive it is requested that it be received and accepted as one to be handled and resolved under seal.

RESPECTFULLY SUBMITTED

THEREFORE, it is respectfully requested from this Hon. Court that this attorney's motion of January 10th 2005 filed on said date be formally accepted as one to be handled and solved under seal from this Court.

Respectfully submitted in San Juan, Puerto Rico, this Janueary 11th 2005.

NELSON ROCHEN SANTORO, ESQ
USDC NO. 206407
P.O. BOX 23159, EST. UPR
SAN JUAN, PUERTO RICO 00931
TEL. (787 630-0810 Fax: (787)748-3791