IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>RIO PIEDRAS EXPLOSION LITIGATION<br>_____<br><br>JOSE D. ACOSTA, HIS WIFE, MARIA M. CRUZ, ET AL.<br><br>  Plaintiffs<br><br>  vs.<br><br>ENRON CORP., ET AL.<br><br>  Defendants | MASTER FILE NO. 96-2443 (JAF)<br><br><br><br><br><br>THIS MOTION RELATES<br>TO CASE 97-1172 (CC) |

**INFORMATIVE MOTION AND REPORT REGARDING STATUS OF REIMBURSEMENT OF EXPENSES TO PLAINTIFFS**

TO THE HONORABLE COURT:

The undersigned attorney, Freddie Pérez González, specially appears and respectfully states as follows:

1. In the matter of reference the undersigned attorney represented 175 individual plaintiffs, in this and in the local court, including minors and incapacitated plaintiffs.

2. In compliance with the court's order of October 15, 2004, the undersigned attorney notified each plaintiff and their respective custodians or legal guardians, in the cases of minors or incapacitated plaintiffs, as to the availability of funds in their favor consigned in this court, regarding the retention made for the Plaintiffs Steering Committee's expenses.

-2-

3. In addition of the above, the undersigned attorney took the precaution of tracking if each plaintiff was able to withdraw their share of said funds.

4. As of this date, most of those plaintiffs represented by the undersigned have collected the amount they were entitled to. However the undersigned have not been able to locate the following plaintiffs, in spite of his written and verbal communications to such effect:

   a. Ana Márquez López

   b. Damaris Feliciano

   c. Diana Jimenez Luciano

   d. Francisca Vargas Hernández

   e. Hector Rodriguez Rosado

   f. Jeanne Ubiñas Burgos

   g. Johanna Perez Vargas

   h. Jose Cortes Molina

   i. Jose Suarez Fuentes

   j. Jose Villeneuve Ubiñas

   k. Luciano Flores Cortes

   l. Maria Sanchez Ayala

5. The undersigned have been informed through the relatives of most of the above related plaintiffs that they have collected their share, but the undersigned has not been able to verify the information.

6. Finally, the undersigned recently was authorized by Jose Acosta Calderon to withdraw his part, due the facts that he is confined in prison and to retain

-3-

his portion until he completes his sentence.

WHEREFORE, the undersigned attorney respectfully moves for the court to be informed as to the above, and that it be determined that he has complied with the above stated court order.

I hereby certify that on January 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the attorneys of record in this case.

At San Juan, Puerto Rico this 15th of December, 2005.

        s/Freddie Pérez González
        Freddie Pérez González USDC-PR 119005
        FREDDIE PEREZ-GONZALEZ & ASSOC., P.S.C.
        P.O. Box 193729
        San Juan, PR 00919-3729
        Tel.: (787) 751-4334
        Fax: (787) 751-1116
        E-mail: fredper@prtc.net