IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
                                *
IN RE:                          *  CONSOLIDATED CIVIL
                                *     ACTION NO. 96-2443 (CCC)
                                *
RIO PIEDRAS EXPLOSION LITIGATION *     THIS MOTION CONCERNS ONLY
                                *  THE FOLLOWING CASES:
                                *
                                *        96-2617
                                *        96-2638
                                *        97-1038
                                *        97-1364
                                *        97-1806
                                *        97-1957
                                *        97-2372
                                *        97-2741
                                *        97-2742
                                *        97-2761
S))))))))))))))))))))))))))))))))
```

<u>INFORMATIVE MOTION</u>

TO THE HONORABLE COURT:

COMES NOW the plaintiffs in the cases identified above through their undersigned attorney and respectfully INFORM:

1. On October 14, 2004 this Honorable Court issued a Final Conference Report in relation to the distribution to plaintiffs of the final amounts of the surplus cash in the 5% account.  The individual plaintiffs' attorneys were ordered to provide notice to each client.  They were further ordered to submit to the Clerk of this Court an informative motion indicating that notification was made to all their clients.

2.  The undersigned hereby informs that all his clients were personally notified except  Mrs. Carmen Heredia Rodríguez (1216-GS)  and Mr. Fernando Diaz Rivera (1327) who were notified by certified mail.

3.      The undersigned has further verified that all the plaintiffs represented by him except  Mrs. Carmen Heredia Rodríguez (1216-GS)  and Mr. Fernando Diaz Rivera (1327) have already collected their checks.

WHEREFORE, plaintiffs herein respectfully request the Honorable Court be informed of the above.

In San Juan, Puerto Rico, this 21st day of January , 2005.

S/ Pedro J. Saadé LLorens
PEDRO J. SAADE LLORENS
USDC No. 118107
Esquire Building, Suite 402
2 Vela Street
San Juan, PR 00918-3622
Tel. 766-3063/ Fax 767-833

IM-RPCF