IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION LITIGATION           Civil No. 96-2443(CCC)

### ORDER[1]

On December 14, 2004, the Court entered an Order providing until January 31, 2005, for individual plaintiffs to claim the amounts to which they are entitled (see **Docket No. 3762**). That period of time concluded yesterday.

Pursuant to the Court's Order dated December 14, 2004, all checks/amounts unclaimed are to be consigned and deposited, under control of the Clerk's Office, in an interest bearing account.

All parties are placed on notice that, pursuant to applicable rules and regulations, all amounts unclaimed during the next five (5) years may then be transferred to the control of the United State Treasury.

**SO ORDERED.**

At San Juan, Puerto Rico, this 1st day of February, 2005.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**

---

[1] The contents of this Order was discussed and authorized by Chief District Judge José A. Fusté.