IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CIVIL NO. 96-2443 (JAF) |
| RIO PIEDRAS EXPLOSION | INDIV CASES: 97-2669 |
| | 97-2668 |

**MOTION REQUESTING SOME DETERMINATION**

**TO THE HONORABLE COURT:**

**NOW COMES** Cardona Irizarry Group (CIG) represented by it's undersign attorney, and most respectfully **STATES** and **PRAYS**:

1. By orders of December 20, 2002, and January 14, 2003, the Escrow Agent was restrained from distributing the proceeds from settlement due to Plaintiffs represented by Mr. Nelson Rochet (NR)

2. By order of February 6, 2003, the mentioned orders were modified authorizaing disbursements due Plaintiffs, and ordering amounts due Nelson Rochet be deposited with the Clerk of the Court.

3. Appearing party has an interest on fees due Nelson Rochet under terms of case management agreement between CIG and NR.

4. The matter was set for evidentiary hearing during June and July 2003, and stands submitted since then.

5. Relevant dockets include docket #3655 and #3703.

**WHEREFORE** it is respectfully requested that this Motion Be Granted, accordingly some disposition be entered with respect to the distribution of these fees and expenses, with such further relief as is deemed appropriate in the circumstances.

In San Juan, Puerto Rico, this ____ day of March 200.

Wallace Vázquez Sanabria-125101
17 México St., Suite D-1
San Juan PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340

Wallace Vázquez Sanabria
COUNSELOR AT LAW
17 MEXICO STREET, SUITE D-1
SAN JUAN, PUERTO RICO 00917
PHONES: (787) 756-5730, 784-0340