IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re :
:
RIO PIEDRAS EXPLOSION : Civil No. 96-2443(JAF)
LITIGATION :

| **O R D E R** ||
|---|---|
| **MOTION** | **RULING** |
| **Docket No. 3763**<br><br>Motion in Compliance With Order (by plaintiffs) | **NOTED.** |
| **Docket No. 3766**<br><br>Informative Motion in Compliance With Order (Attorney Francisco Bruno) | **NOTED**. |

**SO ORDERED.**

**DATE: March 11, 2005**                     S/AIDA M. DELGADO-COLON
                                            U.S. Magistrate-Judge