7/Abril/05

De: Río Piedras Litigation
96-2443 (JAF)

Favor de reembolzarme el uabalance que me corresponde del restante del fondo de gastos

El Abogado que me represento fue Nelson Rochet

Att
Luis A Rodryez Velazq
Recidencia/Monte
Hatillo Apt 649
Edif 52
Tel 750 3433

Acct # 4007978125
$322—

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.
2005 APR -7 AM 10:16
RECEIVED AND FILED