12 Abril 05
# 96-2443CC

U.S. DISTRICT COURT

## Moción para Solicitar Dinero

Por este medio yo Fanny Díaz solicito que se me entrege el dinero de la demanda de la explosion de Río Piedra ($300.00), yo no había venido a recogerlo porque no se comunicaron conmigo a tiempo ya que había cambiado de dirección y de teléfono a pesar me enteré hace 15 días y fue cuando vine a averiguar y me dijeron que tenía que hacer una carta para solicitar el dinero porque ya lo habían depositado a una cuenta. aquí estan mis datos personales.

Fanny Díaz
Lic. 2614227
Dirección: Urb. Caribe Gardens
c/Juracan B-14 Caguas
P.R. 00725

Tel. 787-407-2551 Cel.
787-745-5958 Casa