April 13, 2005

US District Court of Puerto Rico
Att: Honorable Judge Fuste
Federal Building room 150
San Juan, Puerto Rico 00918-1767

Honorable Judge Fuste.

Here by is my request soliciting the disbursement of the funds reserved by the court on case # 962443 (JAF) Rio Piedras Litigation case on behalf of my parents:

Valentin Gonzalez
Blanca Olga Gonzalez

I recently met with Miss Edith Rios and formally requested the disbursement of such funds. Upon research she discovered that the bank had cancelled the checks issued on behalf of my parents and deposited the funds on the court's account and your custody.

My mother's check should be directed to:

Blanca Olga Gonzalez Broche
1200 SW 125th Ave
Building L Apartment # 312
Pembroke Pines, FLA 33027

Acct #4007979490
732 —

My father benefits should be directed to:

Valentin Gonzalez Granadillo
387 Rey Ricardo
La Villa de Torrimar
Guaynabo, PR 00969

Acct #4007982459
$1,508 —

Your prompt attention to this request will be greatly appreciated. Should you have any questions please do not hesitate to call me. I could be reach at home (787) 731-8187 or on my cellular (787) 510-9671.

Sincerely,

Valentin L. Gonzalez Gonzalez

Atty:
Mark Bimbela