Sra. Blanca Olga González González
1200 S.W. 125 Avenida
Cambridge L #312
Pembroke Pines, FL 33027
954-435-3414

20 de Diciembre del 2004

A quien pueda interesar:

Yo, Blanca Olga González, en pleno uso de mis facultades mentales y ciudadana Americana, nacida en Cuba el 25 de Abril del 1933 con numero de seguro social 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. Casada el 28 de Octubre del 1960 con el Señor Valentín González, ciudadano Americano con el numero de seguro social 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 natural de Cuba y fallecido el día 3 de Diciembre del 2002. De ese matrimonio nacieron dos hijos, Valentín Leonardo González González y Antonio de Jesus González González. Yo autorizo se le entregue a Valentín Leonardo González González, mi hijo mayor, la cantidad retenida por esa corte en relación a la demanda de la explosión de los Almacenes Humberto Vidal en Río Piedras, P.R. de la cuál somos participantes y herederos.

Para que así conste firmo ésta el día de hoy, 20 de Diciembre del 2004.

Atentamente,

*Blanca O González*
Blanca Olga González

STATE OF FLORIDA
COUNTY OF BROWARD
Sworn to (or affirmed) and subscribed before me this 23 day of DEC, 20 04 by Blanca O Gonzalez
Notary Public

VIRGINIA M. DIEZ
MY COMMISSION #DD124704
EXPIRES: JUNE 11, 2006
Bonded through Advantage Notary