IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION LITIGATION          CIVIL NO. 96-2443 (JAF)

NELSON ROCHET-SANTORO                     MC. 03-0016 (JAF)

MOTION TO COMPLY WITH ORDER

TO THE HONORABLE COURT:

**NOW COMES** Cardona Irizarry Consulting Group, Inc. (CICG) through counsel and most respectfully **STATES** and **PRAYS**:

1. On April 12, 2005, an order was entered directing appearing party to report no later than April 20, 2005, based on accounting records what is the total amount being claimed or owed to CICG, by attorney Rochet Santoro.

2. Enclosed as exhibit "A" detailed breakdown to comply with the mentioned order.

**WHEREFORE** it is respectfully requested that this Motion Be Noted, as in compliance with order, with such further relief as is deemed appropriate in the circumstances.

In San Juan, Puerto Rico, this 20th, day of April, 2005.

Wallace Vázquez Sanabria-125101
17 México St., Suite D-1
San Juan PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
e-mail: walvaz@prtc.net

*Wallace Vázquez Sanabria*
COUNSELOR AT LAW
17 MÉXICO STREET, SUITE D-1
SAN JUAN, PUERTO RICO 00917
PHONES: (787) 756-5730, 784-0340



**CARDONA, IRIZARRY CONSULTING GROUP, INC**

369 San Claudio Ave., Suite 2
San Juan, Puerto Rico 00926
PO Box 25070, San Juan, PR 00928-5070
Tel.: (787) 283-2100 - Fax (787) 283-2115
E-Mail: cicocpa@icepr.com
http://www.cardonairizarry.com

Doral Bank Plaza, Suite 108
101 Méndez Vigo Street
Mayagüez, PR 00680
Tel.: (787) 832-1400 - Fax (787) 265-5959
E-Mail: cicocpa@coqui.net

A Member Of
**NEXIA INTERNATIONAL**

April 15, 2005

Lcdo. Wallace Vázquez Sanabria
17 Calle Méjico Suite D-1
San Juan, PR 00917-2202

Dear Mr. Vázquez:

In regards to the professional services contract signed between attorney Nelson Rochet Santoro and us on July 14, 1998 and based in accounting records, the total amount being claimed or owed to us by Attorney Rochet Santoro is the following:

- ✓ Advanced payment on mental health expert retained by plaintiffs      $   10,800
- ✓ Biweekly payments advance made to Attorney Rochet Santoro               -
- ✓ Expert services the firm rendered                                      -
- ✓ Delivery expenses--Federal Express                                   641
- ✓ Secretaries salaries paid on behalf of Attorney Rochet Santoro
  from December 2000 thru December 2002                              22,773
- ✓ Rental of meeting facilities                                        350
- ✓ Econo plan—professional expenses                                    500
- ✓ Telephone expenses from January 2001 thru December 2001          1,628
- ✓ Amount due related to our participation of Attorney Rochet Santoro fees in Civil Cases 97-2668, 97-2669 and 97-2770 (Rio Piedras Explosion Litigation) as per our contracts dated July 14, 1998 and February 17, 2000                                              71,902

    Total amount due                                              $ 108,594
                                                                  =========

Please do not hesitate to contact us if you need any additional information.

Sincerely,

Enrique M. Cardona, CPA
President