Re: Rio Piedras
Explosion
Litigation                           Civil 96-2443 (JAF)

Por este medio solicito se me entregue la parte que me corresponde del balance restante del fondo de gastos. El abogado que me representó en el caso fue el Ldo. Nelson Rochet

muchas gracia

att. Margarita Santora
HC-866 Box 5253
Fajardo P.R. 00738

tel. 787-863-2104
cel    435-9053

Acct # 4007928126
$193 — (plaintiff less reg fees)
                (RR)

RECEIVED & FILED
2005 APR 25 PM 12:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.