RECEIVED & FILED
05 APR 27 PM 12:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Date: 27-abril-2005

TO THE HONORABLE COURT:

RE: Rio Piedras Litigation        Case: CIV 96-2443 (JAF/ADC)

Por este medio solicito la cantidad que me corresponde del sobrante de fondos de gastos.

El abogado que me represento en el caso fue el **Lcd. Ortiz Brunet**.

Gracias.

Atentamente,

*[signature]*
Gloria M. Hernandez Melendez
(410)
Tel. 594-9109

Acc# 40079770 21
(ER)
Edith Rios

Autorizada a Recoger : Lissette Rosa Laureano
787-762-5275
Country Club, QC-4 calle 519
Carolina, P.R. 00982