IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| In re | : |
|---|---|
| RIO PIEDRAS EXPLOSION LITIGATION | : Civil No. 96-2443(JAF) |
| | : |

## ORDER

| MOTION | RULING |
|---|---|
| Docket No. 3784<br><br>**Pro Se Request**<br>(by Valentin González) | Mr. González has filed a request for disbursement of funds deposited with the Clerk of Court on behalf of Blanca Olga González-Broche and Valentín González-Granadillo (petitioner's parents).<br><br>The Clerk's records reflect that the sum of $732.00 is consigned on behalf of Blanco O. González-Broche under Account No. 4007979490. The sum of $1,708.00 is consigned on behalf of Valentín González under Account No. 4007882459.<br><br>Upon petitioner's submission of necessary documentation (i.e., Declaration of Heirship) the Clerk of Court may proceed to disburse the funds deposited in both accounts. |

SO ORDERED.

DATE: April 26, 2005

*[signature]*
AIDA M. DELGADO-COLON
U.S. Magistrate-Judge