José M. Agosto González
Calle 12-D-64 Toa Alta Heights
Toa Alta P.R. 00953.

SAN JUAN PR
PM
4 MAY
2005

United States District Court
of Puerto Rico
Federal Office Building, Room 150
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767

00918/9993