Angel Agosto Gonzalez
Calle 12 - D 64 - Toa Alta Heights
Toa Alta P.R. 00953.




United States District Court
of Puerto Rico
Federal Office Building Room 150
Carlos Chardon Avenue
Hato Rey, Puerto Rico
00918-1767

00917/9999