22 de abril de 2005

United States District Court
Of Puerto Rico
Federal Office Building, Room 150
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767

**CIVIL 96-24-43 ( JAF/ADC )**
**ECCEDENTE GASTOS RIO PIEDRAS**
**LITIGATION CASE**

A quien pueda interesar:

Yo Guillermina González Martínez SS- '-4670, solicito por este medio el eccedente de gastos del caso mencionado en el epígrafe. El mismo esta relacionado con el incidente como "La explosion de Río Piedras".

Sin nada más sobre el particular, quedo de usted.

Cordialmente, *[signature]*

Guillermina González Martínez
Peticionaria