Guillermina Gonzalez
Calle 12 D-64 Toa Alta Heights
Toa Alta P.R. 00953.

United States District Court
Of Puerto Rico
Federal Office Building Room 150
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1767