# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Civil No. 96-2443(JAF)

### ORDER

On April 25, 2005 Margarita Santana requested disbursement of the amounts that were awarded and still owed to her.

The Clerk has verified and certified the account in which those funds were deposited is identified with number 4007978176. Accordingly, the Clerk of Court, is authorized, to disburse the Funds to which petitioner Margarita Santana may be entitled.

**SO ORDERED.**

At San Juan, Puerto Rico, this 3rd day of May, 2005.

S/AIDA M. DELGADO-COLON
**U.S. Magistrate-Judge**