# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

**RIO PIEDRAS EXPLOSION
LITIGATION**

**Civil No. 96-2443(JAF)**

## ORDER

Petitioner Gloria Hernández-Méndez is claiming reimbursement of the funds awarded to her within the Río Piedras Litigation case.

The account number is 4007977021. Accordingly, the Clerk of Court is authorized to evaluate petitioner's request for disbursement of funds.

**SO ORDERED.**

At San Juan, Puerto Rico, this 3rd day of May, 2005.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**