

Date: *Mayo 24, 2005*

TO THE HONORABLE COURT:

RE:   Rio Piedras Litigation          Case:   CIV 96-2443 (JAF/ADC)

Por este medio solicito la cantidad que me corresponde del sobrante de fondos de gastos.

El abogado que me representó en el caso fue: *Mc Connell y Valdes*

Gracias.

Atentamente,

Tel. 787-761-8085
     306-2148

/s/ *Georgina Merced Zayas*
Por: *Rafael Merced*
     *Ana Hilda Merced Zayas*

Acct #: 400978680
     to 400978591

*Rafael Merced-Merced  $861 — (plus int less reg fees)*
*Ana Hilda Merced-Zayas  $571 —*
     *(plus int less reg fees)*

*Verified Gloria 5/31/05*