IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Civil No. 96-2443(JAF)

### ORDER

The Clerk of Court is authorized to disburse to the legal heirs of plaintiff(s) Rafael Merced-Merced and/or Ana Hilda Merced-Zayas the amounts awarded to him/them.

**SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of June, 2005.

S/AIDA M. DELGADO-COLON
**U.S. Magistrate-Judge**