IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Civil No. 96-2443(JAF)

### ORDER

Plaintiff Fanny Díaz have filed a petition for disbursement of funds awarded to her from the settlement in Civil No. 96-2443.

The Clerk of Court will proceed to identify the amounts to which petitioner is entitled and the accounts from which said disbursement is to be made.

**SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of June, 2005.

S/AIDA M. DELGADO-COLON
**U.S. Magistrate-Judge**