IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Civil No. 96-2443(JAF)



## ORDER

Petitioners José Miguel Agosto-González, Angel Augusto Agosto-González and Guillermina González-Martinez have filed petitioners requesting any amounts pending disbursements that may still be consigned with the Clerk of Court (**See Docket Entries No. 3789, 3790 and 3791**).

Accordingly, the Clerk of Court will determine if there are any amounts to which the petitioners herein are entitled and proceed to disburse said funds.

**SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of June, 2005.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge