IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Civil. No. 96-2443 (JAF)

### ORDER

The Motion filed by Attorney Nelson Rochet-Santoro on June 20, 2005 at **Docket No. 3800 is set for a hearing on June 29, 2005 at 3:00 p.m.** Attorney Rochet is to attend.

Attorney Emma Rochet interventor, must be informed and is also requested to attend.

**SO ORDERED.**

At San Juan, Puerto Rico, this 24th day of June, 2005.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**