CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2005 JUL 19 AM 10:51

RECEIVED AND FILED

Date: 7-19-05

TO THE HONORABLE COURT:

RE: Rio Piedras Litigation          Case: CIV 96-2443 (JAF/ADC)

Por este medio solicto la contidad que me corresponde del sobrante de fondos de gastos.

El abogado que me represento en el caso fue: Ortiz Toro & Ortiz Brunet

Gracias.

Atentamente,

Emily Del Valle

/s/ _____

(856) 302-7934

Tel. 266-A- Westfield
garden Apt. Center
NJ 08105
08105 fls

*359 — plus int less
reg fees.
Act# 4007977013