Cta. (RR) 450 797 840

9 de Septiembre - 2005

#caso cio 96-2443
JAF/ADC

RECEIVED & FILED
05 SEP -9 AM 10:36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Por este medio solicito se me rembolse el dinero depositado a nombre de mi señora madre Conchita Sánchez Rodríguez en relación al caso de la explosión en Río Piedras.

En ese momento su abogado lo fue el Lic. Wally de la Rosa Vidal.

Adjunto someto copia de la Declaratoria de Herederos y Legataria del Testamento.

Atentamente,

Marta Hernández Sánchez
PMB 170
P.O. Box 110158
San Juan, P.R. 00936-8158

Tel: 536-8954, 753-3184