ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE SAN JUAN

| | |
|---|---|
| MARTA HERNANDEZ SANCHEZ<br>Peticionaria<br><br>EX-PARTE | Civil Núm. KJV 05-1139 (604)<br><br>Sobre:<br><br>DECLARATORIA DE HEREDEROS<br>Abintestato de CONCHITA SANCHEZ<br>RODRIGUEZ |

## RESOLUCION

AL HONORABLE TRIBUNAL:

Como resultado de los hechos expuestos bajo juramento en la Petición en este caso y de la prueba documental unida a y hecha formar parte de dicha solicitud, ha quedado demostrado y justificado, a satisfacción del Tribunal:

Que Doña Conchita Sánchez Rodríguez, también conocida como Concepción Sánchez Rodríguez falleció *ab intestato* en Río Piedras, Puerto Rico, el día 31 de mayo de 2002. Que Doña Conchita Sánchez Rodríguez, también conocida como Concepción Sánchez Rodríguez dejó a su fallecimiento como únicos y universales herederos con derecho a sucederle a sus hijas Rut Hernández Sánchez, Rebecca Hernández Sánchez y Marta Hernández Sánchez.

Y apareciendo que en este expediente se han cumplido con todas las formalidades y requisitos de Ley, el Tribunal, por la presente declara CON LUGAR la Petición en este caso, y en consecuencia, declara como únicos y universales herederos de la finada Doña Conchita Sánchez Rodríguez, también conocida como Concepción Sánchez Rodríguez, a sus hijas Rut Hernández Sánchez, Rebecca Hernández Sánchez y Marta Hernández Sánchez. La causante falleció siendo divorciada.

Dada en San Juan, Puerto Rico, a 10 de agosto de 2005.

Reg. y Rut.

_____
JUEZ

AWILDA IRIZARRY
Juez

CERTIFICO:

Lic. Rebecca Rivera Torres
Secretaria Regional
Yolanda J. Díaz Andújar
Por: _Secretaria Auxiliar_
Secretaria Auxiliar