IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Civil No. 96-2443(JAF)

### ORDER

On September 9, 2005, petitioner Marta Hernández-Sánchez applied for disbursement of settlement funds (**Docket No. 3805**). She indicates she was represented by Attorney Wally de la Rosa Vidal.

The Clerk of Court is to take notice. If entitled to funds consigned with the Court, the request is **GRANTED** and the Clerk of Court will proceed accordingly.

**SO ORDERED.**

At San Juan, Puerto Rico, this 14th day of September, 2005.

S/AIDA M. DELGADO-COLON
U.S. Magistrate-Judge