IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RIO PIEDRAS EXPLOSION
LITIGATION

Civil No. 96-2443(JAF)

### ORDER

Petitioner Luis Rodríguez-Velázquez, at **Docket No. 3780**, requests reimbursement of any monies that were consigned, on his behalf, at the Clerk's Office.

The request is **GRANTED** and the Clerk of Court is to proceed accordingly.

**SO ORDERED.**

At San Juan, Puerto Rico, this 7th day of October, 2005.

S/**AIDA M. DELGADO-COLON**
**U.S. Magistrate-Judge**