IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

*In The Matter of Nelson Rochet Santoro*

96-2443 (JAF)
03-016 (JAF)

v.

_____

MOTION TO PROCEED IN FORMA PAUPERIS
(Moción para Proceder en forma de Pobre)

I, the above-named petitioner declare under penalty of perjury that I am the petitioner in the above-entitled proceeding; that I am unable to pay the costs of said proceeding or give security thereof; that I believe I am entitled to redress; and that I believe I have a meritorious case.

(Yo, el peticionario de epígrafe, declaro bajo pena de perjurio que soy el peticionario en el caso antes mencionado; que no puedo pagar los costos de dicho procedimiento ni ofrecer garantía sobre el mismo; que considero tener derecho a un remedio y creo tener argumentos válidos.)

Wherefore, I hereby request to be allowed to proceed in forma pauperis, without prepayment of fees, costs or security thereof.

(POR TODO LO CUAL solicito se me permita proceder en forma de pobre, sin pago anticipado de cuotas, gastos o garantía de ellos.)

Date: Nov 10, 2005
(Fecha:)                                    Petitioner - Peticionario

----------------------------------------------------------------

O R D E R

This motion is hereby _____.

At San Juan, Puerto Rico, this ____ day of _____ of 19___.

UNITED STATES DISTRICT JUDGE