IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED
(Declaración en apoyo de la moción para proceder

IN FORMA PAUPERIS
(en forma de pobre)

*In the Matter of Nelson Rochet-Santoro*

96-2443 (JAF)
MWG 03-016 (JAF)

Petitioner
(Peticionario)

v.

Defendant
(Demandado)

I, __Nelson Rochet-Santoro__, petitioner in the above captioned case, in support of my motion to proceed without being required to prepay fees or costs or furnish any guarantee for the same, declare that, because of my economic situation, I am unable to pay the costs of said proceedings or furnish any guarantee for the same, and I believe that my claim is meritorious.

(Yo, _____, peticionario en el caso de epígrafe, en apoyo de mi moción para proceder sin que se me requiera pagar por adelantado los honorarios o costas o prestar alguna garantía para los mismos, declaro que, por razón de mi situación económica, estoy imposibilitado de pagar los costos de dichos procedimientos o de prestar garantía alguna para los mismos y creo que mi reclamación es meritoria.)

I declare that the answers that I have given as follows are true.

(Declaro que las respuestas que doy a continuación son ciertas.)

1. Petitioner's age:      __54__
   (Edad del peticionario)

2. Social Security Number:  __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__
   (Número de Seguro Social)

3. Residential address:   __Calle Oeste 727__
   (Dirección residencial)   __Urb. Venus Gardens__
                              __San Juan PR__
                              __00926__

- AL DORSO -

4. Mailing address: P.O. Box 23159
   (Dirección postal)       Est. UPR
                            San Juan PR 00921

5. Telephone number: 787 630 0810
   (Número de teléfono)

6. Are you married?      Yes ____   (No) ____
   (¿Está usted casado?) Sí  ____    No

7. Name of spouse: n/a
   (Nombre del cónyuge)

   State/Country of spouse's domicile   n/a
   (Estado/País domicilio del cónyuge)

8. Petitioner's employment:       Spouse's Employment
   (Empleo del peticionario)      (Empleo del cónyuge)

   Employer: none                 Employer: none
   (Patrono)                      (Patrono)

   Address:                       Address: n/a
   (Dirección)                    (Dirección)

   Telephone: _____            Telephone: (787) 630 0810
   (Teléfono)                     (Teléfono)

   Position: _____             Position: _____
   (Puesto)                       (Puesto)

   Wages:    $_____            Wages:    $ none
   (Salario)                      (Salario)
                                  $300-1000
   ____ Monthly (mensual)         ____ Monthly (mensual)
   ____ Weekly (semanal)          ____ Weekly (semanal)

- AL DORSO -

Page -3-

9. If you are currently unemployed, state the date of your last employment and the monthly salary you are making.
(Si se encuentra actualmente desempleado, indique la fecha de su último empleo y el sueldo mensual que devengaba.) December 2002   $ $1,500.00

10. If your spouse is unemployed, state the date of last employment and the monthly salary.
(Si su cónyuge está desempleado, indique la fecha de su último empleo y el sueldo mensual.)
N/A   $ N/A

11. Have you or your spouse received any income from the following sources during the past twelve (12) months?
(¿Han recibido usted o su cónyuge ingresos durante los últimos doce meses de las siguientes fuentes?)

If the answer is yes, state the amount.
(Si la contestación es sí, indique la cantidad.)

   a. Business, profession or self-employment:
      (Negocio, profesión o trabajo por su cuenta)

      Yes ✓   No ___   Amount : $ ~~1,000~~ $1,000.00
      Sí         No         Cantidad

   b. Pension, annuity or life insurance payments?
      (Pago de pensiones, anualidades o seguro de vida)

      Yes ___   No ✓   Amount : $ N/A
      Sí         No         Cantidad

   c. Inheritances, donations or gifts?
      (Herencias, donaciones o regalos)

      Yes ___   No ✓   Amount : $ N/A
      Sí         No         Cantidad

   d. Prizes in casino, lottery, horseracing games or other games of chance, etc.
      (Premios en juegos de casino, lotería, carreras de caballo u otros juegos de azar, etc.)

      Yes ___   No ✓   Amount : $ N/A
      Sí         No         Cantidad

- AL DORSO -

Page -4-

12. Other persons living in the same household: **none**
    (Otras personas que residen bajo el mismo techo)

    | Name (Nombre) | Age (Edad) | Relationship (Parentesco) | Employment (Empleo) | Wages (Salario) |
    |---|---|---|---|---|
    | | | | | $ |
    | | | | | |

13. Do you or your spouse or any person living in the same household receive help from the government or from any other person?
    (¿Usted o su cónyuge o alguna persona que vive bajo su mismo techo recibe ayuda gubernamental o de otra persona?

    | Petitioner: (Peticionario) | Yes (Sí) | No (No) | Amount (Cantidad) |
    |---|---|---|---|
    | 1. State Insurance (Fondo del Seguro) | | ✓ | $ |
    | 2. Unemployment (Desempleo) | | ✓ | $ |
    | 3. Retirement (Retiro) | | ✓ | $ |
    | 4. Pension (Pensión) | | ✓ | $ |
    | 5. Social Security (Seguro Social) | | ✓ | $ |
    | 6. Food stamps (Cupones) | | ✓ | $ |
    | 7. Other type of aid (Otro tipo de ayuda) | ✓ | | $ 3,000 of scholarship |

    [Margin note: twice a year to pay doctoral courses at IAU and self support]

    Spouse: (Cónyuge)  **N/A no wife yet. I am divorced**

    | | Yes | No | Amount |
    |---|---|---|---|
    | 1. State Insurance (Fondo del Seguro) | | ✓ | $ |
    | 2. Unemployment (Desempleo) | | ✓ | $ |
    | 3. Retirement (Retiro) | | ✓ | $ |
    | 4. Pension (Pensión) | | ✓ | $ |
    | 5. Social Security (Seguro Social) | | ✓ | $ |
    | 6. Food stamps (Cupones) | | ✓ | $ |
    | 7. Other type of aid (Otro tipo de ayuda) | | ✓ | $ |

- AL DORSO -

Page -5-

Persons living in the same household:   none
(Personas que viven bajo su mismo techo)

1. State Insurance          ___   ___   $ _____
   (Fondo del Seguro)
2. Unemployment             ___   ___   $ _____
   (Desempleo)

|   | | Yes (Si) | No (No) | Amount (Cantidad) |
|---|---|---|---|---|
| 3. | Retirement (Retiro) | ___ | ✓ | $ _____ |
| 4. | Pension (Pensión) | ___ | ✓ | $ _____ |
| 5. | Social Security (Seguro Social) | ___ | ✓ | $ _____ |
| 6. | Food stamps (Cupones) | ___ | ✓ | $ _____ |
| 7. | Other type of aid (Otro tipo de ayuda) | ___ | ___ | $ _____ |

14. Dependents (If they have another address, state so)
    (Dependientes: si la dirección es distinta de la suya, hágalo constar)

| Name (Nombre) | Age (Edad) | Relationship (Parentesco) | Amount provided to support each one (Cantidad aportada para su sustento) |
|---|---|---|---|
| Omar Pochet | 10 | son | I have been unable to provide support payments to both for lack of enough income |
| Karen Pochet | 8 | daughter | |

15. Do you own the place where you live?   Yes ___   No ⊗
    (¿Es propietario del lugar donde reside?) (Sí)   (No)

    If you are the owner, state:
    (Si es propietario, indique:)                              N/a

    Estimated value of the house                     $ _____
    (Valor estimado de la casa)                              N/a

    Capacity of the plot of land or farm             _____
    (Cabida del solar o finca)

                        - AL DORSO -

Page -6-

        Estimated value of the plot of land      _N/a_
        (Valor estimado del solar o finca)

16. If you are not the owner of the place of residence, state:
    (Si no es propietario del lugar de residencia, indique:)

    Name of the owner of the residence: _Pedro Ruiz_
    (Nombre del propietario de la casa)

    Name of the owner of the plot of land: _Pedro Ruiz_
    (Nombre del propietario del solar)

    Lease payment      $ _665.00 but have been unable to pay it regularly_
    (Cánon de arrendamiento)

17. State if you own any other real estate property.
    (Indique si posee otros bienes inmuebles.) _none_

    Place      Description      Estimated value
    (Localización)      (Descripción)      (Valor estimado)

    _____ $ _____
    _____ $ _____
    _____ $ _____

18. State if you own any property such as jewelry, stocks, bonds, notes, automobiles or any other valuable property. Exclude ordinary household furniture and clothing.
    (Indique si posee bienes tales como joyas, acciones, bonos, pagarés, automóviles o alguna otra propiedad de valor. Excluya mobiliario corriente y ropa.)

    Description      Estimated value
    (Descripción)      (Valor estimado)

    _Nissan Pathfinder 2001_      $ _7,000.00_
    _____ $ _____

19. State if you possess any cash or any bank account.
    (Indique si tiene dinero en efectivo o alguna cuenta de banco.)

    Cash      $ _____
    (Dinero en efectivo)

    Checking account, Bank: _This Court has controlled over my cash and hand me will not a cent._
    (Cuenta corriente, Banco)

                      - AL DORSO -

Page -7-

                                            Amount:      $ _____
                                            (Cantidad)

Savings account, Bank: *None*
(Cuenta de ahorros, Banco)

                                            Amount:      $ _____
                                            (Cantidad)

20. List all your obligations or debts, including banks, loan companies, credit accounts, etc.
    (Enumere todas sus obligaciones o deudas, incluyendo bancos, compañias de préstamos, cuentas de crédito, etc.)

| Creditor: (Acreedor) | Balance: (Balance) | Monthly payment: (Pago Mensual) | |
|---|---|---|---|
| Ford Motor | $ 12,000 | $ ~~526 regularly~~ | unable to pay |
| Sears | $ 4400 | $ ~~150~~ | unable to pay it |
| Medical Plan | $ | $ 150 | unable to pay it |
| House Rent | $ 6000 | $ 665 | unable to pay regularly |

21. List all your approximate monthly expenses.
    (Enumere sus gastos mensuales aproximados.)

Food          $ 200
(Alimentos)

Clothing    $ None
(Ropa)

Water         $ 10
(Agua)

Electricity $ 68
(Luz)

Telephone   $ 86
(Teléfono)

Transportation $ _____
(Transportación)

Others       $ _____
(Otros)

                                - AL DORSO -

Page -8-

22. Debts or obligations of your spouse that are not included in item number 20.   N/a
    (Deudas y obligaciones de su cónyuge que no están incluidas en el encasillado número 20.)

    Creditor:            Balance:           Monthly payment:
    (Acreedor)           (Balance)          (Pago Mensual)

    _____$_____$_____

    _____$_____$_____

I understand that any false statement or answer in this affidavit carries a penalty for perjury under the provisions of Title 18 USC, section 1621, and it can subject me to a a prision sentence up to a maximum of five (5) years or a fine of up to a maximum of $2,000.00, or both.

(Entiendo que cualquier afirmación o respuesta falsa en esta declaración conlleva pena de perjurio bajo las disposiciones del Título 18 Código de los Estados Unidos, sección 1621, y me puede exponer a una pena de prisión hasta un máximo de cinco (5) años o una multa hasta un máximo de $2,000.00 o ambas penas.)

_____
Petitioner's signature
(Firma del peticionario)

I declare under penalty of perjury that the foregoing is true and correct.
(Declaro bajo pena de perjurio que lo anterior es cierto y correcto.)

Signed this _10_ of _November_ of 19_2005_
(Firmado el    del mes de              de 19

_____
Petitioner's signature
(Firma del peticionario)