RECEIVED & FILED
05 NOV 28 PM 1: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Date: 11-28/2005

TO THE HONORABLE COURT:

RE: Rio Piedras Litigation          Case: CIV 96-2443 (JAF/ADC)

Por este medio solicto la contidad que me corresponde del sobrante de fondos de gastos.

El abogado que me represento en el caso fue: Mark Bembela

Gracias.

1200 SW 125th Ave
Bldg L. Apt #312
Pembroke Pines, Fl. 33027

Atentamente,

/s/ Blanca Gonzalz, 85

Tel. (787) 731-8187
510-9671

Acct # 4009979490