A quien pueda Interesar:

Yo Victor M. Diaz del Valle con el numero seguro social 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 autorizo a mi madre Maria L. Del Valle Gomez a que haga cualquier reclamacion en el caso de Rio Piedras de Humberto Vidal ya que me encuentro confinado en la Intitucion Penal Metropolitan Detention Center en Guaynabo P.R.

Cualquier otra informacion adicional se la pueden pedir a mi madre y ella me la dejara saber

att
Victor M. Diaz del Valle

*[signature]*

Acct # 4008002717
12/1/05

Sra. Rios;

Según conversación telefónica sobre el dinero sin reclamar de la explosión de Río Piedras.

Le envío carta de autorización de mi hijo Victor M. Díaz Del Valle y el nombre del Ledo. que llevo el caso.

Mi hijo se encuentra sumariado en el Metropolitan Detention Center en Guaynabo.

Le estaré agradecida a lo que pueda ayudarme.

Cordialmente,
Maria Del Valle (madre)
Victor M. Díaz Del Valle
787-605-9760