

Date: 12/5/05

**CLERK'S OFFICE**
U.S. DISTRICT COURT FOR PUERTO RICO
ROOM 150 - FEDERAL BUILDING
CARLOS CHARDON AVENUE
HATO REY, PUERTO RICO 00918-1767

TO THE HONORABLE COURT:

RE:  Rio Piedras Litigation          Case:  CIV 96-2443 (JAF/ADC)

Por este medio solicto la contidad que me corresponde del sobrante de fondos de gastos.

El abogado que me represento en el caso fue: Peter Zatz
                                              Peter J. Satz

Gracias.

Atentamente,

/s/ Luz Diaz

Acct #
4009977676

$86.00
12/5/05
Dias

Tel. 798-1974

Luz A. Diaz
Calle 1 C-10 Vista Bella Sta.
Sta Juanita Bayamon 00956