# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE:** December 7, 2005

**DC #:** 96-2443 (JAF)

**APPEAL FEE PAID:** YES  X     NO ____

**CASE CAPTION:** Millie Saavedra-Rodríguez   v.   Enron Corporationn

**IN FORMA PAUPERIS:** YES ____   NO  X

**MOTIONS PENDING:** YES ____   NO  X

**NOTICE OF APPEAL FILED BY:**   Interested Party: Nelson Rochet-Santoro

**APPEAL FROM:** Endorsed orders entered on 11/02/05

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries**    3802,3803/Sealed,3804,3805,3809/Sealed, 3810/Sealed,3811/Sealed,3812,3816,3817,3818,3819, 3820,Endorsed order of 12/02/05,3821,3822 | I |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk