RECEIVED & FILED

'5 DEC -9 PM 4: 00

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 12/9/2005

TO THE HONORABLE COURT:

RE: Rio Piedras Litigation        Case: CIV 96-2443 (JAF/ADC)

Por este medio solicto la contidad que me corresponde del sobrante de fondos de gastos.

El abogado que me represento en el caso fue: Lic. Flores Tapia

Gracias.

Atentamente,

/s/ Angel R. Diaz

Acc# 40079997456

12/9/05

Tel. 787-409-7272

Calle Azucena C-135
Loiza Valley
Canovanas P.R.
00729