

Date: 9/Dic/05

TO THE HONORABLE COURT:

RE: Rio Piedras Litigation        Case: CIV 96-2443 (JAF/ADC)

Por este medio solicto la contidad que me corresponde del sobrante de fondos de gastos.

El abogado que me represento en el caso fue: Ledo Flores Tapia

Gracias.

Atentamente,

/s/ Maria L Del Valle

Acc# 4007999742

12/9/05

Tel. 605-9760

C/ Azucena C-135
Loiza Valley Canovanas
P.R. 00729