```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO

MILLIE SAAVEDRA-RODRIGUEZ,
et al.,
                                    Civil No. 96-2443 (JAF)
      Plaintiffs,

      v.

ENRON CORP., et al.,

      Defendants.
```

**O R D E R**

Nelson Rochet-Santoro, Esq., will notify to the court, **within the next five (5) working days**, the last known address of the following clients/plaintiffs in the Río Piedras Explosion litigation:

(1)  Aida Serpa

(2)  Benigno Borrero

(3)  José Vargas-Vázquez

(4)  Nereida Rivera

(5)  José Rosa-Chávez

(6)  Evelyn Figueroa

(7)  Genoveva Morales

(8)  Héctor Paulino-Gómez

(9)  Milagros Ramírez-Mojica

(10) Rafael Ramírez-Valdez

(11) Heirs of Ramona Acosta:

    (11-1)   Antigua Acosta

Civil No. 96-2443 (JAF)                                          -2-

1              (11-2)    Agustina Acosta
2              (11-3)    Polonia Acosta
3              (11-4)    Rafael Acosta
4              (11-5)    Valerio Acosta
5              (11-6)    Johana Acosta
6              (11-7)    Sonya Acosta
7         (12) Miguel Aponte-Martínez
8         (13) José González-Meléndez
9         (14) Yarachelli Encarnación
10        (15) Rolando Díaz-Peralta
11        (16) Aida Peralta
12        (17) Arcadio Jiménez
13        (18) Elí Rodríguez-Nieves
14        (19) Haydée Cabrera-Martínez
15        (20) Gisela Reyes
16        (21) Juan Morales
17        (22) Heirs of Plácido González
18             (22-1)    Sylvia González
19             (22-2)    Gregoria González
20        **IT IS SO ORDERED.**
21        San Juan, Puerto Rico, this 21st day of December, 2005.
22                            S/José Antonio Fusté
23                            JOSE ANTONIO FUSTE
24                            Chief U. S. District Judge