IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO



IN RE RIO PIEDRAS EXPLOSION

* CIVIL NO.
* 96-2443 (JAF)
* 03-016 (JAF)
*
*

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Comes now the undersigned attorney pro se in in the above captioned case and very respectfully states, alleges and prays:

1. That this appearing attorney received an Opinion and Order document signed by the Hon. U.S. Judge, José A. Fusté, on March 28th 2006 from an envelope poststamped March 6th 2006.

2. Given the fact that it amounts to a final order/judgment it is desired by this undersigned to appeal it since said Opinion and Order is mistaken in both, the captioned case, and considering that it is subject to appeal, the stated alleged facts and the law as it it being intended to be wrongfully applied to this case. Particular notice is being pointed to the fact that said Opinion does contain allegations of factual nature that are plainly false, distorting the record in a gross flagrant, unacceptably way, as will be explained in subsequent motions.

3. This Court is hereby informed about this undersigned desire and intent to file an appeal to the First U.S. Circuit Court of Appeals in Boston, today, Monday 3rd April, 2006.

RESPECTFULLY SUBMITTED

**THEREFORE**, it is respectfully requested from this Hon. Court that it do process this request for appealing said Opinion and Order as described above. **It is also requested that the filing fee which this undersigned is posting today, be returned since this whole case in presently under appeal at the First U.S. Circuit Court of Appeals in Boston and it is this undersigned's belief that the filing fee of $250 which this undersigned paid should cover the entire appeal which is already on file at the Appeals Court in Boston.**

### ANOTHER URGENT REQUEST TO THE COURT

Given the fact that at this time, this undersigned still does not know the addresses of all the adverse parties which may have interest in this captioned case, that it notifies each of said adverse parties for the simple reason that this appellant still has not been provided with said addresses other than the Enrique Cardona, CPA from Cardona & Irizarry.

Respectfully submitted in San Juan, Puerto Rico, this Monday, April 3rd 2006

*[signature]*

NELSON ROCHET-SANTORO, ESQ
USDC NO. 206407
P.O. BOX 23159, EST. UPR
SAN JUAN, PUERTO RICO 00931
TEL. (787 630-0810  Fax: (787)748-3791
EMAIL: nrochet@centennialpr.net

**CERTIFICATE OF SERVICE: THE CURRENT SITUATION AS OF APRIL 3RD 2006**

I, Nelson Rochet-Santoro, Esq., do hereby certify that I have sent a true copy of this motion only to Mr. Enrique Cardona of Cardona, Irizarry Group, through their attorney's address at his address in: Centrum Plaza Cond., 17 Mejico Street , Suite D-1, Hato Rey, San Juan, P.R. 00917 since the other appelees and intervenors as identified in this case caption have not yet notified officially or unofficially this undersigned about any of their motions or written material they have apparently filed at the Puerto Rico Federal District Court without ever notifying this undersigned of any of said motions nor without U.S. Magistrate Aida Delgado ever caring to order said Respondent and/or intervening parties to notify this Respondent about any of all their filings at the Puerto Rico Federal District Court nor their addresses. That is the reason why this Respondent has been placed at a great almost insurmountable disadvantageous position in attempting to perform by the Rules in certifying mailing a true copy of this motion to each and every one of the appelees and the other intervening parties.

At San Juan, Puerto Rico, today, Monday 3rd April 2006-04-03

NELSON ROCHET, ESQ.
USDC 206407
P.O. BOX 23159, UPR STATION
SAN JUAN, PUERTO RICO 00931-3159
TEL. 787 630-0810; FAX. 787 748-3791
Email: nrochet@centennialpr.net