IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SAAVEDRA-RODRÍGUEZ, et als**<br>    Plaintiffs<br><br>         v.<br><br>**ENRON CORPORTATION, et als**<br>    Defendants | CASE NO. 3:96-cv-02443-JAF<br>Minor Civil No. 96-2450<br><br><br><br>DIVERSITY-PERSONAL INJURY |

## MOTION REQUESTING THE COURT TO ORDER A MINIMAL WITHDRAWAL OF FUNDS OF MINOR (20 YEARS OLD) AMY RODRIGUEZ

**TO THE HONORABLE COURT:**

**COMES NOW** the plaintiff AMY RODRIGUEZ, through the undersigned attorney and very respectfully state and pray as follows:

1. Amy Rodríguez was a plaintiff in this case and she was assigned over $300,000.00.

2. At the present, Amy Rodríguez is twenty (20) years old.

3. The plaintiff Amy Rodríguez is studying at Valencia Community College at Florida (Student Identification No. V02968577).

4. For these studies, Ms. Amy Rodríguez needs to buy a computer (laptop) and reading lenses.

5. The amount required by plaintiff Amy Rodríguez for the computer and components amounts to $2,219.11 including tax. (See Exhibit 1). Also, the reading lenses amounts approximately to $350.00.

**WHEREFORE** the plaintiffs respectfully move the court to: (i) order the clerk to issue a check of $2,569.00 in the name of Amy Rodríguez.

In San Juan, Puerto Rico, this August 14th, 2006.

PMB #180, SAN JUSTO St. 202-A
SAN JUAN, P.R. 00901-1711
Telephone: 723-7767
Fax: 722-3138
jizquierdo@prtc.net

S/ JORGE M. IZQUIERDO SAN MIGUEL, Esq.
USDC #209312