including tax and Check second surge
+ ppx $2,219.11 ← Including tax

Todo lo que esta circulado es lo que me hace falta para la escuela.









