UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAAVEDRA RODRIGUEZ et.al              CIVIL NO. 96-2663

v.

ENRON

_____

MOTION TO REQUEST DISBURSEMENT OF FUNDS

TO THE HONORABLE COURT:

NOW COMES Antonia Alvarez del Rosario and respectfully Sets Forth and Requests:

1. I was a plaintiff in the instant case (Civil no. 97-1770).

2. I hereby request that this Court order the disbursement of funds related to this case that have been awarded on my behalf.

3. The court may notify me at the following address and telephone numbers:

Antonia Alvarez del Rosario
William Jones 527
Santurce, Puerto Rico 00915
Tel. 787-485-8755
    787-726-3184.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 15th day of November, 2006.

S/ Antonia Alvarez del Rosario