IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAAVEDRA-RODRIGUEZ, ET AL
Plaintiff

v.

Civil No. 96-2443 (ADC)

ENRON CORPORATION, ET AL
Defendant

ORDER

The Clerk of Court is authorized to re-deposit, in an interest-bearing account, all checks issued and that remain unclaimed in the above-captioned case.

Reportedly, the checks unclaimed are clearly outlined in the attached memorandum.

**SO ORDERED.**

At San Juan, Puerto Rico, this day 21 of November 2006.

AIDA M. DELGADO-COLON
**United States District Judge**