United State Distric Court
of Puerto Rico

Re: Explosion de Rio Piedras
96 - 2443

RECEIVED AND FILED
2006 NOV 28 PM 12: 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Yo Jose C. Melendez Casiano con Seguro
Social √97-22-6776 solic.to el sobrante
que me corresponda en el caso arriba
mencionado.

Atentamente

Jose C. Melendez Casiano
Urb. de la Fuentes
160 Calle Lincoln
Toa Alta, P.R. 00953

Tel. (787)√87- 4708

Granted
A. Delgado
11/29/06

Acct #
4007977366