United State District Court
of Puerto Rico

Re: Explosión de Río Piedras
96-2443

RECEIVED AND FILED
2006 NOV 28 PM 12:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Yo Juan R. Meléndez Valentín (Seguro Social) 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 Solicito el sobrante que me corresponda en el caso arriba mencionado.

Atentamente

Juan R. Meléndez Valentín
Urb. de La Fuentes
143 Calle Lincoln
Toa Alta, P.R. 00953
Tel- (787) 251-9161
     (787) 587-4715

Hamled
A. Delgado
11/29/06

Act #
4003977389