26 de Nov. 2006

United State District Court
of Puerto Rico

Re: Explosión Rio Piedras
96-2443

Yo Frances Rivera Casiano Seguro Social 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 solicito el sobrante que me corresponda en el caso arriba mencionado.

Atentamente

Jardines de La Fuentes
Calle Lincoln 148
Toa Alta, P.R. 00953
Tel- (787) 784-5389
     (787) 449-6033

Thanked
Ada Delgado
11/29/06

RECEIVED AND FILED
2006 NOV 28 PM 12:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Acct#
400797323