28 de Nov 2006

United State district Court
of. Puerto Rico

Re: Explosion de Rio Piedras
96-2443

RECEIVED AND FILED
2006 NOV 28 PM 12:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Yo Francisca Casiano Colon Seguro Social
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 Solicito el Sobrante
que me corresponde en el caso arriba
mencionado

Atentamente
Francisca Casiano Colon

Granted
A Delgado
11/29/04

Jard. de la Fuente
143 Calle Lincoln
Toa Alta, P.R. 00953
Tel. (787) 251-9161
    (787) 587-4715

Act #
400797733/