IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                                      CIVIL NO. 96-2443(JAF)

RIO PIEDRAS EXPLOSION LITIGATION

_____

MOTION FOR DISBURSEMENT OF FUNDS

TO THE HONORABLE COURT:

COMES NOW, plaintiffs Mercedes Almanzar Sanchez, Mercedes E. Hernández Almanzar and Manuel Hernández Almanzar, through their undersigned attorney, and respectfully states and requests as follows:

1. That on February 1st, 2005, Hon. Magistrate-Judge Aida M. Delgado entered an order related to all checks-amounts unclaimed by plaintiffs to be consigned and deposited under control of the Clerk's Office, in an interest bearing account.

2. That the following amounts are deposited in favor of plaintiffs:

    a. Mercedes Almanzar Sánchez ----------------$861.00

    b. Mercedes E. Hernández Almanzar --------$861.00

    c. Manuel Hernández Almanzar --------------$574.00.

3. That plaintiffs above mentioned hereby request the disbursement of the amounts deposited in their favor, plus any other interest, less registry fees.

WHEREFORE, plaintiffs respectfully request the disbursements of the funds deposited in their favor as stated above.

Respectfully submitted.

In San Juan, Puerto Rico, this 17th day of January, 2007.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

**S/: MARIA DEL MAR ORTIZ SAN MIGUEL**
U.S.D.C 211311
**ORTIZ TORO & ORTIZ BRUNET**
Attorneys for Plaintiffs
PO Box 192064
San Juan, PR 00919-2064
Tel: (787) 754-7698 / Fax: (787) 766-1596
E-mail: ortizsan@coqui.net; carmentcc@coqui.net