# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

**DATE:**   July 12, 2007

**DC #:**   96-2443   (JAF)

**USCA #:**   05-2855, 06-1689, 06-1690

**CASE CAPTION:**       Millie Saavedra-Ramírez     v.     Enron Corporation
                        Interested Party:       Nelson Rochet-Santoro

**SPECIAL COMMENTS:**     Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                              **VOLUMES:**

**Docket Entries   3778  &  3782   (Sealed)**                    I

I HEREBY CERTIFY  that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñíz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:     _____
USCCA #:         _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk