**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE CAROLINA**

| | |
|---|---|
| ROSA MARIA CRUZ ANDINO<br>**PETICIONARIA**<br><br>VS.<br><br>**EX PARTE**<br><br>CAUSANTE: RAMON CRUZ TORRES | **Civil Núm.:** F JV2006-0195<br><br>**Sobre:** DECLARATORIA DE HEREDEROS |

## RESOLUCION

**POR CUANTO:** La parte peticionaria radicó bajo juramento solicitud sobre Declaratoria de Herederos, según lo establece el Artículo 552, 32 L.P.R.A 2301 del Código de Enjuiciamiento Civil de Puerto Rico.

**POR CUANTO:** Este Honorable Tribunal ha considerado la prueba documental ofrecida en apoyo de la Petición de Declaratoria de Herederos del causante **RAMON CRUZ TORRES** quien falleció el día 9 de enero de 2004 en Carolina, Puerto Rico, siendo casado y con número de seguro social 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.

**POR CUANTO:** Que el causante falleció sin dejar disposición testamentaria alguna.

**POR CUANTO:** Que a la fecha de su muerte le sobreviven sus cuatro (4) hijos y un nieto en representación de su madre Aracelis Cruz Andino quien le premurió al causante.

**POR TANTO:** Examinada toda la prueba documental presentada en evidencia por la parte peticionaria, como resultado de ella y sin la necesidad de la celebración de una vista, al amparo de la Ley 203 aprobada el 23 de junio de 1974, este Tribunal dicta Resolución en su consecuencia declara únicos universales herederos del causante **RAMON CRUZ TORRES** a sus cuatro (4) hijos y un nieto:

   a. Rosa María Cruz Andino, mayor de edad y con número de seguro social 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.

b. Tirsa Esther Cruz Andino, mayor de edad y con número de seguro social 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.

c. Jacqueline Cruz Andino, mayor de edad y con número de seguro social 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.

d. Jean Khris Picorelli Cruz (nieto), menor de edad y con número de seguro social 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 en representación de su madre Aracelis Cruz Andino quien le premurió al causante.

Y a su viuda Carmen E. Andino Ayala, mayor de edad, seguro social 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 en la cuota viudal usufructuaria que corresponde por Ley.

**REGISTRESE Y NOTIFIQUESE**

En Carolina, Puerto Rico a 12 JUL 2006.

**LUISA LEBRON BURGOS**
**JUEZ SUPERIOR**

CERTIFICO:
CARMEN SONIA RIVERA CORTES
SECRETARIA REGIONAL
POR: LILIAN ORTEZ
Sec. Aux.
19 JUL 2006